Abbas Kazerounian, Esq. (SBN: 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DENNIS GROMOV, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC.,<br><br>Defendant. | Case No.: 1:22-cv-06918<br><br>**NOTICE OF APPEARANCE OF ATTORNEY ABBAS KAZEROUNIAN FOR PLAINTIFF DENNIS GROMOV** |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as Co-Counsel for Plaintiff Dennis Gromov:

Abbas Kazerounian, Esq. (SBN: 6316129)
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Email: ak@kazlg.com

Date: December 14, 2022                **KAZEROUNI LAW GROUP, APC**

By: *s/ Abbas Kazerounian*
      Abbas Kazerounian, Esq.
      *Attorney for Plaintiff*