UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Dennis Gromov
                    Plaintiff,

v.                                      Case No.: 1:22−cv−06918
                                        Honorable Franklin U. Valderrama

Belkin International, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 29, 2023:

MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the joint status report (doc. #[34]), the Court notes that various discovery disagreements may be percolating but none has yet resulted in a motion; any discovery−related motions must comply with Local Rule 37.2. No adjustments are made to the discovery schedule, and fact remains set to close on 10/31/23. A joint written status report on discovery progress and settlement status is due at noon on 9/14/23, and if any expert discovery is anticipated, a contested or agreed schedule must be included in the report. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.