M +1 213 453 8306
Skype shraddha.patel14



**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 9:42 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

If we need safety approval from a 3rd party lab then it is mandatory? Does Mophie has UL or ETL certification on their product?
Also we use "bt" sku so even if we don't do UL certification we still need to add it for Taiwan unless we create separate sku's.
Please discuss internally with PM team as I have already provided answer to all these questions during my discussion with PM team.


Thanks
Rajesh

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 9:00 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Thanks for the details, very hepful. Is the UL 2056 for US mandatory testing?
Mophie doesn't have this kind of battery capacity listed on their boxes, and since they are our biggest competitor state side we want to make sure we understand the Industry requirements.
They have products in every major retailer, even the ones that are extremely critical about testing and certifications.


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14



**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 8:31 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

The rated capacity is the actual measurement of the capacity of the battery pack.
The 5000mAh is for the cell/battery capacity and not for the battery pack.
The rated capacity measurement (2900mAh) is required by UL 2056 for US and BSMI standard CNS 15364 for Taiwan.

## 12 Capacity Verification Test

12.1 The marked electrical capacity of power bank, measured at the power output pin of output port, shall comply with the Standard for Secondary Cells and Batteries Containing Alkaline or Other Non-Acid Electrolytes – Secondary Lithium Cells and Batteries for Portable Applications, IEC 61960, Clause 7.3.1, Discharge Performance at 20 °C (Rated Capacity), and the modified test method in 12.2.

12.2 The power bank is discharged at a constant current equals to rated current of the output port, until its voltage is equal to the end-of-discharge voltage of the output port, specified by the manufacturer.

## MARKINGS

## 13 General

13.1 Unless otherwise superseded by a requirement in this Outline, power banks shall comply with the requirements in the Standard for Household and Commercial Batteries, UL 2054.

13.2 For electrical ratings, the following information shall be provided:

> a) Input rating in Vdc or Vac and A. If there are more than one input ports, the rating of each port shall be provided;

> b) Output rating in Vdc and A. If there are more than one output ports, it shall include rating of each port and the combined rating (if it is not equal to the summation of all ports); and

> c) Electrical capacity in Ah or mAh. If there are more than one output ports/output ratings, either the capacity of each port/rating shall be provided, or the minimum capacity of these ports/ratings shall be provided.

Below is a link directly from Taiwan BSMI website which was issued as a Public Notice to consumers explaining the rated battery pack capacity VS the cell capacity.

https://www.bsmi.gov.tw/bsmiGIP/wSite/ct?xItem=56530&ctNode=815&mp=1

Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 8:06 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Do you know which kind of testing is performed for battery capacity?
Our 5000mAh powerbank – can you advise as to why this is reading only 2900mAh in fine print.

Below is what I got from PM but now customer is asking for more details.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14



---

**From:** Nick Kalra
**Sent:** Friday, December 29, 2017 10:21 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Hey Shraddha,
Mophie does not, but other competitors do. It depends on if they are a global brand or not.

---

**From:** Shraddha Patel
**Sent:** Thursday, December 21, 2017 11:10:11 AM

BELKIN_000852

**To:** Nick Kalra; Norbert von Boode
**Subject:** RE: Chargeur portatif Belkin : KBCH2000

Thanks Nick, this is definitely helpful

Have we tested Mophie or like competitors to see if they do have the same? That will be the next question for sure from customers.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14



---

**From:** Nick Kalra
**Sent:** Wednesday, December 20, 2017 7:59 PM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

+Norbert

Here is something we draft with PR that you can share. This should serve as explanation about the difference. Please let me know if you have any questions.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

---

**From:** Shraddha Patel
**Sent:** Wednesday, December 20, 2017 7:48:45 PM
**To:** Nick Kalra
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hey Nick,
I know we discussed this briefly this week.
Can you please get some details that we can share with customer

Regards,

BELKIN_000853

Shraddha Patel

Begin forwarded message:

> **From:** Wei Zhang <Wei.Zhang1@belkin.com>
> **Date:** December 20, 2017 at 4:08:40 PM PST
> **To:** Shraddha Patel <shraddha.patel@belkin.com>
> **Subject: Re: Chargeur portatif Belkin : KBCH2000**
>
> Did you get chance to check This ?

**From:** shraddha.patel@belkin.com
**Sent:** December 18, 2017 9:34 AM
**To:** Wei.Zhang1@belkin.com
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

> Lol! They come up with unique issues- let me look at one when on the office later today
>
> Regards,
> Shraddha Patel
>
>
> On Dec 18, 2017, at 5:46 AM, Wei Zhang <Wei.Zhang1@belkin.com> wrote:
>
> Do you have any ideas?

**From:** Kristen.Maluish@telus.com
**Sent:** December 18, 2017 8:28 AM
**To:** Wei.Zhang1@belkin.com
**Cc:** Kaitlin.Wright@telus.com
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

> Hey Wei,
>
> I hope you had a good weekend!
>
> Just wanted to pass along feedback from the field on the 5000mAh powerbank – can you advise as to why this is reading only 2900mAh? Wondering if it's a one off?
>
> Thanks,
> Kristen
>
> **Kristen Maluish** | m: 416-670-3437 | Kristen.Maluish@telus.com

> **From:** Abigail Ong
> **Sent:** December 15, 2017 09:34 PM
> **To:** Kristen Maluish <Kristen.Maluish@telus.com>; Hares Sivanrupan <Hares.Sivanrupan@telus.com>

CONFIDENTIAL

BELKIN_000854

**Cc:** Martin Otis <Martin.Otis@koodomobile.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Kristen,

I'm guessing this would make the most sense for you to take back to the manufacturer. Passing this on… not sure what the plans would be for this or if it is a one-off.

<image001.png>
Thanks,
Abby

---

**From:** Martin Otis
**Sent:** December 13, 2017 12:33 PM
**To:** Abigail Ong
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hi Abby.

A customer noticed a problem on our KBCH2000 power bank charger. On the box, it says that the Belkin charger have a 5000mAh and on the power bank it says 2900mAh.

Can you send this to the proper person who manage this?

Thanks for your help😂

Envoyé depuis mon téléphone intelligent Samsung Galaxy.


-------- Message d'origine --------
De : Gabrielle Groulx Boisvert <Gabrielle.Groulx_Boisvert@koodomobile.com>
Date : 17-12-13 12:10 PM (GMT-05:00)
À : Martin Otis <Martin.Otis@koodomobile.com>
Objet : Chargeur portatif Belkin : KBCH2000


Voilà la preuve , Merci à Claude avec ses yeux de chat d'avoir remarqué cela!

Je te l'ai encerclé car c'est écrit petit pas mal ... La description du sku : KBCH2000 dans le système indique aussi que cest 5000mah mais 2900mah sur la batterie elle même.  Les 10 000mah sont en réalité 6070mah sur les batteries...assez étrange.

Bonne journée


**Gabrielle Groulx-Boisvert | DIRECTRICE MAGASIN – 6874 LA GRANDE PLACE DES BOIS-FRANCS**

BELKIN_000855

C **819-740-7316** M **819-357-2654**

BELKIN_000856

| | |
|---|---|
| **From:** | Matthew Wold |
| **Sent:** | Thursday, May 3, 2018 9:36 PM PDT |
| **To:** | Nick Kalra; Jai Lozan |
| **CC:** | Matthew Wold |
| **Subject:** | Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank  (worm) |

Hey there sorry just getting to this.

Who is 'the team'? I wasn't part of any meeting today (was there some there serving as my proxy from Digital Marketing)? Pease put 15 minutes on the calendar to huddle tomorrow, but definitely before any 'kick off meeting' is slated.

Matt

**From:** Nick Kalra <Nick.Kalra@belkin.com>
**Date:** Thursday, May 3, 2018 at 9:08 PM
**To:** Shraddha Patel <shraddha.patel@belkin.com>, Matthew Wold <Matt.Wold@belkin.com>, Jai Lozan <Jai.Lozan@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>, Norbert von Boode <Norbert.vonBoode@belkin.com>, Chris Rising <Chris.Rising@belkin.com>, Wei Zhang <Wei.Zhang1@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hey All,

We got the team together tonight to move on items listed by Shraddha.  We have an official kickoff meeting on Monday, but everyone already working on items.

We will prioritize to get stickers done next week so customers have something to put on packages.  The 1-pager and resource center target completion is May 14th.

Will keep everyone update on progress.  Please let me know if any questions as we work through the items. Thank you. - Nick

**From:** Nick Kalra
**Sent:** Wednesday, May 2, 2018 1:30:56 PM
**To:** Shraddha Patel; Matthew Wold; Jai Lozan
**Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
**Subject:** Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hello Shraddha/Team,

BELKIN_000857

I setup a meeting between regulatory, marketing, and PR to help craft responses per each point below.  After we talk to the group tomorrow, we can confirm deadlines; however, my goal is to have items drafted by a week.

As far as long term change, we will need to have a separate conversation on if we gain a competitive advantage by keeping UL/ETL certs.

Will keep the group updated. Thanks. - Nick

---

**From:** Shraddha Patel
**Sent:** Wednesday, May 2, 2018 12:04:41 PM
**To:** Nick Kalra; Matthew Wold; Jai Lozan
**Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Nick,

Hope you had a chance to review and understand the request.

I know Marketing has already reached out to you and awaiting your feedback so they can address their action items.

Do you have estimated time line on things we can respond to the customer with updated on items they requested?


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14


 

---

**From:** Shraddha Patel
**Sent:** Tuesday, May 01, 2018 2:39 PM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; Matthew Wold <Matt.Wold@belkin.com>; Jai Lozan <Jai.Lozan@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>; Chris Rising <Chris.Rising@belkin.com>; Wei Zhang <Wei.Zhang1@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)
**Importance:** High

Nick and Team,
We just had a call with our customer Roger-Canadian Telco.

**BELKIN_000858**

As of today they have <u>quarantined</u> all our product from the stores for F7U019, F7U020 due to the confusion created by rated capacity and maximum capacity.
We need to take quick actions for them to be able to get the products back out on the shelf and selling. We would face liabilities for inventory if we don't respond urgently.

1)  Our website, portable power 101 resource center needs to be updated ASAP to explain this rated and maximum capacity difference and impact to consumer.
    a.  We need to provide clear date when this will be executed, timing is really critical on how quickly we get this done.
    b.  They would link their web page to our resource center for this information to help educate the consumer.
2)  They want a label that goes on the packaging of the product that calls out a range of this capacity to avoid consumer returns and confusion.
    a.  Currently they have faced returns and upset customer due to miss-interpretation of the information on the battery pack itself (2900mah rated capacity for 5K on pkg).
3)  Need one pager that will go out to each stores explaining quality of our batteries as well as this capacity difference.
    a.  Once we have the one pager and label ready Belkin Sales will be responsible for send it to each individual stores.
4)  They brought up that our F8M989/992 (pervious gen batteries do not have this issue) Capacity on the packaging and battery itself are the same.
    a.  Why does the new battery series have different capacity ratings?
    b.  I see there is ELT logo on those battery, did they not follow the same safety testing standards.
5)  How will this be addressed moving forward – will there be a permanent change to batteries (printing max and min capacity on battery itself, not do the UL testing, Regionalize the SKUs…)

Attached you will find the PPT identify the battery capacity issue.

Power packs are important category for our channel and Belkin, we want to make sure we resolve this issue to hold our current placement and have the opportunities for future growth.
Please let me know if you need any additional details.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 9:42 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

If we need safety approval from a 3rd party lab then it is mandatory? Does Mophie has UL or ETL certification on their product?
Also we use "bt" sku so even if we don't do UL certification we still need to add it for Taiwan unless we create separate sku's.
Please discuss internally with PM team as I have already provided answer to all these questions during my discussion with PM team.


Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 9:00 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Thanks for the details, very hepful. Is the UL 2056 for US mandatory testing?
Mophie doesn't have this kind of battery capacity listed on their boxes, and since they are our biggest competitor state side we want to make sure we understand the Industry requirements.
They have products in every major retailer, even the ones that are extremely critical about testing and certifications.


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 8:31 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

The rated capacity is the actual measurement of the capacity of the battery pack.
The 5000mAh is for the cell/battery capacity and not for the battery pack.
The rated capacity measurement (2900mAh) is required by UL 2056 for US and BSMI standard CNS 15364 for Taiwan.

## 12 Capacity Verification Test

12.1 The marked electrical capacity of power bank, measured at the power output pin of output port, shall comply with the Standard for Secondary Cells and Batteries Containing Alkaline or Other Non-Acid Electrolytes – Secondary Lithium Cells and Batteries for Portable Applications, IEC 61960, Clause 7.3.1, Discharge Performance at 20 °C (Rated Capacity), and the modified test method in 12.2.

12.2 The power bank is discharged at a constant current equals to rated current of the output port, until its voltage is equal to the end-of-discharge voltage of the output port, specified by the manufacturer.

## MARKINGS

### 13 General

13.1 Unless otherwise superseded by a requirement in this Outline, power banks shall comply with the requirements in the Standard for Household and Commercial Batteries, UL 2054.

13.2 For electrical ratings, the following information shall be provided:

a) Input rating in Vdc or Vac and A. If there are more than one input ports, the rating of each port shall be provided;

b) Output rating in Vdc and A. If there are more than one output ports, it shall include rating of each port and the combined rating (if it is not equal to the summation of all ports); and

c) Electrical capacity in Ah or mAh. If there are more than one output ports/output ratings, either the capacity of each port/rating shall be provided, or the minimum capacity of these ports/ratings shall be provided.

Below is a link directly from Taiwan BSMI website which was issued as a Public Notice to consumers explaining the rated battery pack capacity VS the cell capacity.

https://www.bsmi.gov.tw/bsmiGIP/wSite/ct?xItem=56530&ctNode=815&mp=1

Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 8:06 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Do you know which kind of testing is performed for battery capacity?
Our 5000mAh powerbank – can you advise as to why this is reading only 2900mAh in fine print.

Below is what I got from PM but now customer is asking for more details.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

**From:** Nick Kalra
**Sent:** Friday, December 29, 2017 10:21 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Hey Shraddha,

Mophie does not, but other competitors do.  It depends on if they are a global brand or not.

**From:** Shraddha Patel
**Sent:** Thursday, December 21, 2017 11:10:11 AM
**To:** Nick Kalra; Norbert von Boode
**Subject:** RE: Chargeur portatif Belkin : KBCH2000

Thanks Nick, this is definitely helpful

**CONFIDENTIAL**

Have we tested Mophie or like competitors to see if they do have the same? That will be the next question for sure from customers.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Nick Kalra
**Sent:** Wednesday, December 20, 2017 7:59 PM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

+Norbert

Here is something we draft with PR that you can share. This should serve as explanation about the difference. Please let me know if you have any questions.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

---

**From:** Shraddha Patel
**Sent:** Wednesday, December 20, 2017 7:48:45 PM
**To:** Nick Kalra
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hey Nick,
I know we discussed this briefly this week.
Can you please get some details that we can share with customer

Regards,
Shraddha Patel

Begin forwarded message:

**From:** Wei Zhang <Wei.Zhang1@belkin.com>
**Date:** December 20, 2017 at 4:08:40 PM PST
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Subject: Re: Chargeur portatif Belkin : KBCH2000**

Did you get chance to check This ?

---

**From:** shraddha.patel@belkin.com
**Sent:** December 18, 2017 9:34 AM
**To:** Wei.Zhang1@belkin.com
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Lol! They come up with unique issues- let me look at one when on the office later today

Regards,
Shraddha Patel

On Dec 18, 2017, at 5:46 AM, Wei Zhang <Wei.Zhang1@belkin.com> wrote:

Do you have any ideas?

---

**From:** Kristen.Maluish@telus.com
**Sent:** December 18, 2017 8:28 AM
**To:** Wei.Zhang1@belkin.com
**Cc:** Kaitlin.Wright@telus.com
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Wei,

I hope you had a good weekend!

Just wanted to pass along feedback from the field on the 5000mAh powerbank – can you advise as to why this is reading only 2900mAh? Wondering if it's a one off?

Thanks,
Kristen

---

**Kristen Maluish** | m: 416-670-3437 | Kristen.Maluish@telus.com

---

**From:** Abigail Ong
**Sent:** December 15, 2017 09:34 PM
**To:** Kristen Maluish <Kristen.Maluish@telus.com>; Hares Sivanrupan <Hares.Sivanrupan@telus.com>

CONFIDENTIAL

BELKIN_000864

**Cc:** Martin Otis <Martin.Otis@koodomobile.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Kristen,

I'm guessing this would make the most sense for you to take back to the manufacturer. Passing this on… not sure what the plans would be for this or if it is a one-off.

<image001.png>
Thanks,
Abby

---

**From:** Martin Otis
**Sent:** December 13, 2017 12:33 PM
**To:** Abigail Ong
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hi Abby.

A customer noticed a problem on our KBCH2000 power bank charger. On the box, it says that the Belkin charger have a 5000mAh and on the power bank it says 2900mAh.

Can you send this to the proper person who manage this?

Thanks for your help😄

Envoyé depuis mon téléphone intelligent Samsung Galaxy.

-------- Message d'origine --------
De : Gabrielle Groulx Boisvert <Gabrielle.Groulx_Boisvert@koodomobile.com>
Date : 17-12-13 12:10 PM (GMT-05:00)
À : Martin Otis <Martin.Otis@koodomobile.com>
Objet : Chargeur portatif Belkin : KBCH2000

Voilà la preuve , Merci à Claude avec ses yeux de chat d'avoir remarqué cela!

Je te l'ai encerclé car c'est écrit petit pas mal ... La description du sku : KBCH2000 dans le système indique aussi que cest 5000mah mais 2900mah sur la batterie elle même.  Les 10 000mah sont en réalité 6070mah sur les batteries...assez étrange.

Bonne journée

CONFIDENTIAL

BELKIN_000865

**Gabrielle Groulx-Boisvert | DIRECTRICE MAGASIN – 6874 LA GRANDE PLACE DES BOIS-FRANCS**
**C 819-740-7316 M 819-357-2654**

BELKIN_000866

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Friday, May 4, 2018 9:40 AM PDT |
| **To:** | Matthew Wold; Jai Lozan |
| **Subject:** | Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank  (worm) |

Matt - Per our conversation, please work with Jai.

**From:** Matthew Wold
**Sent:** Thursday, May 3, 2018 9:36:58 PM
**To:** Nick Kalra; Jai Lozan
**Cc:** Matthew Wold
**Subject:** Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hey there sorry just getting to this.

Who is 'the team'? I wasn't part of any meeting today (was there some there serving as my proxy from Digital Marketing)? Pease put 15 minutes on the calendar to huddle tomorrow, but definitely before any 'kick off meeting' is slated.

Matt

**From:** Nick Kalra <Nick.Kalra@belkin.com>
**Date:** Thursday, May 3, 2018 at 9:08 PM
**To:** Shraddha Patel <shraddha.patel@belkin.com>, Matthew Wold <Matt.Wold@belkin.com>, Jai Lozan <Jai.Lozan@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>, Norbert von Boode <Norbert.vonBoode@belkin.com>, Chris Rising <Chris.Rising@belkin.com>, Wei Zhang <Wei.Zhang1@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hey All,
We got the team together tonight to move on items listed by Shraddha.  We have an official kickoff meeting on Monday, but everyone already working on items.

We will prioritize to get stickers done next week so customers have something to put on packages.  The 1-pager and resource center target completion is May 14th.

Will keep everyone update on progress.  Please let me know if any questions as we work through the items. Thank you. - Nick

**From:** Nick Kalra
**Sent:** Wednesday, May 2, 2018 1:30:56 PM
**To:** Shraddha Patel; Matthew Wold; Jai Lozan
**Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
**Subject:** Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hello Shraddha/Team,
I setup a meeting between regulatory, marketing, and PR to help craft responses per each point below.  After we talk to the group tomorrow, we can confirm deadlines; however, my goal is to have items drafted by a week.

**BELKIN_000867**

As far as long term change, we will need to have a separate conversation on if we gain a competitive advantage by keeping UL/ETL certs.

Will keep the group updated. Thanks. - Nick

---

**From:** Shraddha Patel
**Sent:** Wednesday, May 2, 2018 12:04:41 PM
**To:** Nick Kalra; Matthew Wold; Jai Lozan
**Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Nick,

Hope you had a chance to review and understand the request.

I know Marketing has already reached out to you and awaiting your feedback so they can address their action items.

Do you have estimated time line on things we can respond to the customer with updated on items they requested?


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14



---

**From:** Shraddha Patel
**Sent:** Tuesday, May 01, 2018 2:39 PM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; Matthew Wold <Matt.Wold@belkin.com>; Jai Lozan <Jai.Lozan@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>; Chris Rising <Chris.Rising@belkin.com>; Wei Zhang <Wei.Zhang1@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)
**Importance:** High

Nick and Team,
We just had a call with our customer Roger-Canadian Telco.

As of today they have <u>quarantined</u> all our product from the stores for F7U019, F7U020 due to the confusion created by rated capacity and maximum capacity.
We need to take quick actions for them to be able to get the products back out on the shelf and selling. We would face liabilities for inventory if we don't respond urgently.

1) Our website, portable power 101 resource center needs to be updated ASAP to explain this rated and maximum capacity difference and impact to consumer.

BELKIN_000868

    a.   We need to provide clear date when this will be executed, timing is really critical on how quickly we get this done.
    b.   They would link their web page to our resource center for this information to help educate the consumer.
2)   They want a label that goes on the packaging of the product that calls out a range of this capacity to avoid consumer returns and confusion.
    a.   Currently they have faced returns and upset customer due to miss-interpretation of the information on the battery pack itself (2900mah rated capacity for 5K on pkg).
3)   Need one pager that will go out to each stores explaining quality of our batteries as well as this capacity difference.
    a.   Once we have the one pager and label ready Belkin Sales will be responsible for send it to each individual stores.
4)   They brought up that our F8M989/992 (pervious gen batteries do not have this issue) Capacity on the packaging and battery itself are the same.
    a.   Why does the new battery series have different capacity ratings?
    b.   I see there is ELT logo on those battery, did they not follow the same safety testing standards.
5)   How will this be addressed moving forward – will there be a permanent change to batteries (printing max and min capacity on battery itself, not do the UL testing, Regionalize the SKUs…)

Attached you will find the PPT identify the battery capacity issue.

Power packs are important category for our channel and Belkin, we want to make sure we resolve this issue to hold our current placement and have the opportunities for future growth.
Please let me know if you need any additional details.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 9:42 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

If we need safety approval from a 3rd party lab then it is mandatory? Does Mophie has UL or ETL certification on their product?
Also we use "bt" sku so even if we don't do UL certification we still need to add it for Taiwan unless we create separate sku's.
Please discuss internally with PM team as I have already provided answer to all these questions during my discussion with PM team.

Thanks

BELKIN_000869

Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 9:00 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Thanks for the details, very hepful. Is the UL 2056 for US mandatory testing?
Mophie doesn't have this kind of battery capacity listed on their boxes, and since they are our biggest competitor state side we want to make sure we understand the Industry requirements.
They have products in every major retailer, even the ones that are extremely critical about testing and certifications.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 8:31 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

The rated capacity is the actual measurement of the capacity of the battery pack.
The 5000mAh is for the cell/battery capacity and not for the battery pack.
The rated capacity measurement (2900mAh) is required by UL 2056 for US and BSMI standard CNS 15364 for Taiwan.

## 12 Capacity Verification Test

12.1 The marked electrical capacity of power bank, measured at the power output pin of output port, shall comply with the Standard for Secondary Cells and Batteries Containing Alkaline or Other Non-Acid Electrolytes – Secondary Lithium Cells and Batteries for Portable Applications, IEC 61960, Clause 7.3.1, Discharge Performance at 20 °C (Rated Capacity), and the modified test method in 12.2.

12.2 The power bank is discharged at a constant current equals to rated current of the output port, until its voltage is equal to the end-of-discharge voltage of the output port, specified by the manufacturer.

## MARKINGS

## 13 General

13.1 Unless otherwise superseded by a requirement in this Outline, power banks shall comply with the requirements in the Standard for Household and Commercial Batteries, UL 2054.

13.2 For electrical ratings, the following information shall be provided:

> a) Input rating in Vdc or Vac and A. If there are more than one input ports, the rating of each port shall be provided;

> b) Output rating in Vdc and A. If there are more than one output ports, it shall include rating of each port and the combined rating (if it is not equal to the summation of all ports); and

> c) Electrical capacity in Ah or mAh. If there are more than one output ports/output ratings, either the capacity of each port/rating shall be provided, or the minimum capacity of these ports/ratings shall be provided.

Below is a link directly from Taiwan BSMI website which was issued as a Public Notice to consumers explaining the rated battery pack capacity VS the cell capacity.

https://www.bsmi.gov.tw/bsmiGIP/wSite/ct?xItem=56530&ctNode=815&mp=1

Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 8:06 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

BELKIN_000871

Hi Rajesh,
Do you know which kind of testing is performed for battery capacity?
Our 5000mAh powerbank – can you advise as to why this is reading only 2900mAh in fine print.

Below is what I got from PM but now customer is asking for more details.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Nick Kalra
**Sent:** Friday, December 29, 2017 10:21 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Hey Shraddha,
Mophie does not, but other competitors do.  It depends on if they are a global brand or not.

---

**From:** Shraddha Patel
**Sent:** Thursday, December 21, 2017 11:10:11 AM
**To:** Nick Kalra; Norbert von Boode
**Subject:** RE: Chargeur portatif Belkin : KBCH2000

Thanks Nick, this is definitely helpful

Have we tested Mophie or like competitors to see if they do have the same? That will be the next question for sure from customers.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

**BELKIN_000872**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Nick Kalra
**Sent:** Wednesday, December 20, 2017 7:59 PM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

+Norbert

Here is something we draft with PR that you can share.  This should serve as explanation about the difference. Please let me know if you have any questions.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

---

**From:** Shraddha Patel
**Sent:** Wednesday, December 20, 2017 7:48:45 PM
**To:** Nick Kalra
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hey Nick,
I know we discussed this briefly this week.
Can you please get some details that we can share with customer

Regards,
Shraddha Patel


Begin forwarded message:

> **From:** Wei Zhang <Wei.Zhang1@belkin.com>
> **Date:** December 20, 2017 at 4:08:40 PM PST
> **To:** Shraddha Patel <shraddha.patel@belkin.com>
> **Subject: Re: Chargeur portatif Belkin : KBCH2000**
>
> Did you get chance to check This ?

BELKIN_000873

**From:** shraddha.patel@belkin.com
**Sent:** December 18, 2017 9:34 AM
**To:** Wei.Zhang1@belkin.com
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Lol! They come up with unique issues- let me look at one when on the office later today

Regards,
Shraddha Patel


On Dec 18, 2017, at 5:46 AM, Wei Zhang <Wei.Zhang1@belkin.com> wrote:

Do you have any ideas?

**From:** Kristen.Maluish@telus.com
**Sent:** December 18, 2017 8:28 AM
**To:** Wei.Zhang1@belkin.com
**Cc:** Kaitlin.Wright@telus.com
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Wei,

I hope you had a good weekend!

Just wanted to pass along feedback from the field on the 5000mAh powerbank – can you advise as to why this is reading only 2900mAh? Wondering if it's a one off?

Thanks,
Kristen

**Kristen Maluish** | m: 416-670-3437 | Kristen.Maluish@telus.com

**From:** Abigail Ong
**Sent:** December 15, 2017 09:34 PM
**To:** Kristen Maluish <Kristen.Maluish@telus.com>; Hares Sivanrupan <Hares.Sivanrupan@telus.com>
**Cc:** Martin Otis <Martin.Otis@koodomobile.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Kristen,

I'm guessing this would make the most sense for you to take back to the manufacturer. Passing this on... not sure what the plans would be for this or if it is a one-off.

<image001.png>
Thanks,
Abby

 BELKIN_000874

**From:** Martin Otis
**Sent:** December 13, 2017 12:33 PM
**To:** Abigail Ong
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hi Abby.

A customer noticed a problem on our KBCH2000 power bank charger. On the box, it says that the Belkin charger have a 5000mAh and on the power bank it says 2900mAh.

Can you send this to the proper person who manage this?

Thanks for your help😁

Envoyé depuis mon téléphone intelligent Samsung Galaxy.


-------- Message d'origine --------
De : Gabrielle Groulx Boisvert <Gabrielle.Groulx_Boisvert@koodomobile.com>
Date : 17-12-13 12:10 PM (GMT-05:00)
À : Martin Otis <Martin.Otis@koodomobile.com>
Objet : Chargeur portatif Belkin : KBCH2000


Voilà la preuve , Merci à Claude avec ses yeux de chat d'avoir remarqué cela!

Je te l'ai encerclé car c'est écrit petit pas mal ... La description du sku : KBCH2000 dans le système indique aussi que cest 5000mah mais 2900mah sur la batterie elle même.  Les 10 000mah sont en réalité 6070mah sur les batteries...assez étrange.

Bonne journée


**Gabrielle Groulx-Boisvert | DIRECTRICE MAGASIN – 6874 LA GRANDE PLACE DES BOIS-FRANCS**
**C 819-740-7316 M 819-357-2654**

BELKIN_000875

| From: | Ernie Roberts |
|---|---|
| Sent: | Monday, May 7, 2018 3:50 PM PDT |
| To: | Edward Leu; Nick Kalra; Rajesh Karki |
| CC: | Ronnie Espiritu; John Ho; Claire Park |
| Subject: | RE: Power Bank Updates - |

Correct. The capacity is the main thing I need outside of the regulatory artwork.

The capacity needs to be clearly visible. Some airlines will now allow a power bank on the plane if they cannot see the capacity on a power bank.

Thank you,
Ernie

---

**From:** Edward Leu
**Sent:** Monday, May 07, 2018 3:11 PM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; Rajesh Karki <Rajesh.Karki@belkin.com>
**Cc:** Ronnie Espiritu <Ronnie.Espiritu@belkin.com>; John Ho <John.Ho@belkin.com>; Claire Park <Claire.Park@belkin.com>; Ernie Roberts <ernie.roberts@belkin.com>
**Subject:** RE: Power Bank Updates -

+ Claire, Ernie

Hi Rajesh,

Aside from removing UL and ETL logo, are their any other logo's that should be removed from the silkscreen?

Hi Ernie, to confirm, from transportation documentation perspective – do we just need 'cell capacity' only, correct?

Regards, Edward



BELKIN_000876

**From:** Nick Kalra
**Sent:** Monday, May 7, 2018 12:53 PM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Cc:** Ronnie Espiritu <Ronnie.Espiritu@belkin.com>; John Ho <John.Ho@belkin.com>; Edward Leu <edward.leu@belkin.com>
**Subject:** Power Bank Updates -

Hey Rajesh,

FYI, there was a update to the names of the power banks which can be seen on our shared document. Just boostcharge is is now BOOSTCHARGE$^{TM}$.

John - Please update the document when you have a moment.

All - We are not putting UL/ETL certifications on the product/package. This is because customers are getting confused with the cell capacity thats on the package (same capacity competitors use) and power bank capacity on the product. However, at this point, we do want to test to these standards so we can tell customers that we do test to these standards.

Please let me know if any questions. Thank you. - Nick

**BELKIN_000877**

| | |
|---|---|
| From: | Jenny Lai |
| Sent: | Wednesday, May 9, 2018 4:02 AM PDT |
| To: | Nick Kalra |
| CC: | SB Moon; Bruce Kim; Norbert von Boode |
| Subject: | RE: RPM Items (1/31) |

Hi Nick,

We are in discussion of business case – working on volume to justify cert cost in Taiwan (BSMI).
I will update you by early next week.

May I know which sku will remove the rated capacity from product print?
I would assume that will implement on MPP101 (F7U047) / MPP103 (F7U045 & F7U046) / MPP104 (F7U063).

How about F7U019/020/021?


Thank you
Jenny Lai

---

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 7:32 AM
**To:** Jenny Lai <Jenny.Lai@belkin.com>
**Cc:** SB Moon <sb.moon@belkin.com>; Bruce Kim <bruce.kim@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Fw: RPM Items (1/31)


Hey Jenny,

BSMI is another certifications that mandates rated capacity needs to be on power banks; so we will remove it from packaging and products.  However, if we want to keep selling in Taiwan we can put a sticker on the package.


If we do this sticker, which products should we put it on?  Thank you. - Nick


---

**From:** Nick Kalra
**Sent:** Tuesday, May 8, 2018 4:29 PM
**To:** Kailee Loughlin; Jamie Laing-Reece; Jenny Lai; Yeonsu Kim; Injy Bassam; Shraddha Patel
**Cc:** Bruce Kim; SB Moon; David DeMartra; Norbert von Boode
**Subject:** Re: RPM Items (1/31)

Hey All,

Following up on rated capacity.  Since the certification is optional and the lower rated capacity is having adverse effect on the MPP business, we have made a decision to remove the UL/ETL certifications which mandate that we put this rated capacity.

We will continue to test to these standards, but just not use the certifications.  I am in process to update packages and power banks, but let me know if there any questions.

Thank you. - Nick

**From:** Nick Kalra
**Sent:** Thursday, May 3, 2018 10:27:57 AM
**To:** Kailee Loughlin; Jamie Laing-Reece; Jenny Lai; Yeonsu Kim; Injy Bassam; Shraddha Patel
**Cc:** Bruce Kim; SB Moon; David DeMartra; Norbert von Boode
**Subject:** Re: RPM Items (1/31)

Hey All,

I have gotten a couple questions from various people in the field about rated and marketed capacity.  This was the same item highlighted in January.

The rated capacity is a tested capacity that we need to provide to earn UL/ETL and Taiwan certifications; certifications many of competitions don't have.  There is a discussion that is happening on how we can better communicate why there is different capacities.

If you have feedback on this item, please let me know.  Thank you. - Nick

**From:** Nick Kalra
**Sent:** Wednesday, January 31, 2018 5:10:26 PM
**To:** Kailee Loughlin; Jamie Laing-Reece; Jenny Lai; Yeonsu Kim
**Cc:** Bruce Kim; SB Moon; David DeMartra; Norbert von Boode
**Subject:** MPP: RPM Items (1/31)

**BELKIN_000879**

Hey All - In an effort to be efficient, I have include multiple items on this one email. Hope it helps. Thanks. - Nick

## Pocket Power Promos

Per conversations at the PM summit, it time to plan for promos for the Pocket Power series. We will need to do early build out of inventories to manage spikes in demands for these upcoming promos.

**Action: RPMs to give feedback on following (due 2/14):**

- What/When are the opportunities for promos up to May 2018?
- What type of promotions do you want to do?
- Project volumes?
- Recommended price?

## Colors: MPP 101 and 103

For MPP 101 and 103, we are going with two color versions: black and pink versions. When looking at the Pocket Power colors sold in in 2017, black and pink were clear winners. Reducing to two color options will save on peg space which I have received feedback is limited.

Below is the summary of the 2017 sell-in data broken up by Pocket Power 5k and 10k + colors.

**Action: Please let me know if you have any feedback by 2/14**

| Pocket Power 5k | |
|---|---|
| Black | 52% |
| Pink | 33% |
| Silver | 14% |

| Pocket Power 10k | |
|---|---|
| Black | 55% |
| Pink | 32% |
| Silver | 13% |

BELKIN_000880

**Rated VS Marketed Capacity On Pocket Powers**

We had customers calling out that the Pocket Power series has a different capacity listed on the product than whats listed on the package. To review, the capacity written on on the power pack is a rated(tested and worst-case conditions) capacity.  We aren't allowed to put the marketed capacity on the product.  Potential solutions:

*List the product name (ie Pocket Power 5k, etc) on the product.

*Write the rated and marketed capacity on the package

**Action: Follow-up with customers to see if these solutions solves their concerns so we can continue or start selling the product into their stores. Due 2/14**

**MPP 101**

Targeted Development Gate: 2/14

Ex-Factory:  Working towards bringing in ex-factory date to 5/18.

