

LINKSYS

BELKIN INTERNATIONAL
12045 East Waterfront Drive
Playa Vista
CA 90094-2536 USA
P 310 751 5100
F 310 751 5969
belkin.com

August 5, 2019

VIA OVERNIGHT COURIER

Mr. Brenton Goodman
Levin Papantonio Thomas Mitchell Rafferty & Proctor P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Re: *Notice and Demand for Corrective Action Dated June 7, 2019*

Dear Mr. Goodman:

This letter is in response to your letter dated June 7, 2019 to Belkin International, Inc., relating to the Belkin Model F7U020 portable charger ("Portable Charger") purchased by Lenore Miley.

Belkin has been in business for over 35 years and we strive to offer the best quality products available. This is a result of our longstanding commitment to quality, which is why we offer a 2-year warranty on all our Portable Charger products.

The mAh number on each of Belkin's Portable Chargers indicates the battery cell capacity of the battery inside the Portable Charger. This refers to maximum battery cell capacity, and the battery inside the Portable Charger has been tested and certified to this capacity. It is an industry standard to list the cell capacity of the battery on the product, and this listed mAh is required for regulatory and transportation safety reasons. The battery cell capacity is not an indication of the actual mAh the average consumer will achieve under normal use conditions. Rather, actual results will vary depending on storage conditions, battery degradation over time, and other factors during use such as temperature, connected cables, discharge rate, and types of devices being charged. For more information on portable chargers and how they work, see https://www.belkin.com/us/Resource-Center/portable-charging/.

BELKIN INTERNATIONAL
12045 East Waterfront Drive
Playa Vista
CA 90094-2536 USA
P 310 751 5100
F 310 751 5969
belkin.com

Our records show that less than 1% of all Belkin customer support calls relating to Portable Chargers mention anything related to mAh, or Milliamp Hours. Most of our customers are very satisfied with their Belkin Portable Chargers.

If a Belkin customer is not satisfied with her Portable Charger and has a Belkin-certified Portable Charger (i.e., purchased from an authorized Belkin reseller and not counterfeit), Belkin stands behind its 2-year warranty. We searched our records, and based on the information you provided, it does not appear that Ms. Miley has contacted our customer support team about the Portable Charger product she bought. The Model F7U020 Portable Charger purchased in the summer of 2017 according to your letter may still be under warranty. As your letter is dated June 7, 2019, we will honor this product's warranty even if the 2-year warranty has expired. If Ms. Miley is not happy with this product, she can contact our customer support team for a refund or replacement product, and our team would be glad to help her.

We would also be willing to review any mAh tests you may have conducted, although we caution that these types of test results can vary widely based on testing conditions and individual use of the particular product tested.

Please feel free to contact me at 949-238-4508 or Anilisa.Lunger@belkin.com with any questions you may have about this matter.

Very truly yours,

Anilisa Lunger
Deputy General Counsel
Belkin International, Inc.