Case: 08996610 ~ Salesforce - Unlimited Edition          https://belkin.my.salesforce.com/5003400000zoiRZ/p?retURL=/500340...



- Close Window
- Print This Page

# Case: 08996610

## Customer

| | | | |
|---|---|---|---|
| **Account Name** | JJ Tang | **Contact Phone** | |
| **Contact Name** | JJ Tang | **Contact Email** | |
| **Asset** | P-F7U020 \| POCKET POWER 10000 | **Theatre** | |
| **Hot On hand** | 0 | | |
| **Available Inventory** | 0 | | |
| **Multiple CR's to same details** | ☐ | | |
| **Multiple SORMA's to same details** | ☐ | | |

## Case Details

| | | | |
|---|---|---|---|
| **Subject** | Belkin chat_INQ_F7U020_product features. | | |
| **Case Owner** | Asvini Masilamani [Change] | **Case Number** | 08996610 [View Hierarchy] |
| **Status** | Resolved | **Parent Case** | |
| **Sales Order Number** | | **progress field** | |
| **WebEx Session ID** | | **Case Record Type** | Belkin Tech Support [Change] |
| | | **Case Origin** | Chat |
| **IR Number** | | | |

## Service Offerings Detail

| | | | |
|---|---|---|---|
| **Hardware Warranty Status** | Not Eligible | **Entitlement** | |
| **Complimentary Assisted Support** | Not Eligible | **Subscription Return Call** | ☐ |
| **Service Offerings** | Declined - No Support Provided | **Coupon Provided** | |
| **Agent Assist PIN** | | **Coupon Code** | |
| **Referral Programs** | | **Coupon Amount** | |

## Problem Identification

| | | | |
|---|---|---|---|
| **Initial Installation** | ☐ | **Brand** | Belkin |
| **Problem Category** | Product Features Question | **Grief Reason** | |
| | | **ISP** | |
| | | **ISP Other** | |
| **Description** | | | |

## Solution

**CONFIDENTIAL**                                   **BELKIN_000278**

Case: 08996610 ~ Salesforce - Unlimited Edition                    https://belkin.my.salesforce.com/5003400000zoiRZ/p?retURL=/500340...

| | | | |
|---|---|---|---|
| **TS Problem Category Level1** | General Processes | **CS Problem Category Level1** | |
| **TS Problem Category Level2** | Inquiry Calls | **CS Problem Category Level2** | |
| **TS Problem Category Level3** | Product Features Question | **CS Problem Category Level3** | |
| **TS Solution Category** | Resolved | | |
| **Escalation Reason** | | **CS Solution Category** | |
| **Escalation Priority** | | **Mis Transferred Reason** | |
| **Bubble Up** | ☐ | **Escalation Notes** | |
| **Category** | | **Disconnected in the Middle of TS** | ☐ |
| **Escalated** | ☐ | | |

## CSAT Information

| | | | |
|---|---|---|---|
| **Q1 - Rate Support Experience** | | **Q3 - Number of Contacts to Resolve** | |
| **Q2 - Issue Resolved?** | | **Q4 - NPS** | |
| **Survey Recorded Date** | | | |

## System Information

| | | | |
|---|---|---|---|
| **Created By** | Live Agent Belkin Site Guest User, 12/5/2017 7:44 PM | **Last Modified By** | Asvini Masilamani, 12/6/2017 4:23 PM |
| **Category - Solution** | Resolved | **Status** | Resolved |
| | | **Priority** | Medium |

## Activity History
### Initial Call

| | |
|---|---|
| **Task** | ✓ |
| **Assigned To** | Asvini Masilamani |
| **Sent Connection Name** | [Manage Connections] |
| **Last Modified Date/Time** | 12/5/2017 8:17 PM |
| **Call Object Identifier** | |
| **Comments** | Skip to main contentContent Starts Here<br>End Chat<br>Chat session ended by visitor.<br>Asvini M<br>Hello JJ Tang. My name is Asvini.<br>Thank you for choosing Belkin chat support. Is this your first time to contact Belkin or do you have a case number?09:16:12<br>JJ Tang<br>This is the first time09:16:23<br>Asvini M<br>How may I help you today?09:16:52<br>JJ Tang<br>I dont have a case number.09:16:55<br>I purchased the pocket power 10K charger09:17:06<br>so i took it out from the box.. and when i looked at the back of the power bank...09:17:38<br>it indicates that it has a capacity of 6070mAh09:17:48<br>why is this the case? can u check? i believe the product is supposed to have a 10000 mAh |

CONFIDENTIAL                    BELKIN_000279

capacity09:18:19  
Asvini M  
You need to check the power specification of your Belkin charger,right?09:18:43  
JJ Tang  
yes, i am telling u the specification on the packaging says 10000 mAh.09:19:20  
i am refering to the product Belkin Pocket Power 10k09:19:34  
it is indicated on your website that this product is supposed to have a capacity of 10000 mAh09:19:56  
Asvini M  
Can you please help me with the model number of the device?09:20:08  
JJ Tang  
Pocket Power 10K Power Bank (aka Portable Charger) F7U020btBLK09:20:44  
Asvini M  
Please give me a minute.09:21:25  
JJ Tang  
what i am saying is the physical item i got... when i looked at the fine prints at the back of it... it is saying that it has a capacity of 6070mAh09:21:34  
Asvini M  
Package Includes:

10,000 mAh power bank  
6 inch micro-USB cable09:23:06  
http://www.belkin.com/my/p/P-F7U020/09:23:15  
JJ Tang  
that is not my question.09:23:22  
i know everything that is listed on the website.09:23:31  
the fine print on the product itself states otherwise09:23:48  
u need to see the product09:23:58  
indicated clearly at the back 6070mAh09:24:08  
Asvini M  
Are you sure of the model number Tang?09:24:18  
JJ Tang  
yes09:24:23  
Asvini M  
Tang , The information I gave you is from our official website.09:25:20  
JJ Tang  
u are not answering my question09:25:34  
it is a waste of time.09:25:43  
i will send an email instead.09:25:54  
Send

## Chat Transcripts
**01447629**

| | |
|---|---|
| Start Time | 12/5/2017 7:46 PM |
| End Time | 12/5/2017 7:55 PM |
| Status | Completed |

Copyright © 2000-2021 salesforce.com, inc. All rights reserved.

CONFIDENTIAL                                   BELKIN_000280