| From: | Nick Kalra |
|---|---|
| Sent: | Thursday, May 3, 2018 9:08 PM PDT |
| To: | Shraddha Patel; Matthew Wold; Jai Lozan |
| Cc: | Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang |
| Subject: | Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank  (worm) |

Hey All,

We got the team together tonight to move on items listed by Shraddha.  We have an official kickoff meeting on Monday, but everyone already working on items.

We will prioritize to get stickers done next week so customers have something to put on packages.  The 1-pager and resource center target completion is May 14th.

Will keep everyone update on progress.  Please let me know if any questions as we work through the items. Thank you. - Nick

**From:** Nick Kalra
**Sent:** Wednesday, May 2, 2018 1:30:56 PM
**To:** Shraddha Patel; Matthew Wold; Jai Lozan
**Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
**Subject:** Re: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hello Shraddha/Team,

I setup a meeting between regulatory, marketing, and PR to help craft responses per each point below.  After we talk to the group tomorrow, we can confirm deadlines; however, my goal is to have items drafted by a week.

As far as long term change, we will need to have a separate conversation on if we gain a competitive advantage by keeping UL/ETL certs.

Will keep the group updated. Thanks. - Nick

**From:** Shraddha Patel
**Sent:** Wednesday, May 2, 2018 12:04:41 PM
**To:** Nick Kalra; Matthew Wold; Jai Lozan
**Cc:** Rajesh Karki; Norbert von Boode; Chris Rising; Wei Zhang
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Nick,

Hope you had a chance to review and understand the request.

I know Marketing has already reached out to you and awaiting your feedback so they can address their action items.

Do you have estimated time line on things we can respond to the customer with updated on items they requested?


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

**BELKIN_001075**

 

**From:** Shraddha Patel
**Sent:** Tuesday, May 01, 2018 2:39 PM
**To:** Nick Kalra <Nick.Kalra@belkin.com>; Matthew Wold <Matt.Wold@belkin.com>; Jai Lozan <Jai.Lozan@belkin.com>
**Cc:** Rajesh Karki <Rajesh.Karki@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>; Chris Rising <Chris.Rising@belkin.com>; Wei Zhang <Wei.Zhang1@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)
**Importance:** High

Nick and Team,
We just had a call with our customer Roger-Canadian Telco.

As of today they have <u>quarantined</u> all our product from the stores for F7U019, F7U020 due to the confusion created by rated capacity and maximum capacity.
We need to take quick actions for them to be able to get the products back out on the shelf and selling. We would face liabilities for inventory if we don't respond urgently.

1)   Our website, portable power 101 resource center needs to be updated ASAP to explain this rated and maximum capacity difference and impact to consumer.
    a.   We need to provide clear date when this will be executed, timing is really critical on how quickly we get this done.
    b.   They would link their web page to our resource center for this information to help educate the consumer.
2)   They want a label that goes on the packaging of the product that calls out a range of this capacity to avoid consumer returns and confusion.
    a.   Currently they have faced returns and upset customer due to miss-interpretation of the information on the battery pack itself (2900mah rated capacity for 5K on pkg).
3)   Need one pager that will go out to each stores explaining quality of our batteries as well as this capacity difference.
    a.   Once we have the one pager and label ready Belkin Sales will be responsible for send it to each individual stores.
4)   They brought up that our F8M989/992 (pervious gen batteries do not have this issue) Capacity on the packaging and battery itself are the same.
    a.   Why does the new battery series have different capacity ratings?
    b.   I see there is ELT logo on those battery, did they not follow the same safety testing standards.
5)   How will this be addressed moving forward – will there be a permanent change to batteries (printing max and min capacity on battery itself, not do the UL testing, Regionalize the SKUs…)

Attached you will find the PPT identify the battery capacity issue.

Power packs are important category for our channel and Belkin, we want to make sure we resolve this issue to hold our current placement and have the opportunities for future growth.
Please let me know if you need any additional details.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741

**CONFIDENTIAL**

M +1 213 453 8306
Skype shraddha.patel14

 

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 9:42 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,
If we need safety approval from a 3rd party lab then it is mandatory? Does Mophie has UL or ETL certification on their product?
Also we use "bt" sku so even if we don't do UL certification we still need to add it for Taiwan unless we create separate sku's.
Please discuss internally with PM team as I have already provided answer to all these questions during my discussion with PM team.


