| | |
|---|---|
| **From:** | Kailee Loughlin |
| **Sent:** | Wednesday, August 15, 2018 1:40 PM PDT |
| **To:** | Jen Warren |
| **Subject:** | RE: Item code: BEF7U019BTBK |

Thanks for sending, Jen.

I will relay this to Charlie, so we're in sync with our messaging.

**From:** Jen Warren
**Sent:** Friday, August 10, 2018 2:48 PM
**To:** Kailee Loughlin <kailee.loughlin@belkin.com>; Nick Kalra <Nick.Kalra@belkin.com>; David DeMartra <David.DeMartra@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Item code: BEF7U019BTBK

Hi Kailee,

I realize you had your call already so sorry for the delay. Here was the version of the messaging that we were internally comfortable with:

Belkin has been in business for over 35 years and we strive to offer the best quality products available. This is a result of our longstanding commitment to quality, which is why we offer a 2-year warranty on all our power pack products. In addition, we offer a US $2,500 Consumer Equipment Warranty; this guarantees that we will repair or replace a connected device if it is damaged by an electrical charge while properly connected to the charger (subject to the terms and conditions of the warranty), up to a value of US $2,500.

The Pocket Power 5K power pack has a "rated power" of 5,000mAh. This refers to maximum battery cell capacity, and is indicated on the product package, consistent with industry practice. The power pack itself indicates the "measured power", which is an optional testing standard that refers to the minimum capacity (2,900mAh) under maximal charging conditions defined by UL certification 2056.

For further information, please see information on our online resource center at http://www.belkin.com/us/Resource-Center/portable-charging/.

Thanks and let me know if you have any questions!
Jen

**From:** Kailee Loughlin <kailee.loughlin@belkin.com>
**Date:** Wednesday, August 8, 2018 at 8:53 AM
**To:** Nick Kalra <Nick.Kalra@belkin.com>, David DeMartra <David.DeMartra@belkin.com>, Norbert von Boode <Norbert.vonBoode@belkin.com>, Jen Warren <Jen.Warren@belkin.com>
**Cc:** Kailee Loughlin <kailee.loughlin@belkin.com>
**Subject:** RE: Item code: BEF7U019BTBK

Hi Nick,

I have a call with Charlie this afternoon.

I want to make sure that my message is consistent with what Jen has been sharing. If you or her could provide appropriate talk tracks, I can make sure that the message is the same.

Thanks,
Kailee

**From:** Nick Kalra
**Sent:** Wednesday, August 08, 2018 8:44 AM
**To:** Kailee Loughlin <kailee.loughlin@belkin.com>; David DeMartra <David.DeMartra@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>; Jen Warren <Jen.Warren@belkin.com>
**Subject:** Re: Item code: BEF7U019BTBK

Hey Kailee,

Got a couple updates below. Cheers. - Nick

**Logo And Inventory** - I confirmed logo is updated on factory side, but there is still inventory with the old logo in IY.

**Getting Updated Inventory** - We can get teams (planning and Asia teams) to help direct new shipment to B&H.

**Finances** - As we discussed, we should avoid RMA and scrapping these power banks from the customer; as that will hurt finances. However, we should do an exchange. (I believe we did this with Rogers; Shraddha is a good contact to find out more.) . We will give this inventory to other customers since not everyone cares about the updated logo.

**B&H Current Inventory** - Please let us know the current inventory, by sku (if other than 5k) and colorway, for B&H. Will need this to get new inventory.

**Customer Response** - What is the talk track you are giving/gave to Charlie? We should make sure it is consistent to former talk points Jen Warren has given.

---

**From:** Nick Kalra
**Sent:** Monday, August 6, 2018 4:56:40 PM
**To:** Kailee Loughlin; David DeMartra; Norbert von Boode; Jen Warren
**Subject:** Re: Item code: BEF7U019BTBK

+Jen Warren

Hey Kailee,

How much inventory do they have? We may be able to transfer the product to other customers (I believe we did this with Rogers) since the product is functional.

I would avoid RMA product unless we absolutely have to.

I just checked product I just got from IY; it has an older logo. We may need to get planning involved to make sure they get the right product. (Ill check why there is still product like this in inventory.)

Jen- Keeping you in the loop.  We had another customer (like Rogers) that has older product with the rated capacity.

