| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Tuesday, January 16, 2018 11:01 AM PST |
| **To:** | Jenny Lai; Mitchell Suckle; Claire Park |
| **CC:** | Evita Au; Bruce Kim; Norbert von Boode |
| **Subject:** | Re: F7U019/020/021 Capacity enquiry |

Hey Mitch - Was there a solution to modifying the regulatory print on the Pocket Powers (WORMs) since the low contrast made the print not easily visible?

Hey Jenny,

Today, I talked to Bruce about about this item.  To explain the difference in difference capacity, please use this PR approved response.

*"The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard."*

The capacity is tested, so there is no predictive variable on the % drop, it is just tested at that.  But it makes sense the bigger the battery, the bigger the potential for efficiency loss.

As this is an explanation, I am looking into a longer-term solution.  Please stayed tuned as I discuss with regulatory. Cheers. - Nick

**From:** Jenny Lai
**Sent:** Monday, January 8, 2018 1:25:22 AM
**To:** Nick Kalra
**Cc:** Evita Au; Bruce Kim
**Subject:** F7U019/020/021 Capacity enquiry

Hi Nick,

As talked to you before that we have some issue with the marking on battery pack (F7U019/F7U020/F7U021).
We are selling 5k/10k/15k but the marking on product is 2900/6070/7700mAh.

Here's the efficiency calculated according to the information on product:

| Part | Cell Capacity (mAh) | Printed Capacity (mAh) | Efficiency % |
|---|---|---|---|
| F7U019 | 5,000 | 2,900 | 58% |
| F7U020 | 10,000 | 6,070 | 60.7% |
| F7U021 | 15,000 | 7,700 | 51.33% |

As talked on the call, our efficiency is higher than that but would you please advise how we can explain or educate customers between our efficiency and the printed capacity efficiency?

Also, may I know why F7U021 15k efficiency is dropped to around 50%? 5k & 10k is around 60%....

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　BELKIN_000779

On the other hand, as we had complaints on the printed color on product. Have we finally changed to a color to make it more visible?

Please advise.

Thank you
Jenny Lai

CONFIDENTIAL BELKIN_000780