# Executive Summary
## MPP

**Financial Summary (YTD 04/2018)**

|        | FOB | SRP | GIM % | GP %  | Gross Sales | Net Sales |
|--------|-----|-----|-------|-------|-------------|-----------|
| Budget | n/a | n/a | n/a   | 22.5% | $9.2M       | $7.5M     |
| Actual | n/a | n/a | n/a   | 21.5% | $9.1M       | $7.6M     |

**Decision Deadline**
05/08/2018

**Ex-Factory Date**
n/a

**Go-Live Date**
5/22/2018

**Issue Escalation or Request**

Removing UL/ETL certifications from MPP product line.

**Business Summary**

For MPP category, we have been using optional UL/ETL certifications for a competitive advantage. However, it requires us to print text that shows our capacity as lower than our competitor.

**GPM Case or Recommendation**

- Remove UL/ETL certification
    - Optional cert originally used for competitive advantage (safety cert)
    - With new standards, hurts us to put power bank capacity rather than cell capacity (see "other notes" for definition)
- Currently, numerous customers are questioning our product
    - Canadian Telco (Roger) has quarantined Pocket Powers

**Risk Exposure**

- Loss of customers across the globe
- Increase rate of return

**Other Notes**

Cell capacity is the calculated capacity at industry standards. All vendors put this capacity on their package/marketing material. Power bank capacity, which UL/ETL requires us to put, is a measured lower capacity that takes into account more variables.

© 2018 Belkin International, Inc. Confidential information. Not for distribution or reproduction.

1