| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Wednesday, May 9, 2018 9:51 PM PDT |
| **To:** | Mathew Small |
| **CC:** | Norbert von Boode |
| **Subject:** | UL/ETL Certification for Power Banks |
| **Attachments:** | 05072018 - MPP - Regulatory Removal.pptx |

Hey Matt,

We would like to remove the UL/ETL certification from our power banks. This is something we have talk to regulatory about and they are okay on their side.

Belkin initially received this voluntary certification, which no specific country or customer requires, to leverage it as competitive advantage in quality over competitors. However, with the recent changes that mandates UL/ETL certified power banks to put both rated and cell capacity on the product, we've been creating a confusion with two different capacities communicated and receiving multiple inquiries on this from different customers across the globe. The latest inquiry was from Rogers, who ceased sales on our power banks and we're currently addressing this.

Wanted to brings this to your attention to see if you had any feedback. Please let me know.
Thank you. - Nick