

# Global Packaging Refresh Quantitative Study

belkin

Consumer Insights
April 2018

CONFIDENTIAL

# Table of Contents



| | |
|---|---|
| Background & Objectives | 3 |
| Methodology | 4 |
| Executive Summary | 5 |
| Recommendations | 6 |
| Results: | -- |
| I. Packaging Overview | 7 |
| II. Mobile Power Category Deep Dive | 18 |
| III. Shopping Behaviors and Preferences | 26 |
| IV. Brand Awareness & Perceptions | 38 |
| V. Demographics | 43 |
| Appendix | 48 |

CONFIDENTIAL

BELKIN_000160

# Background & Objectives



The Belkin Marketing team seeks to streamline and further elevate Belkin's packaging designs with a clearly defined logic and step-up strategy. This research was designed to meet the following objectives:

**Research Objectives**

- Understand how consumers differentiate between and shop for packages in store

- Understand the hierarchy of packaging elements and placement preferences for those elements

- Inform Belkin's packaging design moving forward to ensure cohesion across all product categories on a global level

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000161**

# Methodology

An online survey was conducted among N=2,800 smartphone owners in the US, the UK, France, Germany, Australia, Japan, and Korea in April 2018. Respondents were sourced through a nationally representative panel and those who completed the survey in its entirety received an incentive for their participation. The survey was kept blind so respondents did not know Belkin funded the research study.

**Target Audience**

- Decision maker of tech purchases
- 18 – 55 years old
- 50/50 gender split
- Smartphone owner

| Total | N=2,800 |
|---|---|
| US | 400 |
| UK | 400 |
| France | 400 |
| Germany | 400 |
| Australia | 400 |
| Japan | 400 |
| Korea | 400 |

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000162**

# Executive Summary

**Package Element Preferences**

Aside from the value of the product, consumers find compatibility information and technical specifications to be the most important elements on a smartphone accessory product package. Brand reputation is also highly important as this implies quality and durability. Consumers slightly prefer that compatibility information is communicated through a list of device models.

**Mobile Power Category Preferences**

Across all mobile power categories, consumers expect to see the product on the front of the package, either through a window or a photo, and want to see detailed product descriptions and explanations of how the product works on the back of the package. On the front of the package they prefer plastic windows to photos as being able to see the product helps them perceive its quality and help to assure them they are buying the correct product.

Consumers prefer that charging speed on wireless charging pad packages be communicated through hours/minutes. On power bank packages, consumers want to see data on charging speed – namely, how quickly it will charge their device and how long the power bank itself will take to recharge.

**Shopping Behaviors and Preferences**

Globally, the majority of consumers research products before going to a store to shop, primarily comparing products online, and 6 in 10 consumers spend time browsing the shelf when in store. While 4 in 10 always look at the sides/back of product packages before making a purchase, an equal number only interact with eye-catching packages or those that they want to compare.

When comparing packages of interest, clear technical specifications, brand, and price are the most influential drivers of decision-making. In determining which product is more premium, consumers look for high quality product photos and a window so that they can see the actual product.

**Brand Awareness and Perceptions**

Apple and Samsung lead globally in both unaided and aided brand awareness. While Belkin's unaided awareness is low and on par with Nokia, it leads competitors like Amazon Basics in aided awareness.

Belkin's smartphone accessory brand block is seen as useful, basic and ordinary. There is room for improvement on perceptions of quality, reliability, and premiumness.

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000163**

# Recommendations



**1**  Design packages in a **clean** and **simple** format to clearly showcase the elements that are important to consumers: compatibility and technical specifications

**2**  Highlight **compatibility** information via a list of device models on the front of the package to reassure consumers a product will work with their device

**3**  Communicate **charging speed** through hours/minutes on wireless charging pad packages and highlight data on increased charging speed (e.g., "40% faster) on power bank packages

**4**  Add a **window** to product packages to help increase trust in the product and perceptions of quality

**5**  Increase marketing efforts (beyond packaging) to improve perceptions of **quality**, **reliability**, and **premium**

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000164**



## Packaging Overview

CONFIDENTIAL

BELKIN_000165

# First Glance Package Elements – Open-Ended Feedback



When shopping in store for a smartphone accessory, consumers look first for technical specifications and compatibility information, followed by price and design.

*Base: Total US Respondents (n=400)*

**Coded Responses**



| | |
|---|---|
| Technical descriptions/specifications/features | **17%** |
| Compatibility information | **17%** |
| Price | **15%** |
| Design/color/material | **13%** |
| Quality/reliability/durability | **10%** |
| Brand | **9%** |
| Other | **4%** |
| Product image | **4%** |
| Window to see product | **2%** |
| Clean/simple packaging | **2%** |
| None/nothing/no code | **12%** |

*Q. When shopping for an smartphone accessory in a physical store, what is the **first thing** you look for on the product package? Why?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000166**

# Importance of Package Elements – High Importance



Global consumers find value and information on device compatibility and connector types to be the most important elements on a smartphone accessory package.

**Base: Total Respondents**
*Extremely/Very Important*

| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| Is a good value for the money | 83% | 85% | 80% | 79% | 86% | 84% | 83% | 82% |
| Tells me what device(s) it is compatible with | 82% | 86% | 83% | 82% | 75% | 90% | 81% | 74% |
| Tells me what connector types it uses | 73% | 79% | 72% | 73% | 71% | 77% | 74% | 66% |
| Has text descriptions to tell me how the product works | 69% | 70% | 64% | 76% | 70% | 70% | 66% | 67% |
| Has a plastic window so I can see the product | 65% | 70% | 63% | 73% | 59% | 70% | 62% | 61% |
| Has a photo of the actual product | 62% | 65% | 61% | 65% | 55% | 64% | 60% | 67% |
| Tells me the product comes with a warranty | 62% | 59% | 57% | 59% | 70% | 66% | 59% | 64% |
| Has images to show more detail about the product | 59% | 64% | 59% | 64% | 50% | 57% | 56% | 66% |
| Has photos/illustrations to show me how the product works | 59% | 64% | 57% | 62% | 53% | 63% | 59% | 59% |
| Has icons to illustrate key product features | 56% | 57% | 55% | 63% | 56% | 55% | 52% | 52% |

*Q. When looking at a smartphone accessory package at a physical store, how important or unimportant are each of the following to you?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

9

**CONFIDENTIAL**

**BELKIN_000167**

# Most Important Package Elements



Aside from value, global consumers find device compatibility and brand reputation to be the most important elements of a smartphone accessory package.

