| PGM02791 | PAGE 1 |
|---|---|
| WORM | |

| Project Objective | |
|---|---|
| Differentiation | ✓ |
| Neutralization | ✓ |
| First to Market | |
| Cost Leadership | ✓ |



## Project WORM
## PGM02791 – BATTERY PACKS

**Product Manager:** Fred Gransee
**Product Dev. Manager:** Edward Leu

## Release Notes

| Release | Date | Author | Notes |
|---|---|---|---|
| 1.0 | 11/21/2016 | Edward L. | Initial Draft. |
| 2.0 | 12/15/2106 | Edward L. | Update on estimated product dimensions, clarify green LED wavelength. Clarify 2.4A input. Update Product Manager name. Add Program Number. |
| 3.0 | 01/12/2017 | Edward L. | Update from 4k/8k/12k to 5k/10k/15k. Add FPO images. Clarify MFI, Charge-Pass Thru, and Auto-Detect Features. Update use cases for headphones, wearables, speakers, drones, tablets, and computers. |
| 4.0 | 02/02/2017 | Edward L. | Add models for compatibility (nano Drone Parrot, LG Level headphones, etc.…) |
| 5.0 | 04/17/2017 | Edward L. | Remove India and Indonesia from Regulatory Compliance requirements. |

# SUMMARY
## Description
Instructions: Write a short paragraph that describes *what* this product is. This statement should be derived from and supported by the PVP document.

**Objective:**
*Expand our portable power accessory offering and leverage our battery pack capabilities. Continue to grow and gain market share in portable charging market by growing and elaborating on fast charging, multi-device, portability and safety story.*

**Target Market:**
*Smartphone / Tablet Users, BT Headphones / BT Speakers, Action Cameras /*
*Retailers: Walmart, Target, Media Markt, Dixon, JB Hifi, Belkin.com*

**Key Product Features:**

| | WORM 1 | WORM 2 | WORM 3 |
|---|---|---|---|
| Capacity | 5000mAh | 10,000mAh | 15,000mAh |
| Battery Type | Polymer | | |
| Output Port | 1 USB-A | 2 USB-A | 2 USB-A |
| Output Amps | 2.4A | 2.4A (shared) | 3.4A (shared) |
| Input Port | Micro-USB | | |
| Input Amps | 2.4A* (See Section 2.03) | | |
| Cable | 6" micro-USB male to USB-A male | | |
| LED | 4-LED indicator | | |
| Housing | Plastic - PC | | |

**Product Life:** 2-3 years

**Warranty:** 2 year limited warranty. CEW.

**Estimated Annual Forecast: 650k total** (includes all three models)

Belkin International Inc. - Confidential

# USE CASE & ACCEPTANCE CRITERIA

### USE CASE #1, On-The-Go Mobile User
Samantha takes public transportation to get to and from work but also to other events. When she's commuting she uses her smartphone to listen to music and play games. After a day's use for emails, calls and social media her phone is running out of juice. No outlets on buses and trains prevents her from charging her phone. This is the perfect situation for having a battery pack.

### USE CASE #2, Multi-Device Compatibility
Chris is a vlogger and an early technology adopter who recently bought the Samsung S7 that has USB-C. Chris also owns an older tablet that uses m-USB and a GoPro Hero 3 which uses mini USB. He cannot be out of power for the ideal interview. In order for Chris to be prepared he would need a battery pack with multiple ports with different connectors.

### USE CASE #3, Heavy Mobile User
Luke is a Sales Rep and is constantly traveling. He travels with his laptop, tablet and smartphone. He also has his Bluetooth headphones to listen to on the flight. He forgot to charge some of his devices and will not be prepared to go straight to work with the lack of USB/outlets on plains to provide the high current he would need. This is the ideal time for a high capacity battery to charge all devices.

### USE CASE #4, At Home
Stephanie is relaxing over the weekend at her apartment but she forgot to charge her iPhone overnight. She's communicating with family about planning a surprise party. She needs to charge her iPhone to keep the conversation going but doesn't want to be tied to a wall socket because she needs to research on her computer as well. Outlets are not close enough so having a battery pack to charge her phone is ideal in this situation.

### USE CASE #4, Retail Packaging
Retail packaging side panel will shift away from only calling out smartphone brands and models. The side panel will feature icons that indicate use with headphones, wearables, speakers, drones, tablets, and computers.



