| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Wednesday, December 20, 2017 1:00 PM PST |
| **To:** | Jen Warren |
| **CC:** | Norbert von Boode |
| **Subject:** | Rate Capacity- MPP |

Hey Jen,

Following up on our conversation, below are the details of the situation as we discussed. Please let me know if I need to clarify anything. Cheers. - Nick

**Situation:** We have two buyers, one from Australia and other from Dubia, have both stated that they are thinking of taking the Belkin power packs off the shelves. This is due to the print on the product that says a lower mAh (mAh is the unit measure of the power capacity a power pack can optimally carry) than what we have advertised on the product

For instance, the 15000 mAh power pack lists 7700 mAh on the fine print of the product as shown in the below screen shot.



To note, the advertised mAh on our power packs are correct as we do provide battery cells that equal to mAh we advertised (ie we do provide 3x5000mAh cells for a advertised 15000 mAh power pack.)

The lower mAh (ie the 7700 mAh listed on the 15000 mAh power pack) comes from a 3rd party lab that tests our products at maximal conditions. This is call the rated capacity. When tested under maximal conditions, there is a loss efficency of the power transfer from the power pack to the device its charging. So, if compared to having two of the same device plugged into a power pack vs charging the same device 2x, there would be more power available on the latter option.

For certain regions, it is mandatory to list the rated capacity. However, the actual capacity will be higher for normal use cases.

**Task:** For the buyers, we need to craft a response on why there is a different capacity listed on the power pack. Can you assist on the development on the response so we can positively explain the difference to the buyers.

**Action:** Here is my draft response -

Belkin promise is to deliver quality products by make sure the power packs are safe and durable. One way we do this is that we test our products at a higher than minimal standards. To do the testing, we use 3rd party labs to test our battery packs at maximal conditions which

**CONFIDENTIAL**

**BELKIN_000546**

is rate capacity listed on the power pack.  This is at worst-case situations where the product is maximally taxed so we know it will be safe in extreme situations.

Since we use a 3rd party lab, we list there findings on the power pack.  However, the actual capacity is higher than the rated capacity listed on the product.  For instance, if we break open any of our 15000 mAh Pocket Power 15k, you will see 3x5000 mAh battery cells.

Please let us know additional clarification or if there is anything else we can do.

| | |
|---|---|
| **From:** | Nick Kalra |
| **Sent:** | Wednesday, December 20, 2017 5:35 PM PST |
| **To:** | Jamie Laing-Reece |
| **CC:** | Norbert von Boode; Josh Caulfield; Andrew Camba |
| **Subject:** | Re: Urgent Battery Enquiry |

Hey Jamie,

I worked with PR to re-craft a response for you which is below.  I will talk to Regulatory next to talk about next steps and get back to you.  Let me know if any questions.

*The Belkin promise to deliver the highest quality products translates to the way we conduct testing. We commissioned third party labs to test our power banks and are legally required as a global company to communicate the product's full spectrum of capacity. Its maximum capacity is on package and its minimum capacity is noted in fine print on the product. The minimum capacity is also known as the "rated capacity" and is our way of testing products under the most extreme conditions to ensure that they operate above and beyond the industry standard.*

**From:** Nick Kalra
**Sent:** Wednesday, December 20, 2017 9:57:31 AM
**To:** Jamie Laing-Reece
**Cc:** Norbert von Boode; Josh Caulfield
**Subject:** Re: Urgent Battery Enquiry

Hey Jamie,

Can you give me an update on your conversation? Cheers. - Nick
**From:** Nick Kalra
**Sent:** Tuesday, December 19, 2017 6:11:35 PM
**To:** Jamie Laing-Reece
**Cc:** Norbert von Boode; Josh Caulfield
**Subject:** Re: Urgent Battery Enquiry

Hey Jamie - Wanted to make sure that I gave you a complete explanation to the difference in mAh that was noted. Worked with PDM with below response.
The last picture is to show that there is 3x5k mAh cells for 15k, but we can break open any power pack to show that there is indeed the battery cells that match the packaged capacity. Let me know how I can further help.  Cheers. - Nick
Hi Nick,

To help explain the silkscreen on Pocket Power, there may be confusion on the product markings. Belkin products are tested to a higher standard than our competitors. We use 3rd party labs that test to standards for all the regions that Belkin sells products into. In some cases, the regions (such as S. Korea and Taiwan), require that power bank (battery pack) products are marked with the measured capacity under full-rated load (and we cannot mark with the actual capacity of the lithium cells). The conflict is this number does not align with the actual capacity of the lithium cells that are built into the power bank (battery pack). The concern that the measured capacity under full-rated load is significantly different than the actual capacity of the lithium cells is a matter of efficiency. For example, if you were to drive your car at full-speed (pedal to floor), your gas efficiency in your automobile would be less than typical

**BELKIN_000558**

driving conditions. The 3rd party test labs will test the products under this maximum condition whereas the actual use case would provide better numbers.

Sample Image (Silkscreen F7U021 15Ah).



Sample Image (Actual Product Showing QTY 3 5Ah cells = 15Ah).



**From:** Jamie Laing-Reece
**Sent:** Tuesday, December 19, 2017 4:51:53 PM
**To:** Nick Kalra
**Cc:** Norbert von Boode; Josh Caulfield
**Subject:** Urgent Battery Enquiry

Hi Nick,

JB HiFI have flagged that the 10K and 5K PP both say a different mAh on the physical product being 6070mAh and 2900mAh Respectively.

They have removed stock from the shop floor until we confirm why there is conflicting information around mAh.

Could you please provide me some clarity as to why it does have this lower mAh on the products compared to packaging? We could lose massive business if we can't rectify or clarify the situation ASAP.

I really appreciate your help.

Thanks

**JAMIE LAING-REECE**
Product Manager ANZ

**Belkin Limited**
Tuggerah Business Park
Unit E, 2 Reliance Drive
Tuggerah NSW 2259

O +61 2 4350 4640
M +61 431 332 514