Delay:  I have talked to some of the RPM, but for those who I haven't - MPP 101 is delayed.  However, we have been able to bring it in in early June and still working to bring it in further to 5/18 for major customers reseting in the spring.

    -What is being done:  1) PDM is scheduling tasks in parallel and identifying where we can take risks to pull in the schedule.  This is actively being done. 2) Pass-Thru charging has been removed to speed up development, but we are looking to add the feature back in with a revision of the project (more details to come.)

    -Confidence:  Please know that we are not taking these delays lightly.  It is our desire to build confidence in hitting targeted dates for power packs. Initiatives talked about at the PM summit (development model, projected timelines, and considering store reset dates) will improve our success rate of hitting date targets.

**MPP 103 (5k/10k) Retail**

Target Development Gate: 2/14

Projected Ex-Factory: 8/1

1) MPP 103 FIMOs - Please get approvals from your regional finance counterparts on the FIMO as you are sending me your feedback which is due tomorrow (from another email.) Global finance has been asking to make sure that regional finance has been involved, so anything we can do upfront will help me speed up the conversation.

**Action: Feedback on volumes and assumptions still due tomorrow (2/1). Please get regional finance feedback/approval.**

2) PDM is close to confirming schedule, which has an ex-factory of 8/1 for America and EMEA. I believe this is late for Americas (please confirm) for fall resets. When does ANZ and APEA need it?

**Action: Feedback on ex-factory date due 2/7.**

<span style="background-color: red">MPP 104</span>

Current Projected Ex-Factory: 9/26 (PDM actively bring in the date)

Based on regional feedback at the PM summit, we are adding a retail version of MPP 104 (PVP attached.) Its a LTG 15 Power Pack that includes:

15k Capacity (3x5k mAh cells)

USB-A 12W

LTG Receptacle 12W

USB-C PD 2.0 27W

USB-A to LTG Cable (Apple doesnt allow 3rd parties to include a USB-C to LTG cable)

Color - Black

MSRP - $129.95

Target FOB - $28.89

The value of this product is fast charge iPhone 8/8+/X to 50% in 30 minutes.  Or, you can charge a MacBook pro on the go 1x.  Moreover, this would be the flagship LTG power pack complimenting MPP 103 line up.

**Action: Please work with your channel counterparts (if you have any) to come up with your volume projections from your end per channel.  In parallel, I will be working on the FIMO. Due 2/14**

| From: | Nick Kalra |
| --- | --- |
| Sent: | Wednesday, May 9, 2018 9:23 AM PDT |
| To: | Jenny Lai |
| CC: | SB Moon; Bruce Kim; Norbert von Boode |
| Subject: | Re: RPM Items (1/31) |

Here are the skus that will have the certs (UL/ETL and BSMI) removed from package/products so we can remove rated capacity.

| Base SKU | Product Name | Color | Notes |
| --- | --- | --- | --- |
| F8M980btBLK | MIXIT↑™ Power Pack 2000 | BLK | EMEA ONLY |
| F8M992 | MIXIT↑™Rockstar 6600 | GLD,SLV, GRY, C00 | EMEA ONLY |
| F8M993 | MIXIT↑™Rockstar 10000 | GLD,SLV, GRY, C00 | EMEA ONLY |
| F7U019 | Pocket Power 5k | BLK, C00,SLV | |
| F7U020 | Pocket Power 10k | BLK, C00,SLV | |
| F7U021 | Pocket Power 15k | BLK | |
| F7U039 | Pocket Power 10k (Dual Cell) | BLK, C00,SLV | |
| F7U019btBLKBE | Pocket Power 5k w/ m-USB to USB-C Adapter | BLK | EMEA ONLY |
| F8J201btSLV | Valet Charger™ Power Pack 6700 mAh for Apple Watch + iPho | SLV | |
| F7U045 | Lightning Power Bank 5k | BLK, WHT | |
| F7U046 | Lightning Power Bank 10k | BLK, WHT | |
| F7U047 | Pocket Power 10k w/QC 3.0 | BLK, C00 | |
| F7U064 | Lightning Power Bank 5k w/ 6" LTG Cable | BLK, WHT | |
| F7U065 | Lightning Power Bank 10k w/ 6" LTG Cable | BLK, WHT | |
| F7U063 | USB-C Power Bank, 20k mAh, PD 2.0 30W | Black | |

**From:** Jenny Lai
**Sent:** Wednesday, May 9, 2018 4:02:55 AM
**To:** Nick Kalra
**Cc:** SB Moon; Bruce Kim; Norbert von Boode
**Subject:** RE: RPM Items (1/31)

Hi Nick,

We are in discussion of business case – working on volume to justify cert cost in Taiwan (BSMI).
I will update you by early next week.

May I know which sku will remove the rated capacity from product print?
I would assume that will implement on MPP101 (F7U047) / MPP103 (F7U045 & F7U046) / MPP104 (F7U063).

How about F7U019/020/021?


Thank you
Jenny Lai

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 7:32 AM
**To:** Jenny Lai <Jenny.Lai@belkin.com>
**Cc:** SB Moon <sb.moon@belkin.com>; Bruce Kim <bruce.kim@belkin.com>; Norbert von Boode
<Norbert.vonBoode@belkin.com>
**Subject:** Fw: RPM Items (1/31)

Hey Jenny,
BSMI is another certifications that mandates rated capacity needs to be on power banks; so we
will remove it from packaging and products. However, if we want to keep selling in Taiwan we
can put a sticker on the package.

If we do this sticker, which products should we put it on? Thank you. - Nick

---

**From:** Nick Kalra
**Sent:** Tuesday, May 8, 2018 4:29 PM
**To:** Kailee Loughlin; Jamie Laing-Reece; Jenny Lai; Yeonsu Kim; Injy Bassam; Shraddha Patel
**Cc:** Bruce Kim; SB Moon; David DeMartra; Norbert von Boode
**Subject:** Re: RPM Items (1/31)

Hey All,
Following up on rated capacity. Since the certification is optional and the lower rated capacity is
having adverse effect on the MPP business, we have made a decision to remove the UL/ETL
certifications which mandate that we put this rated capacity.

We will continue to test to these standards, but just not use the certifications. I am in process to
update packages and power banks, but let me know if there any questions.

Thank you. - Nick

---

**From:** Nick Kalra
**Sent:** Thursday, May 3, 2018 10:27:57 AM
**To:** Kailee Loughlin; Jamie Laing-Reece; Jenny Lai; Yeonsu Kim; Injy Bassam; Shraddha Patel
**Cc:** Bruce Kim; SB Moon; David DeMartra; Norbert von Boode
**Subject:** Re: RPM Items (1/31)

Hey All,
I have gotten a couple questions from various people in the field about rated and marketed
capacity. This was the same item highlighted in January.

The rated capacity is a tested capacity that we need to provide to earn UL/ETL and Taiwan
certifications; certifications many of competitions don't have. There is a discussion that is
happening on how we can better communicate why there is different capacities.

If you have feedback on this item, please let me know. Thank you. - Nick

**BELKIN_000885**

**From:** Nick Kalra
**Sent:** Wednesday, January 31, 2018 5:10:26 PM
**To:** Kailee Loughlin; Jamie Laing-Reece; Jenny Lai; Yeonsu Kim
**Cc:** Bruce Kim; SB Moon; David DeMartra; Norbert von Boode
**Subject:** MPP: RPM Items (1/31)

Hey All - In an effort to be efficient, I have include multiple items on this one email. Hope it helps. Thanks. - Nick

<mark>Pocket Power Promos</mark>
Per conversations at the PM summit, it time to plan for promos for the Pocket Power series. We will need to do early build out of inventories to manage spikes in demands for these upcoming promos.

**Action: RPMs to give feedback on following (due 2/14):**

- What/When are the opportunities for promos up to May 2018?
- What type of promotions do you want to do?
- Project volumes?
- Recommended price?

<mark>Colors: MPP 101 and 103</mark>
For MPP 101 and 103, we are going with two color versions: black and pink versions. When looking at the Pocket Power colors sold in in 2017, black and pink were clear winners. Reducing to two color options will save on peg space which I have received feedback is limited.

Below is the summary of the 2017 sell-in data broken up by Pocket Power 5k and 10k + colors.

**Action: Please let me know if you have any feedback by 2/14**

| Pocket Power 5k | |
|---|---|
| Black | 52% |
| Pink | 33% |
| Silver | 14% |

| Pocket Power 10k | |
|---|---|
| Black | 55% |
| Pink | 32% |
| Silver | 13% |

<mark>Rated VS Marketed Capacity On Pocket Powers</mark>
We had customers calling out that the Pocket Power series has a different capacity listed on the product than whats listed on the package. To review, the capacity written on on the power pack is a rated(tested and worst-case conditions) capacity. We aren't allowed to put the marketed capacity on the product. Potential solutions:

*List the product name (ie Pocket Power 5k, etc) on the product.
*Write the rated and marketed capacity on the package

**BELKIN_000886**

**Action: Follow-up with customers to see if these solutions solves their concerns so we can continue or start selling the product into their stores. Due 2/14**

MPP 101
Targeted Development Gate: 2/14
Ex-Factory:  Working towards bringing in ex-factory date to 5/18.

Delay:  I have talked to some of the RPM, but for those who I haven't - MPP 101 is delayed.  However, we have been able to bring it in to early June and still working to bring it in further to 5/18 for major customers reseting in the spring.
   -What is being done:  1) PDM is scheduling tasks in parallel and identifying where we can take risks to pull in the schedule.  This is actively being done.  2) Pass-Thru charging has been removed to speed up development, but we are looking to add the feature back in with a revision of the project (more details to come.)
   -Confidence:  Please know that we are not taking these delays lightly.  It is our desire to build confidence in hitting targeted dates for power packs. Initiatives talked about at the PM summit (development model, projected timelines, and considering store reset dates) will improve our success rate of hitting date targets.

MPP 103 (5k/10k) Retail
Target Development Gate: 2/14
Projected Ex-Factory:  8/1

1) MPP 103 FIMOs - Please get approvals from your regional finance counterparts on the FIMO as you are sending me your feedback which is due tomorrow (from another email.)  Global finance has been asking to make sure that regional finance has been involved, so anything we can do upfront will help me speed up the conversation.

**Action: Feedback on volumes and assumptions still due tomorrow (2/1). Please get regional finance feedback/approval.**

2) PDM is close to confirming schedule, which has an ex-factory of 8/1 for America and EMEA.  I believe this is late for Americas (please confirm) for fall resets.  When does ANZ and APEA need it?

**Action: Feedback on ex-factory date due 2/7.**

MPP 104
Current Projected Ex-Factory: 9/26 (PDM actively bring in the date)

Based on regional feedback at the PM summit, we are adding a retail version of MPP 104 (PVP attached.) Its a LTG 15 Power Pack that includes:

15k Capacity (3x5k mAh cells)
USB-A 12W
LTG Receptacle 12W
USB-C PD 2.0 27W
USB-A to LTG Cable (Apple doesnt allow 3rd parties to include a USB-C to LTG cable)
Color - Black
MSRP - $129.95
Target FOB - $28.89

The value of this product is fast charge iPhone 8/8+/X to 50% in 30 minutes.  Or, you can charge a MacBook pro on the go 1x.  Moreover, this would be the flagship LTG power pack complimenting MPP 103 line up.

**Action: Please work with your channel counterparts (if you have any) to come up with your volume projections from your end per channel.  In parallel, I will be working on the FIMO. Due 2/14**

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Wednesday, May 9, 2018 9:51 PM PDT |
| **To:** | Mathew Small |
| **CC:** | Norbert von Boode |
| **Subject:** | UL/ETL Certification for Power Banks |
| **Attachments:** | 05072018 - MPP - Regulatory Removal.pptx |

Hey Matt,

We would like to remove the UL/ETL certification from our power banks.  This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback.  Please let me know. Thank you. - Nick

**CONFIDENTIAL**

# Executive Summary
## MPP

**Financial Summary (YTD 04/2018)**

|        | FOB | SRP | GIM % | GP %  | Gross Sales | Net Sales |
|--------|-----|-----|-------|-------|-------------|-----------|
| Budget | n/a | n/a | n/a   | 22.5% | $9.2M       | $7.5M     |
| Actual | n/a | n/a | n/a   | 21.5% | $9.1M       | $7.6M     |

**Decision Deadline**

05/08/2018

**Ex-Factory Date**

n/a

**Go-Live Date**

5/22/2018

**Issue Escalation or Request**

Removing UL/ETL certifications from MPP product line.

**Business Summary**

For MPP category, we have been using optional UL/ETL certifications for a competitive advantage. However, it requires us to print text that shows our capacity as lower than our competitor.

**GPM Case or Recommendation**

- Remove UL/ETL certification
  - Optional cert originally used for competitive advantage (safety cert)
  - With new standards, hurts us to put power bank capacity rather than cell capacity (see "other notes" for definition)
- Currently, numerous customers are questioning our product
  - Canadian Telco (Roger) has quarantined Pocket Powers

**Risk Exposure**

- Loss of customers across the globe
- Increase rate of return

**Other Notes**

Cell capacity is the calculated capacity at industry standards. All vendors put this capacity on their package/marketing material. Power bank capacity, which UL/ETL requires us to put, is a measured lower capacity that takes into account more variables.

© 2018 Belkin International, Inc. Confidential information. Not for distribution or reproduction.

1

| | |
|---|---|
| **From:** | Mathew Small |
| **Sent:** | Thursday, May 10, 2018 1:46 AM PDT |
| **To:** | Nick Kalra |
| **CC:** | Norbert von Boode; David Chick; Jo Sturgess |
| **Subject:** | FW: UL/ETL Certification for Power Banks |
| **Attachments:** | 05072018 - MPP - Regulatory Removal.pptx |

Hi Nick,

I can't see any issues from my side, but not sure if global sales should be made aware. Do you think its worthwhile us also asking Ricardo if they see any issues with this.

Thanks,

Matt

---

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 9:52 PM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** UL/ETL Certification for Power Banks

Hey Matt,

We would like to remove the UL/ETL certification from our power banks. This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback. Please let me know. Thank you. - Nick

**BELKIN_000891**

# Executive Summary
## MPP

**Financial Summary (YTD 04/2018)**

| | FOB | SRP | GIM % | GP % | Gross Sales | Net Sales |
|---|---|---|---|---|---|---|
| Budget | n/a | n/a | n/a | 22.5% | $9.2M | $7.5M |
| Actual | n/a | n/a | n/a | 21.5% | $9.1M | $7.6M |

### Decision Deadline
05/08/2018

### Ex-Factory Date
n/a

### Go-Live Date
5/22/2018

### Issue Escalation or Request

Removing UL/ETL certifications from MPP product line.

### Business Summary

For MPP category, we have been using optional UL/ETL certifications for a competitive advantage. However, it requires us to print text that shows our capacity as lower than our competitor.

### GPM Case or Recommendation

- Remove UL/ETL certification
  - Optional cert originally used for competitive advantage (safety cert)
  - With new standards, hurts us to put power bank capacity rather than cell capacity (see "other notes" for definition)
- Currently, numerous customers are questioning our product
  - Canadian Telco (Roger) has quarantined Pocket Powers

### Risk Exposure

- Loss of customers across the globe
- Increase rate of return

### Other Notes

Cell capacity is the calculated capacity at industry standards. All vendors put this capacity on their package/marketing material. Power bank capacity, which UL/ETL requires us to put, is a measured lower capacity that takes into account more variables.

© 2018 Belkin International, Inc. Confidential information. Not for distribution or reproduction.

1

BELKIN_000892

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Thursday, May 10, 2018 9:01 AM PDT |
| **To:** | Mathew Small |
| **CC:** | Norbert von Boode; David Chick; Jo Sturgess |
| **Subject:** | Re: UL/ETL Certification for Power Banks |

Hey Matt - Yeah, can we do a quick ask of Ricardo since this is a general question across all power banks.  Thank you. - Nick

**From:** Mathew Small
**Sent:** Thursday, May 10, 2018 1:46:06 AM
**To:** Nick Kalra
**Cc:** Norbert von Boode; David Chick; Jo Sturgess
**Subject:** FW: UL/ETL Certification for Power Banks

Hi Nick,

I can't see any issues from my side, but not sure if global sales should be made aware. Do you think its worthwhile us also asking Ricardo if they see any issues with this.

Thanks,

Matt

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 9:52 PM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** UL/ETL Certification for Power Banks

Hey Matt,
We would like to remove the UL/ETL certification from our power banks.  This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback.  Please let me know. Thank you. - Nick

**BELKIN_000893**

| | |
|---|---|
| **From:** | Mathew Small |
| **Sent:** | Monday, May 14, 2018 10:13 AM PDT |
| **To:** | Nick Kalra |
| **CC:** | Norbert von Boode; David Chick; Jo Sturgess |
| **Subject:** | RE: UL/ETL Certification for Power Banks |

Jo/Dave,

Can you please arrange this.

Thanks,

Matt

**From:** Nick Kalra
**Sent:** Thursday, May 10, 2018 9:02 AM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick <david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
**Subject:** Re: UL/ETL Certification for Power Banks

Hey Matt - Yeah, can we do a quick ask of Ricardo since this is a general question across all power banks. Thank you. - Nick

**From:** Mathew Small
**Sent:** Thursday, May 10, 2018 1:46:06 AM
**To:** Nick Kalra
**Cc:** Norbert von Boode; David Chick; Jo Sturgess
**Subject:** FW: UL/ETL Certification for Power Banks

Hi Nick,

I can't see any issues from my side, but not sure if global sales should be made aware. Do you think its worthwhile us also asking Ricardo if they see any issues with this.

Thanks,

Matt

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 9:52 PM
**To:** Mathew Small <MathewS@belkin.com>

**CONFIDENTIAL**

**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** UL/ETL Certification for Power Banks

Hey Matt,

We would like to remove the UL/ETL certification from our power banks. This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback. Please let me know. Thank you. - Nick

**CONFIDENTIAL**

| From: | Nick Kalra |
|---|---|
| Sent: | Friday, May 18, 2018 9:20 AM PDT |
| To: | Mitchell Suckle; Claire Park |
| CC: | Rajesh Karki; Norbert von Boode; Jenna Harling |
| Subject: | Re: Remove ETL/UL/BSMI |

Hey Mitch/Claire,
Can we have product graphic updates for at least F7U019, F7U020, and F7U021 today?  There is a urgency to remove this bc at least one TELCO customer has quarantined our products.
Thank you. - Nick
**From:** Mitchell Suckle
**Sent:** Monday, May 14, 2018 11:03:34 AM
**To:** Nick Kalra; Claire Park
**Cc:** Rajesh Karki; Norbert von Boode; Jenna Harling
**Subject:** Re: Remove ETL/UL/BSMI

Adding Claire,

   We should be able to have it completed by wed. It's not a lot of work, but we need to focus on another project today to move it along.

Thanks,

**From:** Nick Kalra <Nick.Kalra@belkin.com>
**Date:** Monday, May 14, 2018 at 10:59 AM
**To:** Mitchell Suckle <MitchellS@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>, Norbert von Boode <Norbert.vonBoode@belkin.com>, Jenna Harling <jenna.harling@belkin.com>
**Subject:** Re: Remove ETL/UL/BSMI

+Jenna for visibility on F8J201btSLV


Hey Mitch - Post a meeting with Rajesh on Friday, please find a reduce list below.

Also, can we add F8J201btSLV to the list.

Do you know when updated graphics will be done? Thank you. - Nick

**BELKIN_000896**

| | | | |
|---|---|---|---|
| 1 | F7U019 | Pocket Power 5k | Remove UL/ETL and BSMI |
| 2 | F7U020 | Pocket Power 10k | Remove UL/ETL and BSMI |
| 3 | F7U021 | Pocket Power 15k | Remove UL/ETL and BSMI |
| 4 | F7U039 | Pocket Power 10k (Dual Cell) | Remove UL/ETL and BSMI |
| 5 | F7U019btBLKBE | Pocket Power 5k w/ m-USB to USB-C Adapter | Remove UL/ETL and BSMI |
| 6 | F7U047 | Pocket Power 10k w/QC 3.0 | Remove UL/ETL and BSMI |
| 7 | F7U045 | Lightning Power Bank 5k | Remove UL/ETL and BSMI |
| 8 | F7U046 | Lightning Power Bank 10k | Remove UL/ETL and BSMI |
| 9 | F7U064 | Lightning Power Bank 5k w/ 6" LTG Cable | Remove UL/ETL and BSMI |
| 10 | F7U065 | Lightning Power Bank 10k w/ 6" LTG Cable | Remove UL/ETL and BSMI |
| 11 | F7U063 | USB-C Power Bank, 20k mAh, PD 2.0 30W | Remove UL/ETL and BSMI |
| 12 | F8M980btBLK | MIXIT↑™ Power Pack 2000 | Remove ETL, Confirm No BSMI |
| 13 | F8M992 | MIXIT↑™Rockstar 6600 | Confirm - No BSMI or ETL/UL Certs |
| 2 | F8M993 | MIXIT↑™Rockstar 10000 | Confirm - No BSMI or ETL/UL Certs |

**BELKIN_000897**

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Tuesday, June 12, 2018 9:07 AM PDT |
| **To:** | Mitchell Suckle; Claire Park |
| **CC:** | Norbert von Boode; Edward Leu |
| **Subject:** | Fw: Regarding graphic change |

Hey Mitch,

As a reminder, I asked ID to quickly update the graphics (which was done, ty) to remove certs and mAh text that noted a lower capacity on Pocket Power to gain placement back at a Canadian Telco, as well as reduce other future customer conflicts. (To note! This is different goal than increasing the legibility of the text, which is a different goal that is being pursued and a discussion I believe you have been involved in.)

I like to move forward with accepting the laser etch as it fits into this goal criteria. Additionally, we have mounting pressures from the customer to get this product back on the shelves. Are you okay to move forward as well?

Please let me know your thoughts. - Nick

**From:** Leono Li
**Sent:** Monday, June 11, 2018 1:06 AM
**To:** Jack Wu; sven; Jeff Wang; Nick Kalra; Edward Leu; Claire Park
**Cc:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Regarding graphic change

Hi Edward,

I reviewed the latest laser samples which is acceptable.
You know we had conducts three options for the certs finish. Bellow summaries for your decision making.
I will send the samples to Claire as well for record as well.

BELKIN_000898

| Finish | | ID | RCA test | Cost |
|---|---|---|---|---|
| 1.Painting + UV coating + Printing |  | OK | NG | OK |
| 2. Painting +Printing + UV coating |  | OK. Preferred for better color and legibility | OK | **High. Pending for approval** |
| 3. Laser etching |  | OK | OK | OK |

Let me have your comments.

Thanks,
Leono

---

**From:** Jack Wu <market012@dbk.com.cn>
**Date:** Saturday, June 9, 2018 at 12:21 AM
**To:** sven <sven@dbk.com.hk>, Leono Li <Leono.Li@belkin.com>, Jeff Wang <Jeff.Wang@belkin.com>, Nick Kalra <Nick.Kalra@belkin.com>, Edward Leu <edward.leu@belkin.com>, Claire Park <Claire.Park@belkin.com>
**Cc:** Lewis Ling <Lewis.Ling@belkin.com>, "'owen.xue'" <owen.xue@dbk.com.hk>, 'Hamilton Lai' <h.lai@dbk.com.hk>
**Subject:** Re: Re: Regarding graphic change

Hi Leono and Edward,

Sample A is the sample made in 6/7 yesterday, Sample B is the sample made tonight.

I am afraid you may not received the original pictures due to the big attachment in my previous email.
Below is some screenshot for your reference.



BELKIN_000900



F7U019 Sample B 20180608



F7U020 Sample A 20180607

BELKIN_000901



F7U020 Sample B 20180608



F7U019 Sample A&B comparison20180608

BELKIN_000902



F7U020 Sample A&B comparison20180608

Thanks

_____

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址： 深圳市龙华新区大浪街道高锋社区华荣路霖源工业区

Web : www.dbk.com.hk
Tel : 0086-755-61881886-8012   Fax: 0086-755-61886160


www.dbk.com.hk

**From:** Jack Wu
**Date:** 2018-06-09 00:04
**To:** sven; Leono Li; Jeff Wang; Nick Kalra; Edward Leu; Claire Park
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change
Hi Leono and Edward,

BELKIN_000903

We called the sample Leono reviewed this afternoon Sample A, the latest new sample Sample B ,
Attached is the comparison pictures for your reveiw firstly .
I'll also send these sample to SZ office for Leono review again.

Thanks

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk
Tel：0086-755-61881886-8012   Fax: 0086-755-61886160



**From:** sven
**Date:** 2018-06-08 18:37
**To:** Leono Li; Jack; Jeff Wang; Nick Kalra; Edward Leu; Claire Park
**CC:** Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Re: Re: Regarding graphic change

Hi Leono,

Thank you for your email.

For the laser color,it is invariable color based on new laser equipment.We can not change the laser color,just change to be more dark or shallow by laser power.
For our suggestion,we will make the sample tonight and then take a picture for your review firstly.

Thanks

Best regards!
Sven Chen Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd

BELKIN_000904

Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail sven@dbk.com.hk    Skype: sven_617

**From:** Leono Li
**Date:** 2018-06-08 17:43
**To:** sven; Jack; Jeff Wang; Nick Kalra; Edward Leu; Claire Park
**CC:** Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Re: Regarding graphic change

Hi Sven,
Legibility is not a issue but the color is too blue and not match to our printing color on Mixit metallic.
Furthermore the laser color tune quit deviate to PIP logo printing color on front.
For your last suggestion, could you provide samples for our review firstly for our evaluation?

Hi Edward,
I will ship the laser samples to Claire for alignment.
If any additional comments you have please let me know.

Thanks,
Leono

**From:** sven <sven@dbk.com.hk>
**Organization:** DBK
**Date:** Friday, June 8, 2018 at 5:14 PM
**To:** Leono Li <Leono.Li@belkin.com>, Jack <market012@dbk.com.cn>, Jeff Wang <Jeff.Wang@belkin.com>, Nick Kalra <Nick.Kalra@belkin.com>, Edward Leu <edward.leu@belkin.com>
**Cc:** Lewis Ling <Lewis.Ling@belkin.com>, "owen.xue" <owen.xue@dbk.com.hk>, "Hamilton Lai (??)" <h.lai@dbk.com.hk>
**Subject:** Re: Re: Regarding graphic change

Hi Leono,

Thank you for your clarify.

Firstly,the current laser is enough clear,right?
Secondly,we think that it is not dirty,just the color is different.
Lastly,Do you think that if you update the words to be thinner,just similar like the line of certificate logo,will it make the laser to be more nice instead of dirty?

Thank you.

_____
Best regards!
Sven Chen  Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd

CONFIDENTIAL

Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail:sven@dbk.com.hk    Skype:sven_617

**From:** Leono Li
**Date:** 2018-06-08 16:52
**To:** Jack Wu; Jeff Wang; Nick Kalra; Edward Leu; sven
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Regarding graphic change

Hi Jack,

The new laser color on rose gold looks dirty.

Any improvement you can do otherwise printing is preferred.



Thanks,
Leono

**From:** Jack Wu <market012@dbk.com.cn>
**Date:** Friday, June 8, 2018 at 12:47 AM
**To:** Leono Li <Leono.Li@belkin.com>, Jeff Wang <Jeff.Wang@belkin.com>, Nick Kalra <Nick.Kalra@belkin.com>, Edward Leu <edward.leu@belkin.com>, sven <sven@dbk.com.hk>
**Cc:** Lewis Ling <Lewis.Ling@belkin.com>, '"owen.xue'" <owen.xue@dbk.com.hk>, 'Hamilton Lai' <h.lai@dbk.com.hk>
**Subject:** Re: Re: Regarding graphic change

Hi Leono,

The new laser sample of rose gold is complete by late of today and I have sent out to your SZ office for your team review.

The tracking number is SF # 437188443830.

Thanks

BELKIN_000906

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址 ： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web ： www.dbk.com.hk
Tel ： 0086-755-61881886-8012  Fax: 0086-755-61886160

 www.dbk.com.hk

**From:** Jack Wu
**Date:** 2018-06-06 20:42
**To:** Jeff Wang; Nick Kalra; Edward Leu; sven; Leono Li
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hi Jeff, Leono,

Thanks for your help and advise ,
we have modified the artworks for laser etch,
the new samples will be ready by tomorrow afternoon.

Thanks

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址 ： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web ： www.dbk.com.hk
Tel ： 0086-755-61881886-8012  Fax: 0086-755-61886160

BELKIN_000907

 www.dbk.com.hk

---

**From:** Jack Wu
**Date:** 2018-06-06 14:03
**To:** Jeff Wang; Nick Kalra; Edward Leu; sven; Leono Li
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hi Jeff,

Noted, thanks.
I'll have phone call with Leono for more details.

Thanks

---

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司

地址：深圳市龙华新区大浪街道高锋社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012  Fax: 0086-755-61886160

 www.dbk.com.hk

---

**From:** Jeff Wang
**Date:** 2018-06-06 13:57
**To:** Nick Kalra; Jack Wu; Edward Leu; sven
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Regarding graphic change

Hi Sven and Jack
Leono will assist you guys figure out the request /request.
Lets  resolve the issue locally.
Thanks!
Jeff

BELKIN_000908

**From:** Nick Kalra
**Date:** Wednesday, June 6, 2018 at 1:05 PM
**To:** Jack Wu, Edward Leu, sven
**Cc:** Lewis Ling, "'owen.xue'", 'Hamilton Lai', Jeff Wang
**Subject:** Re: Re: Regarding graphic change

+Jeff

Hey All - Adding Jeff to the email to help with feedback/requests.  I like to reduce the back and forth so we can get this item closed out quickly.

Thank you Jeff.  - NIck

**From:** Jack Wu <<u>market012@dbk.com.cn</u>>
**Sent:** Tuesday, June 5, 2018 8:49:38 AM
**To:** Nick Kalra; Edward Leu; sven
**Cc:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hi Nick,

The outlined artwork is ok for our designer to transfer ,
but I am sorry for that our laser engineer still find a problem when they transfer it to the laser format .plt ,
refer below picture:  For each line of below left trash can is a clsoed circle line , but for the below right '10' logo , it is just a single bold line , not be filled for laser.



When our engineer transfer .plt formate , it need to fill all the closed line circle , below left picture is the latest laser artwork A20 you provided filled effect , below right picture is the A10 laser artwork before.

CONFIDENTIAL

BELKIN_000909



For EAC LOGO , it is the same issue ,



Today , we have tried many ways to modify it , but not works, could you please help to update it for laser version for us again ?

thanks in advance.

---

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd

CONFIDENTIAL

BELKIN_000910

Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen

深圳市迪比科电子科技有限公司

地址 ： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web ： www.dbk.com.hk

Tel ： 0086-755-61881886-8012   Fax: 0086-755-61886160



**From:** Jack Wu
**Date:** 2018-06-05 11:19
**To:** Edward Leu; Nick Kalra; sven
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: RE: Regarding graphic change

Hi Edward,

Thank you . Crank means outlined version, now it works.

Thanks

---

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen

深圳市迪比科电子科技有限公司

地址 ： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web ： www.dbk.com.hk

Tel ： 0086-755-61881886-8012   Fax: 0086-755-61886160



**From:** Edward Leu
**Date:** 2018-06-05 02:53
**To:** Jack Wu; Nick Kalra; sven
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** RE: Re: Regarding graphic change

BELKIN_000911

Hello Jack (DBK), please see attachment for an outlined version. I am not sure what "crank" means, so I do think the outline version will work as the image you shown us looks like fonts are trying to load (which would not if the PDF was outlined). Edward

**From:** Jack Wu <market012@dbk.com.cn>
**Sent:** Monday, June 4, 2018 9:55 AM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; sven <sven@dbk.com.hk>
**Cc:** Edward Leu <edward.leu@belkin.com>; Lewis Ling <Lewis.Ling@belkin.com>; 'owen.xue' <owen.xue@dbk.com.hk>; 'Hamilton Lai' <h.lai@dbk.com.hk>
**Subject:** Re: Re: Regarding graphic change

Hi Nick,

I am sorry for that the latest artwork for laser etch cannot be transfered to our own files due to the crank issue , see below picture shown the font and display mistake .
Could you please help to crank these files ? I also have another email for this requirement.



Please also check the latest files for silkscreen , and make sure they are crank type.

Thanks in advance.

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk

BELKIN_000912

Tel：0086-755-61881886-8012  Fax: 0086-755-61886160

  www.dbk.com.hk

**From:** Nick Kalra
**Date:** 2018-06-05 00:45
**To:** Jack Wu; sven
**CC:** Edward Leu; Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hey Jack/Sven,

Any updates on getting view of the sample?

Thank you. - Nick

**From:** Jack Wu <market012@dbk.com.cn>
**Sent:** Thursday, May 31, 2018 7:36:01 PM
**To:** Nick Kalra; sven
**Cc:** Edward Leu; Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Thank you , Nick.

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址：  深圳市龙华新区大浪街道高锋社区华荣霖源工业区

Web：www.dbk.com.hk
Tel：0086-755-61881886-8012  Fax: 0086-755-61886160

  www.dbk.com.hk

**From:** Nick Kalra
**Date:** 2018-06-01 03:50
**To:** Jack Wu; sven

BELKIN_000913

**CC:** Edward Leu; Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hey Jack/Sven,

Attached is update artwork. Thank you. - Nick

**From:** Jack Wu <market012@dbk.com.cn>
**Sent:** Wednesday, May 30, 2018 6:15:14 PM
**To:** Nick Kalra; sven
**Cc:** Edward Leu; Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hi Nick,

Attached F7U019 artwork revA10 used for laser etch vs. revA18 used for silkscreen for your reference.



Thanks

Best Regards
Jack Wu

Mob: 86-136 8688 0537

BELKIN_000914

E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址： 深圳市龙华新区大浪街道高锋社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012   Fax: 0086-755-61886160

　　　www.dbk.com.hk

**From:** sven
**Date:** 2018-05-31 08:33
**To:** Nick Kalra
**CC:** Jack; Edward Leu; Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Re: Re: Regarding graphic change

Hi Nick,

It is silkprint.The laser graphic version is attachment.



Thanks

---

Best regards!

Sven Chen Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd
Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail: sven@dbk.com.hk  Skype:sven_617

BELKIN_000915

**From:** Nick Kalra
**Date:** 2018-05-31 04:03
**To:** Sven Chen
**CC:** Jack Wu; Edward Leu; Lewis Ling; owen.xue; Hamilton Lai
**Subject:** Re: Regarding graphic change

Hey Sven,

The current production products are laser print and the content is filled. Since this was the original print, I thought it would be the same...

---

**From:** Sven Chen <sven@dbk.com.hk>
**Sent:** Wednesday, May 30, 2018 12:59:19 PM
**To:** Nick Kalra
**Cc:** Jack Wu; Edward Leu; Lewis Ling; owen.xue; Hamilton Lai
**Subject:** Re: Regarding graphic change

Hi Nick

Thank you for your email

Because the filled content can not be used for laser as it is easy to cause the bubble.We need you update the same as before laser graphics

Thanks
B.R. Sven
Send from my iPhone

在 2018年5月30日，下午12:40，Nick Kalra <Nick.Kalra@belkin.com> 写道：

Hey Jack/Sven,
It wasn't hollowed out before and I believe the positioning the same. Why would we make changes now?

The change here is to just change the content. Thanks. - Nick

---

**From:** Jack Wu <market012@dbk.com.cn>
**Sent:** Wednesday, May 30, 2018 8:38:11 AM
**To:** sven; Nick Kalra; Edward Leu
**Cc:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hi Nick,

Thanks in advance.
Below two my suggestions are just for your reference to transform the latest silkscreen artwork into the laser etch use artwork .