Thanks
Rajesh

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 9:00 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Cc:** Nick Kalra <Nick.Kalra@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Thanks for the details, very hepful. Is the UL 2056 for US mandatory testing?
Mophie doesn't have this kind of battery capacity listed on their boxes, and since they are our biggest competitor state side we want to make sure we understand the Industry requirements.
They have products in every major retailer, even the ones that are extremely critical about testing and certifications.


Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

**CONFIDENTIAL**

**BELKIN_001077**

**From:** Rajesh Karki
**Sent:** Monday, April 30, 2018 8:31 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>
**Subject:** RE: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Shraddha,

The rated capacity is the actual measurement of the capacity of the battery pack.
The 5000mAh is for the cell/battery capacity and not for the battery pack.
The rated capacity measurement (2900mAh) is required by UL 2056 for US and BSMI standard CNS 15364 for Taiwan.

## 12 Capacity Verification Test

12.1 The marked electrical capacity of power bank, measured at the power output pin of output port, shall comply with the Standard for Secondary Cells and Batteries Containing Alkaline or Other Non-Acid Electrolytes – Secondary Lithium Cells and Batteries for Portable Applications, IEC 61960, Clause 7.3.1, Discharge Performance at 20 °C (Rated Capacity), and the modified test method in 12.2.

12.2 The power bank is discharged at a constant current equals to rated current of the output port, until its voltage is equal to the end-of-discharge voltage of the output port, specified by the manufacturer.

## MARKINGS

## 13 General

13.1 Unless otherwise superseded by a requirement in this Outline, power banks shall comply with the requirements in the Standard for Household and Commercial Batteries, UL 2054.

13.2 For electrical ratings, the following information shall be provided:

a) Input rating in Vdc or Vac and A. If there are more than one input ports, the rating of each port shall be provided;

b) Output rating in Vdc and A. If there are more than one output ports, it shall include rating of each port and the combined rating (if it is not equal to the summation of all ports); and

c) Electrical capacity in Ah or mAh. If there are more than one output ports/output ratings, either the capacity of each port/rating shall be provided, or the minimum capacity of these ports/ratings shall be provided.

Below is a link directly from Taiwan BSMI website which was issued as a Public Notice to consumers explaining the rated battery pack capacity VS the cell capacity.

https://www.bsmi.gov.tw/bsmiGIP/wSite/ct?xItem=56530&ctNode=815&mp=1

CONFIDENTIAL

BELKIN_001078

Thanks
Rajesh

---

**From:** Shraddha Patel
**Sent:** Monday, April 30, 2018 8:06 AM
**To:** Rajesh Karki <Rajesh.Karki@belkin.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000 -- 5000mAh powerbank (worm)

Hi Rajesh,
Do you know which kind of testing is performed for battery capacity?
Our 5000mAh powerbank – can you advise as to why this is reading only 2900mAh in fine print.

Below is what I got from PM but now customer is asking for more details.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

  LINKSYS

---

**From:** Nick Kalra
**Sent:** Friday, December 29, 2017 10:21 AM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

Hey Shraddha,
Mophie does not, but other competitors do. It depends on if they are a global brand or not.

---

**From:** Shraddha Patel
**Sent:** Thursday, December 21, 2017 11:10:11 AM

**BELKIN_001079**

**To:** Nick Kalra; Norbert von Boode
**Subject:** RE: Chargeur portatif Belkin : KBCH2000

Thanks Nick, this is definitely helpful

Have we tested Mophie or like competitors to see if they do have the same? That will be the next question for sure from customers.

Best Regards,
**Shraddha Patel**
Technical Sales Engineer

**Belkin International**

O +1 310 751 2741
M +1 213 453 8306
Skype shraddha.patel14

 

---

**From:** Nick Kalra
**Sent:** Wednesday, December 20, 2017 7:59 PM
**To:** Shraddha Patel <shraddha.patel@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

+Norbert

Here is something we draft with PR that you can share. This should serve as explanation about the difference. Please let me know if you have any questions.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

---

**From:** Shraddha Patel
**Sent:** Wednesday, December 20, 2017 7:48:45 PM
**To:** Nick Kalra
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hey Nick,
I know we discussed this briefly this week.
Can you please get some details that we can share with customer

Regards,

Shraddha Patel

Begin forwarded message:

> **From:** Wei Zhang <[Wei.Zhang1@belkin.com](mailto:Wei.Zhang1@belkin.com)>
> **Date:** December 20, 2017 at 4:08:40 PM PST
> **To:** Shraddha Patel <[shraddha.patel@belkin.com](mailto:shraddha.patel@belkin.com)>
> **Subject: Re: Chargeur portatif Belkin : KBCH2000**
>
> Did you get chance to check This ?