**From:** Kailee Loughlin
**Sent:** Monday, August 6, 2018 3:07:49 PM
**To:** Nick Kalra; David DeMartra; Norbert von Boode
**Cc:** Kailee Loughlin
**Subject:** RE: Item code: BEF7U019BTBK

Hi Nick,

B&H has removed inventory for the 5K in all stores.

Is updated packaging and product available in IY yet? We will likely RMA the old product, and ship them replacements. I am providing Charlie with a talk track to discuss with his merchants. You and I can talk more about it during our 1:1 tomorrow.

Thanks,
Kailee

**From:** Nick Kalra
**Sent:** Monday, August 06, 2018 2:55 PM
**To:** Kailee Loughlin <kailee.loughlin@belkin.com>; David DeMartra <David.DeMartra@belkin.com>; Norbert von Boode <Norbert.vonBoode@belkin.com>
**Subject:** Re: Item code: BEF7U019BTBK

Hey Kailee,

Yes, this was the old problem that was solve. Tt seems they have old-product.

Do we have have a plan on how we are managing this customer yet?

Cheers. - Nick

**From:** Kailee Loughlin
**Sent:** Monday, August 6, 2018 2:15:31 PM
**To:** Nick Kalra
**Cc:** Kailee Loughlin
**Subject:** FW: Item code: BEF7U019BTBK

Hi Nick,

Is the below issue in regards to the ETL/UL certification issues, or is this something different?

Thanks,
Kailee

**From:** Charlie Thomas
**Sent:** Monday, August 06, 2018 2:02 PM
**To:** David DeMartra <David.DeMartra@belkin.com>
**Cc:** Kailee Loughlin <kailee.loughlin@belkin.com>; Kristina Rouzan <Kristina.Rouzan@belkin.com>
**Subject:** FW: Item code: BEF7U019BTBK
**Importance:** High

Need your feedback on this, looks like they have done some research proving their concerns.

**From:** Chaim Fried [mailto:cfried@bhphoto.com]
**Sent:** Monday, August 06, 2018 4:01 PM
**To:** Charlie Thomas <Charlie.Thomas@belkin.com>
**Cc:** Abraham Perkowski <abrahmp@bhphoto.com>; Ronald Seifried <ronalds@bhphoto.com>
**Subject:** FW: Item code: BEF7U019BTBK
**Importance:** High

Charlie see below and let me know ASAP.

Thank you
Chaim Fried
212-239-7500 #2341

**From:** Abraham Perkowski
**Sent:** Monday, August 06, 2018 3:59 PM
**To:** Tim Chan <timcha@bhphoto.com>; Richard Stevens <larones@bhphoto.com>; Chaim Fried <cfried@bhphoto.com>; Ronald Seifried <ronalds@bhphoto.com>
**Cc:** Ephraim Mandel <ephiem@bhphoto.com>
**Subject:** Item code: BEF7U019BTBK

After receiving negative reviews from customers… we pulled an item from the warehouse & see that indeed the packaging is WRONG

Item max capacity for this model is 2900mAh.

**From:** Jonathan Santiago
**Sent:** Monday, August 06, 2018 3:54 PM

**To:** Abraham Perkowski <abrahmp@bhphoto.com>
**Cc:** Ephraim Mandel <ephiem@bhphoto.com>
**Subject:** RE: Can you check what the actual item states?

The info on the packaging doesn't match what's inside.
The box from stock says 5000mAh. On next to the barcode on the box it clearly shows the model number for this item.



CONFIDENTIAL

BELKIN_001102

The Instruction booklet from inside that same box shows max capacity for this model at 2900mAh

**CONFIDENTIAL**

**BELKIN_001103**

Risk of fire and burns. Do not open, crush, heat above 40° C or incinerate.
Do not short circuit. Avoid storage in direct sunlight.
Do not subject cells or batteries to mechanical shock.
Retain the original product literature for future reference.
Use only in the application for which it was intended Dispose of properly.
For indoor and dry location use only.