*Base: Rated 2+ Elements Extremely/Very Important*

| | Total (n=2,651) | USA (n=384) | UK (n=380) | France (n=370) | Germany (n=382) | Australia (n=384) | Japan (n=373) | Korea (n=378) |
|---|---|---|---|---|---|---|---|---|
| Is a good value for the money | 40% | 33% | 36% | 40% | 54% | 39% | 33% | 46% |
| Tells me what device(s) it is compatible with | 15% | 19% | 18% | 17% | 9% | 19% | 20% | 6% |
| Is made by a reputable brand | 12% | 18% | 19% | 3% | 8% | 17% | 12% | 9% |
| Has a plastic window so I can see the product | 4% | 4% | 4% | 7% | 3% | 5% | 3% | 3% |
| Has an appealing packaging design | 4% | 3% | 2% | 3% | 2% | 3% | 4% | 10% |
| Tells me the product comes with a warranty | 4% | 3% | 4% | 4% | 4% | 3% | 3% | 4% |
| Has an opening so I can touch the physical product | 3% | 2% | 3% | 2% | 3% | 1% | 3% | 4% |
| Tells me what connector types it uses | 2% | 2% | 1% | 3% | 4% | 2% | 3% | 1% |
| Has a photo of the actual product | 2% | 1% | 2% | 2% | 2% | 2% | 2% | 3% |
| Has an extra panel I can open containing more detailed information/images | 2% | 3% | 1% | 3% | 2% | 1% | 2% | 2% |
| Has data to support product features | 2% | 2% | 1% | 1% | 1% | 1% | 6% | 1% |
| Has icons to illustrate key product features | 2% | 2% | 1% | 2% | 2% | 1% | 2% | 1% |
| Has images to show more detail about the product | 2% | 0% | 2% | 2% | 1% | 1% | 3% | 3% |

*Note: Only elements with a global percentage of 1% or more are shown.*
Q. *You said the following are important to you when looking at a smartphone accessory package  in a physical store. Which is the **most important** to you?*
Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

10

BELKIN_000168

## Most Important Package Elements – Open-Ended Reasons for Selection

**belkin** business

Along with the desire to get a perceived good value out of their purchase, consumers want a quality product that they are absolutely sure will work with their device.

*Base: Total US Respondents (n=400)*



**Coded Responses**

| Response | % |
|---|---|
| Stay on budget/Want a good price/value | 24% |
| Want a quality product | 14% |
| Need to know if it will work with my device | 14% |
| Reputation/Trust | 11% |
| Need information to know what I'm buying /So I know it's the right product | 9% |
| Other | 9% |
| Want to see/feel what I'm buying | 7% |
| Nothing/Don't Know/No code | 16% |

*Even if I really like the packaging, price plays the key factor.*

*Reputable brands tend to make items that last longer.*

*I have to get a feel for the quality.*

*Q. You said this element is most important to you when looking at a smartphone accessory package in a physical store. Why?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

11

**CONFIDENTIAL**

**BELKIN_000169**

# Device Compatibility Preferences



About 4 in 10 global consumers prefer that compatibility be listed by specific device model, followed by device type. Compatibility listed by connector type is least preferred.

*Base: Total Respondents*



| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| Device model (e.g., iPhone 8, Galaxy S8, Pixel 2, etc.) | 42% | 45% | 42% | 40% | 38% | 46% | 38% | 46% |
| Device type (e.g., Apple, Samsung, Google, etc.) | 35% | 35% | 33% | 41% | 36% | 31% | 31% | 39% |
| Connector type (e.g., lightning, micro-USB, USB-C, etc.) | 23% | 20% | 25% | 19% | 27% | 24% | 31% | 15% |

*Q. Now, thinking about device compatibility, which of the following gives you confirmation that a product will work with your device?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

12

**CONFIDENTIAL**

**BELKIN_000170**

# Device Compatibility Preferences, Cont.



Among both those who prefer compatibility be shown through device type and those who prefer connector type, over half of consumers would also need to see a list of specific models. This preference is stronger in both groups in Australia, and stronger only among those who prefer device type in France.



**Base: Prefers Compatibility Listed by Device Type**

| | Total (n=982) | USA (n=140) | UK (n=133) | France (n=165) | Germany (n=143) | Australia (n=122) | Japan (n=124) | Korea (n=155) |
|---|---|---|---|---|---|---|---|---|
| I also need to see a list of models that includes my device | 56% | 48% | 56% | 66% | 55% | 65% | 48% | 55% |
| Device type alone is enough | 44% | 52% | 44% | 34% | 45% | 35% | 52% | 45% |

**Base: Prefers Compatibility Listed by Connector Type**

| | (n=641) | (n=79) | (n=100) | (n=76) | (n=106) | (n=95) | (n=124) | (n=61) |
|---|---|---|---|---|---|---|---|---|
| I also need to see a list of models that includes my device | 52% | 41% | 52% | 46% | 50% | 65% | 55% | 54% |
| Connector type alone is enough | 48% | 59% | 48% | 54% | 50% | 35% | 45% | 46% |

Q. Is device type (e.g., Apple, Samsung, Google, etc.) alone enough to give you confirmation that a product will work with your device, or do you also need to see a list of device models (e.g., iPhone 8, Galaxy S8, Pixel 2, etc.)?
Q. Is connector type (e.g., lightning, micro-USB, USB-C, etc.) alone enough to give you confirmation that a product will work with your device, or do you also need to see a list of device models (e.g., iPhone 8, Galaxy S8, Pixel 2, etc.)?

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

13

**BELKIN_000171**

# Importance of Package Elements – Lower Importance



Slightly more than half of global consumers find brand reputation and data to support product features to be important packaging elements. Brand reputation is particularly important to US and Australian consumers.

**Base: Total Respondents**
*Extremely/Very Important*

| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| Is made by a reputable brand | 55% | 69% | 60% | 31% | 42% | 66% | 57% | 61% |
| Has data to support product features | 52% | 58% | 45% | 49% | 45% | 48% | 60% | 59% |
| I am able to pick up/interact with the box | 50% | 65% | 55% | 38% | 37% | 58% | 34% | 63% |
| Has an extra panel I can open containing more detailed information/images | 47% | 52% | 45% | 49% | 41% | 42% | 45% | 60% |
| Has an opening so I can touch the physical product | 43% | 48% | 42% | 41% | 39% | 38% | 43% | 54% |
| Has an appealing packaging design | 40% | 41% | 37% | 41% | 33% | 34% | 39% | 54% |
| Is packaged in high quality materials | 40% | 50% | 41% | 51% | 28% | 32% | 27% | 48% |
| Is recommended by the store associate | 34% | 42% | 36% | 43% | 33% | 32% | 26% | 29% |
| Has award/endorsement badges | 33% | 38% | 31% | 26% | 37% | 24% | 32% | 40% |
| Shows product specifications in multiple languages | 29% | 37% | 33% | 36% | 28% | 22% | 19% | 28% |
| Has a QR code to find out more information about the product | 28% | 34% | 28% | 30% | 23% | 21% | 24% | 35% |



*Q. When looking at a smartphone accessory package at a physical store, how important or unimportant are each of the following to you?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

14

**CONFIDENTIAL**

**BELKIN_000172**

# Least Important Package Elements



Among those package elements consumers find less important, having product specifications in multiple languages and having a QR code are the least useful elements. Consumers in the US, UK, and Australia find these elements less important than other global consumers.