**(FPO – Design Subject to change)**

## ACCEPTANCE CRITERIA

### Fast Charging, Multi-Device
- Optimal charge-out for devices that require higher speeds of charging
- Optimal charge-in for battery packs that allow for faster and shorter time of charging
- Plug up to 2 devices at the same time to the battery
- Charge other devices such as BT speakers, headphones, action cameras and others

### Portability
- Thinner battery packs allow for easier transportation when on-the-go
- Compact design enables consumer to easily place into
- Materials to withstand everyday travel such as scratches, nicks, and drops
- Prevent wear and tear look with housing material on battery pack when transporting in bags with other devices

### Safety & Quality
- Conduct electrical testing to batteries to ensure protection when charging devices (circuit, current, voltage, discharge)
- Efficient battery cells that provide maximum output of power while also being safe during use
- Battery shuts off when electrical surges or if dropping occurs before, during or after charging devices

### WORM 1
- Introducing a battery pack that provides 2 charging cycles for a smartphone. Multi-port enables for simultaneous at fast charging speeds.
- The consumer who only needs to charge once through-out the day to top off the mobile device to keep them going into the night.
- The consumer who uses their smartphone at home while watching TV who needs a compact solution to carry around the house to listen to music while completing tasks.

### WORM 2
- Provide a 10,000 mAh battery that can quickly charge mobile devices but also be portable enough to place in a pocket or bag when on-the-go.
- The consumer who needs to utilize their smartphone for work and personal usage but are quickly depleting the battery due to data usage and App usage.
- The always on-the-go consumer who is unable to find an outlet available but needs to charge their mobile device.

### WORM 3
- Provide a 15,000 mAh battery for the consumer who travels with multiple devices. Multi-port enables the consumer to charge 2 devices at once. Fast charging output saves time.
- A user who charges 2-3 times a day because the mobile devices are being used to record interviews which uses high quality video and depletes the battery.
- The consumer who travels and needs to keep their headphones or tablet charged without worrying about how many wall plugs are needed for the trip.

| PGM02791 WORM | PAGE 4 |
|---|---|

## Sketch and/or Feature Block Diagram

Instructions: Provide a conceptual drawing of what the product may look like and/or a *feature-block diagram* illustrating how the various product components or functions interact with each other. If no drawing exists, roughly draw the concept to provide visual cues as to what this product is.

**(FPO – Design Subject to change)**





**(FPO – Design Subject to change)**

Belkin International Inc. - Confidential

# Features and Requirements

Instructions: What features are required for this product? These requirements should be derived from and supported by the PVP document. This section is completed by Product Management with cross functional inputs from the scoping phase. Note that detailed specifications will be defined separately in the Product Technical Specification document by Functional Leaders. The information provided in this Product Requirements document must provide enough detail to begin the construction of the Product Technical Specification documentation.

## Base Requirements for ALL Product Variations:

Instructions: What features are required for all variations of this product? Remember to leverage any common platforms developed to date by Belkin (ie. common OS, Network, UI, Cloud, etc…)
To add rows in the tables, position the cursor in the table, go to the table menu, then select Insert > Rows Above (or Rows Below).

| REF | CATEGORY* | REQUIREMENTS – MUST HAVES FOR ALL VERSIONS | REGIONAL VERSION** |
|---|---|---|---|
| 1.01 | Design | Belkin design touch-up of existing vendor design. | All |
| 1.02 | Design | Colors to follow Belkin CMF standard. Rose gold, silver and black. | All |
| 1.03 | Design | LED color. Belkin green. Wavelength 575nm.<br>Reference existing product NIKE (F8J201) for brightness level. | All |
| 1.04 | Design | Belkin logo. Pad Printed. | All |
| 1.05 | Function | 4 LED indicators displays the battery capacity. A push-button will turn-on the 4 LED indicator and start device charging (when in sleep mode). | All |
| 1.06 | Function | Auto-start. When a USB-A cable is connected to the battery pack, the output port will turn-on and immediately start charging. | All |
| 1.07 | Function | Auto-sleep. If no activity is detected on the USB-A port (less than XXX mA, see EE spec), the battery pack will go into sleep-mode. The USB ports will turn off. | All |
| 1.08 | Function | Charge Pass-Thru not supported. The product will not feature charge pass-thru. When the product is connected to a charging input, the output will be turned off. | All |
| 1.09 | ~~Function~~ | ~~MFI capable. At least one model in the product line, ideally the most affordable, needs to be MFI capable. (like to have)~~ | ~~All~~ |
| 1.10 | Engineering | Micro-USB cable must be Charge/Sync (4-wire conductor).<br>Micro-USB cable to be in black color with Belkin logo on the molded ends. No markings on the cable section. | All |
| 1.11 | Engineering | Must-Have. Fixed output D+/D- resistors (see EE spec). Nice-to-Have: BC1.2 compatible D+/D- detection. | All |