After reviewed previous laser etch artwork , the laser line is in different width, Could it be possible to have the laser line wider , so that the laser effect would be more clear ?

BELKIN_000916



the laser line is in different width

If the whole artwork in back house could be bigger with 1:1 scale as possible as we can and move up to avoid the bend area near the bottom side, the laser effect would be much better as well. Below is just for your reference, please correct me if anything is wrong.



Thanks

BELKIN_000917

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址：深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012　Fax: 0086-755-61886160



---

**From:** sven
**Date:** 2018-05-30 14:29
**To:** Nick Kalra; Edward Leu
**CC:** Lewis Ling; owen.xue; Hamilton Lai (??); Jack
**Subject:** Re: Re: Regarding graphic change
+Jack
Hi Nick,

After reviewed the documents,I think that you need update for us as we need hollow type for certificate logo.Thanks
<Catch7BD5(05-30-(05-30-23-07-46).jpg>

---

Best regards!
**Sven Chen** Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd
Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail:sven@dbk.com.hk  Skype:sven_617

---

**From:** sven
**Date:** 2018-05-30 14:22
**To:** Nick Kalra; Edward Leu
**CC:** Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Re: Re: Regarding graphic change
Hi Nick,

After reviewed the documents,I think that you need update for us as we need hollow type for certificate logo.Thanks

BELKIN_000918



this type is used for laser in version A15

this filled type is used for silkscreen in newest version.

Best regards!

**Sven Chen** Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd
Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail:**sven@dbk.com.hk**  Skype:**sven_617**

**From:** Nick Kalra
**Date:** 2018-05-30 07:24

BELKIN_000919

**To:** sven; Edward Leu
**CC:** Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Re: Regarding graphic change

+Edward

Hey Sven,
Per our conversation today, the updated graphics for laser printing is attached. Thank you.- Nick

**From:** sven <sven@dbk.com.hk>
**Sent:** Thursday, May 24, 2018 3:38 AM
**To:** Nick Kalra
**Cc:** Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Regarding graphic change

Hi Nick,

This is Sven from DBK and I am the service window for belkin.

Lewis ask me to have a meeting with you for graphic change and we will visit your office from 28th to 30th May.Could you kindly help to check what date is available for you?

Thank you.

Best regards!

Sven Chen Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd
Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail:sven@dbk.com.hk    Skype:sven_617

Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly

prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html _____

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html _____



BELKIN_000921

| | |
|---|---|
| **From:** | Jo Sturgess |
| **Sent:** | Monday, July 9, 2018 6:58 AM PDT |
| **To:** | Mathew Small; Nick Kalra |
| **CC:** | Norbert von Boode; David Chick |
| **Subject:** | RE: UL/ETL Certification for Power Banks |

Hi all

Just to give you an update, I'm still chasing Ricardo on this query.
Thanks
Jo
**JO STURGESS**
Optimisation Analyst

**Belkin International**

O +44 (0) 1933 352271

  

**From:** Mathew Small
**Sent:** 14 May 2018 18:14
**To:** Nick Kalra <Nick.Kalra@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick <david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
**Subject:** RE: UL/ETL Certification for Power Banks

Jo/Dave,

Can you please arrange this.

Thanks,

Matt

**From:** Nick Kalra
**Sent:** Thursday, May 10, 2018 9:02 AM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick <david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
**Subject:** Re: UL/ETL Certification for Power Banks

Hey Matt - Yeah, can we do a quick ask of Ricardo since this is a general question across all power banks.  Thank you. - Nick

**From:** Mathew Small
**Sent:** Thursday, May 10, 2018 1:46:06 AM
**To:** Nick Kalra
**Cc:** Norbert von Boode; David Chick; Jo Sturgess
**Subject:** FW: UL/ETL Certification for Power Banks

Hi Nick,

I can't see any issues from my side, but not sure if global sales should be made aware. Do you think its worthwhile us also asking Ricardo if they see any issues with this.

Thanks,

Matt

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 9:52 PM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** UL/ETL Certification for Power Banks

Hey Matt,

We would like to remove the UL/ETL certification from our power banks. This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback. Please let me know. Thank you. - Nick

**BELKIN_000923**

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Monday, July 9, 2018 7:15 AM PDT |
| **To:** | Jo Sturgess; Mathew Small |
| **CC:** | Norbert von Boode; David Chick |
| **Subject:** | Re: UL/ETL Certification for Power Banks |

**From:** Jo Sturgess
**Sent:** Monday, July 9, 2018 6:58 AM
**To:** Mathew Small; Nick Kalra
**Cc:** Norbert von Boode; David Chick
**Subject:** RE: UL/ETL Certification for Power Banks

Hi all

Just to give you an update, I'm still chasing Ricardo on this query.
Thanks
Jo
**JO STURGESS**
Optimisation Analyst

**Belkin International**

O +44 (0) 1933 352271

 

---

**From:** Mathew Small
**Sent:** 14 May 2018 18:14
**To:** Nick Kalra <Nick.Kalra@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick <david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
**Subject:** RE: UL/ETL Certification for Power Banks

Jo/Dave,

Can you please arrange this.

Thanks,

Matt

---

**From:** Nick Kalra
**Sent:** Thursday, May 10, 2018 9:02 AM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick <david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
**Subject:** Re: UL/ETL Certification for Power Banks

Hey Matt - Yeah, can we do a quick ask of Ricardo since this is a general question across all power banks.  Thank you. - Nick

---

**From:** Mathew Small
**Sent:** Thursday, May 10, 2018 1:46:06 AM
**To:** Nick Kalra
**Cc:** Norbert von Boode; David Chick; Jo Sturgess
**Subject:** FW: UL/ETL Certification for Power Banks

Hi Nick,

I can't see any issues from my side, but not sure if global sales should be made aware. Do you think its worthwhile us also asking Ricardo if they see any issues with this.

Thanks,

Matt

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 9:52 PM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** UL/ETL Certification for Power Banks

Hey Matt,

We would like to remove the UL/ETL certification from our power banks.  This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback.  Please let me know. Thank you. - Nick

CONFIDENTIAL

BELKIN_000926

| | |
|---|---|
| **From:** | David Chick |
| **Sent:** | Monday, July 9, 2018 2:21 PM PDT |
| **To:** | Jo Sturgess |
| **Cc:** | Mathew Small; Nick Kalra; Norbert von Boode |
| **Subject:** | Re: UL/ETL Certification for Power Banks |

Hi Jo

Check with Mr Dodd when they are having their next call and try to join.  If they don't have one, let's try and set o e up.

Thanks for following up

Dave

Sent from my iPhone

On 9 Jul 2018, at 14:58, Jo Sturgess <Joanne.Sturgess@belkin.com> wrote:

> Hi all
>
> Just to give you an update, I'm still chasing Ricardo on this query.
> Thanks
> Jo
> **JO STURGESS**
> Optimisation Analyst
>
> **Belkin International**
>
> O +44 (0) 1933 352271
> <image001.png>

**From:** Mathew Small
**Sent:** 14 May 2018 18:14
**To:** Nick Kalra <Nick.Kalra@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick <david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
**Subject:** RE: UL/ETL Certification for Power Banks

Jo/Dave,

Can you please arrange this.

Thanks,

Matt

**From:** Nick Kalra
**Sent:** Thursday, May 10, 2018 9:02 AM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick <david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
**Subject:** Re: UL/ETL Certification for Power Banks

Hey Matt - Yeah, can we do a quick ask of Ricardo since this is a general question across all power banks. Thank you. - Nick

---

**From:** Mathew Small
**Sent:** Thursday, May 10, 2018 1:46:06 AM
**To:** Nick Kalra
**Cc:** Norbert von Boode; David Chick; Jo Sturgess
**Subject:** FW: UL/ETL Certification for Power Banks

Hi Nick,

I can't see any issues from my side, but not sure if global sales should be made aware. Do you think its worthwhile us also asking Ricardo if they see any issues with this.

Thanks,

Matt

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 9:52 PM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** UL/ETL Certification for Power Banks

Hey Matt,

We would like to remove the UL/ETL certification from our power banks. This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities

communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback.  Please let me know. Thank you. - Nick

**BELKIN_000929**

| | |
|---|---|
| **From:** | Mathew Small |
| **Sent:** | Monday, July 9, 2018 2:28 PM PDT |
| **To:** | David Chick |
| **CC:** | Jo Sturgess; Nick Kalra; Norbert von Boode |
| **Subject:** | Re: UL/ETL Certification for Power Banks |

I'd just set one up guys, we are paying for a service that they need to support with.

Sent from my iPhone

On 9 Jul 2018, at 14:21, David Chick <david.chick@belkin.com> wrote:

> Hi Jo
> Check with Mr Dodd when they are having their next call and try to join.  If they don't have one, let's try and set o e up.
> Thanks for following up
> Dave
>
> Sent from my iPhone
>
> On 9 Jul 2018, at 14:58, Jo Sturgess <Joanne.Sturgess@belkin.com> wrote:
>
>> Hi all
>>
>> Just to give you an update, I'm still chasing Ricardo on this query.
>> Thanks
>> Jo
>> **JO STURGESS**
>> Optimisation Analyst
>>
>> **Belkin International**
>>
>> O +44 (0) 1933 352271
>> <image001.png>
>>
>> ---
>>
>> **From:** Mathew Small
>> **Sent:** 14 May 2018 18:14
>> **To:** Nick Kalra <Nick.Kalra@belkin.com>
>> **Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick <david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
>> **Subject:** RE: UL/ETL Certification for Power Banks
>>
>> Jo/Dave,
>>
>> Can you please arrange this.

Thanks,

Matt

---

**From:** Nick Kalra
**Sent:** Thursday, May 10, 2018 9:02 AM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick
<david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
**Subject:** Re: UL/ETL Certification for Power Banks

Hey Matt - Yeah, can we do a quick ask of Ricardo since this is a general question across
all power banks.  Thank you. - Nick

---

**From:** Mathew Small
**Sent:** Thursday, May 10, 2018 1:46:06 AM
**To:** Nick Kalra
**Cc:** Norbert von Boode; David Chick; Jo Sturgess
**Subject:** FW: UL/ETL Certification for Power Banks

Hi Nick,

I can't see any issues from my side, but not sure if global sales should be made aware. Do
you think its worthwhile us also asking Ricardo if they see any issues with this.

Thanks,

Matt

---

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 9:52 PM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** UL/ETL Certification for Power Banks

Hey Matt,

We would like to remove the UL/ETL certification from our power banks.  This is
something we have talk to regulatory about and they are okay on their side.

BELKIN_000931

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback.  Please let me know. Thank you. - Nick

**BELKIN_000932**

| | |
|---|---|
| **From:** | Jo Sturgess |
| **Sent:** | Tuesday, July 17, 2018 8:12 AM PDT |
| **To:** | Mathew Small; Nick Kalra |
| **CC:** | Norbert von Boode; David Chick |
| **Subject:** | RE: UL/ETL Certification for Power Banks |

Hi All

I have spoken with Stephen Walker [Senior Consultant] from NCEC today, he said they can see no issue with dropping any voluntary certification as long as we are covering all issues and legislation relating to transportation.  If you require any further information please feel free to contact Stephen directly.

**Stephen Walker**  dgsa@ricardo.com
Senior Consultant
National Chemical Emergency Centre (NCEC)
Thanks
Jo
**JO STURGESS**
Optimisation Analyst

**Belkin International**

O +44 (0) 1933 352271

 

---

**From:** Mathew Small
**Sent:** 14 May 2018 18:14
**To:** Nick Kalra <Nick.Kalra@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick <david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
**Subject:** RE: UL/ETL Certification for Power Banks

Jo/Dave,

Can you please arrange this.

Thanks,

Matt

---

**From:** Nick Kalra
**Sent:** Thursday, May 10, 2018 9:02 AM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>; David Chick <david.chick@belkin.com>; Jo Sturgess <Joanne.Sturgess@belkin.com>
**Subject:** Re: UL/ETL Certification for Power Banks

Hey Matt - Yeah, can we do a quick ask of Ricardo since this is a general question across all power banks.  Thank you. - Nick

---

**From:** Mathew Small
**Sent:** Thursday, May 10, 2018 1:46:06 AM
**To:** Nick Kalra
**Cc:** Norbert von Boode; David Chick; Jo Sturgess
**Subject:** FW: UL/ETL Certification for Power Banks

Hi Nick,

I can't see any issues from my side, but not sure if global sales should be made aware. Do you think its worthwhile us also asking Ricardo if they see any issues with this.

Thanks,

Matt

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 9:52 PM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** UL/ETL Certification for Power Banks

Hey Matt,

We would like to remove the UL/ETL certification from our power banks.  This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback.  Please let me know. Thank you. - Nick

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Monday, August 6, 2018 5:05 PM PDT |
| **To:** | Edward Leu; Leono Li; Jeff Wang; Claire Park |
| **CC:** | Lewis Ling; Phoebe Yeung; Ryan Rao; Blue Lin; Lucien Liang; Norbert von Boode; Martyn Cushing; Mitchell Suckle; Martin Worth |
| **Subject:** | Re: Re: Regarding graphic change |
| **Importance:** | High |

-DBK
Hello All,
I am bringing back this email chain bc we had another customer quarantined this product due to the product having the lower rated capacity.
I just got product from IY. I opened up one where to find it still has the rated capacity.
Are we still producing product with the old graphics? Can we check this immediately. Lucien - are you the staff member who can check this?
Cheers. - Nick


**From:** Jack Wu <market012@dbk.com.cn>
**Sent:** Friday, June 15, 2018 7:44 AM
**To:** Nick Kalra; Edward Leu; sven; Leono Li; Jeff Wang; Claire Park
**Cc:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'; Phoebe Yeung; Ryan Rao; Blue Lin; Lucien Liang
**Subject:** Re: Re: Regarding graphic change

 Hi Nick, Claire,
 Through the sampling process today , in order to make the best laser effect using the latset artworks, we must have the font size a little bit smaller and thinner , thus the width of the markings is a little smaller.
 such as below F7U019 Rev20 , right side is the file you provided which is originally used for silkscreen , the left side is the a little font size adjustment to fit best laser etching effect . all the others is the same. please refer these two files in attachments.
 We apply your approval to use this adjustment font size file based on RevA20 to make the laser etching samples for sign off .

BELKIN_000935



Looking forward to your comments.
Thanks

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址： 深圳市龙华新区大浪街道高锋社区华荣路霖源工业区

Web：www.dbk.com.hk
Tel：0086-755-61881886-8012   Fax: 0086-755-61886160

                www.dbk.com.hk

From: Jack Wu
Date: 2018-06-15 01:16
To: Nick Kalra; Edward Leu; sven; Leono Li; Jeff Wang; Claire Park
CC: Lewis Ling; 'owen.xue'; 'Hamilton Lai'; Phoebe Yeung; Ryan Rao; Blue.Lin; lucien.liang

BELKIN_000936

**Subject:** Re: Re: Regarding graphic change

Hi Leono ,

We are making the new samples with new laser machine .

As our phone call communications this evening ,

The Font (Myriad Regular) of both new markings and old markings is the same.

the font size of the new markings in the lastest artworks files is bigger than old laser markings , so the letter in new markings is thicker than old markings.

now we need to use the new markings make the sample, but also need the font size of the new markings to be as the same as the old markings letters which will make the whole laser effect better for your approval.



Thanks

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址： 深圳市龙华新区大浪街道高锋社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012   Fax: 0086-755-61886160

　　　　　www.dbk.com.hk

**From:** Nick Kalra
**Date:** 2018-06-14 04:39
**To:** Jack Wu; Edward Leu; sven; Leono Li; Jeff Wang; Claire Park
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'; Phoebe Yeung; Ryan Rao; Blue Lin; Lucien Liang
**Subject:** Re: RE: Regarding graphic change

BELKIN_000937

Hello DBK team,

Please have all models update to new laser engraving machine. This applies to Silver, Black and Rose Gold colors. Please be sure the new markings use latest artwork file. We do not want to have rated capacity on the product and ETL markings on the product.

IDA-00000_F7U019bt_worm5k_Artwork_revA20 laser etch outlined
IDA-00000_F7U020_worm10k_Artwork_revA19 laser etch outlined
IDA-00000_F7U021bt_worm15k_Artwork_revA19 laser etch outlined
IDA-00000_F7U039_worm10k_Artwork_revA07 laser etch outlined

Hello Belkin SQA team,

FYI that we talked to internal team (ID & RC) about the new approach. FYI on communication to DBK.
Thanks all. - Nick

**From:** Jack Wu <market012@dbk.com.cn>
**Sent:** Tuesday, June 12, 2018 11:13:48 PM
**To:** Edward Leu; sven; Leono Li; Jeff Wang; Nick Kalra; Claire Park
**Cc:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'; Phoebe Yeung; Ryan Rao; Blue Lin; Lucien Liang
**Subject:** Re: RE: Regarding graphic change

Hi Edward,
 The samples were sent out to belkin SZ office for review firstly .
 The tracking number to Playa is V025 7241 828 via UPS which was sent by Belkin SZ office .
 The latest upate status on UPS website is arrival scan in Ontario, CA. Please keep an eye on receipt.

| ▼ Shipment Progress | | | What's This? ⓘ |
|---|---|---|---|
| **LOCATION** | **DATE** | **LOCAL TIME** | **ACTIVITY** |
| Ontario, CA, United States | 06/12/2018 | 10:43 P.M. | Arrival Scan |
| Shenzhen, China | 06/12/2018 | 8:41 P.M. | Departure Scan |
| | 06/12/2018 | 5:20 P.M. | Arrival Scan |
| Anchorage, AK, United States | 06/12/2018 | 5:04 P.M. | Departure Scan |
| Shenzhen, China | 06/12/2018 | 5:00 P.M. | Departure Scan |
| | 06/12/2018 | 4:23 P.M. | Origin Scan |
| | 06/12/2018 | 2:59 P.M. | Pickup Scan |
| Anchorage, AK, United States | 06/12/2018 | 2:01 P.M. | Arrival Scan |
| | 06/12/2018 | 7:49 A.M. | Your package was released by the customs agency. |
| | 06/12/2018 | 4:06 A.M. | Your package is being reviewed by the customs agency. |
| China | 06/12/2018 | 8:03 P.M. | Order Processed: Ready for UPS |

Thanks

BELKIN_000938

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012  Fax: 0086-755-61886160



**From:** Edward Leu
**Date:** 2018-06-13 03:16
**To:** sven; Leono Li; Jack; Jeff Wang; Nick Kalra; Claire Park
**CC:** Lewis Ling; owen.xue; Hamilton Lai (??); Phoebe Yeung; Ryan Rao; Blue Lin; Lucien Liang
**Subject:** RE: Re: Regarding graphic change

Hi Sven, we did not receive the sample in Playa Vista. According to tracking information, it is still in China and scheduled to fly out soon. Regards, Edward

**From:** sven <sven@dbk.com.hk>
**Sent:** Tuesday, June 12, 2018 5:22 AM
**To:** Leono Li <Leono.Li@belkin.com>; Jack <market012@dbk.com.cn>; Jeff Wang <Jeff.Wang@belkin.com>; Nick Kalra <Nick.Kalra@belkin.com>; Edward Leu <edward.leu@belkin.com>; Claire Park <Claire.Park@belkin.com>
**Cc:** Lewis Ling <Lewis.Ling@belkin.com>; owen.xue <owen.xue@dbk.com.hk>; Hamilton Lai (??) <h.lai@dbk.com.hk>; Phoebe Yeung <phoebe.yeung@belkin.com>; Ryan Rao <Ryan.Rao@belkin.com>; Blue Lin <Blue.Lin@belkin.com>; Lucien Liang <lucien.liang@belkin.com>
**Subject:** Re: Re: Regarding graphic change

Dear Edward,

Sorry to push you,but there are a lot of PO pending to produce.

Do you have received the sample?Could we get the feedback this Wed?

Thank you.

Best regards!
Sven Chen Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd

CONFIDENTIAL

BELKIN_000939

Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail: sven@dbk.com.hk    Skype:sven_617

**From:** Leono Li
**Date:** 2018-06-11 16:16
**To:** Jack Wu; sven; Jeff Wang; Nick Kalra; Edward Leu; Claire Park
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'; Phoebe Yeung; Ryan Rao; Blue Lin; Lucien Liang
**Subject:** Re: Regarding graphic change

+Phoebe and Ryan

Jack,
One more question: any yield issue for the laser etching legibility as we had previously?

Thanks,
Leono

---

**From:** Leono Li <Leono.Li@belkin.com>
**Date:** Monday, June 11, 2018 at 4:06 PM
**To:** Jack Wu <market012@dbk.com.cn>, sven <sven@dbk.com.hk>, Jeff Wang <Jeff.Wang@belkin.com>, Nick Kalra <Nick.Kalra@belkin.com>, Edward Leu <edward.leu@belkin.com>, Claire Park <Claire.Park@belkin.com>
**Cc:** Lewis Ling <Lewis.Ling@belkin.com>, "'owen.xue'" <owen.xue@dbk.com.hk>, 'Hamilton Lai' <h.lai@dbk.com.hk>
**Subject:** Re: Regarding graphic change

Hi Edward,

I reviewed the latest laser samples which is acceptable.
You know we had conducts three options for the certs finish. Bellow summaries for your decision making.
I will send the samples to Claire as well for record as well.

BELKIN_000940

| Finish | | ID | RCA test | Cost |
|---|---|---|---|---|
| 1.Painting + UV coating + Printing |  | OK | NG | OK |
| 2. Painting +Printing + UV coating |  | OK. Preferred for better color and legibility | OK | **High. Pending for approval** |
| 3. Laser etching |  | OK | OK | OK |

Let me have your comments.

Thanks,
Leono

**From:** Jack Wu <market012@dbk.com.cn>
**Date:** Saturday, June 9, 2018 at 12:21 AM
**To:** sven <sven@dbk.com.hk>, Leono Li <Leono.Li@belkin.com>, Jeff Wang <Jeff.Wang@belkin.com>, Nick Kalra <Nick.Kalra@belkin.com>, Edward Leu <edward.leu@belkin.com>, Claire Park <Claire.Park@belkin.com>
**Cc:** Lewis Ling <Lewis.Ling@belkin.com>, "'owen.xue'" <owen.xue@dbk.com.hk>, 'Hamilton Lai' <h.lai@dbk.com.hk>
**Subject:** Re: Re: Regarding graphic change

Hi Leono and Edward,

Sample A is the sample made in 6/7 yesterday, Sample B is the sample made tonight.

I am afraid you may not received the original pictures due to the big attachment in my previous email.
Below is some screenshot for your reference.



BELKIN_000942



F7U019 Sample B 20180608



F7U020 Sample A 20180607

CONFIDENTIAL

BELKIN_000943



F7U020 Sample B 20180608



F7U019 Sample A&B comparison20180608

CONFIDENTIAL

BELKIN_000944



F7U020 Sample A&B comparison20180608

Thanks

_____

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen

深圳市迪比科电子科技有限公司

地 址 ： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web ： www.dbk.com.hk
Tel ： 0086-755-61881886-8012   Fax: 0086-755-61886160

   www.dbk.com.hk

**From:** Jack Wu
**Date:** 2018-06-09 00:04
**To:** sven; Leono Li; Jeff Wang; Nick Kalra; Edward Leu; Claire Park
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change
Hi Leono and Edward,

We called the sample Leono reviewed this afternoon Sample A, the latest new sample Sample B ,
Attached is the comparison pictures for your reveiw firstly .
I'll also send these sample to SZ office for Leono review again.

Thanks

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址： 深圳市龙华新区大浪街道高锋社区华荣路霖源工业区

Web： www.dbk.com.hk
Tel： 0086-755-61881886-8012   Fax: 0086-755-61886160



**From:** sven
**Date:** 2018-06-08 18:37
**To:** Leono Li; Jack; Jeff Wang; Nick Kalra; Edward Leu; Claire Park
**CC:** Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Re: Re: Regarding graphic change
Hi Leono,

Thank you for your email.

For the laser color,it is invariable color based on new laser equipment.We can not change the laser color,just change to be more dark or shallow by laser power.
For our suggestion,we will make the sample tonight and then take a picture for your review firstly.

Thanks

Best regards!
Sven Chen  Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd
Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail:sven@dbk.com.hk   Skype:sven_617

CONFIDENTIAL

**From:** Leono Li
**Date:** 2018-06-08 17:43
**To:** sven; Jack; Jeff Wang; Nick Kalra; Edward Leu; Claire Park
**CC:** Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Re: Regarding graphic change

Hi Sven,
Legibility is not a issue but the color is too blue and not match to our printing color on Mixit metallic.
Furthermore the laser color tune quit deviate to PIP logo printing color on front.
For your last suggestion, could you provide samples for our review firstly for our evaluation?

Hi Edward,
I will ship the laser samples to Claire for alignment.
If any additional comments you have please let me know.

Thanks,
Leono

**From:** sven <sven@dbk.com.hk>
**Organization:** DBK
**Date:** Friday, June 8, 2018 at 5:14 PM
**To:** Leono Li <Leono.Li@belkin.com>, Jack <market012@dbk.com.cn>, Jeff Wang <Jeff.Wang@belkin.com>, Nick Kalra <Nick.Kalra@belkin.com>, Edward Leu <edward.leu@belkin.com>
**Cc:** Lewis Ling <Lewis.Ling@belkin.com>, "owen.xue" <owen.xue@dbk.com.hk>, "Hamilton Lai (??)" <h.lai@dbk.com.hk>
**Subject:** Re: Re: Regarding graphic change

Hi Leono,

Thank you for your clarify.

Firstly,the current laser is enough clear,right?
Secondly,we think that it is not dirty,just the color is different.
Lastly,Do you think that if you update the words to be thinner,just similar like the line of certificate logo,will it make the laser to be more nice instead of dirty?

Thank you.

_____

Best regards!

Sven Chen  Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd
Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail:sven@dbk.com.hk    Skype:sven_617

**From:** Leono Li
**Date:** 2018-06-08 16:52

**To:** Jack Wu; Jeff Wang; Nick Kalra; Edward Leu; sven
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Regarding graphic change

Hi Jack,

The new laser color on rose gold looks dirty.

Any improvement you can do otherwise printing is preferred.



Thanks,
Leono

---

**From:** Jack Wu <market012@dbk.com.cn>
**Date:** Friday, June 8, 2018 at 12:47 AM
**To:** Leono Li <Leono.Li@belkin.com>, Jeff Wang <Jeff.Wang@belkin.com>, Nick Kalra <Nick.Kalra@belkin.com>, Edward Leu <edward.leu@belkin.com>, sven <sven@dbk.com.hk>
**Cc:** Lewis Ling <Lewis.Ling@belkin.com>, "'owen.xue'" <owen.xue@dbk.com.hk>, 'Hamilton Lai' <h.lai@dbk.com.hk>
**Subject:** Re: Re: Regarding graphic change

Hi Leono,

The new laser sample of rose gold is complete by late of today and I have sent out to your SZ office for your team review.
The tracking number is SF # 437188443830.

Thanks

---

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen

**BELKIN_000948**

深圳市迪比科电子科技有限公司

地址： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012  Fax: 0086-755-61886160



**From:** Jack Wu
**Date:** 2018-06-06 20:42
**To:** Jeff Wang; Nick Kalra; Edward Leu; sven; Leono Li
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change
Hi Jeff, Leono,

Thanks for your help and advise ,
we have modified the artworks for laser etch,
the new samples will be ready by tomorrow afternoon.

Thanks

_____

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司

地址： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012  Fax: 0086-755-61886160



**From:** Jack Wu
**Date:** 2018-06-06 14:03
**To:** Jeff Wang; Nick Kalra; Edward Leu; sven; Leono Li
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change
Hi Jeff,

BELKIN_000949

Noted, thanks.
I'll have phone call with Leono for more details.

Thanks

---

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址：深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012  Fax: 0086-755-61886160



www.dbk.com.hk

**From:** Jeff Wang
**Date:** 2018-06-06 13:57
**To:** Nick Kalra; Jack Wu; Edward Leu; sven
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Regarding graphic change
Hi Sven and Jack
Leono will assist you guys figure out the request /request.
Lets  resolve the issue locally.
Thanks!
Jeff

---

**From:** Nick Kalra
**Date:** Wednesday, June 6, 2018 at 1:05 PM
**To:** Jack Wu, Edward Leu, sven
**Cc:** Lewis Ling, "'owen.xue'", 'Hamilton Lai', Jeff Wang
**Subject:** Re: Re: Regarding graphic change

+Jeff

Hey All - Adding Jeff to the email to help with feedback/requests.  I like to reduce the back and forth so we can get this item closed out quickly.

Thank you Jeff.  - NIck

---

CONFIDENTIAL

**From:** Jack Wu <<u>market012@dbk.com.cn</u>>
**Sent:** Tuesday, June 5, 2018 8:49:38 AM
**To:** Nick Kalra; Edward Leu; sven
**Cc:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hi Nick,

The outlined artwork is ok for our designer to transfer ,
but I am sorry for that our laser engineer still find a problem when they transfer it to the laser format .plt ,
refer below picture:  For each line of below left trash can is a clsoed circle line , but for the below right '10' logo , it is just a single line , not be filled for laser.



When our engineer transfer .plt formate , it need to fill all the closed line circle , below left picture is the latest laser artwork A20 you provided filled effect , below right picture is the A10 laser artwork before.

BELKIN_000951



For EAC LOGO , it is the same issue ,



Today , we have tried many ways to modify it , but not works, could you please help to update it for laser version for us again ?

thanks in advance.

---

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd

BELKIN_000952

Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen

深圳市迪比科电子科技有限公司

地址： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012   Fax: 0086-755-61886160



---

**From:** Jack Wu
**Date:** 2018-06-05 11:19
**To:** Edward Leu; Nick Kalra; sven
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: RE: Regarding graphic change

Hi Edward,

Thank you . Crank means outlined version, now it works.

Thanks

---

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen

深圳市迪比科电子科技有限公司

地址： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012   Fax: 0086-755-61886160



---

**From:** Edward Leu
**Date:** 2018-06-05 02:53
**To:** Jack Wu; Nick Kalra; sven
**CC:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** RE: Re: Regarding graphic change

Hello Jack (DBK), please see attachment for an outlined version. I am not sure what "crank" means, so I do think the outline version will work as the image you shown us looks like fonts are trying to load (which would not if the PDF was outlined). Edward

CONFIDENTIAL

**From:** Jack Wu <market012@dbk.com.cn>
**Sent:** Monday, June 4, 2018 9:55 AM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; sven <sven@dbk.com.hk>
**Cc:** Edward Leu <edward.leu@belkin.com>; Lewis Ling <Lewis.Ling@belkin.com>; 'owen.xue' <owen.xue@dbk.com.hk>; 'Hamilton Lai' <h.lai@dbk.com.hk>
**Subject:** Re: Re: Regarding graphic change

Hi Nick,

I am sorry for that the latest artwork for laser etch cannot be transfered to our own files due to the crank issue , see below picture shown the font and display mistake .
Could you please help to crank these files ? I also have another email for this requirement.



Please also check the latest files for silkscreen , and make sure they are crank type.

Thanks in advance.

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址：深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk
Tel：0086-755-61881886-8012   Fax: 0086-755-61886160

BELKIN_000954



www.dbk.com.hk

**From:** Nick Kalra
**Date:** 2018-06-05 00:45
**To:** Jack Wu; sven
**CC:** Edward Leu; Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hey Jack/Sven,
Any updates on getting view of the sample?

Thank you. - Nick

—

**From:** Jack Wu <market012@dbk.com.cn>
**Sent:** Thursday, May 31, 2018 7:36:01 PM
**To:** Nick Kalra; sven
**Cc:** Edward Leu; Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Thank you , Nick.

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址：深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012   Fax: 0086-755-61886160



www.dbk.com.hk

**From:** Nick Kalra
**Date:** 2018-06-01 03:50
**To:** Jack Wu; sven
**CC:** Edward Leu; Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hey Jack/Sven,
Attached is update artwork.  Thank you. - Nick

—

CONFIDENTIAL

BELKIN_000955

**From:** Jack Wu <market012@dbk.com.cn>
**Sent:** Wednesday, May 30, 2018 6:15:14 PM
**To:** Nick Kalra; sven
**Cc:** Edward Leu; Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hi Nick,

Attached F7U019 artwork revA10 used for laser etch vs. revA18 used for silkscreen for your reference.



Thanks

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司

地址 ： 深圳市龙华新区大浪街道高锋社区华荣路霖源工业区

CONFIDENTIAL

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012  Fax: 0086-755-61886160

   www.dbk.com.hk

**From:** sven
**Date:** 2018-05-31 08:33
**To:** Nick Kalra
**CC:** Jack; Edward Leu; Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Re: Re: Regarding graphic change

Hi Nick,

It is silkprint.The laser graphic version is attachment.



Thanks

---

Best regards!
Sven Chen  Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd
Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail sven@dbk.com.hk  Skype:sven_617

**From:** Nick Kalra
**Date:** 2018-05-31 04:03
**To:** Sven Chen
**CC:** Jack Wu; Edward Leu; Lewis Ling; owen.xue; Hamilton Lai
**Subject:** Re: Regarding graphic change

Hey Sven,
The current production products are laser print and the content is filled.  Since this was the original print, I thought it would be the same...

CONFIDENTIAL

BELKIN_000957

—

**From:** Sven Chen <sven@dbk.com.hk>
**Sent:** Wednesday, May 30, 2018 12:59:19 PM
**To:** Nick Kalra
**Cc:** Jack Wu; Edward Leu; Lewis Ling; owen.xue; Hamilton Lai
**Subject:** Re: Regarding graphic change

Hi Nick

Thank you for your email

Because the filled content can not be used for laser as it is easy to cause the bubble.We need you update the same as before laser graphics

Thanks
B.R. Sven
Send from my iPhone

在 2018年5月30日，下午12:40，Nick Kalra <Nick.Kalra@belkin.com> 写道：
Hey Jack/Sven,
It wasn't hollowed out before and I believe the positioning the same.  Why would we make changes now?

The change here is to just change the content.  Thanks. - Nick

—

**From:** Jack Wu <market012@dbk.com.cn>
**Sent:** Wednesday, May 30, 2018 8:38:11 AM
**To:** sven; Nick Kalra; Edward Leu
**Cc:** Lewis Ling; 'owen.xue'; 'Hamilton Lai'
**Subject:** Re: Re: Regarding graphic change

Hi Nick,

Thanks in advance.
Below two my suggestions are just for your reference to transform the latest silkscreen artwork into the laser etch use artwork .

After reviewed previous laser etch artwork , the laser line is in different width, Could it be possible to have the laser line wider , so that the laser effect would be more clear ?

BELKIN_000958



the laser line is in different width

If the whole artwork in back house could be bigger with 1:1 scale as possible as we can and move up to avoid the bend area near the bottom side, the laser effect would be much better as well. Below is just for your reference, please correct me if anything is wrong.



Thanks

BELKIN_000959

Best Regards
Jack Wu

Mob: 86-136 8688 0537
E-mail: market012@dbk.com.cn
Skype: dbk0028
Shen Zhen DBK  Electronics Co.,Ltd
Add: DBK Linyuan Ind. Park, Huarong Road, Gaofeng Community , Dalang Street, Longhua District, Shenzhen
深圳市迪比科电子科技有限公司
地址： 深圳市龙华新区大浪街道高峰社区华荣路霖源工业区

Web：www.dbk.com.hk

Tel：0086-755-61881886-8012  Fax: 0086-755-61886160



**From:** sven
**Date:** 2018-05-30 14:29
**To:** Nick Kalra; Edward Leu
**CC:** Lewis Ling; owen.xue; Hamilton Lai (??); Jack
**Subject:** Re: Re: Regarding graphic change
+Jack
Hi Nick,

After reviewed the documents,I think that you need update for us as we need hollow type for certificate logo.Thanks
<Catch7BD5(05-30-(05-30-23-07-46).jpg>

Best regards!
**Sven Chen** Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd
Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383    Fax: 86-755-61569387
E-mail:sven@dbk.com.hk  Skype:sven_617

**From:** sven
**Date:** 2018-05-30 14:22
**To:** Nick Kalra; Edward Leu
**CC:** Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Re: Re: Regarding graphic change
Hi Nick,

After reviewed the documents,I think that you need update for us as we need hollow type for certificate logo.Thanks

CONFIDENTIAL

BELKIN_000960



Best regards!