---

**From:** [shraddha.patel@belkin.com](mailto:shraddha.patel@belkin.com)
**Sent:** December 18, 2017 9:34 AM
**To:** [Wei.Zhang1@belkin.com](mailto:Wei.Zhang1@belkin.com)
**Subject:** Re: Chargeur portatif Belkin : KBCH2000

> Lol! They come up with unique issues- let me look at one when on the office later today
>
> Regards,
> Shraddha Patel
>
>
> On Dec 18, 2017, at 5:46 AM, Wei Zhang <[Wei.Zhang1@belkin.com](mailto:Wei.Zhang1@belkin.com)> wrote:
>
> Do you have any ideas?

---

**From:** [Kristen.Maluish@telus.com](mailto:Kristen.Maluish@telus.com)
**Sent:** December 18, 2017 8:28 AM
**To:** [Wei.Zhang1@belkin.com](mailto:Wei.Zhang1@belkin.com)
**Cc:** [Kaitlin.Wright@telus.com](mailto:Kaitlin.Wright@telus.com)
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

> Hey Wei,
>
> I hope you had a good weekend!
>
> Just wanted to pass along feedback from the field on the 5000mAh powerbank – can you advise as to why this is reading only 2900mAh? Wondering if it's a one off?
>
> Thanks,
> Kristen
>
> **Kristen Maluish** | m: 416-670-3437 | [Kristen.Maluish@telus.com](mailto:Kristen.Maluish@telus.com)
>
> ---
>
> **From:** Abigail Ong
> **Sent:** December 15, 2017 09:34 PM
> **To:** Kristen Maluish <[Kristen.Maluish@telus.com](mailto:Kristen.Maluish@telus.com)>; Hares Sivanrupan <[Hares.Sivanrupan@telus.com](mailto:Hares.Sivanrupan@telus.com)>

CONFIDENTIAL

BELKIN_001081

**Cc:** Martin Otis <Martin.Otis@koodomobile.com>
**Subject:** FW: Chargeur portatif Belkin : KBCH2000

Hey Kristen,

I'm guessing this would make the most sense for you to take back to the manufacturer. Passing this on… not sure what the plans would be for this or if it is a one-off.

<image001.png>
Thanks,
Abby

---

**From:** Martin Otis
**Sent:** December 13, 2017 12:33 PM
**To:** Abigail Ong
**Subject:** Fwd: Chargeur portatif Belkin : KBCH2000

Hi Abby.

A customer noticed a problem on our KBCH2000 power bank charger. On the box, it says that the Belkin charger have a 5000mAh and on the power bank it says 2900mAh.

Can you send this to the proper person who manage this?

Thanks for your help😄

Envoyé depuis mon téléphone intelligent Samsung Galaxy.


-------- Message d'origine --------
De : Gabrielle Groulx Boisvert <Gabrielle.Groulx_Boisvert@koodomobile.com>
Date : 17-12-13 12:10 PM (GMT-05:00)
À : Martin Otis <Martin.Otis@koodomobile.com>
Objet : Chargeur portatif Belkin : KBCH2000


Voilà la preuve , Merci à Claude avec ses yeux de chat d'avoir remarqué cela!

Je te l'ai encerclé car c'est écrit petit pas mal ... La description du sku : KBCH2000 dans le système indique aussi que cest 5000mah mais 2900mah sur la batterie elle même.  Les 10 000mah sont en réalité 6070mah sur les batteries...assez étrange.

Bonne journée

**Gabrielle Groulx-Boisvert | DIRECTRICE MAGASIN – 6874 LA GRANDE PLACE DES BOIS-FRANCS**

BELKIN_001082

C **819-740-7316** M **819-357-2654**

**CONFIDENTIAL**

**BELKIN_001083**