**Minimum Instructions for Use for Portable Power Banks**

a) The power bank will generate heat when charging. Always charge in a well ventilated area. Do not charge under pillows, blankets, or on flammable surfaces.
b) Keep the power bank away from heat sources, direct sunlight, combustible gas, humidity, water, or other liquids.
c) Do not disassemble, open, microwave, incinerate, paint, or insert foreign objects into the power bank.
d) Do not subject the power bank to mechanical shock such as crushing, bending, puncturing, or shredding. Avoid dropping or placing heavy objects on the power bank.
e) Do not short-circuit the power bank or store it in a receptacle where it may be short-circuited by other metallic or conductive objects.
f) Do not operate the power bank if it has been wet or otherwise damaged, to prevent against electric shock, explosion, and/or injury. Contact the dealer or authorized agent.
g) Power bank usage by children should be supervised.
h) Please read the operating instructions (including charging instructions and information on the minimum and maximum operating temperatures), supplied with this power bank.

Product type: Rechargeable power bank
Model no: F7U019
Ratings: Input: 5V ⎓ 2.0A; Output: 5V ⎓ 2.4A; Rated Capacity 2900mAh
Battery designation type: INP9/55/90-1
Operating conditions: 0° C to 40° C

(1) cet appareil ne peut pas provoquer d'interférences nuisibles et (2) cet appareil doit accepter toute interférence reçue, y compris les interférences pouvant entraîner un fonctionnement non désiré.

**Avertissement de la Federal Communications Commission (FCC)**

Cet appareil a été testé et satisfait aux limites établies pour les appareils numériques de classe B, conformément à l'alinéa 15 de la réglementation FCC. Ces limites ont été conçues de manière à assurer une protection raisonnable contre les interférences nuisibles au sein d'une installation domestique.

L'appareil génère, utilise et peut irradier une énergie de fréquence radio. S'il n'est pas installé et utilisé conformément aux instructions, il peut causer des interférences nuisibles sur le plan de la réception radio ou télévision. Toutefois, il n'est nullement garanti que des interférences ne se produiront pas dans certaines installations. Si cet équipement cause des interférences nuisibles sur le plan de la réception radio ou télévision, pouvant être déterminées en mettant l'appareil sous et hors tension, l'utilisateur est invité à tester et à corriger l'interférence en prenant une des mesures suivantes :

- Réorienter ou changer de place l'antenne de réception.
- Augmenter la distance entre l'appareil et le Récepteur.
- Connecter l'appareil à une prise située sur un circuit différent de celui sur lequel le récepteur est connecté.
- Consulter le revendeur ou un technicien radio/TV pour obtenir de l'aide.

**Attention :** Toute modification, de quelque nature que ce soit, non acceptée expressément par l'autorité en charge du respect de sa conformité aux normes en vigueur risquerait de vous priver du droit d'utiliser l'appareil.

**REMARQUE IMPORTANTE :**

**Canada-Industrie Canada (IC) :**

Cet appareil est conforme à la norme ICES-003 de la réglementation

And after some strong lighting and computer enhancement I found the info etched into the back panel of the item itself, also from inside that box… it says max capacity, 2900mAh

**CONFIDENTIAL**

**BELKIN_001105**



CONFIDENTIAL

BELKIN_001106

Thank You,



Jonathan Santiago
Content Photographer
400 Cedar Lane
Florence, NJ 08518
call: 212.239.7500 x2056
email: jonaths@bhphoto.com
www.bhphotovideo.com

CONFIDENTIALITY:  This email message (including attachments, if any) is confidential.  If you are not the intended recipient, please notify the sender immediately and delete this message.

**From:** Abraham Perkowski
**Sent:** Monday, August 6, 2018 1:00 PM
**To:** Jonathan Santiago <jonaths@bhphoto.com>
**Cc:** Ephraim Mandel <ephiem@bhphoto.com>
**Subject:** Can you check what the actual item states?

Does this need a writing bug?
Did the customer get the wrong item?

BEF7U019BTBK

Look photos I uploaded, I says 2900mAh on charger



Smartphones
Tablets
Tablettes
5000
mAh
Product type: Rechargeable power bank
Model no: F7U019
2900mAh
Operating conditions: 0° C to 40° C
Storage and Transport conditions: -10° C to 45° C
Product type: Rechargeable power bank
Model no: F7U020
6070mAh
Operating conditions: 0° C to 40° C
Storage and Transport conditions: -10° C to 45° C
5001583 Confirms to I.T.E.
Informations
Déclaration FCC
DÉCLARATION DE CONFORMITÉ À LA RÉGLEMENTATION FCC EN
MATIÈRE DE COMPATIBILITÉ ÉLECTROMAGNÉTIQUE




CONFIDENTIAL

BELKIN_001109