***Base: Rated 2+ Elements Not Very/Not at All Important***

| | Total (n=1,686) | USA (n=227) | UK (n=233) | France (n=221) | Germany (n=306) | Australia (n=257) | Japan (n=251) | Korea (n=191) |
|---|---|---|---|---|---|---|---|---|
| Shows product specifications in multiple languages | 17% | 35% | 29% | 10% | 7% | 30% | 6% | 7% |
| Has a QR code to find out more information about the product | 17% | 19% | 27% | 12% | 8% | 27% | 14% | 18% |
| Has an appealing packaging design | 7% | 9% | 7% | 5% | 7% | 8% | 8% | 8% |
| Is recommended by the store associate | 7% | 7% | 8% | 6% | 8% | 2% | 8% | 8% |
| Is packaged in high quality materials | 7% | 7% | 7% | 6% | 5% | 9% | 8% | 5% |
| Has award/endorsement badges | 6% | 6% | 6% | 6% | 6% | 5% | 8% | 6% |
| Has an opening so I can touch the physical product | 6% | 2% | 4% | 8% | 7% | 5% | 6% | 8% |
| Has an extra panel I can open containing more detailed information/images | 4% | 0% | 0% | 6% | 9% | 1% | 5% | 5% |
| I am able to pick up/interact with the box | 4% | 2% | 2% | 5% | 5% | 1% | 7% | 5% |
| Is made by a reputable brand | 3% | 3% | 2% | 6% | 4% | 3% | 2% | 4% |
| Has data to support product features | 3% | 2% | 1% | 4% | 6% | 2% | 3% | 1% |
| Has a photo of the actual product | 3% | 2% | 2% | 3% | 3% | 1% | 4% | 5% |

*Note: Only elements with a global percentage of 2% or more are shown.*
*Q. You said the following are important to you when looking at a smartphone accessory package in a physical store. Which is the **least important** to you?*
Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

15



# Sentiment Around Multiple Languages on Package – *Open Ended Reasons*

Consumers are split on whether or not product specifications should be shown in multiple languages on a smartphone accessory package. While about one third think they should only be shown in the country's native language, about 3 in 10 think having multiple languages is inclusive of non-native speakers and showcases a brand's international status.

*Base: Total US Respondents (n=400)*



**Coded Responses**

| | |
|---|---|
| Only need it in English/Only speak one language | **36%** |
| To serve people who speak other languages/Show it's an international brand | **27%** |
| It's not important/I don't pay attention to it | **9%** |
| Other | **7%** |
| Good/Overall positive | **6%** |
| Gives more information | **5%** |
| Don't Know/Nothing/No code | **16%** |

*Q. You said it is important/unimportant that product specifications are shown in multiple languages on a package. Why?*

16

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000174**

# QR Code Scanning Behavior



Almost 6 in 10 global consumers who find QR codes to be important report having ever scanned one. While this number is greater in the US and Korea, with two-thirds of consumers report having scanned a QR code, it is highest in Japan with nearly 8 in 10 consumers having ever scanned a code.

*Base: Rated QR Codes Extremely/Very Important*

| | Total (n=776) | USA (n=135) | UK (n=110) | France (n=119) | Germany (n=91) | Australia (n=85) | Japan (n=96) | Korea (n=140) |
|---|---|---|---|---|---|---|---|---|
| Yes | 57% | 67% | 42% | 36% | 60% | 47% | 77% | 69% |
| No | 43% | 33% | 58% | 64% | 40% | 53% | 23% | 31% |

*Q. You said having a QR code to find out more information about the product is important to you. Have you ever scanned a QR code on a smartphone accessory package?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000175**



# Mobile Power Category Deep Dive

CONFIDENTIAL

BELKIN_000176

# Package Element Placement Preferences – Wireless Charging Pads



When it comes to wireless charging pad packages, global consumers want to be able to see the product on the front of the package, preferring a plastic window over a photo or a physical opening. They prefer that detailed product descriptions and explanations of how it works be placed on the back of the package.

*Base: Total Respondents (n=1,128)*

|  | Front of Package | Back of Package | Side of Package | Inside an Extra Panel |
|---|---|---|---|---|
| A plastic window that shows the product | 72% | 13% | 9% | 6% |
| A photo of the actual product | 65% | 21% | 8% | 7% |
| An opening so I can touch the physical product | 58% | 14% | 17% | 11% |
| Information on device compatibility | 46% | 32% | 16% | 7% |
| Icons that illustrate key product features | 44% | 27% | 18% | 10% |
| Information on connector types | 44% | 32% | 17% | 7% |
| Information/data on how fast the product will charge my device | 43% | 30% | 17% | 10% |
| Detailed product images/illustrations | 32% | 39% | 10% | 19% |
| Lifestyle imagery to display a use case | 29% | 37% | 16% | 19% |
| Photos/illustrations to show me how the product works | 28% | 43% | 11% | 18% |
| A QR code to find out more information | 20% | 41% | 28% | 11% |
| A warranty claim | 19% | 41% | 14% | 26% |
| Comparison charts on speed of charging | 18% | 45% | 24% | 14% |
| Text descriptions to tell me how the product works | 16% | 50% | 13% | 20% |
| Detailed product descriptions | 15% | 53% | 10% | 22% |
| Detailed warranty information | 14% | 40% | 13% | 32% |

*Q. Thinking about wireless charging pad packages, please rank how important each of the following pieces of information is to you.*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000177**

# Wireless Charging Speed Communication Preferences



Globally, 6 in 10 consumers prefer to see charging speed stated in hours/minutes on a wireless charging pad package. This preference is stronger among German consumers.

*Base: Total Respondents*



| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| Using hours/minutes (e.g., "+30 hours") | 60% | 53% | 58% | 63% | 72% | 59% | 59% | 58% |
| Using percentages (e.g., "30% faster") | 26% | 26% | 23% | 26% | 21% | 25% | 26% | 34% |
| Using multiples (e.g., "5X longer") | 13% | 21% | 18% | 10% | 6% | 14% | 15% | 8% |

*Q. Thinking about wireless charging pad packages, how do you prefer to see charging speed communicated?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000178**

# Package Element Placement Preferences – Power Banks



When it comes to power bank packages, global consumers want to be able to see the product on the front of the package, preferring a plastic window over a photo or a physical opening. They prefer that detailed product descriptions and explanations of how it works be placed on the back of the package.

*Base: Total Respondents (n=1,110)*

|  | Front of Package | Back of Package | Side of Package | Inside an Extra Panel |
|---|---|---|---|---|
| A plastic window that shows the product | 73% | 12% | 8% | 7% |
| A photo of the actual product | 65% | 20% | 8% | 7% |
| An opening so I can touch the physical product | 59% | 13% | 19% | 9% |
| Information on device compatibility | 46% | 32% | 14% | 8% |
| Information/data on how fast the product will charge my device | 43% | 29% | 18% | 11% |
| Icons that illustrate key product features | 40% | 33% | 18% | 9% |
| Information on connector types | 40% | 33% | 20% | 7% |
| Detailed product images/illustrations | 34% | 37% | 10% | 20% |
| Lifestyle imagery to display a use case | 30% | 33% | 15% | 23% |
| Photos/illustrations to show me how the product works | 26% | 41% | 11% | 23% |
| Comparison charts on speed of charging | 20% | 42% | 20% | 18% |
| A QR code to find out more information | 20% | 41% | 27% | 12% |
| A warranty claim | 19% | 38% | 13% | 29% |
| Text descriptions to tell me how the product works | 17% | 49% | 13% | 20% |
| Detailed product descriptions | 17% | 53% | 10% | 21% |
| Detailed warranty information | 13% | 41% | 14% | 33% |

*Q. Thinking about power bank/portable power packages, please rank how important each of the following pieces of information is to you.*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000179**

# Power Bank Data Preferences



Globally, consumers find speed of charging information, both for their device and the power bank itself, to be more important than information on the number of hours it will add or number of time it will charge their device.