Belkin International Inc. - Confidential

CONFIDENTIAL        BELKIN_000242

PGM02791  
WORM

PAGE 6

| REF | CATEGORY | REQUIREMENTS | REGIONAL VERSION |
|---|---|---|---|
| 1.12 | Engineering | Input charging power (rated vs expected). Standard setup will be Apple 10W charger (5V, 2.1A) with 6" micro-USB cable that is included with the product. | All |
| 1.13 | HWQA | Old smartphone devices. Greater than 3 years old. should not be considered a priority. | All |
| 1.14 | Reliability | Battery Packs must meet and comply with all reliability requirements for all regions (Reference Rel. Test Plan) | All |
| 1.15 | Sustainability | Product materials must meet and comply with all sustainability requirements for all regions (Reference Sustainability test plan) | All |
| 1.16 | Regulatory Compliance | Battery Packs must meet and comply with all regulatory compliance requirements for all regions (Reference RC Test Plan) | All |

*Function, Design, Engineering, Packaging, Regulatory, Warranty, Testing and Others.  
**All EMEA, APAC, ANZ and Americas.

## Optional Requirements for ALL Product Variations:

| REF | CATEGORY* | REQUIREMENTS – MUST HAVES FOR ALL VERSIONS | REGIONAL VERSION** |
|---|---|---|---|
| 2.01 | Engineering | Efficiency. See EE Spec. | All |
| ~~2.02~~ | ~~Engineering~~ | ~~MFI for all battery pack models. Shared ports are not allowed and will be a problem on dual port models. An option for fixed ports (silkscreen and resistor settings) should be provided.~~ | ~~All~~ |
| 2.03 | Engineering | Input 2.4A. micro-USB female and cables will limit the input charge current below 2.4A. The must have is to make sure the circuitry is robust enough to handle 2.4A input and the product is okay to charge at a lower max. peak input current ~1.5 to 2.0A. | All |

*Function, Design, Engineering, Packaging, Regulatory, Warranty, Testing and Others.  
**All EMEA, APAC, ANZ and Americas.

## Packaging Requirements

| REF | CATEGORY* | REQUIREMENTS – MUST HAVES FOR ALL VERSIONS | REGIONAL VERSION** |
|---|---|---|---|
| 3.01 | Packaging | Belkin branded packaging. May require special channel packaging variants (Walmart). | All |
| 3.02 | Packaging | Must have compliance logos and markings. | All |
| 3.03 | Packaging | Regulatory and QSG to support multiple languages. Minimal number of sheets. | All |
| 3.04 | Packaging | Pull out tab on tray. | All |

Belkin International Inc. - Confidential

CONFIDENTIAL          BELKIN_000243

## Regional Countries Required

*Instructions  This field is required for specification and certification planning (prior to development).  Mark a "Y" for required countries only* <u>(NOT FINAL)</u>

| | US | | UK / EU | | | | APeA | | ANZ |
|---|---|---|---|---|---|---|---|---|---|
| Y | Americas | Y | Austria | Y | Netherlands | Y | China | Y | Sydney |
| Y | Canada | Y | Belgium | Y | Poland | Y | Hong Kong | Y | Melbourne |
| | | Y | Bulgaria | Y | Portugal | Y | Taiwan | Y | Perth |
| | | Y | Croatia | | Romania | Y | Japan | Y | Brisbane |
| | | Y | Denmark | Y | Russia | Y | Korea | | |
| | | Y | Finland | Y | Spain | Y | Malaysia | | |
| | | Y | France | Y | Sweden | Y | Singapore | | |
| | | Y | Germany | | Turkey | Y | Thailand | | |
| | | Y | Greece | Y | United Kingdom | Y | Philippines | | |
| | | Y | Hungary | | | N | India | | |
| | | Y | Ireland | | | N | Indonesia | | |
| | | Y | Italy | | | | | | |
| | | | Luxembourg | | | | | | |

<u>Note:</u> All Compliance markings and statements required on product and packaging will require RC validation and sign-off.  Please use the latest RC Document (RS-00348) located in agile for guidance.