Sven Chen Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd
Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383  Fax: 86-755-61569387
E-mail:sven@dbk.com.hk  Skype:sven_617

From: Nick Kalra
Date: 2018-05-30 07:24
To: sven; Edward Leu
CC: Lewis Ling; owen.xue; Hamilton Lai (??)

**Subject:** Re: Regarding graphic change

+Edward

Hey Sven,

Per our conversation today, the updated graphics for laser printing is attached. Thank you.- Nick

—

**From:** sven <sven@dbk.com.hk>
**Sent:** Thursday, May 24, 2018 3:38 AM
**To:** Nick Kalra
**Cc:** Lewis Ling; owen.xue; Hamilton Lai (??)
**Subject:** Regarding graphic change

Hi Nick,

This is Sven from DBK and I am the service window for belkin.

Lewis ask me to have a meeting with you for graphic change and we will visit your office from 28th to 30th May.Could you kindly help to check what date is available for you?

Thank you.

Best regards!

Sven Chen  Sales Manager
Mob:86-13632756249

ShenZhen DBK Electronics Co.,Ltd
Add:DBK Ind.Park,the north of Longguan Rd.Hualian Communtiy,Longgua Town,
Baoan District,Shenzhen
Tel: 86-755-61569383  Fax: 86-755-61569387
E-mail:sven@dbk.com.hk  Skype:sven_617

Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la



version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html
_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html
_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html
_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html
_____

| | |
|---|---|
| **From:** | Jen Warren |
| **Sent:** | Friday, August 10, 2018 2:47 PM PDT |
| **To:** | Kailee Loughlin; Nick Kalra; David DeMartra; Norbert von Boode |
| **Subject:** | Re: Item code: BEF7U019BTBK |

Hi Kailee,

I realize you had your call already so sorry for the delay. Here was the version of the messaging that we were internally comfortable with:

*Belkin has been in business for over 35 years and we strive to offer the best quality products available. This is a result of our longstanding commitment to quality, which is why we offer a 2-year warranty on all our power pack products. In addition, we offer a US $2,500 Consumer Equipment Warranty; this guarantees that we will repair or replace a connected device if it is damaged by an electrical charge while properly connected to the charger (subject to the terms and conditions of the warranty), up to a value of US $2,500.*

*The Pocket Power 5K power pack has a "rated power" of 5,000mAh. This refers to maximum battery cell capacity, and is indicated on the product package, consistent with industry practice. The power pack itself indicates the "measured power", which is an optional testing standard that refers to the minimum capacity (2,900mAh) under maximal charging conditions defined by UL certification 2056.*

*For further information, please see information on our online resource center at http://www.belkin.com/us/Resource-Center/portable-charging/.*

Thanks and let me know if you have any questions!
Jen

---

**From:** Kailee Loughlin <kailee.loughlin@belkin.com>
**Date:** Wednesday, August 8, 2018 at 8:53 AM
**To:** Nick Kalra <Nick.Kalra@belkin.com>, David DeMartra <David.DeMartra@belkin.com>, Norbert von Boode <Norbert.vonBoode@belkin.com>, Jen Warren <Jen.Warren@belkin.com>
**Cc:** Kailee Loughlin <kailee.loughlin@belkin.com>
**Subject:** RE: Item code: BEF7U019BTBK

Hi Nick,

I have a call with Charlie this afternoon.

I want to make sure that my message is consistent with what Jen has been sharing. If you or her could provide appropriate talk tracks, I can make sure that the message is the same.

Thanks,
Kailee

---

**From:** Nick Kalra
**Sent:** Wednesday, August 08, 2018 8:44 AM
**To:** Kailee Loughlin <kailee.loughlin@belkin.com>; David DeMartra <David.DeMartra@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>; Jen Warren <Jen.Warren@belkin.com>
**Subject:** Re: Item code: BEF7U019BTBK

Hey Kailee,

Got a couple updates below. Cheers. - Nick

**Logo And Inventory -** I confirmed logo is updated on factory side, but there is still inventory with the old logo in IY.

CONFIDENTIAL

BELKIN_000964

**Getting Updated Inventory** - We can get teams (planning and Asia teams) to help direct new shipment to B&H.

**Finances** - As we discussed, we should avoid RMA and scrapping these power banks from the customer; as that will hurt finances.  However, we should do an exchange.  (I believe we did this with Rogers; Shraddha is a good contact to find out more.) . We will give this inventory to other customers since not everyone cares about the updated logo.

**B&H Current Inventory** - Please let us know the current inventory, by sku (if other than 5k) and colorway, for B&H.  Will need this to get new inventory.

**Customer Response** - What is the talk track you are giving/gave to Charlie?  We should make sure it is consistent to former talk points Jen Warren has given.

---

**From:** Nick Kalra
**Sent:** Monday, August 6, 2018 4:56:40 PM
**To:** Kailee Loughlin; David DeMartra; Norbert von Boode; Jen Warren
**Subject:** Re: Item code: BEF7U019BTBK

+Jen Warren

Hey Kailee,

How much inventory do they have?  We may be able to transfer the product to other customers (I believe we did this with Rogers) since the product is functional.

I would avoid RMA product unless we absolutely have to.

I just checked product I just got from IY; it has an older logo.  We may need to get planning involved to make sure they get the right product.  (Ill check why there is still product like this in inventory.)

Jen- Keeping you in the loop.  We had another customer (like Rogers) that has older product with the rated capacity.

---

**From:** Kailee Loughlin
**Sent:** Monday, August 6, 2018 3:07:49 PM

BELKIN_000965

**To:** Nick Kalra; David DeMartra; Norbert von Boode
**Cc:** Kailee Loughlin
**Subject:** RE: Item code: BEF7U019BTBK

Hi Nick,

B&H has removed inventory for the 5K in all stores.

Is updated packaging and product available in IY yet? We will likely RMA the old product, and ship them replacements. I am providing Charlie with a talk track to discuss with his merchants. You and I can talk more about it during our 1:1 tomorrow.

Thanks,
Kailee

---

**From:** Nick Kalra
**Sent:** Monday, August 06, 2018 2:55 PM
**To:** Kailee Loughlin <kailee.loughlin@belkin.com>; David DeMartra <David.DeMartra@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Item code: BEF7U019BTBK

Hey Kailee,

Yes, this was the old problem that was solve. Tt seems they have old-product.

Do we have have a plan on how we are managing this customer yet?

Cheers. - Nick

---

**From:** Kailee Loughlin
**Sent:** Monday, August 6, 2018 2:15:31 PM
**To:** Nick Kalra
**Cc:** Kailee Loughlin
**Subject:** FW: Item code: BEF7U019BTBK

Hi Nick,

Is the below issue in regards to the ETL/UL certification issues, or is this something different?

Thanks,
Kailee

CONFIDENTIAL

**From:** Charlie Thomas
**Sent:** Monday, August 06, 2018 2:02 PM
**To:** David DeMartra <David.DeMartra@belkin.com>
**Cc:** Kailee Loughlin <kailee.loughlin@belkin.com>; Kristina Rouzan <Kristina.Rouzan@belkin.com>
**Subject:** FW: Item code: BEF7U019BTBK
**Importance:** High

Need your feedback on this, looks like they have done some research proving their concerns.

---

**From:** Chaim Fried [mailto:cfried@bhphoto.com]
**Sent:** Monday, August 06, 2018 4:01 PM
**To:** Charlie Thomas <Charlie.Thomas@belkin.com>
**Cc:** Abraham Perkowski <abrahmp@bhphoto.com>; Ronald Seifried <ronalds@bhphoto.com>
**Subject:** FW: Item code: BEF7U019BTBK
**Importance:** High

Charlie see below and let me know ASAP.

Thank you
Chaim Fried
212-239-7500 #2341

---

**From:** Abraham Perkowski
**Sent:** Monday, August 06, 2018 3:59 PM
**To:** Tim Chan <timcha@bhphoto.com>; Richard Stevens <larones@bhphoto.com>; Chaim Fried <cfried@bhphoto.com>; Ronald Seifried <ronalds@bhphoto.com>
**Cc:** Ephraim Mandel <ephiem@bhphoto.com>
**Subject:** Item code: BEF7U019BTBK

After receiving negative reviews from customers… we pulled an item from the warehouse & see that indeed the packaging is WRONG

Item max capacity for this model is 2900mAh.

---

**From:** Jonathan Santiago
**Sent:** Monday, August 06, 2018 3:54 PM
**To:** Abraham Perkowski <abrahmp@bhphoto.com>
**Cc:** Ephraim Mandel <ephiem@bhphoto.com>
**Subject:** RE: Can you check what the actual item states?

The info on the packaging doesn't match what's inside.
The box from stock says 5000mAh.  On next to the barcode on the box it clearly shows the model number for this item.

CONFIDENTIAL



CONFIDENTIAL

BELKIN_000968

The Instruction booklet from inside that same box shows max capacity for this model at 2900mAh

BELKIN_000969

Risk of fire and burns. Do not open, crush, heat above 40° C or incinerate.

Do not short circuit. Avoid storage in direct sunlight.

Do not subject cells or batteries to mechanical shock.

Retain the original product literature for future reference.

Use only in the application for which it was intended Dispose of properly.

For indoor and dry location use only.

## Minimum Instructions for Use for Portable Power Banks

a) The power bank will generate heat when charging. Always charge in a well ventilated area. Do not charge under pillows, blankets, or on flammable surfaces.

b) Keep the power bank away from heat sources, direct sunlight, combustible gas, humidity, water, or other liquids.

c) Do not disassemble, open, microwave, incinerate, paint, or insert foreign objects into the power bank.

d) Do not subject the power bank to mechanical shock such as crushing, bending, puncturing, or shredding. Avoid dropping or placing heavy objects on the power bank.

e) Do not short-circuit the power bank or store it in a receptacle where it may be short-circuited by other metallic or conductive objects.

f) Do not operate the power bank if it has been wet or otherwise damaged, to prevent against electric shock, explosion, and/or injury. Contact the dealer or authorized agent.

g) Power bank usage by children should be supervised.

h) Please read the operating instructions (including charging instructions and information on the minimum and maximum operating temperatures), supplied with this power bank.

Product type: Rechargeable power bank

Model no: F7U019

Ratings: Input: 5V ⎓ 2.0A; Output: 5V ⎓ 2.4A; Rated Capacity 2900mAh

Battery designation type: INP9/55/90-1

Operating conditions: 0° C to 40° C

(1) cet appareil ne peut pas provoquer d'interférences nuisibles et (2) cet appareil doit accepter toute interférence reçue, y compris les interférences pouvant entraîner un fonctionnement non désiré.

### Avertissement de la Federal Communications Commission (FCC)

Cet appareil a été testé et satisfait aux limites établies pour les appareils numériques de classe B, conformément à l'alinéa 15 de la réglementation FCC. Ces limites ont été conçues de manière à assurer une protection raisonnable contre les interférences nuisibles au sein d'une installation domestique.

L'appareil génère, utilise et peut irradier une énergie de fréquence radio. S'il n'est pas installé et utilisé conformément aux instructions, il peut causer des interférences nuisibles sur le plan de la réception radio ou télévision. Toutefois, il n'est nullement garanti que des interférences ne se produiront pas dans certaines installations. Si cet équipement cause des interférences nuisibles sur le plan de la réception radio ou télévision, pouvant être déterminées en mettant l'appareil sous et hors tension, l'utilisateur est invité à tester et à corriger l'interférence en prenant une des mesures suivantes :

• Réorienter ou changer de place l'antenne de réception.

• Augmenter la distance entre l'appareil et le Récepteur.

• Connecter l'appareil à une prise située sur un circuit différent de celui sur lequel le récepteur est connecté.

• Consulter le revendeur ou un technicien radio/TV pour obtenir de l'aide.

**Attention :** Toute modification, de quelque nature que ce soit, non acceptée expressément par l'autorité en charge du respect de sa conformité aux normes en vigueur risquerait de vous priver du droit d'utiliser l'appareil.

### REMARQUE IMPORTANTE :

### Canada-Industrie Canada (IC) :

Cet appareil est conforme à la norme ICES-003 de la réglementation

BELKIN_000970

And after some strong lighting and computer enhancement I found the info etched into the back panel of the item itself, also from inside that box… it says max capacity, 2900mAh

CONFIDENTIAL

BELKIN_000971



Rechargeable Li-ion Battery Pack
可充式鋰離子行動電源
Input 輸入: 5V⎓2.0A
Output 輸出: 5V⎓2.4A    2900 mAh
Model 型號: F7U019 INP9/S5/90-1
A/S no.: 1544-1011 (Belkin)
Cell Capacity: 18.5Wh, 3.7V.
額定容量:2900mAh
2518DO
Designed in California.
Assembled in China
Manufacturer/제조업체Shenzhen DBK Electronics Co., Ltd.

R36058

XU100325-17004A

intertek
5001583

BELKIN_000972

Thank You,



Jonathan Santiago
Content Photographer
400 Cedar Lane
Florence, NJ 08518
call: 212.239.7500 x2056
email: jonaths@bhphoto.com
www.bhphotovideo.com

CONFIDENTIALITY:  This email message (including attachments, if any) is confidential.  If you are not the intended recipient, please notify the sender immediately and delete this message.

**From:** Abraham Perkowski
**Sent:** Monday, August 6, 2018 1:00 PM
**To:** Jonathan Santiago <jonaths@bhphoto.com>
**Cc:** Ephraim Mandel <ephiem@bhphoto.com>
**Subject:** Can you check what the actual item states?

Does this need a writing bug?
Did the customer get the wrong item?

<mark>BEF7U019BTBK</mark>

Look photos I uploaded, I says 2900mAh on charger





Smartphones
Tablets
Tablettes
5000
mAh
1.5x
g) Power bank usage by children should be supervised.
Product type: Rechargeable power bank
Model no: F7U019
2900mAh
Operating conditions: 0° C to 40° C
Product type: Rechargeable power bank
Model no: F7U020
6070mAh
Battery designation type: INP11/66/110-1
Operating conditions: 0° C to 40° C
5001583 Confirms to I.T.E.
Informations
Déclaration FCC
DÉCLARATION DE CONFORMITÉ À LA RÉGLEMENTATION FCC EN MATIÈRE DE COMPATIBILITÉ ÉLECTROMAGNÉTIQUE

It says

KET POWER 5K



2900mAh

CONFIDENTIAL

BELKIN_000975





Report No.: MMIROPWM81164716

# MSDS Report

| | |
|---|---|
| Sample Description & Model | Rechargeable Li-ion Battery Pack   F7U020 |
| Applicant | Belkin International Inc. |
| Address | 12045 East Waterfront Drive, Playa Vista, CA 90094, U.S.A |





No.: MMIROPWM81164716
Code: fxOv



©Hotline 400-8

| | | | |
|---|---|---|---|
| 北京实验室：(010)82618116 | | | |
| 上海实验室：(021)64851999 | 长春实验室：(0431)85150908 | 石家庄实验室：(0311)85376660 | 武汉实验室：(027)83997127 |
| 青岛实验室：(0532)88706866 | 大连实验室：(0411)87336618 | 西安实验室：(029)89608785 | 合肥实验室：(0551)63843474 |
| 深圳实验室：(0755)26050909 | 哈尔滨实验室：(0451)88104651 | 呼和浩特实验室：(0471)3450025 | 广州实验室：(020)89224310 |
| 天津实验室：(022)27360730 | 郑州实验室：(0371)69350670 | 杭州实验室：(0571)87219096 | 厦门实验室：(0592)5568048 |
| 苏州实验室：(0512)62997900 | 新疆实验室：(0991)6684186 | 宁波实验室：(0574)87736499 | 成都实验室：(028)87702708 |





扫微信二维码
关注谱尼测试

Report No.: MMIROPWM81164716    Date:01.02.2019    Page 1 of 12

Pony Testing International Group

# Material Safety Data Sheet
### Reference to ST/SG/AC.10/30/Rev.7 (GHS)

## Section 1 - Chemical Product and Company Identification

**Chemical Product Identification**

**Sample Description:** Rechargeable Li-ion Battery Pack

**Sample Model:** F7U020

**Recommended Uses:** N/A

**Restrictions on Use:** N/A

**Supplier Name:** SHENZHEN DBK ELECTRONICS CO., LTD

**Address:** 1st-5th floor Building 1, Jinyuan company Longhua Industrial Park, the north of Longguan Rd Hualian Community, Longhua Town, 518109 Baoan District, ShenZhen, Guangdong, China

**Phone Number:** 0755-61569366

**FAX:** 0755-61569387

**E-mail:** gary@dbk.com.hk

**Emergency Phone Number:** 310-751-2739

## Section 2 - Hazards Identification

**Emergency overview:** This product is a battery. Intended use of the product should not result in exposure to the chemical substance. In case of rupture the below hazards exist.

**Classification according to GHS**

Acute toxicity, oral (4)

Skin corrosion/irritation (2)

Serious eye damage/eye irritation (2A)

Specific target organ toxicity, single exposure; Respiratory tract irritation (3)

**Label elements**

**Hazard pictogram(s):**

**Signal word:**     Warning

**Hazard statement(s):**

H302 Harmful if swallowed



| | | | |
|---|---|---|---|
| 北京实验室: (010)82618116 | 长春实验室: (0431)85150908 | 石家庄实验室: (0311)85376660 | 武汉实验室: (027)83997127 |
| 上海实验室: (021)64851999 | 大连实验室: (0411)87336618 | 西安实验室: (029)89608785 | 合肥实验室: (0551)63843474 |
| 青岛实验室: (0532)88706866 | 哈尔滨实验室: (0451)88104651 | 呼和浩特实验室: (0471)3450025 | 广州实验室: (020)89224310 |
| 深圳实验室: (0755)26050909 | 扬州实验室: (0371)69350670 | 杭州实验室: (0571)87219096 | 厦门实验室: (0592)5568048 |
| 天津实验室: (022)27360730 | 医疗实验室: (0991)6684186 | 宁波实验室: (0574)87736499 | 成都实验室: (028)83770270B |
| 苏州实验室: (0512)62997900 | | | |

ⓒHotline 400-819-5688    www.ponytest.com

Pony Testing International Group Shenzhen Co., Ltd.
Address: 17F., Building A2, Jun Feng ZhongCheng ZhiZao Innovation Park, BeiJing Peace Community, FuHai Road, BaoAn District, Shenzhen, Guangdong, China





Pony Testing International Group

Report No.: MMIROPWM81164716    Date:01.02.2019    Page 2 of 12

扫描信二维码
关注谱尼测试

H315 Causes skin irritation

H319 Causes serious eye irritation

H335 May cause respiratory irritation

**Precautionary statement(s):**

**Prevention:**

P264 Wash skin and clothing thoroughly after handling.

P270 Do not eat, drink or smoke when using this product.

P280 Wear protective gloves, protective clothing, eye protection, face protection.

P261 Avoid breathing dust, fume, gas, mist, vapours, spray.

P271 Use only outdoors or in a well-ventilated area.

**Response:**

P301 + P312 IF SWALLOWED: Call a POISON CENTER if you feel unwell.

P330 Rinse mouth.

P302 + P352 IF ON SKIN: Wash with plenty water.

P321 Specific treatment (See additional emergency instructions).

P333 + P313 If skin irritation or rash occurs: Get medical advice.

P362 + P364 Take off contaminated clothing and wash it before reuse.

P305 + P351 + P338 IF IN EYES: Rinse cautiously with water for several minutes. Remove
contact lenses, if present and easy to do. Continue rinsing.

P337 + P313 If eye irritation persists: Get medical advice.

P304 + P340 IF INHALED: Remove person to fresh air and keep comfortable for breathing.

P312 Call a POISON CENTER, if you feel unwell.

**Storage**

P403 + P233 Store in a well-ventilated place. Keep container tightly closed.

P405 Store locked up.

**Disposal:**

P501 Send contents to approved waste treatment plants.


**Other hazards**

**Physical and chemical hazards:** See Section 10

**Human health hazards:** See Section 11

**Environmental hazards:** See Section 12


## Section 3 – Composition/Information on Ingredients

**Chemical characterization:** Mixture

**PONY** 谱 尼 测 试
Pony Testing International Group

©Hotline 400-819-5688    www.ponytest.com
Pony Testing International Group Shenzhen Co., Ltd.
Address: 1/F., Building A2, Jun Feng Zhongcheng ZhiZao
Innovation Park, HePing Peace Community, FuHai Road, BaoAn
District, Shenzhen, Guangdong, China

北京实验室: (010)82618116
上海实验室: (021)64851999      长春实验室: (0431)85150908      石家庄实验室: (0311)85376660      武汉实验室: (027)83997127
青岛实验室: (0532)88706866      大连实验室: (0411)87336618      西安实验室: (029)89608785      合肥实验室: (0551)63843174
深圳实验室: (0755)26050909      哈尔滨实验室: (0451)88104651      呼和浩特实验室: (0471)3450025      广州实验室: (020)89224310
天津实验室: (022)27360730      郑州实验室: (0371)69350670      杭州实验室: (0571)87219096      厦门实验室: (0592)5568048
昆明实验室: (0512)62997900      遵经实验室: (099)16684186      宁波实验室: (0574)87736499      成都实验室: (028)87702708

CONFIDENTIAL

BELKIN_000978



Pony Testing International Group

Report No.: MMIROPWM81164716     Date:01.02.2019     Page 3 of 12

| Chemical Composition | CAS No. | EC# | Weight (%) |
|---|---|---|---|
| Cobaltate, lithium | 12190-79-3 | 235-362-0 | 40 |
| Polyvinylidene fluoride resin | 24937-79-9 | 607-458-6 | 1.515 |
| Graphite | 7782-42-5 | 231-955-3 | 20.3 |
| Sodium carboxy methyl cellulose | 9004-32-4 | 618-378-6 | 0.38 |
| Rubber, styrene-butadiene, fume | 61789-96-6 | 612-382-1 | 0.4 |
| Phosphate(1-), hexafluoro-, lithium | 21324-40-3 | 244-334-7 | 16.6 |
| 1,3-Dioxolan-2-one | 96-49-1 | 202-510-0 | |
| Carbonic acid, dimethyl ester | 616-38-6 | 210-478-4 | |
| Carbonic acid, ethyl methyl ester | 623-53-0 | 613-014-2 | |
| Copper | 7440-50-8 | 231-159-6 | 9.1 |
| Aluminium | 7429-90-5 | 231-072-3 | 4.5 |
| Polycarbonate | 25037-45-0 | 607-501-9 | 7.205 |

## Section 4 - First Aid Measures

**Description of first aid measures**

**General information** No special measures required.

**After eye contact**

Flush eyes with plenty of water for several minutes while holding eyelids open. Get medical attention if irritation persists.

**After skin contact**

Remove contaminated clothing and shoes. Immediately wash with water and soap and rinse thoroughly. Wash clothing and shoes before reuse. If irritation occurs, get medical attention.

**After inhalation**

Remove victim to fresh area. Administer artificial respiration if breathing is difficult. Seek medical attention.

**After swallowing**

Do not induce vomiting. Get medical attention.

**Personal protective equipment for first-aid responders:** No data available.

**Most important symptoms/effects, acute and delayed:** No data available.

**Indication of immediate medical attention and special treatment needed:** Treat symptomatically.

**PONY** 谱 尼 测 试 Pony Testing International Group

©Hotline 400-819-5688     www.ponytest.com
Address: 1/F., Building A2, Jun Feng ZhongCheng ZhiZao Innovation Park, HeFing Peace Community, Fuhai Road, BaoAn District, Shenzhen, Guangdong, China

北京实验室: (010)82618116
上海实验室: (021)64851999
青岛实验室: (0532)88706866
深圳实验室: (0755)26050909
天津实验室: (022)27360730
苏州实验室: (0512)62997900

长春实验室: (0431)85150908
大连实验室: (0411)87336618
哈尔滨实验室: (0451)88104651
郑州实验室: (0371)69350670
昆明实验室: (0991)6684186

石家庄实验室: (0311)85376660
西安实验室: (029)89608785
乌和浩特实验室: (0471)3450025
杭州实验室: (0571)87219096
宁波实验室: (0574)87736499

武汉实验室: (027)83997127
合肥实验室: (0551)63843474
广州实验室: (020)89224310
厦门实验室: (0592)5568048
成都实验室: (028)3770270N

**CONFIDENTIAL**

**BELKIN_000979**





Pony Testing International Group

Report No.: MMIROPWM81164716     Date:01.02.2019     Page 4 of 12

## Section 5 - Fire Fighting Measures

**Suitable extinguishing media:**

Small Fire: Dry chemical, $CO_2$, water spray or regular foam. Large Fire: Water spray, fog or regular foam. Move containers from fire area if you can do it without risk.

**Unsuitable extinguishing media:**

No data available.

**Specific Hazards arising from the chemical:**

Special hazards arising from the substance or mixture

Battery may burst and release hazardous decomposition products when exposed to a fire situation. Lithium ion batteries contain flammable electrolyte that may vent, ignite and produce sparks when subjected to high temperature(>150℃(302℉)), when damaged or abused (e.g. mechanical damage or electrical overcharging); may burn rapidly with flare-burning effect; may ignite other batteries in close proximity.

**Specific protective actions for fire-fighters:**

Wear positive pressure self-contained breathing apparatus (SCBA). Structural firefighters' protective clothing will only provide limited protection.

## Section 6 - Accidental Release Measures

**Personal precautions:**

As an immediate precautionary measure, isolate spill or leak area for at least 25 meters (75 feet) in all directions. Keep unauthorized personnel away. Stay upwind, uphill and/or upstream. Ventilate closed spaces before entering. Large Spill: Consider initial downwind evacuation for at least 100 meters (330 feet).

**Protective equipment:**

No data available.

**Emergency procedures:**

ELIMINATE all ignition sources (no smoking, flares, sparks or flames in immediate area). Do not touch or walk through spilled material. Absorb with earth, sand or other non-combustible material. Leaking batteries and contaminated absorbent material should be placed in metal containers.

**Environmental precautions:**

Do not allow material to be released to the environment without proper governmental permits.

**Methods and materials for containment and cleaning up:**

**PONY** 譜 尼 测 试  Pony Testing International Group

©Hotline 400-819-5688   www.ponytest.com

Pony Testing International Group Shenzhen Co., Ltd.
Address: 1/F., Building A2, Jun Feng ZhongZheng ZhiZao
Innovation Park, HePing Peace Community, FuHai Road, BaoAn
District, Shenzhen, Guangdong, China

北京实验室: (010)82618116
上海实验室: (021)64851999   长春实验室: (0431)85150908   石家庄实验室: (0311)85376660   武汉实验室: (027)83997127
青岛实验室: (0532)88706866   大连实验室: (0411)87336618   西安实验室: (029)89608785   合肥实验室: (0551)63843474
深圳实验室: (0755)26050909   哈尔滨实验室: (0451)88104651   呼和浩特实验室: (0471)3450025   广州实验室: (020)89224310
天津实验室: (022)27360730   郑州实验室: (0371)69350670   杭州实验室: (0571)87219096   厦门实验室: (0592)5568048
苏州实验室: (0512)62997900   昆明实验室: (0991)6684186   宁波实验室: (0574)87736499   成都实验室: (028)87702708

**CONFIDENTIAL**                                                    **BELKIN_000980**





Report No.: MMIROPWM81164716    Date:01.02.2019    Page 5 of 12

Pony Testing International Group

For all waste handing must refer to United Nations, National and Local Regulations for disposal.

See Section 7 for information on safe handling.

See Section 8 for information on personal protection equipment.

See Section 13 for disposal information.

## Section 7 - Handling and Storage

**Precautions for safe handling:**

Avoid short circuiting the battery. Avoid mechanical damage of the battery. Do not open or disassemble. Batteries may explode or cause burns, if disassembled, crushed or exposed to fire or high temperatures. Do not short or install with incorrect polarity. Avoid all personal contact, including inhalation. Wear protective clothing when risk of exposure occurs. Use in a well-ventilated area. Prevent concentration in hollows and sumps.

**Conditions for safe storage, including any incompatibilities:**

Store in a cool, dry, well-ventilated place. Keep away from heat, avoiding the long time of sunlight.

## Section 8 - Exposure Controls/Personal Protection

**Control parameters**

| CAS No. | ACGIH | NIOSH | OSHA |
|---|---|---|---|
| 12190-79-3 | N/A | N/A | N/A |
| 24937-79-9 | N/A | N/A | N/A |
| 7782-42-5 | TLV-TWA 2mg/m$^3$ | REL-TWA 2.5mg/m$^3$ | PEL-TWA 15mppcf<br>PEL-TWA 20mppcf |
| 9004-32-4 | N/A | N/A | N/A |
| 61789-96-6 | N/A | N/A | N/A |
| 21324-40-3 | N/A | N/A | N/A |
| 96-49-1 | N/A | N/A | N/A |
| 616-38-6 | N/A | N/A | N/A |
| 623-53-0 | N/A | N/A | N/A |
| 7440-50-8 | TLV-TWA 0.2mg/m$^3$<br>TLV-TWA 1mg/m$^3$ | REL-TWA 1mg/m$^3$<br>REL-TWA 0.1mg/m$^3$ | PEL-TWA 0.1mg/m$^3$<br>PEL-TWA 1mg/m$^3$ |

**PONY 谱 尼 测 试**
Pony Testing International Group

©Hotline 400-819-5688    www.ponytest.com
Pony Testing International Group Shenzhen Co., Ltd.
Address: 1/F., Building A2, Jun Feng ZhongCheng ZhiZao
Innovation Park, HePing Peace Community, FuHai Road, BaoAn
District, Shenzhen, Guangdong, China

北京实验室: (010)82618116
上海实验室: (021)64851999    长春实验室: (0431)85150908    石家庄实验室: (0311)85376660    武汉实验室: (027)83997127
青岛实验室: (0532)88706866    大连实验室: (0411)87336618    西安实验室: (029)89608785    合肥实验室: (0551)63843474
深圳实验室: (0755)26050909    哈尔滨实验室: (0451)88104651    乌鲁木齐实验室: (0471)3450025    广州实验室: (020)89224310
天津实验室: (022)27360730    郑州实验室: (0371)69350670    杭州实验室: (0571)87219096    厦门实验室: (0592)5568048
苏州实验室: (0512)62997900    西安实验室: (0991)6684186    宁波实验室: (0574)87736499    成都实验室: (028)87702708

CONFIDENTIAL

BELKIN_000981

 

Pony Testing International Group

Report No.: MMIROPWM81164716    Date:01.02.2019    Page 6 of 12

| 7429-90-5 | TLV-TWA 1mg/m³ | REL-TWA 2mg/m³ REL-TWA 5mg/m³ REL-TWA 10mg/m³ | PEL-TWA 5mg/m³ PEL-TWA 15mg/m³ |
|---|---|---|---|
| 25037-45-0 | N/A | N/A | N/A |

**Appropriate engineering controls:**

The usual precautionary measures for handling chemicals should be followed.

Keep away from foodstuffs, beverages and feed.

Remove all soiled and contaminated clothing immediately.

Wash hands before breaks and at the end of work.

**Personal Protective Equipment:**

**Respiratory protection:** Wear suitable protective mask. For a large large number of battery leakages, wear chemical protective clothing, including self-contained breathing apparatus.

**Hand Protection:** Wear appropriate protective gloves to reduce skin contact.

**Eye Protection:** Wear safety goggles or eye protection combined with respiratory protection.

**Skin and Body Protection:** Working environment required, wear suitable protective clothing to minimize contact with skin. The type of protective equipment must be according to the concentration and the content of certain hazardous substances in the workplace.

## Section 9 - Physical and Chemical Properties

**Information on basic physical and chemical properties**

| | |
|---|---|
| **Colour:** | Black, Silver, Rose Gold. |
| **Physical State:** | Prismatic. |
| **Odour:** | Not available. |
| **Odour threshold:** | Not available. |
| **pH:** | Not available. |
| **Melting point/freezing point:** | Not available. |
| **Initial boiling point and boiling range:** | Not available. |
| **Flash Point:** | Not available. |
| **Evaporation rate:** | Not available. |
| **Flammability (solid, gas):** | Not available. |
| **Explosion Limits (vol% in air):** | Not available. |
| **Vapour pressure, kPa at 20℃:** | Not available. |
| **Vapor density:** | Not available. |



Pony Testing International Group

Report No.: MMIROPWM81164716    Date:01.02.2019    Page 7 of 12

扫微信二维码
关注谱尼测试

| | |
|---|---|
| Density/Relative density (water = 1): | Not available. |
| Solubility(ies): | Not available. |
| Partition coefficient: n-octanol/water: | Not available. |
| Auto-ignition temperature: | Not available. |
| Decomposition temperature: | Not available. |
| Viscosity: | Not available. |
| Other information: | |
| Voltage | 5.0V |
| Electric capacity | 10000mAh |
| Electric Energy | 37.0Wh |

## Section 10 - Stability and Reactivity

**Reactivity:** No data available.

**Chemical stability:** Stable.

**Possibility of hazardous reactions:** No data available.

**Conditions to Avoid:** Flames, sparks, and other sources of ignition, incompatible materials.

**Incompatible materials:** Oxidizing agents, acid base.

**Hazardous decomposition products:** Carbon monoxide, carbon dioxide, lithium oxide fumes.

## Section 11 - Toxicological Information

**Acute Toxicity:**

| CAS No. | LC50/LD50 |
|---|---|
| 12190-79-3 | No data available. |
| 24937-79-9 | No data available. |
| 7782-42-5 | No data available. |
| 9004-32-4 | No data available. |
| 61789-96-6 | No data available. |
| 21324-40-3 | No data available. |
| 96-49-1 | LD50 Rat (oral): 10g/kg |
| 616-38-6 | No data available. |
| 623-53-0 | No data available. |

**PONY** 谱 尼 测 试
Pony Testing International Group
☏Hotline 400-819-5688    www.ponytest.com
Pony Testing International Group Shenzhen Co., Ltd.
Address: 1/F., Building A2, Jun Feng Zhongcheng ZhiZao
Innovation Park, HePing Peace Community, Fuhai Road, BaoAn
District, Shenzhen, Guangdong, China

北京实验室：(010)82618116
上海实验室：(021)64851999    长春实验室：(0431)85150908    石家庄实验室：(0311)85376660    武汉实验室：(027)83997127
青岛实验室：(0532)88706866    大连实验室：(0411)87336618    西安实验室：(029)89608785    合肥实验室：(0551)63843474
深圳实验室：(0755)26050909    哈尔滨实验室：(0451)84104651    呼和浩特实验室：(0471)3450025    广州实验室：(020)89224310
天津实验室：(022)27360730    昆明实验室：(0371)69350670    杭州实验室：(0571)87219096    厦门实验室：(0592)5568048
苏州实验室：(0512)62997900    西宁实验室：(0991)6684186    宁波实验室：(0574)87736499    成都实验室：(028)87702708

CONFIDENTIAL                                BELKIN_000983





Report No.: MMIROPWM81164716    Date:01.02.2019    Page 8 of 12

Pony Testing International Group

扫描信二维码
关注谱尼测试

| 7440-50-8 | No data available. |
|-----------|--------------------|
| 7429-90-5 | No data available. |
| 25037-45-0 | No data available. |

**Skin corrosion/irritation:** No data available.

**Serious eye damage/irritation:** No data available.

**Respiratory or Skin sensitization:** No data available.

**Germ Cell mutagenicity:** No data available.

**Carcinogenicity:** No data available.

**Reproductive toxicity:** No data available.

**Specific target organ toxicity-Single exposure:** No data available.

**Specific target organ toxicity-Repeated exposure:** No data available.

**Aspiration hazard:** No data available.

**Information on the likely routes of exposure:** No data available.

**Eye:** No data available.

**Skin:** No data available.

**Ingestion:** No data available.

**Inhalation:** No data available.

## Section 12 - Ecological Information

**Ecological Toxicity:** No data available.

**Persistence and degradability:** No data available.

**Bioaccumulative Potential:** No data available.

**Mobility in Soil:** No data available.

**Other adverse effects:** No data available.

## Section 13 - Disposal Considerations

**Disposal methods:**

**Recommendation:**

Consult state, local or national regulations to ensure proper disposal.