**Base: Total Respondents**
*Ranked 1 or 2*



| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| Shows me how quickly it will charge my device (e.g., "40% faster") | 58% | 60% | 53% | 53% | 61% | 59% | 63% | 60% |
| Shows me how long it will take to fully recharge after using it to charge my device | 53% | 52% | 50% | 56% | 38% | 59% | 46% | 70% |
| Shows me how many hours it will add to my device (e.g., "+30 hours") | 49% | 53% | 54% | 52% | 54% | 48% | 45% | 37% |
| Shows me the number of times it will fully charge my device (e.g., "up to three times") | 39% | 35% | 41% | 38% | 45% | 34% | 45% | 33% |

*Q. Thinking about power bank/portable power packages, please rank how important each of the following pieces of information is to you.*

22

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

# Package Element Placement Preferences – Car Chargers



When it comes to car charger packages, global consumers want to be able to see the product on the front of the package, preferring a plastic window over a photo or a physical opening. They prefer that detailed product descriptions and explanations of how it works be placed on the back of the package.

*Base: Total Respondents (n=1,120)*

| | Front of Package | Back of Package | Side of Package | Inside an Extra Panel |
|---|---|---|---|---|
| A plastic window that shows the product | 75% | 12% | 7% | 6% |
| A photo of the actual product | 65% | 20% | 7% | 7% |
| An opening so I can touch the physical product | 57% | 15% | 19% | 9% |
| Information on device compatibility | 45% | 33% | 14% | 8% |
| Icons that illustrate key product features | 43% | 28% | 19% | 10% |
| Information on connector types | 43% | 32% | 18% | 7% |
| Information/data on how fast the product will charge my device | 39% | 33% | 17% | 11% |
| Detailed product images/illustrations | 32% | 39% | 11% | 18% |
| Photos/illustrations to show me how the product works | 28% | 41% | 11% | 19% |
| Lifestyle imagery to display a use case | 26% | 37% | 15% | 21% |
| Comparison charts on speed of charging | 20% | 42% | 21% | 17% |
| A QR code to find out more information | 18% | 42% | 28% | 12% |
| Detailed product descriptions | 16% | 53% | 11% | 21% |
| Text descriptions to tell me how the product works | 16% | 52% | 13% | 20% |
| A warranty claim | 16% | 42% | 14% | 28% |
| Detailed warranty information | 13% | 41% | 13% | 33% |

*Q. Thinking about car charger packages, please rank how important each of the following pieces of information is to you.*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000181**



# Package Element Placement Preferences – Wall Chargers

When it comes to wall charger packages, global consumers want to be able to see the product on the front of the package, preferring a plastic window over a photo or a physical opening. They prefer that detailed product descriptions and explanations of how it works be placed on the back of the package.

*Base: Total Respondents (n=1,121)*

| | Front of Package | Back of Package | Side of Package | Inside an Extra Panel |
|---|---|---|---|---|
| A plastic window that shows the product | 74% | 12% | 8% | 5% |
| A photo of the actual product | 68% | 19% | 7% | 7% |
| An opening so I can touch the physical product | 56% | 16% | 18% | 10% |
| Information on device compatibility | 46% | 32% | 14% | 7% |
| Information on connector types | 43% | 30% | 19% | 8% |
| Information/data on how fast the product will charge my device | 41% | 29% | 18% | 11% |
| Icons that illustrate key product features | 41% | 32% | 17% | 9% |
| Detailed product images/illustrations | 31% | 40% | 11% | 19% |
| Lifestyle imagery to display a use case | 26% | 38% | 14% | 22% |
| Photos/illustrations to show me how the product works | 23% | 44% | 12% | 21% |
| A warranty claim | 20% | 38% | 14% | 29% |
| Comparison charts on speed of charging | 19% | 43% | 21% | 17% |
| A QR code to find out more information | 18% | 43% | 27% | 12% |
| Text descriptions to tell me how the product works | 17% | 52% | 12% | 19% |
| Detailed product descriptions | 16% | 55% | 9% | 20% |
| Detailed warranty information | 11% | 40% | 13% | 37% |

*Q. Thinking about wall charger packages, please rank how important each of the following pieces of information is to you.*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000182**

# Package Element Placement Preferences – Charging Cables



When it comes to charging cable packages, global consumers want to be able to see the product on the front of the package, preferring a plastic window over a photo or a physical opening. They prefer that detailed product descriptions and explanations of how it works be placed on the back of the package.

*Base: Total Respondents (n=1,121)*

|  | Front of Package | Back of Package | Side of Package | Inside an Extra Panel |
|---|---|---|---|---|
| A plastic window that shows the product | 76% | 11% | 7% | 6% |
| A photo of the actual product | 67% | 18% | 7% | 8% |
| An opening so I can touch the physical product | 60% | 13% | 18% | 9% |
| Information on device compatibility | 46% | 33% | 13% | 8% |
| Icons that illustrate key product features | 44% | 28% | 17% | 10% |
| Information/data on how fast the product will charge my device | 44% | 31% | 15% | 11% |
| Information on connector types | 42% | 32% | 17% | 9% |
| Detailed product images/illustrations | 35% | 39% | 10% | 17% |
| Photos/illustrations to show me how the product works | 30% | 40% | 12% | 18% |
| Lifestyle imagery to display a use case | 26% | 36% | 16% | 21% |
| A QR code to find out more information | 21% | 41% | 28% | 10% |
| A warranty claim | 19% | 39% | 13% | 28% |
| Comparison charts on speed of charging | 19% | 43% | 23% | 16% |
| Text descriptions to tell me how the product works | 18% | 51% | 13% | 19% |
| Detailed product descriptions | 17% | 55% | 10% | 18% |
| Detailed warranty information | 12% | 40% | 14% | 34% |

*Q. Thinking about charging cable packages, please rank how important each of the following pieces of information is to you.*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

25

**CONFIDENTIAL**

**BELKIN_000183**



## Shopping Behaviors & Preferences

CONFIDENTIAL

BELKIN_000184

# Pre-Shop Research Habits

Globally, 8 in 10 consumers do research before going into a store to purchase smartphone accessories.