**Uncleaned packaging**

**Recommendation:** Disposal must be made according to official regulations.

**PONY** 谱尼测试
Pony Testing International Group
©Hotline 400-819-5688    www.ponytest.com
Pony Testing International Group Shenzhen Co., Ltd.
Address: 1/F., Building A2, Jun Feng ZhongCheng ZhiZao Innovation Park, HePing Peace Community, FuHai Road, BaoAn District, Shenzhen, Guangdong, China

北京实验室: (010)82618116
上海实验室: (021)64851999    长春实验室: (0431)85150908    石家庄实验室: (0311)85376660    武汉实验室: (027)83997127
青岛实验室: (0532)88706866    大连实验室: (0411)87336618    西安实验室: (029)89608785    合肥实验室: (0551)63843474
深圳实验室: (0755)26050909    哈尔滨实验室: (0451)88104651    呼和浩特实验室: (0471)3450025    广州实验室: (020)89224310
天津实验室: (022)27360730    郑州实验室: (0371)69350670    杭州实验室: (0571)87219096    厦门实验室: (0592)5568048
苏州实验室: (0512)62997900    沈阳实验室: (0991)6684186    宁波实验室: (0574)87736499    成都实验室: (028)87702708

CONFIDENTIAL    BELKIN_000984



**Pony Testing International Group**

Report No.: MMIROPWM81164716    Date:01.02.2019    Page 9 of 12

扫微信二维码
关注谱尼测试

## Section 14 - Transport Information

| UN Number | |
|---|---|
| IATA | UN3480 |
| IMDG | UN3480 |
| Model Regulation | UN3480 |
| **UN Proper shipping name** | |
| IATA | Lithium ion batteries |
| IMDG | LITHIUM ION BATTERIES |
| Model Regulation | LITHIUM ION BATTERIES |
| **Transport hazard class(es)** | |
| IATA | 9 |
| IMDG | 9 |
| Model Regulation | 9 |
| **Packing group** | |
| IATA | N/A |
| IMDG | N/A |
| Model Regulation | N/A |
| **Packaging Sign** | |
| IATA | |
| IMDG | |
| Model Regulation | |
| **Environmental hazards** | |
| Marine pollutant: | No |
| **Special precautions for user** | No information available. |

**Transport information:** The Rechargeable Li-ion Battery Pack F7U020 has passed the test UN38.3, according to the report ID: MLICEFYU94204721.

Watt-hour exceeds the standard, so it belongs to dangerous goods. The goods are packaged according to the packaging Instruction 965 section IA of IATA DGR 60th Edition for transportation, Cargo aircraft only.

Watt-hour exceeds the standard, so it belongs to dangerous goods. The goods are packaged according to the special provision 230, 348, 384 of IMDG (38-16).

Watt-hour exceeds the standard, so it belongs to dangerous goods. The goods are packaged according to the special provision 230, 348, 384 of <<Recommendations On The

**PONY 谱尼测试**

Hotline 400-819-5688   www.ponytest.com
Pony Testing International Group Shenzhen Co., Ltd.
Address: 1/F., Building A2, Jun Feng ZhongCheng ZhiZao Innovation Park, HePing Peace Community, FuHai Road, BaoAn District, Shenzhen, Guangdong, China

| 北京实验室: (010)82618116 | 长春实验室: (0431)85150908 | 石家庄实验室: (0311)85376660 | 武汉实验室: (027)83997127 |
| 上海实验室: (021)64851999 | 大连实验室: (0411)87336618 | 西安实验室: (029)89608785 | 合肥实验室: (0551)63843474 |
| 青岛实验室: (0532)88706866 | 哈尔滨实验室: (0451)88104651 | 可和浩特实验室: (0471)3450025 | 广州实验室: (020)89224310 |
| 深圳实验室: (0755)26050909 | 郑州实验室: (0371)69350670 | 杭州实验室: (0571)87219096 | 厦门实验室: (0592)55568048 |
| 天津实验室: (022)27360730 | 苏州实验室: (0512)62997900 | 宁波实验室: (0574)87736499 | 成都实验室: (028)87702708 |

**CONFIDENTIAL**

**BELKIN_000985**





Pony Testing International Group

Report No.: MMIROPWM81164716     Date:01.02.2019     Page 10 of 12

Transport Of Dangerous Goods-Model Regulations>> (20th).

Separate batteries to prevent short-circuiting. and they should be packed in strong package during transport. Lithium cell or battery should incorporate a safety venting device or be designed to prevent a violent rupture under normal transport conditions. Keep away from high temperature and open flames.

**Note: State of Charge (SoC) not exceeding 30% of their rated capacity. (By air, Lithium ion batteries)**

**Transport Fashion:** By air, by sea, by railway, by road.

## Section 15 - Regulatory Information

**Safety, health and environmental regulations/legislation specific for the substance or mixture**

| CAS No. | TSCA | IECSC | DSL/NDSL | EINECS/ ELINCS/ NLP |
|---------|------|-------|----------|---------------------|
| 12190-79-3 | Listed | Listed | Listed DSL | Listed |
| 24937-79-9 | Listed | Listed | Listed DSL | Listed |
| 7782-42-5 | Listed | Listed | Listed DSL | Listed |
| 9004-32-4 | Listed | Listed | Listed DSL | Listed |
| 61789-96-6 | Listed | Listed | Listed DSL | Listed |
| 21324-40-3 | Listed | Listed | Listed DSL | Listed |
| 96-49-1 | Listed | Listed | Listed DSL | Listed |
| 616-38-6 | Listed | Listed | Listed DSL | Listed |
| 623-53-0 | Listed | Listed | Listed DSL | Listed |
| 7440-50-8 | Listed | Listed | Listed DSL | Listed |
| 7429-90-5 | Listed | Listed | Listed DSL | Listed |
| 25037-45-0 | Listed | Listed | Listed DSL | Listed |

## Section 16 - Other Information

Issue Time: 2019-01-02

Issue Department: Technical department

PONY 谱 尼 测 试   Pony Testing International Group

©Hotline 400-819-5688   www.ponytest.com
Pony Testing International Group Shenzhen Co., Ltd.
Address: 1/F., Building A2, Jun Feng ZhongCheng ZhiZao
Innovation Park, HePing Peace Community, FuHai Road, BaoAn
District, Shenzhen, Guangdong, China

北京实验室: (010)82618116
上海实验室: (021)64851999
青岛实验室: (0532)88706866
深圳实验室: (0755)26050909
天津实验室: (022)27360730
苏州实验室: (0512)62997900

长春实验室: (0431)85150908
大连实验室: (0411)87336618
哈尔滨实验室: (0451)88104651
郑州实验室: (0371)69350670
济南实验室: (0991)6684186

石家庄实验室: (0311)85376660
西安实验室: (029)89608785
可和浩特实验室: (0471)3450025
杭州实验室: (0571)87219096
宁波实验室: (0574)87736499

武汉实验室: (027)83997127
合肥实验室: (0551)63843474
广州实验室: (020)89224310
厦门实验室: (0592)5568048
成都实验室: (028)87702708

**CONFIDENTIAL**     **BELKIN_000986**



**PONY**

Pony Testing International Group

Report No.: MMIROPWM81164716    Date:01.02.2019    Page 11 of 12

Modification record:

Notice to reader

    To the best of our knowledge, the information contained herein is accurate. However, neither the above named supplier nor any of its subsidiaries assumes any liability whatsoever for the accuracy or completeness of the information contained herein.

    Final determination of suitability of any material is the sole responsibility of the user. All materials may present unknown hazards and should be used with caution. Although certain hazards are described herein, we cannot guarantee that these are the only hazards that exist.

Other Information:

CAS: (Chemical Abstracts Service);

EC: (European Commission);

ACGIH: (American Conference of Governmental Industrial Hygienists);

NIOSH: (US National Institute for Occupational Safety and Health);

OSHA: (US Occupational Safety and Health);

TLV: (Threshold Limit Value)

TWA: (Time Weighted Average);

STEL: (Short Term Exposure Limit);

PEL: (Permissible Exposure Level);

REL: (Recommended Exposure Limit);

PC-STEL: (Permissible concentration-time weighted average);

PC-TWA: (Permissible concentration-short time exposure limit);

LC50: (Lethal concentration, 50 percent kill);

LD50: (Lethal dose, 50 percent kill);

IARC: (International Agency for Research on Cancer);

EC50: (Median effective concentration);

BCF: (Bioconcentration Factor);

BOD: (Biochemical oxygen demand);

NOEC: (No observed effect concentration);

NTP: (US National Toxicology Program);

RTECS: (Registry of Toxic Effects of Chemical Substances);

IATA: (International Air Transport Association);

IMDG: (International Maritime Dangerous Goods);

TDG: (Recommendations on the TRANSPORT OF DANGEROUS GOODS Model Regulations);

TOC: (Total Organic Carbon);

TSCA: (Toxic Substances Control Act of USA);

**PONY** 譜 尼 测 试
Pony Testing International Group
©Hotline 400-819-5688    www.ponytest.com
Pony Testing International Group Shenzhen Co., Ltd.
Address: 1/F., Building A2, Jun Feng ZhongCheng ZhiZao
Innovation Park, HoPing Peace Community, FuTal Road, BaoAn
District, Shenzhen, Guangdong, China

北京实验室: (010)82618116
上海实验室: (021)64851999          长春实验室: (0431)85150908          石家庄实验室: (0311)85376660          武汉实验室: (027)83997127
青岛实验室: (0532)88706866          大连实验室: (0411)87336618          西安实验室: (029)89608785          合肥实验室: (0551)63843474
深圳实验室: (0755)26050909          哈尔滨实验室: (0451)88104651          乌和浩特实验室: (0471)3450025          广州实验室: (020)89224310
天津实验室: (022)27360730          郑州实验室: (0371)69350670          杭州实验室: (0571)87219096          厦门实验室: (0592)5568048
乌鲁木齐实验室: (0512)62997900          苏州实验室: (0991)6684186          宁波实验室: (0574)87736499          成都实验室: (028)87702708



DCNY

扫微信二维码
关注谱尼测试



Pony Testing International Group

Report No.: MMIROPWM81164716    Date:01.02.2019    Page 12 of 12

DSL: (the Domestic Substances List of Canada);

NDSL: (the Non-domestic Substances List of Canada)

***End of report***

**PONY** 谱尼测试
Pony Testing International Group
ⓒHotline 400-819-5688    www.ponytest.com
Pony Testing International Group Shenzhen Co., Ltd.
Address: 1/F., Building A2, Jun Feng Zhongcheng, ZhiZao Innovation Park, HePing Peace Community, FuHai Road, BaoAn District, Shenzhen, Guangdong, China

北京实验室：(010)82618116
上海实验室：(021)64851999    长春实验室：(0431)85150908    石家庄实验室：(0311)85376660    武汉实验室：(027)83997127
青岛实验室：(0532)88706866    大连实验室：(0411)87336618    西安实验室：(029)89608785    合肥实验室：(0551)63843474
深圳实验室：(0755)26050909    哈尔滨实验室：(0451)88104651    呼和浩特实验室：(0471)3450025    广州实验室：(020)89224310
天津实验室：(022)27360730    郑州实验室：(0371)69350670    杭州实验室：(0571)87219096    厦门实验室：(0592)5568048
苏州实验室：(0512)62997900    新疆实验室：(0991)6684186    宁波实验室：(0574)87736499    成都实验室：(028)87702708

**CONFIDENTIAL**

**BELKIN_000988**

**NATIVE DOCUMENT PLACEHOLDER**

**Please review the native document
BELKIN_000989_CONFIDENTIAL.xlsx**

# Executive Summary
## MPP

Financial Summary (YTD 04/2018)

| | FOB | SRP | GIM % | GP % | Gross Sales | Net Sales |
|---|---|---|---|---|---|---|
| Budget | n/a | n/a | n/a | 22.5% | $9.2M | $7.5M |
| Actual | n/a | n/a | n/a | 21.5% | $9.1M | $7.6M |

**Decision Deadline**

05/08/2018

**Ex-Factory Date**

n/a

**Go-Live Date**

5/22/2018

**Issue Escalation or Request**

Removing UL/ETL certifications from MPP product line.

**Business Summary**

For MPP category, we have been using optional UL/ETL certifications for a competitive advantage. However, it requires us to print text that shows our capacity as lower than our competitor.

**GPM Case or Recommendation**

- Remove UL/ETL certification
  - Optional cert originally used for competitive advantage (safety cert)
  - With new standards, hurts us to put power bank capacity rather than cell capacity (see "other notes" for definition)
- Currently, numerous customers are questioning our product
  - Canadian Telco (Roger) has quarantined Pocket Powers

**Risk Exposure**

- Loss of customers across the globe
- Increase rate of return

**Other Notes**

Cell capacity is the calculated capacity at industry standards. All vendors put this capacity on their package/marketing material. Power bank capacity, which UL/ETL requires us to put, is a measured lower capacity that takes into account more variables.

© 2018 Belkin International, Inc. Confidential information. Not for distribution or reproduction.

1



KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
W. TROY BOUK
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
JEFF GADDY
RACHAEL R. GILMER
BRENTON J. GOODMAN

FREDRIC G. LEVIN
MARTIN H. LEVIN
ROBERT M. LOEHR
STEPHEN A. LUONGO
M. JUSTIN LUSKO
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO

CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
A. RENEE PRESTON
ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
THOMAS A. TAYLOR
REBECCA K. TIMMONS
BRETT VIGODSKY

OF COUNSEL:
WILLIAM F. CASH III
LAURA S. DUNNING
  *(LICENSED ONLY IN ALABAMA)*
BEN W. GORDON, JR.
ARCHIE C. LAMB, JR.
PAGE A. POERSCHKE
  *(LICENSED ONLY IN ALABAMA)*
CHRISTOPHER V. TISI
  *(LICENSED ONLY IN WASHINGTON, D.C. AND MARYLAND)*

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

June 7, 2019

**Brenton J. Goodman**
Phone: 850-435-7060
bgoodman@levinlaw.com

Mark Revnoso
President
Belkin International, Inc.
12045 E. Waterfront Drive
Playa Vista, CA 90094

**Re:     Notice and Demand for Corrective Action under Applicable Laws**

To Mr. Revnoso:

I write you, a representative of Belkin International, Inc. ("Belkin"), for my client, Syronda Gamble, and a proposed class of all other similarly situated individuals. Ms. Gamble and the proposed class members purchased the Belkin 6600 mAh PowerPack, Model F7U007 and various other PowerPack models ("the Products"). Belkin misrepresented and continues to misrepresent the Products' capacity, or milliampere-hours ("mAh"). This is a violation of the California Consumer Legal Remedies Act, California's False Advertising Law, California's Unfair Competition Law, Florida's Deceptive and Unfair Trade Practices Act, the Illinois Consumer Fraud and Deceptive Business Practices Act, the Massachusetts Regulation of Business Practices for Consumers' Protection Act, the Michigan Consumer Protection Act, the New Jersey Consumer Fraud Act, the New York General Business Law, the North Carolina Unfair and Deceptive Trade Practices Act, Ohio's Consumers Sales Practice Act, the Washington Consumer Protection Act, and the federal Magnuson-Moss Warranty Act, along with a breach of express warranties under state law, including the laws of New Jersey and Illinois.

When portable chargers, or power banks, have higher mAh than other power banks, consumers such as Ms. Gamble and the proposed class members prefer and are willing to pay a premium for the power banks with a higher mAh. Consumers pay a higher price for a power bank with higher mAh because power banks with higher mAh have a greater capacity to recharge the consumers' portable electronic devices.

**CONFIDENTIAL**

**BELKIN_000991**

June 11, 2019
Page 2

Belkin's Products sell for a premium price compared to other power banks. Ms. Gamble and the proposed class members relied on Belkin's representations that the Products' capacity was a certain level of mAh.

In early 2017, Ms. Gamble purchased her Belkin product because Belkin represented the PowerPack's capacity was 6600 mAh. Belkin's representation to my client about the PowerPack constitutes an express written warranty. Similarly, Belkin's representations to the other proposed class members about the Products constitute an express written warranty. In reliance on Belkin's representations, my client and the other proposed class members paid a premium for the Products.

However, testing shows that Belkin's battery packs, including my client's, have a true mAh capacity that is significantly less than that warrantied by Belkin. Belkin has accordingly violated the laws mentioned above.

This letter serves as notice and demand on behalf of Ms. Gamble and all other proposed class members, for corrective action pursuant to the laws mentioned above. My client will file a class action complaint to seek relief unless, within 30 days, Belkin does the following:

- Removes, and refrains from making misrepresentations about the Products' mAh rating;

- Identifies all consumers similarly situated to my client—*i.e.*, all persons who have purchased the Products within the relevant Class Period—or makes reasonable efforts to identify such consumers;

- Notifies all consumers so identified that, upon each one's request, Belkin will refund the price he or she paid for the Products;

- Disgorges all revenues obtained as a result of violations of law;

- Gives any such requested remedy to the consumers in a reasonable amount of time; and

- Immediately ceases from engaging in illegal methods, acts, or practices, or if immediate cessation is impossible or unreasonably expensive under the circumstances, then ceases from engaging within a reasonable time, to the extent that the Products are still in circulation.

If Belkin fails to comply with this request within thirty (30) days, Belkin may be liable for the following monetary amounts under the laws mentioned above:

- Actual damages suffered;

- Restitution of property;

BELKIN_000992

June 11, 2019
Page 3

- An order enjoining the methods, acts, or practices, to the extent that the Products are still in circulation;

- Punitive damages;

- Costs and attorneys' fees related to suit; and

- Penalties of up to $5,000 for each incident where senior citizens have suffered substantial physical, emotional, or economic damage resulting from Belkin's conduct.

I hope, however, that Belkin will choose to correct these unlawful practices promptly. A failure to act within 30 days will be considered a denial of this claim, and my client will act accordingly. If you would like to discuss the matter, please do not hesitate to call me at (850) 435-7060. Otherwise, we look forward to Belkin immediately changing its practices and compensating the above-identified individuals.

Sincerely,

BRENTON J. GOODMAN



| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS | OF COUNSEL: |
| BRIAN H. BARR | MARTIN H. LEVIN | EMMIE J. PAULOS | WILLIAM F. CASH III |
| MICHAEL C. BIXBY | ROBERT M. LOEHR | A. RENEE PRESTON | LAURA S. DUNNING |
| M. ROBERT BLANCHARD | STEPHEN A. LUONGO | ROBERT E. PRICE | *(LICENSED ONLY IN ALABAMA)* |
| BRANDON L. BOGLE | M. JUSTIN LUSKO | MARK J. PROCTOR | BEN W. GORDON, JR. |
| W. TROY BOUK | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | ARCHIE C. LAMB, JR. |
| WESLEY A. BOWDEN | CLAY MITCHELL | MATTHEW D. SCHULTZ | PAGE A. POERSCHKE |
| VIRGINIA M. BUCHANAN | PETER J. MOUGEY | W. CAMERON STEPHENSON | *(LICENSED ONLY IN ALABAMA)* |
| JEFF GADDY | DANIEL A. NIGH | THOMAS A. TAYLOR | CHRISTOPHER V. TISI |
| RACHAEL R. GILMER | TIMOTHY M. O'BRIEN | REBECCA K. TIMMONS | *(LICENSED ONLY IN WASHINGTON, D.C. AND MARYLAND)* |
| BRENTON J. GOODMAN | MIKE PAPANTONIO | BRETT VIGODSKY | |
| | | | LEFFERTS L. MABIE, JR. *(1925-1996)* |
| | | | D.L. MIDDLEBROOKS *(1926-1997)* |
| | | | DAVID H. LEVIN *(1928-2002)* |
| | | | STANLEY B. LEVIN *(1938-2009)* |

June 7, 2019

**Brenton J. Goodman**
Phone: 850-435-7060
bgoodman@levinlaw.com

Mark Revnoso
President
Belkin International, Inc.
12045 E. Waterfront Drive
Playa Vista, CA 90094

**Re:      Notice and Demand for Corrective Action under Applicable Laws**

To Mr. Revnoso:

I write you, a representative of Belkin International, Inc. ("Belkin"), for my client, Syronda Gamble, and a proposed class of all other similarly situated individuals. Ms. Gamble and the proposed class members purchased the Belkin 6600 mAh PowerPack, Model F7U007 and various other PowerPack models ("the Products"). Belkin misrepresented and continues to misrepresent the Products' capacity, or milliampere-hours ("mAh"). This is a violation of the California Consumer Legal Remedies Act, California's False Advertising Law, California's Unfair Competition Law, Florida's Deceptive and Unfair Trade Practices Act, the Illinois Consumer Fraud and Deceptive Business Practices Act, the Massachusetts Regulation of Business Practices for Consumers' Protection Act, the Michigan Consumer Protection Act, the New Jersey Consumer Fraud Act, the New York General Business Law, the North Carolina Unfair and Deceptive Trade Practices Act, Ohio's Consumers Sales Practice Act, the Washington Consumer Protection Act, and the federal Magnuson-Moss Warranty Act, along with a breach of express warranties under state law, including the laws of New Jersey and Illinois.

When portable chargers, or power banks, have higher mAh than other power banks, consumers such as Ms. Gamble and the proposed class members prefer and are willing to pay a premium for the power banks with a higher mAh. Consumers pay a higher price for a power bank with higher mAh because power banks with higher mAh have a greater capacity to recharge the consumers' portable electronic devices.

CONFIDENTIAL

BELKIN_000994

June 11, 2019
Page 2

Belkin's Products sell for a premium price compared to other power banks. Ms. Gamble and the proposed class members relied on Belkin's representations that the Products' capacity was a certain level of mAh.

In early 2017, Ms. Gamble purchased her Belkin product because Belkin represented the PowerPack's capacity was 6600 mAh. Belkin's representation to my client about the PowerPack constitutes an express written warranty. Similarly, Belkin's representations to the other proposed class members about the Products constitute an express written warranty. In reliance on Belkin's representations, my client and the other proposed class members paid a premium for the Products.

However, testing shows that Belkin's battery packs, including my client's, have a true mAh capacity that is significantly less than that warrantied by Belkin. Belkin has accordingly violated the laws mentioned above.

This letter serves as notice and demand on behalf of Ms. Gamble and all other proposed class members, for corrective action pursuant to the laws mentioned above. My client will file a class action complaint to seek relief unless, within 30 days, Belkin does the following:

- Removes, and refrains from making misrepresentations about the Products' mAh rating;

- Identifies all consumers similarly situated to my client—*i.e.*, all persons who have purchased the Products within the relevant Class Period—or makes reasonable efforts to identify such consumers;

- Notifies all consumers so identified that, upon each one's request, Belkin will refund the price he or she paid for the Products;

- Disgorges all revenues obtained as a result of violations of law;

- Gives any such requested remedy to the consumers in a reasonable amount of time; and

- Immediately ceases from engaging in illegal methods, acts, or practices, or if immediate cessation is impossible or unreasonably expensive under the circumstances, then ceases from engaging within a reasonable time, to the extent that the Products are still in circulation.

If Belkin fails to comply with this request within thirty (30) days, Belkin may be liable for the following monetary amounts under the laws mentioned above:

- Actual damages suffered;

- Restitution of property;

June 11, 2019
Page 3

- An order enjoining the methods, acts, or practices, to the extent that the Products are still in circulation;

- Punitive damages;

- Costs and attorneys' fees related to suit; and

- Penalties of up to $5,000 for each incident where senior citizens have suffered substantial physical, emotional, or economic damage resulting from Belkin's conduct.

I hope, however, that Belkin will choose to correct these unlawful practices promptly. A failure to act within 30 days will be considered a denial of this claim, and my client will act accordingly. If you would like to discuss the matter, please do not hesitate to call me at (850) 435-7060. Otherwise, we look forward to Belkin immediately changing its practices and compensating the above-identified individuals.

Sincerely,

BRENTON J. GOODMAN



**CONFIDENTIAL**

**BELKIN_000997**



**CONFIDENTIAL**

**BELKIN_000998**

**Case #:** 9909748
**Product:** Belkin Pocket Power 5K Power Bank (F7U019)



BELKIN_000999



Jul 12

Hmm, can you confirm if this is the one that you have, belkin.com/us/p/P-F7U019/? May we know when and where did you purchase it? So we can have it validated. BTW, we must follow the ones printed on the device. Also, you may check the model number on the barcode of the packaging.

Jul 12 ✓

yeah i can confirm that it is. i got it from JB HIFI in australia. i got it today from there orion springfield store.

Jul 13

The 2900 mAh is the minimum capacity on the battery while the 5000 mAh is the maximum capacity. Its maximum capacity is on the package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.

Jul 13 ✓

alright well sweet, i'm sure you could understand how it would look a little shady to me though. thank you for clearing it up, I appreciate it :)

Jul 13

We totally understand. We're glad that you asked.

CONFIDENTIAL

BELKIN_001000



**Answer Reference**   http://forums-tac.linksys.com/t5/Belkin-Non-Net-Products-Q-A/Belkin-F7U020-features/td-p/777083



**Dennis Van de Hee**
CA Team
Posts: 391
Registered: 04-19-2017

✅ **Re: Belkin F7U020 features** [ New ]
07-09-2018 11:08 AM

Options

The 6070 listed is the minimum capacity on the battery while the 10K is the maximum capacity.  Below is a PR approved response:

"The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard."

Message **2** of 3 (16 Views)

Add Tag...

Reply

BELKIN_001001



**CONFIDENTIAL**

**BELKIN_001002**



**CONFIDENTIAL**

**BELKIN_001003**



https://www.belkin.com/us/p/P-F8J183-APL/

**CONFIDENTIAL**

**BELKIN_001004**



**CONFIDENTIAL**

**BELKIN_001005**

**CONFIDENTIAL**

**BELKIN_001006**



BELKIN_001007



**CONFIDENTIAL**

**BELKIN_001008**



**CONFIDENTIAL**

**BELKIN_001009**

**CONFIDENTIAL**

**BELKIN_001010**

**CONFIDENTIAL**

**BELKIN_001011**



BELKIN_001012



**BELKIN_001013**



CONFIDENTIAL

BELKIN_001014

| | |
|---|---|
| **From:** | Robert Stevens |
| **Sent:** | Thursday, May 2, 2019 11:06 AM PDT |
| **To:** | Vince McCoy |
| **Subject:** | RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh |

Hey Vince,

It's going to be related to battery capacity.  Here is a post on the BNN agent portal Q&A.  The question has come up a few times since I posted this so I have a feeling people are overlooking the post.

https://forums-agentportal.linksys-apps.com/t5/Belkin-Non-Net-Products-Q-A/Belkin-F7U020-features/m-p/777083

Basically there is an advertised capacity of a battery which is its maximum capacity.   On the battery itself it can sometimes list the minimum capacity.  Obviously as a customer I'm going to call foul on the claim on the package vs the label on the product.  So PR gave us an approved response we can give to customers.

*"The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard."*

I'd like to get that across to agents but I'm not sure if it is a mini-blog post or an email FYI.

Thanks,

**ROBERT STEVENS**
Product Support Engineer

**Belkin International**

O +1 949 270 8537

---

**From:** Vince McCoy <Vince.McCoy@belkin.com>
**Sent:** Thursday, May 2, 2019 9:58 AM
**To:** Robert Stevens <robert.stevens@belkin.com>
**Subject:** RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Hey Rob,

Good day,

**CONFIDENTIAL**

**BELKIN_001015**

How can I help you with the information you would like to share with the agents.

Thanks!
Vince

**From:** Belkin-Linksys Training Request <noreply@qemailserver.com>
**Sent:** Thursday, May 02, 2019 10:57 AM
**To:** training <training@belkin.com>
**Subject:** Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Copy the information between the //// fields below into the project description page on the wiki

////

**'''Requested Completion Date:** 05/10/201905/10/2019 '''

**==Request Received From==**

Robert Stevens
robert.stevens@belkin.com

**==Other Key Stakeholders==**

**==Priority Level==**

LOW

**==Target Support Group(s)==**

CAT, Chat, Customer Service, International, Social Media

**==Target Theater(s)==**

Concentrix Belfast, Concentrix CDO, Concentrix China, Concentrix Costa Rica, Concentrix Davao

**==Training Description==**

Others
I am not sure if I chose the correct distribution method. I would like to share information out with the agents regarding battery capacity on our power banks. I have information from the PM and a statement we can share. I chose EMAIL FYI but this might be a blog. Can you please contact me to discuss the best method of distribution for this information?

**==Purpose of Training==**

**===General Topics to be Covered===**

-Information why it is this way - PR statement to share with customers

**==Source Material Available?==**

Yes

**==Adherence Measurement==**

Spot Check

**==Additional Details==**

////

+++Copy the text below this line into the project tracker table to create a new row for this project+++

|-
|[[File:3_small_logo.png]][[ - R_3dR3xMxb0IKv9dh | ]]
| [[mailto:robert.stevens@belkin.com Robert Stevens]]
|North America, ANZ, APAC, APeA (Asia Pacific excluding ANZ), EMEA, LATAM
|Concentrix Belfast, Concentrix CDO, Concentrix China, Concentrix Costa Rica, Concentrix Davao
|Specify the Trainer Assigned
|05/10/2019
|[[File:3_small_logo.png]]

---

**#DistributeSection, RecipientData#:**
**#DistributeSection, TimeFinished#:** 2019-05-02 09:56:39 PDT
**IP:** 12.23.153.83
**ResponseID:** R_3dR3xMxb0IKv9dh
**#DistributeSection, ResultsLink#:** #DistributeSection, DefaultLinkText#
**#DistributeSection, ResultsURL#:**
https://belkin.co1.qualtrics.com/CP/Report.php?SID=SV_3EN2MhS70cPAlSt&R=R_3dR3xMxb0IKv9dh

---

**#DistributeSection, ResponseSummary#:**

Requester Information
  Name   Robert Stevens
  Email Address   robert.stevens@belkin.com

Requester TAC SITE / Office
  Belkin HQ

Which brand are you requesting training for?
  Belkin Non-Networking

Target Audience: Select all that apply.
  Concentrix Belfast
  Concentrix CDO
  Concentrix China
  Concentrix Costa Rica
  Concentrix Davao

Theater Requiring Training: Select all that apply.
  North America
  APAC
  APeA (Asia Pacific excluding ANZ)
  EMEA
  LATAM
  ANZ

If you select specific TAC SITE/s for your target audience, please select applicable LOBs
  Chat
  Customer Service
  International
  CAT
  Social Media

Requested Training Delivery Method
  Email FYI, cascade via floor walk.

Brief Training Description. Please provide some details.
  Others -- I am not sure if I chose the correct distribution method. I would like to share information out with the agents regarding battery capacity on our power banks. I have information from the PM and a statement we can share. I chose EMAIL FYI but this might be a blog. Can you please contact me to discuss the best method of distribution for this information?

Do you have any source material that can be used to create training materials? (Source material c...
  Yes

General/Specific topics to be covered. (Please include a bullet point overview of the topics you...
  -Information why it is this way
   - PR statement to share with customers

What type of validation would you like to use for this training? (If choosing Exam or Quiz, pleas...
 Spot Check

Please rate/indicate the urgency level of this request
 LOW

Requested completion date (Month/Date/Year)
 05/10/2019

Embedded Data
 RequestStatus    Requester Materials Available on Process of Completing Training Deck
 TACTrainerEmail2   magdalena.kobylska@concentrix.com, katarina.belogurova@concentrix.com
 TACTrainerEmail3   ivan.chen@concentrix.com, ayer.liang@concentrix.com
 TACTrainerEmail4   leonardo.avila@concentrix.com, jasson.zapata@concentrix.com
 TACTrainerEmail5   Robert.dinglasan@concentrix.com, Michael.balverde@concentrix.com,
Jesus.luna@concentrix.com, Ronald.maguyon@concentrix.com, Jomel.sara@concentrix.com,
Cathreen.alip@concentrix.com, Jeremy.lu@concentrix.com, Rolando.anloague@concentrix.com
 TACTrainerEmail7   training@belkin.com

| From: | Vince McCoy |
|---|---|
| Sent: | Thursday, May 2, 2019 11:16 AM PDT |
| To: | Robert Stevens |
| Subject: | RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh |

Rob,

I guess the Blog post will be good in order we cover all TAC sites agents about the Response Statement for our customers provided by PR.

Thanks!
Vince

**From:** Robert Stevens
**Sent:** Thursday, May 02, 2019 12:07 PM
**To:** Vince McCoy <Vince.McCoy@belkin.com>
**Subject:** RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Hey Vince,

It's going to be related to battery capacity. Here is a post on the BNN agent portal Q&A. The question has come up a few times since I posted this so I have a feeling people are overlooking the post.

https://forums-agentportal.linksys-apps.com/t5/Belkin-Non-Net-Products-Q-A/Belkin-F7U020-features/m-p/777083

Basically there is an advertised capacity of a battery which is its maximum capacity. On the battery itself it can sometimes list the minimum capacity. Obviously as a customer I'm going to call foul on the claim on the package vs the label on the product. So PR gave us an approved response we can give to customers.

*"The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard."*

I'd like to get that across to agents but I'm not sure if it is a mini-blog post or an email FYI.

Thanks,

**ROBERT STEVENS**
Product Support Engineer

**Belkin International**

O +1 949 270 8537

---

**From:** Vince McCoy <Vince.McCoy@belkin.com>
**Sent:** Thursday, May 2, 2019 9:58 AM
**To:** Robert Stevens <robert.stevens@belkin.com>
**Subject:** RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Hey Rob,

Good day,

How can I help you with the information you would like to share with the agents.

Thanks!
Vince

---

**From:** Belkin-Linksys Training Request <noreply@qemailserver.com>
**Sent:** Thursday, May 02, 2019 10:57 AM
**To:** training <training@belkin.com>
**Subject:** Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Copy the information between the //// fields below into the project description page on the wiki

////


'''Requested Completion Date: 05/10/201905/10/2019 '''


==Request Received From==

Robert Stevens
robert.stevens@belkin.com

==Other Key Stakeholders==



==Priority Level==

LOW

==Target Support Group(s)==

CAT, Chat, Customer Service, International, Social Media

## ==Target Theater(s)==

Concentrix Belfast, Concentrix CDO, Concentrix China, Concentrix Costa Rica, Concentrix Davao

## ==Training Description==

Others
I am not sure if I chose the correct distribution method. I would like to share information out with the agents regarding battery capacity on our power banks. I have information from the PM and a statement we can share. I chose EMAIL FYI but this might be a blog. Can you please contact me to discuss the best method of distribution for this information?