*Base: Total Respondents*



| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| **Does Research (Net)*** | 84% | 84% | 83% | 82% | 86% | 75% | 84% | 92% |
| I do a lot of research | 31% | 36% | 23% | 24% | 42% | 24% | 26% | 42% |
| I do a little research | 53% | 49% | 60% | 58% | 44% | 51% | 57% | 50% |
| I don't do any research | 16% | 16% | 18% | 18% | 14% | 25% | 17% | 9% |

*Net: Aggregate of "I do a lot of research" and "I do a little research"*
*Q. How much research do you typically do before going to a physical store to purchase smartphone accessories?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

27

**CONFIDENTIAL**

**BELKIN_000185**

# Types of Research Done



Global consumers primarily look up/compare products online and search for information via a search engine when researching smartphone accessories. While Korean consumers tend to compare products online more than other consumers, US consumers tend to rely more on reviews and German consumers more often talk to friends and family members.



| | Total (n=2,340) | USA (n=337) | UK (n=330) | France (n=328) | Germany (n=344) | Australia (n=301) | Japan (n=334) | Korea (n=366) |
|---|---|---|---|---|---|---|---|---|
| Look up/compare products online | 62% | 55% | 58% | 55% | 67% | 55% | 68% | 74% |
| Search for products/information via a search engine | 55% | 53% | 49% | 52% | 56% | 58% | 59% | 57% |
| Read online consumer reviews | 44% | 56% | 49% | 34% | 42% | 27% | 48% | 48% |
| Talk to friends/family members | 42% | 42% | 39% | 34% | 52% | 46% | 32% | 50% |
| Visit the brand's website for product details | 39% | 46% | 44% | 34% | 37% | 42% | 40% | 31% |
| Read online consumer reviews on the manufacturer's website | 27% | 38% | 29% | 18% | 24% | 32% | 18% | 28% |
| Read articles on tech websites/blogs | 17% | 23% | 15% | 13% | 18% | 19% | 18% | 13% |
| Reach technology magazines or newspaper articles | 13% | 16% | 14% | 11% | 15% | 10% | 13% | 11% |

*Q. What type(s) of research do you do before going to a store to purchase smartphone accessories?*

28

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

# Pre-Shop Decision-Making Process



Globally, 6 in 10 consumers spend time browsing the shelf when shopping for a smartphone accessory. This tendency is even stronger among Japanese consumers, while fewer German consumers spend time browsing.

*Base: Total Respondents*

| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| **Spends time browsing the shelf in a physical store (Net)** | 60% | 52% | 53% | 62% | 54% | 57% | 77% | 64% |
| I go in the store with an idea of what I want and confirm/change my decision based on the selection on shelf | 43% | 35% | 36% | 43% | 45% | 38% | 57% | 48% |
| I go in the store with an idea of what I want and confirm my decision by asking the store associate for a recommendation | 22% | 25% | 24% | 26% | 16% | 24% | 12% | 27% |
| I go in without an idea of what I want and decide after browsing the selection on the shelf | 17% | 17% | 17% | 19% | 9% | 19% | 20% | 16% |
| I do research before going into the store and know what I want to purchase, so I don't spend time browsing | 13% | 18% | 17% | 5% | 25% | 16% | 11% | 4% |
| I go in the store without an idea of what I want and rely entirely on store associates' recommendations | 5% | 6% | 5% | 6% | 5% | 4% | 2% | 5% |

*\*Net: Aggregate of "I go into the store with an idea of what I want and confirm/change based on the selection on the shelf" and "I go in with an idea of what I want and decide after browsing the selection on the shelf"*

Q. *When planning to go to a physical store to buy a smartphone accessory, which of the following best describes you?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

29

# Browsing Behavior



4 in 10 global consumers always looks at a smartphone accessory package before making a purchase, while an equal number only interact with packages if they are comparing two similar products or a package is particularly eye-catching.

*Base: Browses Shelf Before Purchasing*

| | Total (n=1,672) | USA (n=208) | UK (n=211) | France (n=249) | Germany (n=216) | Australia (n=227) | Japan (n=305) | Korea (n=256) |
|---|---|---|---|---|---|---|---|---|
| I always look at the sides/back of the package before purchasing, even if I have done research beforehand | 40% | 46% | 42% | 24% | 43% | 48% | 43% | 34% |
| I only pick up packages to look at the sides/back if there are two similar products I want to compare | 20% | 19% | 12% | 27% | 20% | 15% | 21% | 23% |
| I pick up packages that catch my eye to look at the sides/back | 19% | 18% | 24% | 18% | 16% | 18% | 20% | 21% |
| I don't spend much time looking, I just pick a style I like and purchase it | 13% | 9% | 14% | 18% | 8% | 15% | 13% | 13% |
| I don't spend much time looking, I just pick one made by a brand I know/trust and purchase it | 8% | 7% | 7% | 13% | 11% | 6% | 3% | 9% |

*Q. You said you decide based on the selection on the shelf when deciding what smartphone accessory to purchase. Which of the following best describes how you make your decision?* 30

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

# Package Comparison Points



When comparing two or more similar smartphone accessories in store, consumers primarily use clearly listed technical specifications, brand, and price to decide which to purchase.

*Base: Total Respondents*



| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| The one that most clearly states the product's technical specifications | 38% | 36% | 34% | 36% | 40% | 41% | 39% | 42% |
| The brand I know/trust | 34% | 36% | 40% | 31% | 35% | 35% | 28% | 32% |
| Whichever is cheaper/on sale | 34% | 30% | 34% | 29% | 33% | 40% | 35% | 35% |
| Whichever has better online reviews | 24% | 24% | 23% | 16% | 22% | 15% | 29% | 37% |
| The one that most clearly describes how to use the product through text | 19% | 15% | 19% | 26% | 20% | 14% | 22% | 16% |
| Whatever the store associate recommends | 12% | 9% | 11% | 18% | 12% | 9% | 13% | 15% |
| Whichever package has the most appealing aesthetics | 12% | 12% | 11% | 9% | 9% | 10% | 15% | 20% |
| The one that most clearly shows how to use the product through photos | 12% | 13% | 11% | 10% | 12% | 11% | 13% | 14% |
| The one that most clearly shows how to use the product through drawings | 11% | 12% | 10% | 13% | 11% | 8% | 10% | 13% |
| The product that comes in a more premium-looking package | 10% | 8% | 10% | 12% | 7% | 6% | 9% | 17% |
| The one that has award/endorsement badges on the package | 9% | 10% | 10% | 7% | 11% | 6% | 11% | 10% |
| The one in the smaller package | 4% | 6% | 4% | 4% | 5% | 1% | 3% | 3% |
| I buy the one in the larger package | 3% | 6% | 4% | 3% | 3% | 3% | 2% | 5% |

*Q. When comparing two or more similar smartphone accessories products in store, which of the following factors do you use to choose which you will purchase?*

31

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

# Most Influential Comparison Point



Clear technical specifications, followed closely by price and brand, is the most influential factor consumers use to decide between two similar products in store.