## ==Purpose of Training==

### ===General Topics to be Covered===

-Information why it is this way - PR statement to share with customers

## ==Source Material Available?==

Yes

## ==Adherence Measurement==

Spot Check

## ==Additional Details==

////

+++Copy the text below this line into the project tracker table to create a new row for this project+++

|-
|[[File:3_small_logo.png]][[ - R_3dR3xMxb0IKv9dh | ]]
| [[mailto:robert.stevens@belkin.com Robert Stevens]
|North America, ANZ, APAC, APeA (Asia Pacific excluding ANZ), EMEA, LATAM
|Concentrix Belfast, Concentrix CDO, Concentrix China, Concentrix Costa Rica, Concentrix Davao
|Specify the Trainer Assigned
|05/10/2019
|[[File:3_small_logo.png]]

**CONFIDENTIAL**

---

**#DistributeSection, RecipientData#:**
**#DistributeSection, TimeFinished#:** 2019-05-02 09:56:39 PDT
**IP:** 12.23.153.83
**ResponseID:** R_3dR3xMxb0IKv9dh
**#DistributeSection, ResultsLink#:** #DistributeSection, DefaultLinkText#
**#DistributeSection, ResultsURL#:**
https://belkin.co1.qualtrics.com/CP/Report.php?SID=SV_3EN2MhS70cPAlSt&R=R_3dR3xMxb0IKv9dh

---

**#DistributeSection, ResponseSummary#:**

Requester Information
  Name   Robert Stevens
  Email Address   robert.stevens@belkin.com

Requester TAC SITE / Office
  Belkin HQ

Which brand are you requesting training for?
  Belkin Non-Networking

Target Audience: Select all that apply.
  Concentrix Belfast
  Concentrix CDO
  Concentrix China
  Concentrix Costa Rica
  Concentrix Davao

Theater Requiring Training: Select all that apply.
  North America
  APAC
  APeA (Asia Pacific excluding ANZ)
  EMEA
  LATAM
  ANZ

If you select specific TAC SITE/s for your target audience, please select applicable LOBs
  Chat
  Customer Service
  International
  CAT
  Social Media

Requested Training Delivery Method
  Email FYI, cascade via floor walk.

**CONFIDENTIAL**                                                    **BELKIN_001023**

Brief Training Description. Please provide some details.
  Others -- I am not sure if I chose the correct distribution method. I would like to share information out with the agents regarding battery capacity on our power banks. I have information from the PM and a statement we can share. I chose EMAIL FYI but this might be a blog. Can you please contact me to discuss the best method of distribution for this information?

Do you have any source material that can be used to create training materials? (Source material c...
  Yes

General/Specific topics to be covered. (Please include a bullet point overview of the topics you...
  -Information why it is this way
  - PR statement to share with customers

What type of validation would you like to use for this training? (If choosing Exam or Quiz, pleas...
  Spot Check

Please rate/indicate the urgency level of this request
  LOW

Requested completion date (Month/Date/Year)
  05/10/2019

Embedded Data
  RequestStatus   Requester Materials Available on Process of Completing Training Deck
  TACTrainerEmail2   magdalena.kobylska@concentrix.com, katarina.belogurova@concentrix.com
  TACTrainerEmail3   ivan.chen@concentrix.com, ayer.liang@concentrix.com
  TACTrainerEmail4   leonardo.avila@concentrix.com, jasson.zapata@concentrix.com
  TACTrainerEmail5   Robert.dinglasan@concentrix.com, Michael.balverde@concentrix.com,
Jesus.luna@concentrix.com, Ronald.maguyon@concentrix.com, Jomel.sara@concentrix.com,
Cathreen.alip@concentrix.com, Jeremy.lu@concentrix.com, Rolando.anloague@concentrix.com
  TACTrainerEmail7   training@belkin.com

| | |
|---|---|
| From: | Robert Stevens |
| Sent: | Thursday, May 2, 2019 11:29 AM PDT |
| To: | Vince McCoy |
| Subject: | RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh |

Would you be writing that then or would I? All the information should be below. It's more of just formatting it for their consumption.

Regards,

**ROBERT STEVENS**
Product Support Engineer

**Belkin International**

O +1 949 270 8537

---

**From:** Vince McCoy <Vince.McCoy@belkin.com>
**Sent:** Thursday, May 2, 2019 11:17 AM
**To:** Robert Stevens <robert.stevens@belkin.com>
**Subject:** RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Rob,

I guess the Blog post will be good in order we cover all TAC sites agents about the Response Statement for our customers provided by PR.

Thanks!
Vince

---

**From:** Robert Stevens
**Sent:** Thursday, May 02, 2019 12:07 PM
**To:** Vince McCoy <Vince.McCoy@belkin.com>
**Subject:** RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Hey Vince,

It's going to be related to battery capacity. Here is a post on the BNN agent portal Q&A. The question has come up a few times since I posted this so I have a feeling people are overlooking the post.

https://forums-agentportal.linksys-apps.com/t5/Belkin-Non-Net-Products-Q-A/Belkin-F7U020-features/m-p/777083

Basically there is an advertised capacity of a battery which is its maximum capacity. On the battery itself it can sometimes list the minimum capacity. Obviously as a customer I'm going to call foul on the

BELKIN_001025

claim on the package vs the label on the product. So PR gave us an approved response we can give to customers.

*"The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard."*

I'd like to get that across to agents but I'm not sure if it is a mini-blog post or an email FYI.

Thanks,

**ROBERT STEVENS**
Product Support Engineer

**Belkin International**

O +1 949 270 8537

---

**From:** Vince McCoy <Vince.McCoy@belkin.com>
**Sent:** Thursday, May 2, 2019 9:58 AM
**To:** Robert Stevens <robert.stevens@belkin.com>
**Subject:** RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Hey Rob,

Good day,

How can I help you with the information you would like to share with the agents.

Thanks!
Vince

---

**From:** Belkin-Linksys Training Request <noreply@qemailserver.com>
**Sent:** Thursday, May 02, 2019 10:57 AM
**To:** training <training@belkin.com>
**Subject:** Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Copy the information between the //// fields below into the project description page on the wiki

////

**'''Requested Completion Date:** 05/10/201905/10/2019 **'''**

**==Request Received From==**

Robert Stevens
robert.stevens@belkin.com

**==Other Key Stakeholders==**

**==Priority Level==**

LOW

**==Target Support Group(s)==**

CAT, Chat, Customer Service, International, Social Media

**==Target Theater(s)==**

Concentrix Belfast, Concentrix CDO, Concentrix China, Concentrix Costa Rica, Concentrix Davao

**==Training Description==**

Others
I am not sure if I chose the correct distribution method. I would like to share information out with the agents regarding battery capacity on our power banks. I have information from the PM and a statement we can share. I chose EMAIL FYI but this might be a blog. Can you please contact me to discuss the best method of distribution for this information?

**==Purpose of Training==**

**===General Topics to be Covered===**

-Information why it is this way - PR statement to share with customers

**==Source Material Available?==**

Yes

**==Adherence Measurement==**

Spot Check

**==Additional Details==**


////

+++Copy the text below this line into the project tracker table to create a new row for this project+++

|-
|[[File:3_small_logo.png]][[ - R_3dR3xMxb0IKv9dh | ]]
| [mailto:robert.stevens@belkin.com Robert Stevens]
|North America, ANZ, APAC, APeA (Asia Pacific excluding ANZ), EMEA, LATAM
|Concentrix Belfast, Concentrix CDO, Concentrix China, Concentrix Costa Rica, Concentrix Davao
|Specify the Trainer Assigned
|05/10/2019
|[[File:3_small_logo.png]]

---

**#DistributeSection, RecipientData#:**
**#DistributeSection, TimeFinished#:** 2019-05-02 09:56:39 PDT
**IP:** 12.23.153.83
**ResponseID:** R_3dR3xMxb0IKv9dh
**#DistributeSection, ResultsLink#:** #DistributeSection, DefaultLinkText#
**#DistributeSection, ResultsURL#:**
https://belkin.co1.qualtrics.com/CP/Report.php?SID=SV_3EN2MhS70cPAlSt&R=R_3dR3xMxb0IKv9dh

---

**#DistributeSection, ResponseSummary#:**

Requester Information
  Name   Robert Stevens
  Email Address   robert.stevens@belkin.com

Requester TAC SITE / Office
  Belkin HQ

Which brand are you requesting training for?
  Belkin Non-Networking

Target Audience: Select all that apply.
  Concentrix Belfast
  Concentrix CDO
  Concentrix China
  Concentrix Costa Rica

**BELKIN_001028**

Concentrix Davao

Theater Requiring Training: Select all that apply.
  North America
  APAC
  APeA (Asia Pacific excluding ANZ)
  EMEA
  LATAM
  ANZ

If you select specific TAC SITE/s for your target audience, please select applicable LOBs
  Chat
  Customer Service
  International
  CAT
  Social Media

Requested Training Delivery Method
  Email FYI, cascade via floor walk.

Brief Training Description. Please provide some details.
  Others -- I am not sure if I chose the correct distribution method. I would like to share information out with the agents regarding battery capacity on our power banks. I have information from the PM and a statement we can share. I chose EMAIL FYI but this might be a blog. Can you please contact me to discuss the best method of distribution for this information?

Do you have any source material that can be used to create training materials? (Source material c...
  Yes

General/Specific topics to be covered. (Please include a bullet point overview of the topics you...
  -Information why it is this way
  - PR statement to share with customers

What type of validation would you like to use for this training? (If choosing Exam or Quiz, pleas...
  Spot Check

Please rate/indicate the urgency level of this request
  LOW

Requested completion date (Month/Date/Year)
  05/10/2019

Embedded Data
  RequestStatus    Requester Materials Available on Process of Completing Training Deck
  TACTrainerEmail2    magdalena.kobylska@concentrix.com, katarina.belogurova@concentrix.com
  TACTrainerEmail3    ivan.chen@concentrix.com, ayer.liang@concentrix.com
  TACTrainerEmail4    leonardo.avila@concentrix.com, jasson.zapata@concentrix.com
  TACTrainerEmail5    Robert.dinglasan@concentrix.com, Michael.balverde@concentrix.com,

**CONFIDENTIAL**                                                    **BELKIN_001029**

Jesus.luna@concentrix.com, Ronald.maguyon@concentrix.com, Jomel.sara@concentrix.com, Cathreen.alip@concentrix.com, Jeremy.lu@concentrix.com, Rolando.anloague@concentrix.com

TACTrainerEmail7    training@belkin.com

| | |
|---|---|
| **From:** | Vince McCoy |
| **Sent:** | Thursday, May 2, 2019 11:36 AM PDT |
| **To:** | Robert Stevens |
| **Subject:** | RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh |

No worries, I'll have it up today.

---

**From:** Robert Stevens
**Sent:** Thursday, May 02, 2019 12:29 PM
**To:** Vince McCoy <Vince.McCoy@belkin.com>
**Subject:** RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Would you be writing that then or would I? All the information should be below. It's more of just formatting it for their consumption.

Regards,

**ROBERT STEVENS**
Product Support Engineer

**Belkin International**

O +1 949 270 8537

---

**From:** Vince McCoy <Vince.McCoy@belkin.com>
**Sent:** Thursday, May 2, 2019 11:17 AM
**To:** Robert Stevens <robert.stevens@belkin.com>
**Subject:** RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Rob,

I guess the Blog post will be good in order we cover all TAC sites agents about the Response Statement for our customers provided by PR.

Thanks!
Vince

---

**From:** Robert Stevens
**Sent:** Thursday, May 02, 2019 12:07 PM
**To:** Vince McCoy <Vince.McCoy@belkin.com>
**Subject:** RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Hey Vince,

It's going to be related to battery capacity. Here is a post on the BNN agent portal Q&A. The question has come up a few times since I posted this so I have a feeling people are overlooking the post.

https://forums-agentportal.linksys-apps.com/t5/Belkin-Non-Net-Products-Q-A/Belkin-F7U020-features/m-p/777083

Basically there is an advertised capacity of a battery which is its maximum capacity. On the battery itself it can sometimes list the minimum capacity. Obviously as a customer I'm going to call foul on the claim on the package vs the label on the product. So PR gave us an approved response we can give to customers.

*"The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard."*

I'd like to get that across to agents but I'm not sure if it is a mini-blog post or an email FYI.

Thanks,

**ROBERT STEVENS**
Product Support Engineer

**Belkin International**

O +1 949 270 8537

---

**From:** Vince McCoy <Vince.McCoy@belkin.com>
**Sent:** Thursday, May 2, 2019 9:58 AM
**To:** Robert Stevens <robert.stevens@belkin.com>
**Subject:** RE: Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Hey Rob,

Good day,

How can I help you with the information you would like to share with the agents.

Thanks!
Vince

---

**From:** Belkin-Linksys Training Request <noreply@qemailserver.com>
**Sent:** Thursday, May 02, 2019 10:57 AM

**To:** training <training@belkin.com>
**Subject:** Belkin Non-Networking Notification - Reference R_3dR3xMxb0IKv9dh

Copy the information between the //// fields below into the project description page on the wiki

////

**'''Requested Completion Date:** 05/10/201905/10/2019 **'''**

==**Request Received From**==

Robert Stevens
robert.stevens@belkin.com

==**Other Key Stakeholders**==

==**Priority Level**==

LOW

==**Target Support Group(s)**==

CAT, Chat, Customer Service, International, Social Media

==**Target Theater(s)**==

Concentrix Belfast, Concentrix CDO, Concentrix China, Concentrix Costa Rica, Concentrix Davao

==**Training Description**==

Others
I am not sure if I chose the correct distribution method. I would like to share information out with the agents regarding battery capacity on our power banks. I have information from the PM and a statement we can share. I chose EMAIL FYI but this might be a blog. Can you please contact me to discuss the best method of distribution for this information?

==**Purpose of Training**==

===**General Topics to be Covered**===

-Information why it is this way - PR statement to share with customers

**==Source Material Available?==**

Yes

**==Adherence Measurement==**

Spot Check

**==Additional Details==**


////

+++Copy the text below this line into the project tracker table to create a new row for this project+++

|-
|[[File:3_small_logo.png]][[ - R_3dR3xMxb0IKv9dh | ]]
| [[mailto:robert.stevens@belkin.com Robert Stevens]]
|North America, ANZ, APAC, APeA (Asia Pacific excluding ANZ), EMEA, LATAM
|Concentrix Belfast, Concentrix CDO, Concentrix China, Concentrix Costa Rica, Concentrix Davao
|Specify the Trainer Assigned
|05/10/2019
|[[File:3_small_logo.png]]

---

**#DistributeSection, RecipientData#:**
**#DistributeSection, TimeFinished#:** 2019-05-02 09:56:39 PDT
**IP:** 12.23.153.83
**ResponseID:** R_3dR3xMxb0IKv9dh
**#DistributeSection, ResultsLink#:** #DistributeSection, DefaultLinkText#
**#DistributeSection, ResultsURL#:**
https://belkin.co1.qualtrics.com/CP/Report.php?SID=SV_3EN2MhS70cPAlSt&R=R_3dR3xMxb0IKv9dh

---

**#DistributeSection, ResponseSummary#:**

Requester Information
   Name   Robert Stevens
   Email Address   robert.stevens@belkin.com

Requester TAC SITE / Office
   Belkin HQ

Which brand are you requesting training for?
   Belkin Non-Networking

Target Audience: Select all that apply.
   Concentrix Belfast
   Concentrix CDO
   Concentrix China
   Concentrix Costa Rica
   Concentrix Davao

Theater Requiring Training: Select all that apply.
   North America
   APAC
   APeA (Asia Pacific excluding ANZ)
   EMEA
   LATAM
   ANZ

If you select specific TAC SITE/s for your target audience, please select applicable LOBs
   Chat
   Customer Service
   International
   CAT
   Social Media

Requested Training Delivery Method
   Email FYI, cascade via floor walk.

Brief Training Description. Please provide some details.
   Others -- I am not sure if I chose the correct distribution method. I would like to share information out with the agents regarding battery capacity on our power banks. I have information from the PM and a statement we can share. I chose EMAIL FYI but this might be a blog. Can you please contact me to discuss the best method of distribution for this information?

Do you have any source material that can be used to create training materials? (Source material c...
   Yes

General/Specific topics to be covered. (Please include a bullet point overview of the topics you...
   -Information why it is this way
   - PR statement to share with customers

What type of validation would you like to use for this training? (If choosing Exam or Quiz, pleas...
   Spot Check

Please rate/indicate the urgency level of this request
   LOW

Requested completion date (Month/Date/Year)

05/10/2019

Embedded Data
   RequestStatus   Requester Materials Available on Process of Completing Training Deck
   TACTrainerEmail2   magdalena.kobylska@concentrix.com, katarina.belogurova@concentrix.com
   TACTrainerEmail3   ivan.chen@concentrix.com, ayer.liang@concentrix.com
   TACTrainerEmail4   leonardo.avila@concentrix.com, jasson.zapata@concentrix.com
   TACTrainerEmail5   Robert.dinglasan@concentrix.com, Michael.balverde@concentrix.com,
Jesus.luna@concentrix.com, Ronald.maguyon@concentrix.com, Jomel.sara@concentrix.com,
Cathreen.alip@concentrix.com, Jeremy.lu@concentrix.com, Rolando.anloague@concentrix.com
   TACTrainerEmail7   training@belkin.com

| | |
|---|---|
| **From:** | Bruce Kim |
| **Sent:** | Thursday, January 11, 2018 9:32 AM PST |
| **To:** | Norbert von Boode |
| **Subject:** | Re: Nike packaging issue - URGENT |

감사합니다!

Get Outlook for iOS

**From:** Norbert von Boode
**Sent:** Thursday, January 11, 2018 9:30:06 AM
**To:** Bruce Kim
**Subject:** Fwd: Nike packaging issue - URGENT

**From:** Norbert von Boode
**Sent:** Thursday, December 21, 2017 5:14:34 PM
**To:** Nicoletta Laffi; Jenna Harling; Fawad Mir
**Cc:** Nick Kalra; Sachin Mehta; SB Moon; Isabel Healy
**Subject:** Re: Nike packaging issue - URGENT

Dear all,

I synced up with SB. Based on the information provided below, we need to help the customer understand 1) what the difference between the advertised/cell capacity on our packaging and rated capacity on our product is, 2) why we need to have rated capacity on our product, and 3) whether this is common practice between other brands.

In summary,

- The advertised capacity listed on our packaging, i.e. 6700mAh, represents the battery cell capacity. The capacity listed on our product labeling, i.e. 4775mAh, represents the rated capacity
- UL testing standards of safety labs we contract for safety compliance and regulations in certain regions require battery packs to be marked with the rated capacity
- Other battery pack brands (who sell in these regions) also comply with these regulations and mark their battery packs with the rated capacity

Below is a more detailed explanation based on our inquiries to PDM and RC.

**1. What are the two different capacities listed on our packaging and our product?**

The advertised mAh on our battery pack packaging are correct. They represent the battery cell capacity in mAh, i.e. on Worm 3, we provide 3 x 5,000mAh cells and therefore we advertise 15,000mAh in our packaging.
The lower mAh on our product, e.g. Worm 3 lists 7,700mAh on the product's silk screen label, is a rated capacity – an electrical capacity that the battery pack ports outputs under more extreme conditions.

**2. Why are the cell capacities and rated capacities different?**

Several factors. One, the rated capacity is measured under maximal or full-rated load conditions, i.e. a Worm 3 would charge two devices at the same time on both ports. Compared to charging one device

sequentially on a single port, there would be less power available in the first scenario (imagine driving your car at maximum speed – fuel efficiency would be less than during your typical driving speeds). Two, there will be energy loss or conversion loss due to internal circuitry.

**3. Why do we need to show the rated capacity on the label of the product?**

The rated capacity needs to be on the product, because it is mandated 1) by regulations in certain regions (e.g. South Korea, Taiwan, etc.), and 2) by safety labs that comply with the UL testing standards.

NOVEMBER 3, 2015 UL 2056 9

**12 Capacity Verification Test**

12.1 The marked electrical capacity of power bank, measured at the power output pin of output port, shall comply with the Standard for Secondary Cells and Batteries Containing Alkaline or Other Non-Acid Electrolytes – Secondary Lithium Cells and Batteries for Portable Applications, IEC 61960, Clause 7.3.1, Discharge Performance at 20 °C (Rated Capacity), and the modified test method in 12.2.

12.2 The power bank is discharged at a constant current equals to rated current of the output port, until its voltage is equal to the end-of-discharge voltage of the output port, specified by the manufacturer.

**MARKINGS**

**13 General**

13.1 Unless otherwise superseded by a requirement in this Outline, power banks shall comply with the requirements in the Standard for Household and Commercial Batteries, UL 2054.

13.2 For electrical ratings, the following information shall be provided:

a) Input rating in Vdc or Vac and A. If there are more than one input ports, the rating of each port shall be provided;

b) Output rating in Vdc and A. If there are more than one output ports, it shall include rating of each port and the combined rating (if it is not equal to the summation of all ports); and

c) Electrical capacity in Ah or mAh. If there are more than one output ports/output ratings, either the capacity of each port/rating shall be provided, or the minimum capacity of these ports/ ratings shall be provided.

**4. How is the rated capacity shown in battery packs from other manufacturers?**

**Sony 10,000mAh Battery** (Rated Capacity 6,000mAh on 30W, 4,880mAh on 45W)



**ZMI (Xiaomi) 20,000mAh** (Rated capacity 9,750mAh)

BELKIN_001039



**5. What is our PR response to this situation?**

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

Please let me know if you have further comments/questions.

Thank you,
Norbert

---

**From:** Nicoletta Laffi <nicoletta.laffi@belkin.com>
**Date:** Thursday, December 21, 2017 at 2:02 PM
**To:** Jenna Harling <jenna.harling@belkin.com>
**Cc:** Fawad Mir <Fawad.Mir@belkin.com>, Nick Kalra <Nick.Kalra@belkin.com>, Sachin Mehta <Sachin.Mehta@belkin.com>, SB Moon <sb.moon@belkin.com>, Isabel Healy <isabel.healy@belkin.com>, Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Nike packaging issue - URGENT

**CONFIDENTIAL**

**BELKIN_001040**

Hi Jenna
Pls align with SB and Norbert on this
I had a call with SB few hours ago, they are going to sync up today
We expect final reply and assessment next few hours to get back to customer
The initial email from team is dated 23rd of November so about a month ago
We now need a reply that retailers can use for end users or a decision on stock
Thank you

Envoyé de mon iPhone

Le 21 déc. 2017 à 22:20, Jenna Harling <jenna.harling@belkin.com> a écrit :

> Hi Fawad,
>
> As I didn't initially work on this project, I'll have to do some digging. I've reached out the EE Engineer lead to determine which is accurate. I believe they worked through a formula to determine how many times it could charge the watch AND phone, and then later how many times it could charge the watch only. This might be that change over in packaging but I'd like to confirm.
>
> Once we understand, we can make a decision about stickering or packaging changes.
>
> For the mAH, Norbert will provide more information.
>
> Thank you for your patience!
>
> Warm Regards and happy holidays,
>
> **JENNA HARLING**
> Product Manager
>
> **Belkin International, Inc.**
> 12045 East Waterfront Drive
> Playa Vista, CA 90094-2536
>
> O: 310.751.2885
> S: jennaharling.belkin
>
> belkin.com

---

**From:** Fawad Mir
**Sent:** Wednesday, December 20, 2017 9:53 PM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; Sachin Mehta <Sachin.Mehta@belkin.com>; Nicoletta Laffi <nicoletta.laffi@belkin.com>
**Cc:** Jenna Harling <jenna.harling@belkin.com>; SB Moon <sb.moon@belkin.com>; Isabel Healy <isabel.healy@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** RE: Nike packaging issue - URGENT

**CONFIDENTIAL**

**BELKIN_001041**

Hi Nick,

We appreciate the official response but I think the actual issue has not been understood.

We have a batch of products in the market that have been marked and packaged incorrectly.

Front packaging states 16x charge when it should say 8X and the physical battery states 4775 mAh when it should say 6700 mAh (and does do in my own version of the product)

An example of the incorrect and correct packaging :

<image001.jpg>

---

**From:** Nick Kalra
**Sent:** 21 December 2017 05:32
**To:** Sachin Mehta <Sachin.Mehta@belkin.com>; Nicoletta Laffi <nicoletta.laffi@belkin.com>
**Cc:** Jenna Harling <jenna.harling@belkin.com>; SB Moon <sb.moon@belkin.com>; Fawad Mir
<Fawad.Mir@belkin.com>; Isabel Healy <isabel.healy@belkin.com>; Norbert von Boode
<Norbert.vonBoode@belkin.com>
**Subject:** Re: Nike packaging issue - URGENT

Hey All,

We worked with Jen Warren on a response for the customer, which is below.

Talking with Regulatory next so we can develop next steps and timelines. Let me know if any feedback. - Nick

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

---

**From:** Sachin Mehta
**Sent:** Wednesday, December 20, 2017 11:07:51 AM
**To:** Nicoletta Laffi

BELKIN_001042

**Cc:** Jenna Harling; SB Moon; Fawad Mir; Isabel Healy; Nick Kalra
**Subject:** Re: Nike packaging issue - URGENT

Can we first find out if the actual battery pack is of 6700 mAh or 4275 mAh.

Also stickers on the battery pack itself may be tedious as package will have to be opened - we may have to ask returns for re work.

Also the front package shows watch charging as 16x not 8x as original.

All of these needs to be sorted.

Let me know if sample is required for physical verification and testing.

Sachin
00 971 50 7576490

On Dec 20, 2017, at 10:50 PM, Nicoletta Laffi <nicoletta.laffi@belkin.com> wrote:

> Jenna
> Customer must be reassured about this being a mistake
> Then we can discuss about restickering or return
>
>
> Envoyé de mon iPhone
>
> Le 20 déc. 2017 à 19:01, Jenna Harling <jenna.harling@belkin.com> a écrit :
>
>> Hi Team,
>>
>> I've been trying to track down what happened but it should state 6700 mAh on pkg. I have a meeting with ICG today to discuss and determine course of action. Are we being asked to take back the stock or do we have an opportunity to sticker?
>>
>> Once I have more information, I can share.
>>
>> Thanks for your patience,
>> Jenna
>>
>> _____
>>
>> **From:** SB Moon
>> **Sent:** Thursday, December 14, 2017 12:22 AM
>> **To:** Nicoletta Laffi <nicoletta.laffi@belkin.com>; Fawad Mir <Fawad.Mir@belkin.com>; Jenna Harling <jenna.harling@belkin.com>
>> **Cc:** Sachin Mehta <Sachin.Mehta@belkin.com>; Isabel Healy

**CONFIDENTIAL**

**BELKIN_001043**

<isabel.healy@belkin.com>
**Subject:** Re: Nike packaging issue - URGENT

Jenna
Please get back to me with below asap.
Need to understand what this is.

SB Moon
Director of Channel Product Management, International

---

**From:** Nicoletta Laffi
**Sent:** Thursday, December 14, 2017 7:51:47 AM
**To:** Fawad Mir
**Cc:** Sachin Mehta; Isabel Healy; Melvin van Leeuwaarde; SB Moon; Jenna Harling
**Subject:** Re: Nike packaging issue - URGENT

SB, Jenna
In the absence of Izzy who can help to shade some light on this
We need to understand if it is a batch issue and in that case take all back also from
AE1 and replace with good stock
It is now urgent

Envoyé de mon iPhone

Le 14 déc. 2017 à 08:42, Fawad Mir <Fawad.Mir@belkin.com> a écrit :

> Hi Izzy,
>
> It's been 2 weeks and we have had no reply on this ?
>
> We still have stock out in the channel with these errors.
>
> Can we please have an urgent response and action?
>
> Thanks
>
> Fawad

---

**From:** Sachin Mehta
**Sent:** 24 November 2017 15:29
**To:** Isabel Healy <isabel.healy@belkin.com>
**Cc:** Fawad Mir <Fawad.Mir@belkin.com>; Nicoletta Laffi

CONFIDENTIAL

<nicoletta.laffi@belkin.com>; Melvin van Leeuwaarde
<Melvin.vanLeeuwaarde@belkin.com>; SB Moon <sb.moon@belkin.com>
**Subject:** Fwd: Nike packaging issue

Few more pics from pack

<image001.jpg>

<image002.jpg>
<image003.jpg>

Sachin
00 971 50 7576490

Begin forwarded message:

> **From:** Sachin Mehta <Sachin.Mehta@belkin.com>
> **Date:** November 24, 2017 at 3:25:54 PM GMT+4
> **To:** Isabel Healy <isabel.healy@belkin.com>
> **Cc:** Yeonsu Kim <Yeonsu.Kim@belkin.com>, SB Moon <sb.moon@belkin.com>,
> Melvin van Leeuwaarde <Melvin.vanLeeuwaarde@belkin.com>, Nicoletta Laffi
> <nicoletta.laffi@belkin.com>, Fawad Mir <Fawad.Mir@belkin.com>
> **Subject: Re: Nike packaging issue**
>
> Hi Izzy
>
> Here is the pic of actual product where the capacity mentioned is 4775mAh
>
> <image004.jpg>
>
> Sachin
> 00 971 50 7576490
>
> On Nov 23, 2017, at 9:22 PM, Isabel Healy <isabel.healy@belkin.com> wrote:
>
> > Hi Sachin,
> >
> > Please could you also send me a picture of the back of the box where it is
> > stating the incorrect information.
> >
> > This is the first time this has been raised.  I will reach out to global on this.
> >
> > Kind regards,
> >
> > Izzy

**CONFIDENTIAL**                                                    **BELKIN_001045**

**Product Manager EMEA**
Mobile: +44 7387 021021

---

**From:** Yeonsu Kim <Yeonsu.Kim@belkin.com>
**Date:** Thursday, 23 November 2017 at 14:34
**To:** Sachin Mehta <Sachin.Mehta@belkin.com>, Isabel Healy <isabel.healy@belkin.com>
**Cc:** "SB (Sae) Moon" <sb.moon@belkin.com>, Melvin van Leeuwaarde <Melvin.vanLeeuwaarde@belkin.com>, Nicoletta Laffi <nicoletta.laffi@belkin.com>, Fawad Mir <Fawad.Mir@belkin.com>
**Subject:** Re: Nike packaging issue

Forwarding to Izzy for WPW.

Thank you,

Yeonsu Kim

On 23 Nov 2017, at 2:30 pm, Sachin Mehta <Sachin.Mehta@belkin.com> wrote:

> Hi Yeonsu
>
> We have received a complaint from Dubai Duty Free regarding F8J201btSLV:
>
> 1. mentioned capacity 4275 mAh only at the back of box - front is 6700.
> 2. Watch charging time is 16x instead of 8x (enclosed pic)
>
> <image1.jpeg>
>
> Can you please clarify on these.
>
> Same packaging is at Etisalat as well.
>
> Sachin
> 00 971 50 7576490

BELKIN_001046

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Tuesday, January 16, 2018 11:01 AM PST |
| **To:** | Jenny Lai; Mitchell Suckle; Claire Park |
| **CC:** | Evita Au; Bruce Kim; Norbert von Boode |
| **Subject:** | Re: F7U019/020/021 Capacity enquiry |

Hey Mitch - Was there a solution to modifying the regulatory print on the Pocket Powers (WORMs) since the low contrast made the print not easily visible?

Hey Jenny,

Today, I talked to Bruce about about this item. To explain the difference in difference capacity, please use this PR approved response.

*"The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard."*

The capacity is tested, so there is no predictive variable on the % drop, it is just tested at that. But it makes sense the bigger the battery, the bigger the potential for efficiency loss.

As this is an explanation, I am looking into a longer-term solution. Please stayed tuned as I discuss with regulatory. Cheers. - Nick

**From:** Jenny Lai
**Sent:** Monday, January 8, 2018 1:25:22 AM
**To:** Nick Kalra
**Cc:** Evita Au; Bruce Kim
**Subject:** F7U019/020/021 Capacity enquiry

Hi Nick,

As talked to you before that we have some issue with the marking on battery pack (F7U019/F7U020/F7U021).
We are selling 5k/10k/15k but the marking on product is 2900/6070/7700mAh.

Here's the efficiency calculated according to the information on product:

| Part | Cell Capacity (mAh) | Printed Capacity (mAh) | Efficiency % |
|---|---|---|---|
| F7U019 | 5,000 | 2,900 | 58% |
| F7U020 | 10,000 | 6,070 | 60.7% |
| F7U021 | 15,000 | 7,700 | 51.33% |

As talked on the call, our efficiency is higher than that but would you please advise how we can explain or educate customers between our efficiency and the printed capacity efficiency?

Also, may I know why F7U021 15k efficiency is dropped to around 50%? 5k & 10k is around 60%....

**CONFIDENTIAL** **BELKIN_001047**

On the other hand, as we had complaints on the printed color on product. Have we finally changed to a color to make it more visible?

Please advise.

Thank you
Jenny Lai

BELKIN_001048

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Wednesday, May 2, 2018 1:30 PM PDT |
| **To:** | Shraddha Patel; Matthew Wold; Jai Lozan |
| **Cc:** | Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang |
| **Subject:** | Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank  (worm) |

Hello Shraddha/Team,

I setup a meeting between regulatory, marketing, and PR to help craft responses per each point below.  After we talk to the group tomorrow, we can confirm deadlines; however, my goal is to have items drafted by a week.

As far as long term change, we will need to have a separate conversation on if we gain a competitive advantage by keeping UL/ETL certs.

Will keep the group updated. Thanks. - Nick

**From:** Shraddha Patel
**Sent:** Wednesday, May 2, 2018 12:04:41 PM
**To:** Nick Kalra; Matthew Wold; Jai Lozan
**Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Nick,

Hope you had a chance to review and understand the request.

I know Marketing has already reached out to you and awaiting your feedback so they can address their action items.

Do you have estimated time line on things we can respond to the customer with updated on items they requested?

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

**From:** Shraddha Patel
**Sent:** Tuesday, May 01, 2018 2:39 PM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; Matthew Wold <Matt.Wold@belkin.com>; Jai Lozan <Jai.Lozan@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>; Chris Rising <Chris.Rising@belkin.com>; Wei Zhang <Wei.Zhang1@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)
**Importance:** High

Nick and Team,
We just had a call with our customer Roger-Canadian Telco.

CONFIDENTIAL

As of today they have <u>quarantined</u> all our product from the stores for F7U019, F7U020 due to the confusion created by rated capacity and maximum capacity.
We need to take quick actions for them to be able to get the products back out on the shelf and selling. We would face liabilities for inventory if we don't respond urgently.

1) Our website, portable power 101 resource center needs to be updated ASAP to explain this rated and maximum capacity difference and impact to consumer.
   a. We need to provide clear date when this will be executed, timing is really critical on how quickly we get this done.
   b. They would link their web page to our resource center for this information to help educate the consumer.
2) They want a label that goes on the packaging of the product that calls out a range of this capacity to avoid consumer returns and confusion.
   a. Currently they have faced returns and upset customer due to miss-interpretation of the information on the battery pack itself (2900mah rated capacity for 5K on pkg).
3) Need one pager that will go out to each stores explaining quality of our batteries as well as this capacity difference.
   a. Once we have the one pager and label ready Belkin Sales will be responsible for send it to each individual stores.
4) They brought up that our F8M989/992 (pervious gen batteries do not have this issue) Capacity on the packaging and battery itself are the same.
   a. Why does the new battery series have different capacity ratings?
   b. I see there is ELT logo on those battery, did they not follow the same safety testing standards.
5) How will this be addressed moving forward – will there be a permanent change to batteries (printing max and min capacity on battery itself, not do the UL testing, Regionalize the SKUs…)

Attached you will find the PPT identify the battery capacity issue.

Power packs are important category for our channel and Belkin, we want to make sure we resolve this issue to hold our current placement and have the opportunities for future growth.
Please let me know if you need any additional details.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 9:42 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,
If we need safety approval from a 3rd party lab then it is mandatory? Does Mophie has UL or ETL certification on their product?