*Base: Total Respondents*

| | Total (n=2,800) | 🇺🇸 USA (n=400) | 🇬🇧 UK (n=400) | 🇫🇷 France (n=400) | 🇩🇪 Germany (n=400) | 🇦🇺 Australia (n=400) | 🇯🇵 Japan (n=400) | 🇰🇷 Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| The one that most clearly states the product's technical specifications | 24% | 25% | 18% | 24% | 25% | 27% | 23% | 27% |
| Whichever is cheaper/on sale | 20% | 16% | 19% | 17% | 22% | 28% | 21% | 19% |
| The brand I know/trust | 17% | 19% | 25% | 17% | 18% | 18% | 11% | 12% |
| Whichever has better online reviews | 11% | 13% | 9% | 6% | 10% | 8% | 16% | 14% |
| I buy whatever the store associate recommends | 6% | 3% | 6% | 9% | 3% | 5% | 7% | 6% |
| The one that most clearly describes how to use the product through text | 6% | 5% | 6% | 8% | 7% | 4% | 6% | 4% |
| Whichever package has the most appealing aesthetics | 4% | 3% | 5% | 3% | 2% | 3% | 6% | 6% |
| The one that most clearly shows how to use the product through photos | 3% | 4% | 3% | 4% | 3% | 3% | 2% | 3% |
| The product that comes in a more premium-looking package | 3% | 4% | 2% | 5% | 2% | 1% | 2% | 5% |
| The one that most clearly shows how to use the product through drawings | 3% | 2% | 3% | 4% | 3% | 2% | 2% | 3% |
| The one that has award/endorsement badges on the package | 2% | 2% | 2% | 3% | 2% | 1% | 4% | 1% |
| The one in the smaller package | 1% | 2% | 1% | 2% | 2% | 0% | 1% | 1% |
| The one in the larger package | 1% | 2% | 1% | 1% | 1% | 0% | 0% | 1% |

*Q. Which factor is most influential when deciding between two or more similar smartphone accessories products to purchase?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

32

**CONFIDENTIAL**

**BELKIN_000190**

# Technical Specification Preferences



Among those who use technical specifications to decide between two similar products, nearly two-thirds of consumers prefer that these specifications are displayed as simple icons with a little bit of text.

***Base: Buys Product with Clearest Technical Specifications***

| | Total (n=674) | USA (n=101) | UK (n=70) | France (n=97) | Germany (n=100) | Australia (n=107) | Japan (n=92) | Korea (n=107) |
|---|---|---|---|---|---|---|---|---|
| Simple images/icons with a little bit of text | 65% | 55% | 63% | 70% | 72% | 67% | 62% | 65% |
| Simple images/icons with a lot of text | 33% | 47% | 34% | 25% | 24% | 34% | 38% | 32% |
| No images/icons, just text | 5% | 4% | 6% | 7% | 8% | 3% | 5% | 5% |
| Simple images/icons with no text | 4% | 7% | 4% | 2% | 4% | 5% | 4% | 3% |



*Q. You said you buy the product that most clearly states the product's technical specifications (e.g. compatibility, charging speed, etc.). How do you prefer that these specifications are shown?*

33

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

BELKIN_000191

# Product Description Preferences

Among those who use product descriptions to decide between two similar products, consumers find simple text descriptions of how the product works and information about device compatibility to be the most important pieces of information.

*Base: Buys Product with Best Descriptions (n=154)*



Simple descriptions of how the product works — **53%**

Information about which devices it is compatible with — **47%**

Technical descriptions of how the product works — **42%**

Descriptions of the product being used in real-life scenarios — **32%**

*Note: Insufficient base to read out by country.*
*Q. You said you buy the product that most clearly describes how to use the product. What types of descriptions best help you understand how to use the product?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

34

**CONFIDENTIAL**

**BELKIN_000192**

# Product Image Preferences

Among those who use product images to decide between two similar products, consumers find lifestyle imagery, illustrations, and product photos to be equally useful, followed closely by illustrations of the inside of the product.

*Base: Buys Product with Best Images (n=155)*



*Note: Insufficient base to read out by country.*
*Q. You said you buy the product that most clearly illustrates how to use the product. What types of illustrations/images best help you understand how to use the product?*
Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000193**

# Perceptions of Premium Packaging

Globally, high-quality product photos, a window that shows the actual product, and compact packages indicate to consumers that a package is premium.

**Base: Buys Most Premium-Looking Product (n=80)**



| | |
|---|---|
| Has high-quality photos of the product | 38% |
| Has a window so I can see the actual product | 31% |
| Comes in a compact package | 29% |
| The front of the box shows important technical information | 25% |
| The design uses primarily bright/light colors | 23% |
| Has an extra panel to show more detailed product information/images | 21% |
| Has an opening to touch the physical product | 20% |
| Has a glossy finish | 16% |
| Has a matte finish | 16% |
| The design uses primarily dark colors | 16% |
| Is made of a thick material (e.g. cardboard) | 14% |
| Is made of a lightweight material (e.g. cardstock) | 10% |
| The front of the box has a minimalist design | 9% |

*Note: Insufficient base to read out by country.*
*Q. You said you buy the product that comes in a more premium-looking package. In your opinion, what makes a package look/feel premium?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000194**

# Perceptions of Premium Packaging – Within Brand



When comparing two or more similar products made by the same brand, global consumers perceive that more premium products have a window that shows the actual product, an extra panel with more detailed information/images, and high-quality product photos.

*Base: Total Respondents*

| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| Has a window so I can see the actual product | 41% | 43% | 40% | 42% | 46% | 49% | 37% | 30% |
| Has an extra panel to show more detailed product information/images | 28% | 29% | 25% | 20% | 30% | 29% | 32% | 30% |
| Has high-quality photos of the product | 27% | 32% | 29% | 27% | 27% | 25% | 24% | 24% |
| Has a compact size/design | 21% | 16% | 24% | 14% | 19% | 17% | 24% | 34% |
| Has an opening to touch the physical product | 19% | 19% | 20% | 14% | 21% | 17% | 20% | 21% |
| Has a higher price | 16% | 17% | 22% | 6% | 22% | 18% | 17% | 8% |
| Has a special name (e.g., "Power Cord" vs. "Power Cord Plus") | 12% | 12% | 12% | 17% | 12% | 11% | 11% | 7% |
| Has a glossy finish | 11% | 12% | 17% | 6% | 9% | 9% | 11% | 14% |
| Has a matte finish | 11% | 11% | 13% | 7% | 10% | 10% | 10% | 13% |
| The design uses primarily bright/light colors | 10% | 12% | 11% | 6% | 11% | 5% | 10% | 16% |
| The front of the box has a minimalist design | 9% | 8% | 10% | 6% | 10% | 8% | 7% | 18% |
| Is made of a lightweight material (e.g. cardstock) | 9% | 8% | 9% | 7% | 8% | 9% | 12% | 14% |
| Is made of a thick material (e.g. cardboard) | 9% | 13% | 9% | 8% | 10% | 8% | 3% | 11% |
| The design uses primarily dark colors | 7% | 10% | 9% | 5% | 7% | 6% | 7% | 9% |

*Q. When comparing two or more similar smartphone accessories made by the same brand in store, what about the package helps you to determine which is more premium?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

37

BELKIN_000195



## Brand Awareness & Perceptions

BELKIN_000196

# Unaided Brand Awareness

Globally, Apple and Samsung are the most top-of-mind smartphone accessory brands. Belkin's unaided awareness is low at 3%, on par with Nokia.

*Base: Total Respondents (n=2,800)*



**Coded Responses**

| Brand | % |
|---|---|
| Apple | 22% |
| Samsung | 22% |
| Sony | 6% |
| None/Don't know/Don't remember | 4% |
| LG | 4% |
| Nokia | 3% |
| Belkin | 3% |
| Otterbox | 2% |
| Hama | 2% |
| Huawei | 2% |
| Other | 16% |

*Q. Thinking about brands of smartphone accessories, what brands come to mind?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000197**

# Aided Brand Awareness



Globally, Apple, Samsung, Sony, and Google dominate brand awareness in the smartphone accessories space. Belkin leads Amazon Basics, with over half of global consumers aware of the brand. Awareness of Belkin is much higher in the US, UK, and Australia than in other countries, and is particularly low in Japan.