CONFIDENTIAL

Also we use "bt" sku so even if we don't do UL certification we still need to add it for Taiwan unless we create separate sku's.
Please discuss internally with PM team as I have already provided answer to all these questions during my discussion with PM team.


Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 9:00 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Thanks for the details, very hepful. Is the UL 2056 for US mandatory testing?
Mophie doesn't have this kind of battery capacity listed on their boxes, and since they are our biggest competitor state side we want to make sure we understand the Industry requirements.
They have products in every major retailer, even the ones that are extremely critical about testing and certifications.


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 8:31 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

The rated capacity is the actual measurement of the capacity of the battery pack.
The 5000mAh is for the cell/battery capacity and not for the battery pack.
The rated capacity measurement (2900mAh) is required by UL 2056 for US and BSMI standard CNS 15364 for Taiwan.

## 12 Capacity Verification Test

12.1 The marked electrical capacity of power bank, measured at the power output pin of output port, shall comply with the Standard for Secondary Cells and Batteries Containing Alkaline or Other Non-Acid Electrolytes – Secondary Lithium Cells and Batteries for Portable Applications, IEC 61960, Clause 7.3.1, Discharge Performance at 20 °C (Rated Capacity), and the modified test method in 12.2.

12.2 The power bank is discharged at a constant current equals to rated current of the output port, until its voltage is equal to the end-of-discharge voltage of the output port, specified by the manufacturer.

## MARKINGS

## 13 General

13.1 Unless otherwise superseded by a requirement in this Outline, power banks shall comply with the requirements in the Standard for Household and Commercial Batteries, UL 2054.

13.2 For electrical ratings, the following information shall be provided:

> a) Input rating in Vdc or Vac and A. If there are more than one input ports, the rating of each port shall be provided;

> b) Output rating in Vdc and A. If there are more than one output ports, it shall include rating of each port and the combined rating (if it is not equal to the summation of all ports); and

> c) Electrical capacity in Ah or mAh. If there are more than one output ports/output ratings, either the capacity of each port/rating shall be provided, or the minimum capacity of these ports/ratings shall be provided.

Below is a link directly from Taiwan BSMI website which was issued as a Public Notice to consumers explaining the rated battery pack capacity VS the cell capacity.

https://www.bsmi.gov.tw/bsmiGIP/wSite/ct?xItem=56530&ctNode=815&mp=1

Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 8:06 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

BELKIN_001052

Hi Rajesh,
Do you know which kind of testing is performed for battery capacity?
Our 5000mAh powerbank – can you advise as to why this is reading only 2900mAh in fine print.

Below is what I got from PM but now customer is asking for more details.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Nick Kalra
**Sent:** Friday, December 29, 2017 10:21 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Hey Shraddha,
Mophie does not, but other competitors do. It depends on if they are a global brand or not.

---

**From:** Shraddha Patel
**Sent:** Thursday, December 21, 2017 11:10:11 AM
**To:** Nick Kalra; Norbert von Boode
**Subject:** RE: Chargeur portatif Belkin : KBCH2000

Thanks Nick, this is definitely helpful

Have we tested Mophie or like competitors to see if they do have the same? That will be the next question for sure from customers.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

BELKIN_001053

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Nick Kalra
**Sent:** Wednesday, December 20, 2017 7:59 PM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

+Norbert

Here is something we draft with PR that you can share.  This should serve as explanation about the difference.  Please let me know if you have any questions.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

---

**From:** Shraddha Patel
**Sent:** Wednesday, December 20, 2017 7:48:45 PM
**To:** Nick Kalra
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hey Nick,
I know we discussed this briefly this week.
Can you please get some details that we can share with customer

Regards,
Shraddha Patel


Begin forwarded message:

> **From:** Wei Zhang <Wei.Zhang1@belkin.com>
> **Date:** December 20, 2017 at 4:08:40 PM PST
> **To:** Shraddha Patel <shraddha.patel@belkin.com>
> **Subject: Re: Chargeur portatif Belkin : KBCH2000**
>
> Did you get chance to check This ?

**From:** shraddha.patel@belkin.com
**Sent:** December 18, 2017 9:34 AM
**To:** Wei.Zhang1@belkin.com
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Lol! They come up with unique issues- let me look at one when on the office later today

Regards,
Shraddha Patel


On Dec 18, 2017, at 5:46 AM, Wei Zhang <Wei.Zhang1@belkin.com> wrote:

Do you have any ideas?

**From:** Kristen.Maluish@telus.com
**Sent:** December 18, 2017 8:28 AM
**To:** Wei.Zhang1@belkin.com
**Cc:** Kaitlin.Wright@telus.com
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Wei,

I hope you had a good weekend!

Just wanted to pass along feedback from the field on the 5000mAh powerbank – can you advise as to why this is reading only 2900mAh? Wondering if it's a one off?

Thanks,
Kristen

**Kristen Maluish** | m: 416-670-3437 | Kristen.Maluish@telus.com

**From:** Abigail Ong
**Sent:** December 15, 2017 09:34 PM
**To:** Kristen Maluish <Kristen.Maluish@telus.com>; Hares Sivanrupan <Hares.Sivanrupan@telus.com>
**Cc:** Martin Otis <Martin.Otis@koodomobile.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Kristen,

I'm guessing this would make the most sense for you to take back to the manufacturer. Passing this on... not sure what the plans would be for this or if it is a one-off.

<image001.png>
Thanks,
Abby

**CONFIDENTIAL**

**From:** Martin Otis
**Sent:** December 13, 2017 12:33 PM
**To:** Abigail Ong
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hi Abby.

A customer noticed a problem on our KBCH2000 power bank charger. On the box, it says that the Belkin charger have a 5000mAh and on the power bank it says 2900mAh.

Can you send this to the proper person who manage this?

Thanks for your help😄

Envoyé depuis mon téléphone intelligent Samsung Galaxy.


-------- Message d'origine --------
De : Gabrielle Groulx Boisvert <Gabrielle.Groulx_Boisvert@koodomobile.com>
Date : 17-12-13 12:10 PM (GMT-05:00)
À : Martin Otis <Martin.Otis@koodomobile.com>
Objet : Chargeur portatif Belkin : KBCH2000


Voilà la preuve , Merci à Claude avec ses yeux de chat d'avoir remarqué cela!

Je te l'ai encerclé car c'est écrit petit pas mal ... La description du sku : KBCH2000 dans le système indique aussi que cest 5000mah mais 2900mah sur la batterie elle même.  Les 10 000mah sont en réalité 6070mah sur les batteries...assez étrange.

Bonne journée


**Gabrielle Groulx-Boisvert | DIRECTRICE MAGASIN – 6874 LA GRANDE PLACE DES BOIS-FRANCS**
**C 819-740-7316 M 819-357-2654**

CONFIDENTIAL

BELKIN_001056

| | |
|---|---|
| **From:** | Chris Rising |
| **Sent:** | Thursday, May 3, 2018 2:55 PM PDT |
| **To:** | Norbert von Boode |
| **Subject:** | Fwd: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm) |

Hey Norbert, our product has been pulled off the shelf, and the customer is asking for expedited feedback and action plan to address this prior to the product going back on the floor. A week seems a bit long considering our product is no long for sale due to this. Anything you can do to help expedite? Many thanks!

Best Regards,

Chris Rising

Begin forwarded message:

> **From:** Nick Kalra <Nick.Kalra@belkin.com>
> **Date:** May 2, 2018 at 4:30:56 PM EDT
> **To:** Shraddha Patel <shraddha.patel@belkin.com>, Matthew Wold <Matt.Wold@belkin.com>, Jai Lozan <Jai.Lozan@belkin.com>
> **Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>, Norbert von Boode <Norbert.vonBoode@belkin.com>, Chris Rising <Chris.Rising@belkin.com>, Wei Zhang <Wei.Zhang1@belkin.com>
> **Subject: Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank  (worm)**
>
> Hello Shraddha/Team,
> I setup a meeting between regulatory, marketing, and PR to help craft responses per each point below.  After we talk to the group tomorrow, we can confirm deadlines; however, my goal is to have items drafted by a week. As far as long term change, we will need to have a separate conversation on if we gain a competitive advantage by keeping UL/ETL certs.
>
> Will keep the group updated. Thanks. - Nick
> **From:** Shraddha Patel
> **Sent:** Wednesday, May 2, 2018 12:04:41 PM
> **To:** Nick Kalra; Matthew Wold; Jai Lozan
> **Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
> **Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)
>
> Hi Nick,
> Hope you had a chance to review and understand the request.
> I know Marketing has already reached out to you and awaiting your feedback so they can address their action items.
> Do you have estimated time line on things we can respond to the customer with updated on items they requested?
>
>
> Best Regards,
> **Shraddha Patel**
> Technical Sales Engineer

**CONFIDENTIAL**

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Shraddha Patel
**Sent:** Tuesday, May 01, 2018 2:39 PM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; Matthew Wold <Matt.Wold@belkin.com>; Jai Lozan <Jai.Lozan@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>; Chris Rising <Chris.Rising@belkin.com>; Wei Zhang <Wei.Zhang1@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)
**Importance:** High

Nick and Team,
We just had a call with our customer Roger-Canadian Telco.

As of today they have quarantined all our product from the stores for F7U019, F7U020 due to the confusion created by rated capacity and maximum capacity.
We need to take quick actions for them to be able to get the products back out on the shelf and selling. We would face liabilities for inventory if we don't respond urgently.

1) Our website, portable power 101 resource center needs to be updated ASAP to explain this rated and maximum capacity difference and impact to consumer.
   a. We need to provide clear date when this will be executed, timing is really critical on how quickly we get this done.
   b. They would link their web page to our resource center for this information to help educate the consumer.
2) They want a label that goes on the packaging of the product that calls out a range of this capacity to avoid consumer returns and confusion.
   a. Currently they have faced returns and upset customer due to miss-interpretation of the information on the battery pack itself (2900mah rated capacity for 5K on pkg).
3) Need one pager that will go out to each stores explaining quality of our batteries as well as this capacity difference.
   a. Once we have the one pager and label ready Belkin Sales will be responsible for send it to each individual stores.
4) They brought up that our F8M989/992 (pervious gen batteries do not have this issue) Capacity on the packaging and battery itself are the same.
   a. Why does the new battery series have different capacity ratings?
   b. I see there is ELT logo on those battery, did they not follow the same safety testing standards.
5) How will this be addressed moving forward – will there be a permanent change to batteries (printing max and min capacity on battery itself, not do the UL testing, Regionalize the SKUs…)

Attached you will find the PPT identify the battery capacity issue.

Power packs are important category for our channel and Belkin, we want to make sure we resolve this issue to hold our current placement and have the opportunities for future growth.
Please let me know if you need any additional details.

CONFIDENTIAL

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 9:42 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,
If we need safety approval from a 3rd party lab then it is mandatory? Does Mophie has UL or ETL certification on their product?
Also we use "bt" sku so even if we don't do UL certification we still need to add it for Taiwan unless we create separate sku's.
Please discuss internally with PM team as I have already provided answer to all these questions during my discussion with PM team.


Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 9:00 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Thanks for the details, very hepful. Is the UL 2056 for US mandatory testing?
Mophie doesn't have this kind of battery capacity listed on their boxes, and since they are our biggest competitor state side we want to make sure we understand the Industry requirements.
They have products in every major retailer, even the ones that are extremely critical about testing and certifications.


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 8:31 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

The rated capacity is the actual measurement of the capacity of the battery pack.
The 5000mAh is for the cell/battery capacity and not for the battery pack.
The rated capacity measurement (2900mAh) is required by UL 2056 for US and BSMI standard CNS 15364 for Taiwan.

## 12 Capacity Verification Test

12.1 The marked electrical capacity of power bank, measured at the power output pin of output port, shall comply with the Standard for Secondary Cells and Batteries Containing Alkaline or Other Non-Acid Electrolytes – Secondary Lithium Cells and Batteries for Portable Applications, IEC 61960, Clause 7.3.1, Discharge Performance at 20 °C (Rated Capacity), and the modified test method in 12.2.

12.2 The power bank is discharged at a constant current equals to rated current of the output port, until its voltage is equal to the end-of-discharge voltage of the output port, specified by the manufacturer.

## MARKINGS

### 13 General

13.1 Unless otherwise superseded by a requirement in this Outline, power banks shall comply with the requirements in the Standard for Household and Commercial Batteries, UL 2054.

13.2 For electrical ratings, the following information shall be provided:

a) Input rating in Vdc or Vac and A. If there are more than one input ports, the rating of each port shall be provided;

b) Output rating in Vdc and A. If there are more than one output ports, it shall include rating of each port and the combined rating (if it is not equal to the summation of all ports); and

c) Electrical capacity in Ah or mAh. If there are more than one output ports/output ratings, either the capacity of each port/rating shall be provided, or the minimum capacity of these ports/ratings shall be provided.

Below is a link directly from Taiwan BSMI website which was issued as a Public Notice to consumers explaining the rated battery pack capacity VS the cell capacity.

https://www.bsmi.gov.tw/bsmiGIP/wSite/ct?xItem=56530&ctNode=815&mp=1

Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 8:06 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Do you know which kind of testing is performed for battery capacity?
Our 5000mAh powerbank – can you advise as to why this is reading only 2900mAh in fine print.

Below is what I got from PM but now customer is asking for more details.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Nick Kalra
**Sent:** Friday, December 29, 2017 10:21 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Hey Shraddha,

Mophie does not, but other competitors do.  It depends on if they are a global brand or not.

---

**From:** Shraddha Patel
**Sent:** Thursday, December 21, 2017 11:10:11 AM
**To:** Nick Kalra; Norbert von Boode
**Subject:** RE: Chargeur portatif Belkin : KBCH2000

Thanks Nick, this is definitely helpful

Have we tested Mophie or like competitors to see if they do have the same? That will be the next question for sure from customers.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Nick Kalra
**Sent:** Wednesday, December 20, 2017 7:59 PM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

+Norbert

Here is something we draft with PR that you can share.  This should serve as explanation about the difference.  Please let me know if you have any questions.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum*

**BELKIN_001062**

*capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

---

**From:** Shraddha Patel
**Sent:** Wednesday, December 20, 2017 7:48:45 PM
**To:** Nick Kalra
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hey Nick,
I know we discussed this briefly this week.
Can you please get some details that we can share with customer

Regards,
Shraddha Patel

Begin forwarded message:

> **From:** Wei Zhang <Wei.Zhang1@belkin.com>
> **Date:** December 20, 2017 at 4:08:40 PM PST
> **To:** Shraddha Patel <shraddha.patel@belkin.com>
> **Subject: Re: Chargeur portatif Belkin : KBCH2000**
>
> Did you get chance to check This ?

**From:** shraddha.patel@belkin.com
**Sent:** December 18, 2017 9:34 AM
**To:** Wei.Zhang1@belkin.com
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Lol! They come up with unique issues- let me look at one when on the office later today

Regards,
Shraddha Patel

On Dec 18, 2017, at 5:46 AM, Wei Zhang <Wei.Zhang1@belkin.com> wrote:

Do you have any ideas?

**From:** Kristen.Maluish@telus.com
**Sent:** December 18, 2017 8:28 AM
**To:** Wei.Zhang1@belkin.com
**Cc:** Kaitlin.Wright@telus.com
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Wei,

BELKIN_001063

I hope you had a good weekend!

Just wanted to pass along feedback from the field on the 5000mAh powerbank – can you advise as to why this is reading only 2900mAh? Wondering if it's a one off?

Thanks,
Kristen

**Kristen Maluish** | m: 416-670-3437 | Kristen.Maluish@telus.com

---

**From:** Abigail Ong
**Sent:** December 15, 2017 09:34 PM
**To:** Kristen Maluish <Kristen.Maluish@telus.com>; Hares Sivanrupan <Hares.Sivanrupan@telus.com>
**Cc:** Martin Otis <Martin.Otis@koodomobile.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Kristen,

I'm guessing this would make the most sense for you to take back to the manufacturer. Passing this on… not sure what the plans would be for this or if it is a one-off.

<image001.png>
Thanks,
Abby

---

**From:** Martin Otis
**Sent:** December 13, 2017 12:33 PM
**To:** Abigail Ong
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hi Abby.

A customer noticed a problem on our KBCH2000 power bank charger. On the box, it says that the Belkin charger have a 5000mAh and on the power bank it says 2900mAh.

Can you send this to the proper person who manage this?

Thanks for your help😄

Envoyé depuis mon téléphone intelligent Samsung Galaxy.


-------- Message d'origine --------
De : Gabrielle Groulx Boisvert <Gabrielle.Groulx_Boisvert@koodomobile.com>
Date : 17-12-13 12:10 PM (GMT-05:00)
À : Martin Otis <Martin.Otis@koodomobile.com>

**BELKIN_001064**

Objet : Chargeur portatif Belkin : KBCH2000

Voilà la preuve , Merci à Claude avec ses yeux de chat d'avoir remarqué cela!

Je te l'ai encerclé car c'est écrit petit pas mal ... La description du sku : KBCH2000 dans le système indique aussi que cest 5000mah mais 2900mah sur la batterie elle même.  Les 10 000mah sont en réalité 6070mah sur les batteries...assez étrange.

Bonne journée


**Gabrielle Groulx-Boisvert** | DIRECTRICE MAGASIN – 6874 LA GRANDE PLACE DES BOIS-FRANCS
C **819-740-7316** M **819-357-2654**

BELKIN_001065

| | |
|---|---|
| **From:** | Chris Rising |
| **Sent:** | Thursday, May 3, 2018 8:19 PM PDT |
| **To:** | Norbert von Boode |
| **Subject:** | Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank  (worm) |
| **Attachments:** | image001.png, image002.png, image003.png, image004.jpg, image005.png, image006.png |

Thanks buddy!

Best Regards,

Chris Rising

On May 3, 2018, at 6:31 PM, Norbert von Boode <Norbert.vonBoode@belkin.com> wrote:

I'll see what I can do!

**From:** Chris Rising <Chris.Rising@belkin.com>
**Date:** Thursday, May 3, 2018 at 2:56 PM
**To:** Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hey Norbert, our product has been pulled off the shelf, and the customer is asking for expedited feedback and action plan to address this prior to the product going back on the floor.  A week seems a bit long considering our product is no long for sale due to this. Anything you can do to help expedite? Many thanks!

Best Regards,

Chris Rising

Begin forwarded message:

**From:** Nick Kalra <Nick.Kalra@belkin.com>
**Date:** May 2, 2018 at 4:30:56 PM EDT
**To:** Shraddha Patel <shraddha.patel@belkin.com>, Matthew Wold <Matt.Wold@belkin.com>, Jai Lozan <Jai.Lozan@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>, Norbert von Boode <Norbert.vonBoode@belkin.com>, Chris Rising <Chris.Rising@belkin.com>, Wei Zhang <Wei.Zhang1@belkin.com>
**Subject: Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank  (worm)**

Hello Shraddha/Team,
I setup a meeting between regulatory, marketing, and PR to help craft responses per each point below.  After we talk to the group tomorrow, we can confirm deadlines; however, my goal is to have items drafted by a week.

**BELKIN_001066**

As far as long term change, we will need to have a separate conversation on if we gain a competitive advantage by keeping UL/ETL certs.

Will keep the group updated. Thanks. - Nick

---

**From:** Shraddha Patel
**Sent:** Wednesday, May 2, 2018 12:04:41 PM
**To:** Nick Kalra; Matthew Wold; Jai Lozan
**Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Nick,
Hope you had a chance to review and understand the request.
I know Marketing has already reached out to you and awaiting your feedback so they can address their action items.
Do you have estimated time line on things we can respond to the customer with updated on items they requested?


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14
<image001.png>

---

**From:** Shraddha Patel
**Sent:** Tuesday, May 01, 2018 2:39 PM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; Matthew Wold <Matt.Wold@belkin.com>; Jai Lozan <Jai.Lozan@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>; Chris Rising <Chris.Rising@belkin.com>; Wei Zhang <Wei.Zhang1@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)
**Importance:** High


Nick and Team,
We just had a call with our customer Roger-Canadian Telco.

As of today they have quarantined all our product from the stores for F7U019, F7U020 due to the confusion created by rated capacity and maximum capacity.
We need to take quick actions for them to be able to get the products back out on the shelf and selling. We would face liabilities for inventory if we don't respond urgently.

1) Our website, portable power 101 resource center needs to be updated ASAP to explain this rated and maximum capacity difference and impact to consumer.
   a. We need to provide clear date when this will be executed, timing is really critical on how quickly we get this done.
   b. They would link their web page to our resource center for this information to help educate the consumer.
2) They want a label that goes on the packaging of the product that calls out a range of this capacity to avoid consumer returns and confusion.
   a. Currently they have faced returns and upset customer due to miss-interpretation of the information on the battery pack itself (2900mah rated capacity for 5K on pkg).
3) Need one pager that will go out to each stores explaining quality of our batteries as well as this capacity difference.
   a. Once we have the one pager and label ready Belkin Sales will be responsible for send it to each individual stores.
4) They brought up that our F8M989/992 (pervious gen batteries do not have this issue) Capacity on the packaging and battery itself are the same.
   a. Why does the new battery series have different capacity ratings?
   b. I see there is ELT logo on those battery, did they not follow the same safety testing standards.
5) How will this be addressed moving forward – will there be a permanent change to batteries (printing max and min capacity on battery itself, not do the UL testing, Regionalize the SKUs…)

Attached you will find the PPT identify the battery capacity issue.

Power packs are important category for our channel and Belkin, we want to make sure we resolve this issue to hold our current placement and have the opportunities for future growth.
Please let me know if you need any additional details.


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14
<image002.png>

---

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 9:42 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,
If we need safety approval from a 3rd party lab then it is mandatory? Does Mophie has UL or ETL certification on their product?

Also we use "bt" sku so even if we don't do UL certification we still need to add it for Taiwan unless we create separate sku's.
Please discuss internally with PM team as I have already provided answer to all these questions during my discussion with PM team.


Thanks
Rajesh

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 9:00 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Thanks for the details, very hepful. Is the UL 2056 for US mandatory testing?
Mophie doesn't have this kind of battery capacity listed on their boxes, and since they are our biggest competitor state side we want to make sure we understand the Industry requirements. They have products in every major retailer, even the ones that are extremely critical about testing and certifications.


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14
<image003.png>

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 8:31 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

The rated capacity is the actual measurement of the capacity of the battery pack.
The 5000mAh is for the cell/battery capacity and not for the battery pack.
The rated capacity measurement (2900mAh) is required by UL 2056 for US and BSMI standard CNS 15364 for Taiwan.

Below is a link directly from Taiwan BSMI website which was issued as a Public Notice to consumers explaining the rated battery pack capacity VS the cell capacity.

https://www.bsmi.gov.tw/bsmiGIP/wSite/ct?xItem=56530&ctNode=815&mp=1

Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 8:06 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Do you know which kind of testing is performed for battery capacity?
Our 5000mAh powerbank – can you advise as to why this is reading only 2900mAh in fine print.

Below is what I got from PM but now customer is asking for more details.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14
<image005.png>

---

**From:** Nick Kalra
**Sent:** Friday, December 29, 2017 10:21 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode

<Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Hey Shraddha,

Mophie does not, but other competitors do.  It depends on if they are a global brand or not.

---

**From:** Shraddha Patel
**Sent:** Thursday, December 21, 2017 11:10:11 AM
**To:** Nick Kalra; Norbert von Boode
**Subject:** RE: Chargeur portatif Belkin : KBCH2000

Thanks Nick, this is definitely helpful

Have we tested Mophie or like competitors to see if they do have the same? That will be the next question for sure from customers.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14
<image006.png>

**From:** Nick Kalra
**Sent:** Wednesday, December 20, 2017 7:59 PM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode
<Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

+Norbert

Here is something we draft with PR that you can share.  This should serve as explanation about the difference.  Please let me know if you have any questions.

 **BELKIN_001071**

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

---

**From:** Shraddha Patel
**Sent:** Wednesday, December 20, 2017 7:48:45 PM
**To:** Nick Kalra
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hey Nick,
I know we discussed this briefly this week.
Can you please get some details that we can share with customer

Regards,
Shraddha Patel

Begin forwarded message:

> **From:** Wei Zhang <Wei.Zhang1@belkin.com>
> **Date:** December 20, 2017 at 4:08:40 PM PST
> **To:** Shraddha Patel <shraddha.patel@belkin.com>
> **Subject: Re: Chargeur portatif Belkin : KBCH2000**
>
> Did you get chance to check This ?

**From:** shraddha.patel@belkin.com
**Sent:** December 18, 2017 9:34 AM
**To:** Wei.Zhang1@belkin.com
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Lol! They come up with unique issues- let me look at one when on the office later today

Regards,
Shraddha Patel

On Dec 18, 2017, at 5:46 AM, Wei Zhang <Wei.Zhang1@belkin.com> wrote:

Do you have any ideas?

                                                  **BELKIN_001072**

**From:** Kristen.Maluish@telus.com
**Sent:** December 18, 2017 8:28 AM
**To:** Wei.Zhang1@belkin.com
**Cc:** Kaitlin.Wright@telus.com
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Wei,

I hope you had a good weekend!

Just wanted to pass along feedback from the field on the 5000mAh powerbank – can you advise as to why this is reading only 2900mAh? Wondering if it's a one off?

Thanks,
Kristen

Kristen Maluish | m: 416-670-3437 | Kristen.Maluish@telus.com

**From:** Abigail Ong
**Sent:** December 15, 2017 09:34 PM
**To:** Kristen Maluish <Kristen.Maluish@telus.com>; Hares Sivanrupan <Hares.Sivanrupan@telus.com>
**Cc:** Martin Otis <Martin.Otis@koodomobile.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Kristen,

I'm guessing this would make the most sense for you to take back to the manufacturer. Passing this on… not sure what the plans would be for this or if it is a one-off.

<image001.png>
Thanks,
Abby

**From:** Martin Otis
**Sent:** December 13, 2017 12:33 PM
**To:** Abigail Ong
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hi Abby.

A customer noticed a problem on our KBCH2000 power bank charger. On the box, it says that the Belkin charger have a 5000mAh and on the power bank it says 2900mAh.

Can you send this to the proper person who manage this?

CONFIDENTIAL                    BELKIN_001073

Thanks for your help😄

Envoyé depuis mon téléphone intelligent Samsung Galaxy.


-------- Message d'origine --------
De : Gabrielle Groulx Boisvert <Gabrielle.Groulx_Boisvert@koodomobile.com>
Date : 17-12-13 12:10 PM (GMT-05:00)
À : Martin Otis <Martin.Otis@koodomobile.com>
Objet : Chargeur portatif Belkin : KBCH2000


Voilà la preuve , Merci à Claude avec ses yeux de chat d'avoir remarqué cela!

Je te l'ai encerclé car c'est écrit petit pas mal ... La description du sku : KBCH2000 dans le système indique aussi que cest 5000mah mais 2900mah sur la batterie elle même.  Les 10 000mah sont en réalité 6070mah sur les batteries...assez étrange.

Bonne journée


**Gabrielle Groulx-Boisvert** | DIRECTRICE MAGASIN – 6874 LA GRANDE PLACE DES BOIS-FRANCS
C **819-740-7316** M **819-357-2654**

BELKIN_001074

| From: | Nick Kalra |
|---|---|
| Sent: | Thursday, May 3, 2018 9:08 PM PDT |
| To: | Shraddha Patel; Matthew Wold; Jai Lozan |
| Cc: | Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang |
| Subject: | Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank  (worm) |

Hey All,

We got the team together tonight to move on items listed by Shraddha.  We have an official kickoff meeting on Monday, but everyone already working on items.

We will prioritize to get stickers done next week so customers have something to put on packages.  The 1-pager and resource center target completion is May 14th.

Will keep everyone update on progress.  Please let me know if any questions as we work through the items. Thank you. - Nick

**From:** Nick Kalra
**Sent:** Wednesday, May 2, 2018 1:30:56 PM
**To:** Shraddha Patel; Matthew Wold; Jai Lozan
**Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
**Subject:** Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hello Shraddha/Team,

I setup a meeting between regulatory, marketing, and PR to help craft responses per each point below.  After we talk to the group tomorrow, we can confirm deadlines; however, my goal is to have items drafted by a week.

As far as long term change, we will need to have a separate conversation on if we gain a competitive advantage by keeping UL/ETL certs.

Will keep the group updated. Thanks. - Nick

**From:** Shraddha Patel
**Sent:** Wednesday, May 2, 2018 12:04:41 PM
**To:** Nick Kalra; Matthew Wold; Jai Lozan
**Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Nick,

Hope you had a chance to review and understand the request.

I know Marketing has already reached out to you and awaiting your feedback so they can address their action items.

Do you have estimated time line on things we can respond to the customer with updated on items they requested?

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

**From:** Shraddha Patel
**Sent:** Tuesday, May 01, 2018 2:39 PM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; Matthew Wold <Matt.Wold@belkin.com>; Jai Lozan <Jai.Lozan@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>; Chris Rising <Chris.Rising@belkin.com>; Wei Zhang <Wei.Zhang1@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)
**Importance:** High

Nick and Team,
We just had a call with our customer Roger-Canadian Telco.

As of today they have <u>quarantined</u> all our product from the stores for F7U019, F7U020 due to the confusion created by rated capacity and maximum capacity.
We need to take quick actions for them to be able to get the products back out on the shelf and selling. We would face liabilities for inventory if we don't respond urgently.

1)  Our website, portable power 101 resource center needs to be updated ASAP to explain this rated and maximum capacity difference and impact to consumer.
    a.  We need to provide clear date when this will be executed, timing is really critical on how quickly we get this done.
    b.  They would link their web page to our resource center for this information to help educate the consumer.
2)  They want a label that goes on the packaging of the product that calls out a range of this capacity to avoid consumer returns and confusion.
    a.  Currently they have faced returns and upset customer due to miss-interpretation of the information on the battery pack itself (2900mah rated capacity for 5K on pkg).
3)  Need one pager that will go out to each stores explaining quality of our batteries as well as this capacity difference.
    a.  Once we have the one pager and label ready Belkin Sales will be responsible for send it to each individual stores.
4)  They brought up that our F8M989/992 (pervious gen batteries do not have this issue) Capacity on the packaging and battery itself are the same.
    a.  Why does the new battery series have different capacity ratings?
    b.  I see there is ELT logo on those battery, did they not follow the same safety testing standards.
5)  How will this be addressed moving forward – will there be a permanent change to batteries (printing max and min capacity on battery itself, not do the UL testing, Regionalize the SKUs…)

Attached you will find the PPT identify the battery capacity issue.

Power packs are important category for our channel and Belkin, we want to make sure we resolve this issue to hold our current placement and have the opportunities for future growth.
Please let me know if you need any additional details.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741

M +1 213 453 8306
Skype shraddha.patel14



**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 9:42 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,
If we need safety approval from a 3rd party lab then it is mandatory? Does Mophie has UL or ETL certification on their product?
Also we use "bt" sku so even if we don't do UL certification we still need to add it for Taiwan unless we create separate sku's.
Please discuss internally with PM team as I have already provided answer to all these questions during my discussion with PM team.


Thanks
Rajesh

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 9:00 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Thanks for the details, very heplul. Is the UL 2056 for US mandatory testing?
Mophie doesn't have this kind of battery capacity listed on their boxes, and since they are our biggest competitor state side we want to make sure we understand the Industry requirements.
They have products in every major retailer, even the ones that are extremely critical about testing and certifications.


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14



**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 8:31 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

The rated capacity is the actual measurement of the capacity of the battery pack.
The 5000mAh is for the cell/battery capacity and not for the battery pack.
The rated capacity measurement (2900mAh) is required by UL 2056 for US and BSMI standard CNS 15364 for Taiwan.

## 12 Capacity Verification Test

12.1 The marked electrical capacity of power bank, measured at the power output pin of output port, shall comply with the Standard for Secondary Cells and Batteries Containing Alkaline or Other Non-Acid Electrolytes – Secondary Lithium Cells and Batteries for Portable Applications, IEC 61960, Clause 7.3.1, Discharge Performance at 20 °C (Rated Capacity), and the modified test method in 12.2.

12.2 The power bank is discharged at a constant current equals to rated current of the output port, until its voltage is equal to the end-of-discharge voltage of the output port, specified by the manufacturer.

## MARKINGS

## 13 General

13.1 Unless otherwise superseded by a requirement in this Outline, power banks shall comply with the requirements in the Standard for Household and Commercial Batteries, UL 2054.

13.2 For electrical ratings, the following information shall be provided:

  a) Input rating in Vdc or Vac and A. If there are more than one input ports, the rating of each port shall be provided;

  b) Output rating in Vdc and A. If there are more than one output ports, it shall include rating of each port and the combined rating (if it is not equal to the summation of all ports); and

  c) Electrical capacity in Ah or mAh. If there are more than one output ports/output ratings, either the capacity of each port/rating shall be provided, or the minimum capacity of these ports/ratings shall be provided.

Below is a link directly from Taiwan BSMI website which was issued as a Public Notice to consumers explaining the rated battery pack capacity VS the cell capacity.

https://www.bsmi.gov.tw/bsmiGIP/wSite/ct?xItem=56530&ctNode=815&mp=1

BELKIN_001078

Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 8:06 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Do you know which kind of testing is performed for battery capacity?
Our 5000mAh powerbank – can you advise as to why this is reading only 2900mAh in fine print?

Below is what I got from PM but now customer is asking for more details.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

  LINKSYS

---

**From:** Nick Kalra
**Sent:** Friday, December 29, 2017 10:21 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Hey Shraddha,
Mophie does not, but other competitors do. It depends on if they are a global brand or not.

---

**From:** Shraddha Patel
**Sent:** Thursday, December 21, 2017 11:10:11 AM

BELKIN_001079

**To:** Nick Kalra; Norbert von Boode
**Subject:** RE: Chargeur portatif Belkin : KBCH2000

Thanks Nick, this is definitely helpful

Have we tested Mophie or like competitors to see if they do have the same? That will be the next question for sure from customers.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Nick Kalra
**Sent:** Wednesday, December 20, 2017 7:59 PM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

+Norbert

Here is something we draft with PR that you can share.  This should serve as explanation about the difference.  Please let me know if you have any questions.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

---

**From:** Shraddha Patel
**Sent:** Wednesday, December 20, 2017 7:48:45 PM
**To:** Nick Kalra
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hey Nick,
I know we discussed this briefly this week.
Can you please get some details that we can share with customer

Regards,

Shraddha Patel

Begin forwarded message:

> **From:** Wei Zhang <[Wei.Zhang1@belkin.com](mailto:Wei.Zhang1@belkin.com)>
> **Date:** December 20, 2017 at 4:08:40 PM PST
> **To:** Shraddha Patel <[shraddha.patel@belkin.com](mailto:shraddha.patel@belkin.com)>
> **Subject: Re: Chargeur portatif Belkin : KBCH2000**
>
> Did you get chance to check This ?

**From:** [shraddha.patel@belkin.com](mailto:shraddha.patel@belkin.com)
**Sent:** December 18, 2017 9:34 AM
**To:** [Wei.Zhang1@belkin.com](mailto:Wei.Zhang1@belkin.com)
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

> Lol! They come up with unique issues- let me look at one when on the office later today
>
> Regards,
> Shraddha Patel
>
>
> On Dec 18, 2017, at 5:46 AM, Wei Zhang <[Wei.Zhang1@belkin.com](mailto:Wei.Zhang1@belkin.com)> wrote:
>
> > Do you have any ideas?