*Base: Total Respondents*



| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| Apple | 96% | 99% | 97% | 93% | 92% | 99% | 97% | 98% |
| Samsung | 95% | 98% | 97% | 96% | 95% | 98% | 81% | 97% |
| Sony | 94% | 96% | 97% | 89% | 92% | 93% | 96% | 95% |
| Google | 91% | 96% | 95% | 78% | 89% | 92% | 92% | 93% |
| Belkin | 56% | 79% | 70% | 47% | 42% | 75% | 25% | 54% |
| Amazon Basics | 51% | 68% | 56% | 40% | 45% | 31% | 52% | 63% |
| Softbank | 44% | 38% | 33% | 25% | 30% | 21% | 95% | 64% |
| Xiaomi | 35% | 34% | 36% | 32% | 27% | 23% | 24% | 73% |
| Anker | 33% | 43% | 39% | 22% | 27% | 20% | 40% | 42% |
| iHome | 31% | 69% | 28% | 24% | 23% | 16% | 23% | 38% |
| Juice | 30% | 44% | 45% | 18% | 20% | 25% | 22% | 38% |
| Nomad | 30% | 36% | 27% | 42% | 17% | 19% | 24% | 43% |

*Note: See appendix for remaining brands.*
*Q. Please tell us your familiarity with each of the following brands of smartphone accessories.*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

CONFIDENTIAL

BELKIN_000198

# Fast-Charging Technology Awareness



Globally, the most well-known fast-charging technologies are Samsung Adaptive Fast Charge and Apple Fast Charging, likely due to the inclusion of the brand name.

*Base: Buys Product with Best Descriptions*

| | Total (n=2,340) | USA (n=337) | UK (n=330) | France (n=328) | Germany (n=344) | Australia (n=301) | Japan (n=334) | Korea (n=366) |
|---|---|---|---|---|---|---|---|---|
| Samsung Adaptive Fast Charge | 34% | 39% | 30% | 33% | 36% | 27% | 13% | 63% |
| Apple Fast Charging | 32% | 34% | 37% | 23% | 30% | 30% | 29% | 42% |
| Fast Charging | 22% | 39% | 34% | 9% | 16% | 32% | 7% | 15% |
| Quick Charge | 21% | 27% | 25% | 18% | 15% | 16% | 23% | 21% |
| Huawei SuperCharge | 15% | 11% | 16% | 13% | 22% | 9% | 13% | 23% |
| Motorola TurboPower | 13% | 17% | 12% | 7% | 14% | 8% | 8% | 25% |
| Power Delivery | 12% | 14% | 13% | 11% | 12% | 7% | 10% | 13% |
| Qi | 9% | 9% | 12% | 7% | 8% | 6% | 17% | 7% |
| Mophie Charge Force | 6% | 14% | 7% | 3% | 3% | 2% | 5% | 7% |
| One Plus Dash Charge | 5% | 7% | 8% | 4% | 5% | 2% | 3% | 7% |
| None of these | 36% | 24% | 32% | 45% | 41% | 41% | 50% | 21% |

*Q. Before today, which of the following have you heard of?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

41

**CONFIDENTIAL**

**BELKIN_000199**

# Brand Block Evaluation – Top 10 Attributes



Global consumers feel that Belkin's smartphone accessories brand block looks useful, basic, and ordinary.

*Base: Total Respondents*



| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| Useful | 37% | 38% | 40% | 38% | 43% | 39% | 27% | 32% |
| Basic | 32% | 31% | 27% | 31% | 29% | 26% | 34% | 46% |
| Ordinary | 30% | 23% | 22% | 27% | 39% | 18% | 42% | 40% |
| Good value | 24% | 30% | 29% | 34% | 30% | 27% | 7% | 13% |
| Reliable | 24% | 26% | 28% | 23% | 25% | 32% | 14% | 21% |
| High quality | 22% | 30% | 27% | 16% | 22% | 25% | 19% | 14% |
| Trendy | 15% | 18% | 15% | 22% | 21% | 15% | 10% | 9% |
| Cool | 15% | 22% | 17% | 17% | 12% | 15% | 14% | 9% |
| Premium | 14% | 21% | 19% | 11% | 12% | 17% | 9% | 13% |
| Innovative | 13% | 22% | 17% | 11% | 15% | 15% | 7% | 7% |

*Note: See appendix for remaining attribute ratings.*
*Q. Looking at the family of products shown in the image below, which words would you use to describe the image?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

42

**CONFIDENTIAL**

**BELKIN_000200**



# Demographics

BELKIN_000201

# Audience Demographics

| | Total (n=2,340) | USA (n=337) | UK (n=330) | France (n=328) | Germany (n=344) | Australia (n=301) | Japan (n=334) | Korea (n=366) |
|---|---|---|---|---|---|---|---|---|
| **Age** | | | | | | | | |
| 18-24 | 9% | 10% | 11% | 8% | 19% | 8% | 6% | 4% |
| 25-34 | 27% | 40% | 26% | 24% | 21% | 27% | 28% | 20% |
| 35-44 | 32% | 27% | 31% | 33% | 25% | 32% | 32% | 44% |
| 45-54 | 32% | 24% | 33% | 35% | 35% | 34% | 35% | 32% |
| Avg. Age | 38 | 36 | 38 | 39 | 37 | 39 | 39 | 40 |
| **Gender** | | | | | | | | |
| Male | 49% | 50% | 48% | 50% | 49% | 45% | 52% | 51% |
| Female | 51% | 50% | 52% | 50% | 51% | 56% | 49% | 50% |
| **Technology Profile** | | | | | | | | |
| Innovator | 16% | 30% | 18% | 15% | 13% | 10% | 9% | 17% |
| Early adopter | 16% | 15% | 19% | 15% | 14% | 14% | 12% | 22% |
| Early majority | 49% | 42% | 47% | 50% | 49% | 54% | 60% | 45% |
| Late majority | 15% | 12% | 15% | 13% | 19% | 18% | 13% | 12% |
| Laggard | 4% | 2% | 1% | 7% | 5% | 4% | 7% | 4% |
| **Smartphone Type** | | | | | | | | |
| iPhone | 35% | 37% | 43% | 24% | 29% | 46% | 49% | 21% |
| Android | 63% | 63% | 55% | 74% | 69% | 53% | 51% | 79% |
| Other | 1% | 0% | 3% | 3% | 3% | 1% | 0% | 0% |