**From:** [Kristen.Maluish@telus.com](mailto:Kristen.Maluish@telus.com)
**Sent:** December 18, 2017 8:28 AM
**To:** [Wei.Zhang1@belkin.com](mailto:Wei.Zhang1@belkin.com)
**Cc:** [Kaitlin.Wright@telus.com](mailto:Kaitlin.Wright@telus.com)
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

> Hey Wei,
>
> I hope you had a good weekend!
>
> Just wanted to pass along feedback from the field on the 5000mAh powerbank – can you advise as to why this is reading only 2900mAh? Wondering if it's a one off?
>
> Thanks,
> Kristen
>
> **Kristen Maluish** | m: 416-670-3437 | [Kristen.Maluish@telus.com](mailto:Kristen.Maluish@telus.com)

> **From:** Abigail Ong
> **Sent:** December 15, 2017 09:34 PM
> **To:** Kristen Maluish <[Kristen.Maluish@telus.com](mailto:Kristen.Maluish@telus.com)>; Hares Sivanrupan <[Hares.Sivanrupan@telus.com](mailto:Hares.Sivanrupan@telus.com)>

**CONFIDENTIAL**

**BELKIN_001081**

**Cc:** Martin Otis <Martin.Otis@koodomobile.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Kristen,

I'm guessing this would make the most sense for you to take back to the manufacturer. Passing this on… not sure what the plans would be for this or if it is a one-off.

<image001.png>
Thanks,
Abby

---

**From:** Martin Otis
**Sent:** December 13, 2017 12:33 PM
**To:** Abigail Ong
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hi Abby.

A customer noticed a problem on our KBCH2000 power bank charger. On the box, it says that the Belkin charger have a 5000mAh and on the power bank it says 2900mAh.

Can you send this to the proper person who manage this?

Thanks for your help😄

Envoyé depuis mon téléphone intelligent Samsung Galaxy.


-------- Message d'origine --------
De : Gabrielle Groulx Boisvert <Gabrielle.Groulx_Boisvert@koodomobile.com>
Date : 17-12-13 12:10 PM (GMT-05:00)
À : Martin Otis <Martin.Otis@koodomobile.com>
Objet : Chargeur portatif Belkin : KBCH2000


Voilà la preuve , Merci à Claude avec ses yeux de chat d'avoir remarqué cela!

Je te l'ai encerclé car c'est écrit petit pas mal ... La description du sku : KBCH2000 dans le système indique aussi que cest 5000mah mais 2900mah sur la batterie elle même.  Les 10 000mah sont en réalité 6070mah sur les batteries...assez étrange.

Bonne journée


**Gabrielle Groulx-Boisvert | DIRECTRICE MAGASIN – 6874 LA GRANDE PLACE DES BOIS-FRANCS**

BELKIN_001082

C **819-740-7316** M **819-357-2654**

**BELKIN_001083**

| From: | Nick Kalra |
| Sent: | Wednesday, May 9, 2018 9:23 AM PDT |
| To: | Jenny Lai |
| CC: | SB Moon; Bruce Kim; Norbert von Boode |
| Subject: | Re: RPM Items (1/31) |

Here are the skus that will have the certs (UL/ETL and BSMI) removed from package/products so we can remove rated capacity.

| Base SKU | Product Name | Color | Notes |
|---|---|---|---|
| F8M980btBLK | MIXIT↑™ Power Pack 2000 | BLK | EMEA ONLY |
| F8M992 | MIXIT↑™Rockstar 6600 | GLD,SLV, GRY, C00 | EMEA ONLY |
| F8M993 | MIXIT↑™Rockstar 10000 | GLD,SLV, GRY, C00 | EMEA ONLY |
| F7U019 | Pocket Power 5k | BLK, C00,SLV | |
| F7U020 | Pocket Power 10k | BLK, C00,SLV | |
| F7U021 | Pocket Power 15k | BLK | |
| F7U039 | Pocket Power 10k (Dual Cell) | BLK, C00,SLV | |
| F7U019btBLKBE | Pocket Power 5k w/ m-USB to USB-C Adapter | BLK | EMEA ONLY |
| F8J201btSLV | Valet Charger™ Power Pack 6700 mAh for Apple Watch + iPho | SLV | |
| F7U045 | Lightning Power Bank 5k | BLK, WHT | |
| F7U046 | Lightning Power Bank 10k | BLK, WHT | |
| F7U047 | Pocket Power 10k w/QC 3.0 | BLK, C00 | |
| F7U064 | Lightning Power Bank 5k w/ 6" LTG Cable | BLK, WHT | |
| F7U065 | Lightning Power Bank 10k w/ 6" LTG Cable | BLK, WHT | |
| F7U063 | USB-C Power Bank, 20k mAh, PD 2.0 30W | Black | |

**From:** Jenny Lai
**Sent:** Wednesday, May 9, 2018 4:02:55 AM
**To:** Nick Kalra
**Cc:** SB Moon; Bruce Kim; Norbert von Boode
**Subject:** RE: RPM Items (1/31)

Hi Nick,

We are in discussion of business case – working on volume to justify cert cost in Taiwan (BSMI).
I will update you by early next week.

May I know which sku will remove the rated capacity from product print?
I would assume that will implement on MPP101 (F7U047) / MPP103 (F7U045 & F7U046) / MPP104 (F7U063).

How about F7U019/020/021?


Thank you
Jenny Lai

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 7:32 AM
**To:** Jenny Lai <Jenny.Lai@belkin.com>
**Cc:** SB Moon <sb.moon@belkin.com>; Bruce Kim <bruce.kim@belkin.com>; Norbert von Boode
<Norbert.vonBoode@belkin.com>
**Subject:** Fw: RPM Items (1/31)

Hey Jenny,
BSMI is another certifications that mandates rated capacity needs to be on power banks; so we
will remove it from packaging and products. However, if we want to keep selling in Taiwan we
can put a sticker on the package.

If we do this sticker, which products should we put it on? Thank you. - Nick

---

**From:** Nick Kalra
**Sent:** Tuesday, May 8, 2018 4:29 PM
**To:** Kailee Loughlin; Jamie Laing-Reece; Jenny Lai; Yeonsu Kim; Injy Bassam; Shraddha Patel
**Cc:** Bruce Kim; SB Moon; David DeMartra; Norbert von Boode
**Subject:** Re: RPM Items (1/31)

Hey All,
Following up on rated capacity. Since the certification is optional and the lower rated capacity is
having adverse effect on the MPP business, we have made a decision to remove the UL/ETL
certifications which mandate that we put this rated capacity.

We will continue to test to these standards, but just not use the certifications. I am in process to
update packages and power banks, but let me know if there any questions.

Thank you. - Nick

---

**From:** Nick Kalra
**Sent:** Thursday, May 3, 2018 10:27:57 AM
**To:** Kailee Loughlin; Jamie Laing-Reece; Jenny Lai; Yeonsu Kim; Injy Bassam; Shraddha Patel
**Cc:** Bruce Kim; SB Moon; David DeMartra; Norbert von Boode
**Subject:** Re: RPM Items (1/31)

Hey All,
I have gotten a couple questions from various people in the field about rated and marketed
capacity. This was the same item highlighted in January.

The rated capacity is a tested capacity that we need to provide to earn UL/ETL and Taiwan
certifications; certifications many of competitions don't have. There is a discussion that is
happening on how we can better communicate why there is different capacities.

If you have feedback on this item, please let me know. Thank you. - Nick

**From:** Nick Kalra
**Sent:** Wednesday, January 31, 2018 5:10:26 PM
**To:** Kailee Loughlin; Jamie Laing-Reece; Jenny Lai; Yeonsu Kim
**Cc:** Bruce Kim; SB Moon; David DeMartra; Norbert von Boode
**Subject:** MPP: RPM Items (1/31)

Hey All - In an effort to be efficient, I have include multiple items on this one email. Hope it helps. Thanks. - Nick

<mark>Pocket Power Promos</mark>
Per conversations at the PM summit, it time to plan for promos for the Pocket Power series. We will need to do early build out of inventories to manage spikes in demands for these upcoming promos.

**Action: RPMs to give feedback on following (due 2/14):**

- What/When are the opportunities for promos up to May 2018?
- What type of promotions do you want to do?
- Project volumes?
- Recommended price?

<mark>Colors: MPP 101 and 103</mark>
For MPP 101 and 103, we are going with two color versions: black and pink versions. When looking at the Pocket Power colors sold in in 2017, black and pink were clear winners. Reducing to two color options will save on peg space which I have received feedback is limited.

Below is the summary of the 2017 sell-in data broken up by Pocket Power 5k and 10k + colors.

**Action: Please let me know if you have any feedback by 2/14**

| Pocket Power 5k | |
|---|---|
| Black | 52% |
| Pink | 33% |
| Silver | 14% |

| Pocket Power 10k | |
|---|---|
| Black | 55% |
| Pink | 32% |
| Silver | 13% |

<mark>Rated VS Marketed Capacity On Pocket Powers</mark>
We had customers calling out that the Pocket Power series has a different capacity listed on the product than whats listed on the package. To review, the capacity written on on the power pack is a rated(tested and worst-case conditions) capacity. We aren't allowed to put the marketed capacity on the product. Potential solutions:

*List the product name (ie Pocket Power 5k, etc) on the product.
*Write the rated and marketed capacity on the package

**Action: Follow-up with customers to see if these solutions solves their concerns so we can continue or start selling the product into their stores. Due 2/14**

MPP 101

Targeted Development Gate: 2/14
Ex-Factory:  Working towards bringing in ex-factory date to 5/18.

Delay:  I have talked to some of the RPM, but for those who I haven't - MPP 101 is delayed.  However, we have been able to bring it in to early June and still working to bring it in further to 5/18 for major customers reseting in the spring.
   -What is being done:  1) PDM is scheduling tasks in parallel and identifying where we can take risks to pull in the schedule.  This is actively being done.  2) Pass-Thru charging has been removed to speed up development, but we are looking to add the feature back in with a revision of the project (more details to come.)
   -Confidence:  Please know that we are not taking these delays lightly.  It is our desire to build confidence in hitting targeted dates for power packs. Initiatives talked about at the PM summit (development model, projected timelines, and considering store reset dates) will improve our success rate of hitting date targets.

MPP 103 (5k/10k) Retail

Target Development Gate: 2/14
Projected Ex-Factory:  8/1

1) MPP 103 FIMOs - Please get approvals from your regional finance counterparts on the FIMO as you are sending me your feedback which is due tomorrow (from another email.)  Global finance has been asking to make sure that regional finance has been involved, so anything we can do upfront will help me speed up the conversation.

**Action: Feedback on volumes and assumptions still due tomorrow (2/1). Please get regional finance feedback/approval.**

2) PDM is close to confirming schedule, which has an ex-factory of 8/1 for America and EMEA.  I believe this is late for Americas (please confirm) for fall resets.  When does ANZ and APEA need it?

**Action: Feedback on ex-factory date due 2/7.**

MPP 104

Current Projected Ex-Factory: 9/26 (PDM actively bring in the date)

Based on regional feedback at the PM summit, we are adding a retail version of MPP 104 (PVP attached.) Its a LTG 15 Power Pack that includes:

15k Capacity (3x5k mAh cells)
USB-A 12W
LTG Receptacle 12W
USB-C PD 2.0 27W
USB-A to LTG Cable (Apple doesnt allow 3rd parties to include a USB-C to LTG cable)
Color - Black
MSRP - $129.95
Target FOB - $28.89

The value of this product is fast charge iPhone 8/8+/X to 50% in 30 minutes.  Or, you can charge a MacBook pro on the go 1x.  Moreover, this would be the flagship LTG power pack complimenting MPP 103 line up.

**Action: Please work with your channel counterparts (if you have any) to come up with your volume projections from your end per channel.  In parallel, I will be working on the FIMO.  Due 2/14**

BELKIN_001088

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Wednesday, May 9, 2018 9:51 PM PDT |
| **To:** | Mathew Small |
| **CC:** | Norbert von Boode |
| **Subject:** | UL/ETL Certification for Power Banks |
| **Attachments:** | 05072018 - MPP - Regulatory Removal.pptx |

Hey Matt,

We would like to remove the UL/ETL certification from our power banks.  This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback.  Please let me know.

Thank you. - Nick

**CONFIDENTIAL**

# Executive Summary
## MPP

**Financial Summary (YTD 04/2018)**

|  | FOB | SRP | GIM % | GP % | Gross Sales | Net Sales |
|---|---|---|---|---|---|---|
| Budget | n/a | n/a | n/a | 22.5% | $9.2M | $7.5M |
| Actual | n/a | n/a | n/a | 21.5% | $9.1M | $7.6M |

**Decision Deadline**

05/08/2018

**Ex-Factory Date**

n/a

**Go-Live Date**

5/22/2018

**Issue Escalation or Request**

Removing UL/ETL certifications from MPP product line.

**Business Summary**

For MPP category, we have been using optional UL/ETL certifications for a competitive advantage. However, it requires us to print text that shows our capacity as lower than our competitor.

**GPM Case or Recommendation**

- Remove UL/ETL certification
  - Optional cert originally used for competitive advantage (safety cert)
  - With new standards, hurts us to put power bank capacity rather than cell capacity (see "other notes" for definition)
- Currently, numerous customers are questioning our product
  - Canadian Telco (Roger) has quarantined Pocket Powers

**Risk Exposure**

- Loss of customers across the globe
- Increase rate of return

**Other Notes**

Cell capacity is the calculated capacity at industry standards. All vendors put this capacity on their package/marketing material. Power bank capacity, which UL/ETL requires us to put, is a measured lower capacity that takes into account more variables.

© 2018 Belkin International, Inc. Confidential information. Not for distribution or reproduction.

1

| | |
|---|---|
| From: | Nick Kalra |
| Sent: | Thursday, May 10, 2018 9:01 AM PDT |
| To: | Mathew Small |
| Cc: | Norbert von Boode; David Chick; Jo Sturgess |
| Subject: | Re: UL/ETL Certification for Power Banks |

Hey Matt - Yeah, can we do a quick ask of Ricardo since this is a general question across all power banks.  Thank you. - Nick

**From:** Mathew Small
**Sent:** Thursday, May 10, 2018 1:46:06 AM
**To:** Nick Kalra
**Cc:** Norbert von Boode; David Chick; Jo Sturgess
**Subject:** FW: UL/ETL Certification for Power Banks

Hi Nick,

I can't see any issues from my side, but not sure if global sales should be made aware. Do you think its worthwhile us also asking Ricardo if they see any issues with this.

Thanks,

Matt

**From:** Nick Kalra
**Sent:** Wednesday, May 9, 2018 9:52 PM
**To:** Mathew Small <MathewS@belkin.com>
**Cc:** Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** UL/ETL Certification for Power Banks

Hey Matt,
We would like to remove the UL/ETL certification from our power banks.  This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback.  Please let me know. Thank you. - Nick

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Friday, May 18, 2018 9:20 AM PDT |
| **To:** | Mitchell Suckle; Claire Park |
| **CC:** | Rajesh Karki; Norbert von Boode; Jenna Harling |
| **Subject:** | Re: Remove ETL/UL/BSMI |

Hey Mitch/Claire,

Can we have product graphic updates for at least F7U019, F7U020, and F7U021 today? There is a urgency to remove this bc at least one TELCO customer has quarantined our products.

Thank you. - Nick

**From:** Mitchell Suckle
**Sent:** Monday, May 14, 2018 11:03:34 AM
**To:** Nick Kalra; Claire Park
**Cc:** Rajesh Karki; Norbert von Boode; Jenna Harling
**Subject:** Re: Remove ETL/UL/BSMI

Adding Claire,

   We should be able to have it completed by wed. It's not a lot of work, but we need to focus on another project today to move it along.

Thanks,

**From:** Nick Kalra <Nick.Kalra@belkin.com>
**Date:** Monday, May 14, 2018 at 10:59 AM
**To:** Mitchell Suckle <MitchellS@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>, Norbert von Boode <Norbert.vonBoode@belkin.com>, Jenna Harling <jenna.harling@belkin.com>
**Subject:** Re: Remove ETL/UL/BSMI

+Jenna for visibility on F8J201btSLV

Hey Mitch - Post a meeting with Rajesh on Friday, please find a reduce list below.

Also, can we add F8J201btSLV to the list.

Do you know when updated graphics will be done? Thank you. - Nick

**BELKIN_001092**

| | | | | |
|---|---|---|---|---|
| 1 | F7U019 | Pocket Power 5k | Remove UL/ETL and BSMI | |
| 2 | F7U020 | Pocket Power 10k | Remove UL/ETL and BSMI | |
| 3 | F7U021 | Pocket Power 15k | Remove UL/ETL and BSMI | |
| 4 | F7U039 | Pocket Power 10k (Dual Cell) | Remove UL/ETL and BSMI | |
| 5 | F7U019btBLKBE | Pocket Power 5k w/ m-USB to USB-C Adapter | Remove UL/ETL and BSMI | |
| 6 | F7U047 | Pocket Power 10k w/QC 3.0 | Remove UL/ETL and BSMI | |
| 7 | F7U045 | Lightning Power Bank 5k | Remove UL/ETL and BSMI | |
| 8 | F7U046 | Lightning Power Bank 10k | Remove UL/ETL and BSMI | |
| 9 | F7U064 | Lightning Power Bank 5k w/ 6" LTG Cable | Remove UL/ETL and BSMI | |
| 10 | F7U065 | Lightning Power Bank 10k w/ 6" LTG Cable | Remove UL/ETL and BSMI | |
| 11 | F7U063 | USB-C Power Bank, 20k mAh, PD 2.0 30W | Remove UL/ETL and BSMI | |
| 12 | F8M980btBLK | MIXIT↑™ Power Pack 2000 | Remove ETL, Confirm No BSMI | |
| 13 | F8M992 | MIXIT↑™Rockstar 6600 | Confirm - No BSMI or ETL/UL Certs | |
| 2 | F8M993 | MIXIT↑™Rockstar 10000 | Confirm - No BSMI or ETL/UL Certs | |

**BELKIN_001093**



| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS | OF COUNSEL: |
| BRIAN H. BARR | MARTIN H. LEVIN | EMMIE J. PAULOS | WILLIAM F. CASH III |
| MICHAEL C. BIXBY | ROBERT M. LOEHR | A. RENEE PRESTON | LAURA S. DUNNING |
| M. ROBERT BLANCHARD | STEPHEN A. LUONGO | ROBERT E. PRICE | *(LICENSED ONLY IN ALABAMA)* |
| BRANDON L. BOGLE | M. JUSTIN LUSKO | MARK J. PROCTOR | BEN W. GORDON, JR. |
| W. TROY BOUK | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | ARCHIE C. LAMB, JR. |
| WESLEY A. BOWDEN | CLAY MITCHELL | MATTHEW D. SCHULTZ | PAGE A. POERSCHKE |
| VIRGINIA M. BUCHANAN | PETER J. MOUGEY | W. CAMERON STEPHENSON | *(LICENSED ONLY IN ALABAMA)* |
| JEFF GADDY | DANIEL A. NIGH | THOMAS A. TAYLOR | CHRISTOPHER V. TISI |
| RACHAEL R. GILMER | TIMOTHY M. O'BRIEN | REBECCA K. TIMMONS | *(LICENSED ONLY IN WASHINGTON, D.C. AND MARYLAND)* |
| BRENTON J. GOODMAN | MIKE PAPANTONIO | BRETT VIGODSKY | |

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

June 7, 2019

**Brenton J. Goodman**
Phone: 850-435-7060
bgoodman@levinlaw.com

Mark Revnoso
President
Belkin International, Inc.
12045 E. Waterfront Drive
Playa Vista, CA 90094

**Re:    Notice and Demand for Corrective Action under Applicable Laws**

To Mr. Revnoso:

I write you, a representative of Belkin International, Inc. ("Belkin"), for my client, Syronda Gamble, and a proposed class of all other similarly situated individuals. Ms. Gamble and the proposed class members purchased the Belkin 6600 mAh PowerPack, Model F7U007 and various other PowerPack models ("the Products"). Belkin misrepresented and continues to misrepresent the Products' capacity, or milliampere-hours ("mAh"). This is a violation of the California Consumer Legal Remedies Act, California's False Advertising Law, California's Unfair Competition Law, Florida's Deceptive and Unfair Trade Practices Act, the Illinois Consumer Fraud and Deceptive Business Practices Act, the Massachusetts Regulation of Business Practices for Consumers' Protection Act, the Michigan Consumer Protection Act, the New Jersey Consumer Fraud Act, the New York General Business Law, the North Carolina Unfair and Deceptive Trade Practices Act, Ohio's Consumers Sales Practice Act, the Washington Consumer Protection Act, and the federal Magnuson-Moss Warranty Act, along with a breach of express warranties under state law, including the laws of New Jersey and Illinois.

When portable chargers, or power banks, have higher mAh than other power banks, consumers such as Ms. Gamble and the proposed class members prefer and are willing to pay a premium for the power banks with a higher mAh. Consumers pay a higher price for a power bank with higher mAh because power banks with higher mAh have a greater capacity to recharge the consumers' portable electronic devices.

CONFIDENTIAL

June 11, 2019
Page 2

Belkin's Products sell for a premium price compared to other power banks. Ms. Gamble and the proposed class members relied on Belkin's representations that the Products' capacity was a certain level of mAh.

In early 2017, Ms. Gamble purchased her Belkin product because Belkin represented the PowerPack's capacity was 6600 mAh. Belkin's representation to my client about the PowerPack constitutes an express written warranty. Similarly, Belkin's representations to the other proposed class members about the Products constitute an express written warranty. In reliance on Belkin's representations, my client and the other proposed class members paid a premium for the Products.

However, testing shows that Belkin's battery packs, including my client's, have a true mAh capacity that is significantly less than that warrantied by Belkin. Belkin has accordingly violated the laws mentioned above.

This letter serves as notice and demand on behalf of Ms. Gamble and all other proposed class members, for corrective action pursuant to the laws mentioned above. My client will file a class action complaint to seek relief unless, within 30 days, Belkin does the following:

- Removes, and refrains from making misrepresentations about the Products' mAh rating;

- Identifies all consumers similarly situated to my client—*i.e.*, all persons who have purchased the Products within the relevant Class Period—or makes reasonable efforts to identify such consumers;

- Notifies all consumers so identified that, upon each one's request, Belkin will refund the price he or she paid for the Products;

- Disgorges all revenues obtained as a result of violations of law;

- Gives any such requested remedy to the consumers in a reasonable amount of time; and

- Immediately ceases from engaging in illegal methods, acts, or practices, or if immediate cessation is impossible or unreasonably expensive under the circumstances, then ceases from engaging within a reasonable time, to the extent that the Products are still in circulation.

If Belkin fails to comply with this request within thirty (30) days, Belkin may be liable for the following monetary amounts under the laws mentioned above:

- Actual damages suffered;

- Restitution of property;

June 11, 2019
Page 3

- An order enjoining the methods, acts, or practices, to the extent that the Products are still in circulation;

- Punitive damages;

- Costs and attorneys' fees related to suit; and

- Penalties of up to $5,000 for each incident where senior citizens have suffered substantial physical, emotional, or economic damage resulting from Belkin's conduct.

I hope, however, that Belkin will choose to correct these unlawful practices promptly. A failure to act within 30 days will be considered a denial of this claim, and my client will act accordingly. If you would like to discuss the matter, please do not hesitate to call me at (850) 435-7060. Otherwise, we look forward to Belkin immediately changing its practices and compensating the above-identified individuals.

Sincerely,

BRENTON J. GOODMAN

BELKIN_001096

| | |
|---|---|
| **From:** | Kailee Loughlin |
| **Sent:** | Wednesday, August 15, 2018 1:40 PM PDT |
| **To:** | Jen Warren |
| **Subject:** | RE: Item code: BEF7U019BTBK |

Thanks for sending, Jen.

I will relay this to Charlie, so we're in sync with our messaging.

---

**From:** Jen Warren
**Sent:** Friday, August 10, 2018 2:48 PM
**To:** Kailee Loughlin <kailee.loughlin@belkin.com>; Nick Kalra <Nick.Kalra@belkin.com>; David DeMartra <David.DeMartra@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Item code: BEF7U019BTBK

Hi Kailee,

I realize you had your call already so sorry for the delay. Here was the version of the messaging that we were internally comfortable with:

*Belkin has been in business for over 35 years and we strive to offer the best quality products available. This is a result of our longstanding commitment to quality, which is why we offer a 2-year warranty on all our power pack products. In addition, we offer a US $2,500 Consumer Equipment Warranty; this guarantees that we will repair or replace a connected device if it is damaged by an electrical charge while properly connected to the charger (subject to the terms and conditions of the warranty), up to a value of US $2,500.*

*The Pocket Power 5K power pack has a "rated power" of 5,000mAh. This refers to maximum battery cell capacity, and is indicated on the product package, consistent with industry practice. The power pack itself indicates the "measured power", which is an optional testing standard that refers to the minimum capacity (2,900mAh) under maximal charging conditions defined by UL certification 2056.*

*For further information, please see information on our online resource center at http://www.belkin.com/us/Resource-Center/portable-charging/.*

Thanks and let me know if you have any questions!

Jen

---

**From:** Kailee Loughlin <kailee.loughlin@belkin.com>
**Date:** Wednesday, August 8, 2018 at 8:53 AM
**To:** Nick Kalra <Nick.Kalra@belkin.com>, David DeMartra <David.DeMartra@belkin.com>, Norbert von Boode <Norbert.vonBoode@belkin.com>, Jen Warren <Jen.Warren@belkin.com>
**Cc:** Kailee Loughlin <kailee.loughlin@belkin.com>
**Subject:** RE: Item code: BEF7U019BTBK

Hi Nick,

I have a call with Charlie this afternoon.

I want to make sure that my message is consistent with what Jen has been sharing. If you or her could provide appropriate talk tracks, I can make sure that the message is the same.

Thanks,
Kailee

---

**From:** Nick Kalra
**Sent:** Wednesday, August 08, 2018 8:44 AM
**To:** Kailee Loughlin <kailee.loughlin@belkin.com>; David DeMartra <David.DeMartra@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>; Jen Warren <Jen.Warren@belkin.com>
**Subject:** Re: Item code: BEF7U019BTBK

Hey Kailee,

**BELKIN_001097**

Got a couple updates below. Cheers. - Nick

**Logo And Inventory** - I confirmed logo is updated on factory side, but there is still inventory with the old logo in IY.

**Getting Updated Inventory** - We can get teams (planning and Asia teams) to help direct new shipment to B&H.

**Finances** - As we discussed, we should avoid RMA and scrapping these power banks from the customer; as that will hurt finances.  However, we should do an exchange.  (I believe we did this with Rogers; Shraddha is a good contact to find out more.) . We will give this inventory to other customers since not everyone cares about the updated logo.

**B&H Current Inventory** - Please let us know the current inventory, by sku (if other than 5k) and colorway, for B&H.  Will need this to get new inventory.

**Customer Response** - What is the talk track you are giving/gave to Charlie?  We should make sure it is consistent to former talk points Jen Warren has given.

---

**From:** Nick Kalra
**Sent:** Monday, August 6, 2018 4:56:40 PM
**To:** Kailee Loughlin; David DeMartra; Norbert von Boode; Jen Warren
**Subject:** Re: Item code: BEF7U019BTBK

+Jen Warren

Hey Kailee,

How much inventory do they have?  We may be able to transfer the product to other customers (I believe we did this with Rogers) since the product is functional.

I would avoid RMA product unless we absolutely have to.

I just checked product I just got from IY; it has an older logo.  We may need to get planning involved to make sure they get the right product.  (Ill check why there is still product like this in inventory.)

CONFIDENTIAL

BELKIN_001098

Jen- Keeping you in the loop. We had another customer (like Rogers) that has older product with the rated capacity.

**From:** Kailee Loughlin
**Sent:** Monday, August 6, 2018 3:07:49 PM
**To:** Nick Kalra; David DeMartra; Norbert von Boode
**Cc:** Kailee Loughlin
**Subject:** RE: Item code: BEF7U019BTBK

Hi Nick,

B&H has removed inventory for the 5K in all stores.

Is updated packaging and product available in IY yet? We will likely RMA the old product, and ship them replacements. I am providing Charlie with a talk track to discuss with his merchants. You and I can talk more about it during our 1:1 tomorrow.

Thanks,
Kailee

**From:** Nick Kalra
**Sent:** Monday, August 06, 2018 2:55 PM
**To:** Kailee Loughlin <kailee.loughlin@belkin.com>; David DeMartra <David.DeMartra@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Item code: BEF7U019BTBK

Hey Kailee,

Yes, this was the old problem that was solve. Tt seems they have old-product.

Do we have have a plan on how we are managing this customer yet?

Cheers. - Nick

**From:** Kailee Loughlin
**Sent:** Monday, August 6, 2018 2:15:31 PM
**To:** Nick Kalra
**Cc:** Kailee Loughlin
**Subject:** FW: Item code: BEF7U019BTBK

BELKIN_001099

Hi Nick,

Is the below issue in regards to the ETL/UL certification issues, or is this something different?

Thanks,
Kailee

**From:** Charlie Thomas
**Sent:** Monday, August 06, 2018 2:02 PM
**To:** David DeMartra <David.DeMartra@belkin.com>
**Cc:** Kailee Loughlin <kailee.loughlin@belkin.com>; Kristina Rouzan <Kristina.Rouzan@belkin.com>
**Subject:** FW: Item code: BEF7U019BTBK
**Importance:** High

Need your feedback on this, looks like they have done some research proving their concerns.

**From:** Chaim Fried [mailto:cfried@bhphoto.com]
**Sent:** Monday, August 06, 2018 4:01 PM
**To:** Charlie Thomas <Charlie.Thomas@belkin.com>
**Cc:** Abraham Perkowski <abrahmp@bhphoto.com>; Ronald Seifried <ronalds@bhphoto.com>
**Subject:** FW: Item code: BEF7U019BTBK
**Importance:** High

Charlie see below and let me know ASAP.

Thank you
Chaim Fried
212-239-7500 #2341

**From:** Abraham Perkowski
**Sent:** Monday, August 06, 2018 3:59 PM
**To:** Tim Chan <timcha@bhphoto.com>; Richard Stevens <larones@bhphoto.com>; Chaim Fried <cfried@bhphoto.com>; Ronald Seifried <ronalds@bhphoto.com>
**Cc:** Ephraim Mandel <ephiem@bhphoto.com>
**Subject:** Item code: BEF7U019BTBK

After receiving negative reviews from customers… we pulled an item from the warehouse & see that indeed the packaging is WRONG

Item max capacity for this model is 2900mAh.

**From:** Jonathan Santiago
**Sent:** Monday, August 06, 2018 3:54 PM

**To:** Abraham Perkowski <abrahmp@bhphoto.com>
**Cc:** Ephraim Mandel <ephiem@bhphoto.com>
**Subject:** RE: Can you check what the actual item states?

The info on the packaging doesn't match what's inside.
The box from stock says 5000mAh.  On next to the barcode on the box it clearly shows the model number for this item.

CONFIDENTIAL

BELKIN_001101



BELKIN_001102

The Instruction booklet from inside that same box shows max capacity for this model at 2900mAh

BELKIN_001103

Risk of fire and burns. Do not open, crush, heat above 40° C or incinerate.

Do not short circuit. Avoid storage in direct sunlight.

Do not subject cells or batteries to mechanical shock.

Retain the original product literature for future reference.

Use only in the application for which it was intended Dispose of properly.

For indoor and dry location use only.

### Minimum Instructions for Use for Portable Power Banks

a) The power bank will generate heat when charging. Always charge in a well ventilated area. Do not charge under pillows, blankets, or on flammable surfaces.

b) Keep the power bank away from heat sources, direct sunlight, combustible gas, humidity, water, or other liquids.

c) Do not disassemble, open, microwave, incinerate, paint, or insert foreign objects into the power bank.

d) Do not subject the power bank to mechanical shock such as crushing, bending, puncturing, or shredding. Avoid dropping or placing heavy objects on the power bank.

e) Do not short-circuit the power bank or store it in a receptacle where it may be short-circuited by other metallic or conductive objects.

f) Do not operate the power bank if it has been wet or otherwise damaged, to prevent against electric shock, explosion, and/or injury. Contact the dealer or authorized agent.

g) Power bank usage by children should be supervised.

h) Please read the operating instructions (including charging instructions and information on the minimum and maximum operating temperatures), supplied with this power bank.

Product type: Rechargeable power bank

Model no: F7U019

Ratings: Input: 5V ⎓ 2.0A; Output: 5V ⎓ 2.4A; Rated Capacity 2900mAh

Battery designation type: INP9/55/90-1

Operating conditions: 0° C to 40° C

(1) cet appareil ne peut pas provoquer d'interférences nuisibles et (2) cet appareil doit accepter toute interférence reçue, y compris les interférences pouvant entraîner un fonctionnement non désiré.

### Avertissement de la Federal Communications Commission (FCC)

Cet appareil a été testé et satisfait aux limites établies pour les appareils numériques de classe B, conformément à l'alinéa 15 de la réglementation FCC. Ces limites ont été conçues de manière à assurer une protection raisonnable contre les interférences nuisibles au sein d'une installation domestique.

L'appareil génère, utilise et peut irradier une énergie de fréquence radio. S'il n'est pas installé et utilisé conformément aux instructions, il peut causer des interférences nuisibles sur le plan de la réception radio ou télévision. Toutefois, il n'est nullement garanti que des interférences ne se produiront pas dans certaines installations. Si cet équipement cause des interférences nuisibles sur le plan de la réception radio ou télévision, pouvant être déterminées en mettant l'appareil sous et hors tension, l'utilisateur est invité à tester et à corriger l'interférence en prenant une des mesures suivantes :

• Réorienter ou changer de place l'antenne de réception.

• Augmenter la distance entre l'appareil et le Récepteur.

• Connecter l'appareil à une prise située sur un circuit différent de celui sur lequel le récepteur est connecté.

• Consulter le revendeur ou un technicien radio/TV pour obtenir de l'aide.

**Attention :** Toute modification, de quelque nature que ce soit, non acceptée expressément par l'autorité en charge du respect de sa conformité aux normes en vigueur risquerait de vous priver du droit d'utiliser l'appareil.

### REMARQUE IMPORTANTE :

### Canada-Industrie Canada (IC) :

Cet appareil est conforme à la norme ICES-003 de la réglementation

CONFIDENTIAL

BELKIN_001104

And after some strong lighting and computer enhancement I found the info etched into the back panel of the item itself, also from inside that box… it says max capacity, 2900mAh

BELKIN_001105



Rechargeable Li-ion Battery Pack
可充式鋰離子行動電源
Input 輸入: 5V⎓2.0A
Output 輸出: 5V⎓2.4A   2900 mAh
Model 型號: F7U019 INP9/S5/90-1
A/S no.: 1544-1011 (Belkin)
Cell Capacity: 18.5Wh, 3.7V.
額定容量:2900mAh
2518DO
Designed in California.
Assembled in China
Manufacturer/제조업체Shenzhen DBK Electronics Co., Ltd.

R36058

Intertek
5001583

XU/100.325-17/004A

BELKIN_001106

Thank You,



Jonathan Santiago
Content Photographer
400 Cedar Lane
Florence, NJ 08518
call: 212.239.7500 x2056
email: jonaths@bhphoto.com
www.bhphotovideo.com

CONFIDENTIALITY:  This email message (including attachments, if any) is confidential.  If you are not the intended recipient, please notify the sender immediately and delete this message.

---

**From:** Abraham Perkowski
**Sent:** Monday, August 6, 2018 1:00 PM
**To:** Jonathan Santiago <jonaths@bhphoto.com>
**Cc:** Ephraim Mandel <ephiem@bhphoto.com>
**Subject:** Can you check what the actual item states?

Does this need a writing bug?
Did the customer get the wrong item?

<mark>BEF7U019BTBK</mark>

Look photos I uploaded, I says 2900mAh on charger



CONFIDENTIAL



It says

KET POWER 5K



2900mAh

CONFIDENTIAL

BELKIN_001109