44

**BELKIN_000202**

# Audience Demographics



|  | Total (n=2,340) | USA (n=337) | UK (n=330) | France (n=328) | Germany (n=344) | Australia (n=301) | Japan (n=334) | Korea (n=366) |
|---|---|---|---|---|---|---|---|---|
| **Marital Status** |  |  |  |  |  |  |  |  |
| Single | 34% | 29% | 34% | 33% | 40% | 33% | 39% | 30% |
| Married | 46% | 51% | 40% | 37% | 30% | 41% | 54% | 66% |
| With significant other | 13% | 10% | 19% | 23% | 20% | 17% | 1% | 2% |
| Separated | 1% | 2% | 1% | 1% | 2% | 4% | 0% | 0% |
| Divorced | 6% | 8% | 5% | 5% | 8% | 5% | 6% | 2% |
| Widowed | 1% | 1% | 1% | 0% | 1% | 1% | 1% | 1% |
| **Household Size** |  |  |  |  |  |  |  |  |
| 1 | 17% | 13% | 15% | 22% | 28% | 14% | 15% | 15% |
| 2 | 24% | 26% | 26% | 24% | 29% | 27% | 20% | 16% |
| 3 | 26% | 25% | 24% | 22% | 21% | 24% | 30% | 34% |
| 4 | 23% | 23% | 25% | 24% | 16% | 21% | 23% | 27% |
| 5 or more | 10% | 13% | 9% | 9% | 6% | 14% | 12% | 9% |
| **Parent or Guardian of Minor** |  |  |  |  |  |  |  |  |
| Yes | 55% | 61% | 58% | 65% | 38% | 55% | 47% | 61% |
| No | 44% | 39% | 42% | 33% | 61% | 44% | 52% | 39% |

*\* Ethnicity only asked in United States.*

45

**BELKIN_000203**

# Audience Demographics

| | Total (n=2,340) | USA (n=337) | UK (n=330) | France (n=328) | Germany (n=344) | Australia (n=301) | Japan (n=334) | Korea (n=366) |
|---|---|---|---|---|---|---|---|---|
| **Education** | | | | | | | | |
| Some high school | 7% | 2% | 6% | 6% | 23% | 10% | 2% | 0% |
| High school graduate | 23% | 22% | 19% | 26% | 23% | 24% | 36% | 10% |
| Some college | 13% | 20% | 25% | 15% | 3% | 20% | 5% | 3% |
| Associate's degree | 10% | 9% | 6% | 3% | 29% | 8% | 6% | 7% |
| Bachelor's degree | 31% | 29% | 28% | 21% | 9% | 28% | 38% | 66% |
| Master's degree | 11% | 13% | 10% | 18% | 10% | 9% | 8% | 11% |
| Doctoral degree | 2% | 1% | 2% | 3% | 2% | 1% | 1% | 2% |
| Professional degree | 3% | 5% | 5% | 7% | 1% | 1% | 4% | 2% |
| **Employment Status** | | | | | | | | |
| Employed full-time | 57% | 54% | 55% | 70% | 49% | 46% | 58% | 69% |
| Employed part-time | 13% | 14% | 16% | 7% | 19% | 19% | 13% | 6% |
| Self-employed | 7% | 7% | 7% | 4% | 5% | 7% | 10% | 10% |
| Unemployed | 6% | 9% | 8% | 9% | 8% | 6% | 3% | 4% |
| Stay-at-home parent | 9% | 11% | 9% | 5% | 3% | 12% | 13% | 8% |
| Student | 6% | 4% | 6% | 5% | 12% | 6% | 5% | 3% |
| Retired | 2% | 2% | 1% | 0% | 5% | 4% | 0% | 0% |

CONFIDENTIAL

BELKIN_000204

# Audience Demographics



|  | USA (n=400) |
|---|---|
| **Ethnicity** | |
| Less than $15,000 | 9% |
| $15,000 - $24,999 | 11% |
| $25,000 - $34,999 | 11% |
| $35,000 - $49,999 | 17% |
| $50,000 - $74,999 | 17% |
| $75,000 - $99,999 | 17% |
| $100,000 - $149,999 | 12% |
| $150,000 or more | 7% |
| **Household Income** | |
| Caucasian | 57% |
| Latino | 2% |
| African American | 1% |
| Pacific Islander | 2% |
| Native/Alaskan American | 0% |
| Asian American | 7% |
| Mixed ethnicity | 4% |
| Other | 28% |

47

**BELKIN_000205**

# Appendix

BELKIN_000206

# Aided Brand Awareness, Cont.

belkin
business

Globally, Belkin has higher brand awareness than brands such as Vivitar, Just Wireless, and Blackweb.

**Base: Total Respondents**

| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| Belkin | 56% | 79% | 70% | 47% | 42% | 75% | 25% | 54% |
| Vivitar | 27% | 53% | 36% | 21% | 15% | 16% | 18% | 34% |
| Just Wireless | 27% | 41% | 29% | 23% | 24% | 19% | 20% | 36% |
| Blackweb | 25% | 37% | 27% | 21% | 17% | 17% | 21% | 39% |
| myCharge | 25% | 38% | 25% | 21% | 21% | 15% | 19% | 35% |
| Mophie | 25% | 43% | 26% | 16% | 15% | 15% | 19% | 38% |
| Aukey | 24% | 31% | 24% | 20% | 19% | 13% | 23% | 35% |
| ZAGG | 23% | 40% | 24% | 15% | 17% | 12% | 19% | 35% |
| Muvit | 22% | 29% | 22% | 25% | 15% | 13% | 19% | 34% |
| Tzumi Electronics | 21% | 33% | 24% | 15% | 15% | 12% | 19% | 34% |
| Native Union | 21% | 26% | 21% | 18% | 16% | 11% | 17% | 36% |
| ESI | 20% | 28% | 22% | 15% | 15% | 10% | 18% | 34% |

*Note: Only elements with a global percentage of 1% or more are shown.*
*Q. You said the following are important to you when looking at a smartphone accessory package in a physical store. Which is the **most important** to you?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

49

# Brand Block Evaluation – Additional Attributes



Belkin's family of smartphone accessory products is not strongly associated with negative attributes such as being outdated or low quality, though there is room for improvement on being seen as unique.

*Base: Total Respondents*



| | Total (n=2,800) | USA (n=400) | UK (n=400) | France (n=400) | Germany (n=400) | Australia (n=400) | Japan (n=400) | Korea (n=400) |
|---|---|---|---|---|---|---|---|---|
| Unimaginative | 10% | 12% | 11% | 5% | 9% | 10% | 16% | 7% |
| Unique | 8% | 18% | 11% | 3% | 6% | 8% | 5% | 7% |
| Boring | 8% | 11% | 9% | 2% | 8% | 11% | 5% | 8% |
| Fun | 7% | 14% | 9% | 4% | 1% | 6% | 9% | 5% |
| Dated | 6% | 4% | 5% | 1% | 3% | 4% | 22% | 4% |
| Cheap | 6% | 7% | 8% | 3% | 4% | 5% | 7% | 7% |
| Confusing | 5% | 5% | 7% | 3% | 4% | 6% | 5% | 7% |
| Low quality | 3% | 5% | 5% | 2% | 2% | 4% | 2% | 2% |
| Outdated | 2% | 2% | 3% | 2% | 2% | 3% | 1% | 5% |

*Q. Looking at the family of products shown in the image below, which words would you use to describe the image?*

Confidential property of Belkin International, Inc. Unlawful to copy or reproduce in any manner without the express written consent of Belkin International, Inc.

**CONFIDENTIAL**

**BELKIN_000208**

Thank you!

CONFIDENTIAL

BELKIN_000209