# POWER BANK TESTING

## TEST RESULTS

PREPARED ON:
**2 December 2021**

PREPARED FOR:
**Sullivan and Triggs, LLP**

PREPARED BY:
**Torus Engineering, LLC**
**Zachary Gillan**
**Zachary@TorusEngineering.com**
**(303) 204 - 3441**



Belkin_GR_0000012

Power Bank Testing
Test Results

# TABLE OF CONTENTS

Objective:.................................................................................................................3

Report Overview .......................................................................................................4

Test Video Capture...................................................................................................5

Test Devices .............................................................................................................6

Test 1: iPhone Battery Depletion .............................................................................9

    Summary ..............................................................................................................9

Test 2: DUT Charging.............................................................................................10

    Summary ............................................................................................................10

Test 3: iPhone Charging with DUT .........................................................................14

    Summary ............................................................................................................14

Appendix A: List of Related Documents..................................................................21

Appendix B: Test Devices ......................................................................................22

Appendix C: Test Data Files ...................................................................................23

Appendix D: Test Notes ..........................................................................................25

Belkin_GR_0000013

## LIST OF TABLES

Table 1: Power Bank DUT Devices (Plaintiff's device highlighted yellow) ...................................6
Table 2: Apple iPhone 7 Devices ...........................................................................................6
Table 3: Test 1 Log ...............................................................................................................9
Table 4: Test 2 Log ...............................................................................................................12

## LIST OF FIGURES

Figure 1: Pocket Power 10K Power Bank (Portable Charger, Model F7U020) DUT .......................3
Figure 2: Video Capture Setup ...............................................................................................5
Figure 3: iPhone-1 Summary Screenshots................................................................................7
Figure 4: iPhone-2 Summary Screenshots................................................................................7
Figure 5: iPhone-3 Summary Screenshots................................................................................8
Figure 6: iPhone-4 Summary Screenshots................................................................................8
Figure 7: Test 2 Setup .........................................................................................................10
Figure 8: Test 2 Completion (4 stable LEDs on each DUT) ......................................................11
Figure 9: Test 2 DUT Charging Power Draw ...........................................................................13
Figure 10: Test 3 Setup .......................................................................................................14
Figure 11: DUT Overall Charging Performance........................................................................15
Figure 12: DUT Charging Performance vs Test Cycle ..............................................................15
Figure 13: DUT Supplied Power vs Test Cycles ......................................................................16
Figure 14: iPhone-1 Charging Summary Screenshots ..............................................................17
Figure 15: iPhone-2 Charging Summary Screenshots ..............................................................18
Figure 16: iPhone-3 Charging Summary Screenshots ..............................................................19
Figure 17: iPhone-4 Charging Summary Screenshots ..............................................................20

Belkin_GR_0000014

Power Bank Testing
Test Results

# OBJECTIVE:

The purpose of this document is to present the findings and results of the Power Bank Testing as outlined in the test plan presented to Sullivan and Triggs, LLP for product testing of Belkin's Pocket Power 10K Power Bank (Model F7U020, Figure 1).



*Figure 1: Pocket Power 10K Power Bank (Portable Charger, Model F7U020) DUT*

*Source: https://www.belkin.com/us/chargers/power-banks/pocket-power-10k-power-bank-portable-charger/p/p-f7u020/*

Belkin_GR_0000015

# REPORT OVERVIEW

This report covers the three stages of the power bank testing:

1. iPhone Battery Depletion: Ensure all iPhone 7 batteries are fully depleted.
2. DUT Charging: Ensure power banks (DUTs) are fully charged.
3. iPhone Charging with DUT: Measure DUT performance when paired with an iPhone 7.

These three individual tests work to verify the:

- Number of charges and charging time available when the power banks are paired with various iPhone 7 devices.
- Electric power (voltage and current) delivered by the power bank to the iPhone 7 during charging.

See *Power Bank Testing: Test Plan* for more information regarding test plan, setup, and schematics.

See *Power Bank Test Sheet* for all test logs, notes, and further details.

Belkin_GR_0000016

# TEST VIDEO CAPTURE

Throughout all testing, an iPhone was used to record and capture video. The iPhone was begun at the beginning of each test day and left to run throughout the day. No testing or device handling (unless otherwise noted in test logs and notes) occurred off-camera.

The recording iPhone was placed on alongside the wall adjacent to the testing area to ensure clear and unobstructed viewing as shown in Figure 2.



*Figure 2: Video Capture Setup*

Belkin_GR_0000017

Power Bank Testing
Test Results

# TEST DEVICES

*All Devices Under Test (DUT) information and Apple iPhone information can be found in Table 1 and*

Table 2. Supporting screenshots for each iPhone can be found in the following figures.

See *Power Bank Testing: Test Plan* for further information regarding supporting test equipment.

**NOTE: The plaintiff's device (belonging to Miley Lenore, recovered by B. Carneiro on 3/11/2019, and provided to Torus Engineering by Gillian Kuhlman on 11/29/2021) corresponds to, and is referred to as, DUT-1 in all test plans, data, and reports.**

*Table 1: Power Bank DUT Devices (Plaintiff's device highlighted yellow)*

| Name | Description | Model | S/N |
|------|-------------|-------|-----|
| **DUT-1** | Belkin Pocket Power 10K Power Bank | F7U020 1INP11/66/110 | 4218DO |
| **DUT-2** | Belkin Pocket Power 10K Power Bank | F7U020 1INP11/66/110 | 0819DO |
| **DUT-3** | Belkin Pocket Power 10K Power Bank | F7U020 INP11/66/110-1 | 4218DO |
| **DUT-4** | Belkin Pocket Power 10K Power Bank | F7U020 INP11/66/110-1 | 4518DO |

*Table 2: Apple iPhone 7 Devices*

| Name | Description | Model Number | Serial Number | SW Version | Battery Health[1] |
|------|-------------|--------------|---------------|------------|-------------------|
| **iPhone-1** | Apple iPhone 7 | MNAJ2LL/A | F4GSDU5HHG71 | 14.8 | 100% |
| **iPhone-2** | Apple iPhone 7 | MNAC2LL/A | DX4YGCVDHG6W | 14.5.1 | 98% |
| **iPhone-3** | Apple iPhone 7 | MN8N2LL/A | C6KT82WJHG73 | 15.0.1 | 91% |
| **iPhone-4** | Apple iPhone 7 | MNAC2LL/A | DX4YGE45HG6W | 14.5.1 | 85% |

---

[1] Battery health as stated by Apple in iPhone settings. Battery health listed refers to iPhone battery health on 12/1/2021.

Belkin_GR_0000018

Power Bank Testing
Test Results



*Figure 3: iPhone-1 Summary Screenshots*



*Figure 4: iPhone-2 Summary Screenshots*

Belkin_GR_0000019

Power Bank Testing
Test Results



*Figure 5: iPhone-3 Summary Screenshots*



*Figure 6: iPhone-4 Summary Screenshots*

Belkin_GR_0000020

Power Bank Testing
Test Results

# TEST 1: IPHONE BATTERY DEPLETION

Test 1 was completed to ensure that all iPhone batteries were depleted to the point that the phone automatically powers down and requests to be charged. This verifies that all phones began charging from the same "dead" state for each cycle of Test 3.

## SUMMARY

There was no data collected throughout the four cycles of Test 1. Screenshots captured by each iPhone at the end of each cycle of Test 3 verify battery charge and discharge.

Table 3 outlines the date and time for the various cycles of Test 1.

*Table 3: Test 1 Log*

| Test 1: iPhone Battery Depletion *(no data collected)* | | | | | |
|---|---|---|---|---|---|
| Cycle | Date | Start Time | End Time | Total Time | Notes |
| 1 | 11/30/2021 | - | - | - | Phones dead upon arrival to begin testing (11/29/2021) [2] |
| 2 | 11/30/2021 | 12:40:00 PM | 4:15:00 PM | 3.58 | |
| 3 | 11/30/2021 | 6:38:00 PM | 7:30:00 AM | 12.85 | Phones left to deplete battery overnight, fully depleted when arrived next morning |
| 4 | 12/1/2021 | 10:00:00 AM | 12:37:00 PM | 2.62 | DUT-2 fully depleted. iPhone 2 done charging. No need to deplete it. |

---

[2] Torus Engineering depleted all iPhone batteries prior to arrival for testing.

Belkin_GR_0000021

# TEST 2: DUT CHARGING

Test 2 was completed to ensure that all DUTs (power banks) were fully charged prior to beginning the multiple cycles of Test 1 and Test 3.

**NOTE: The plaintiff's device corresponds to DUT-1 in all test plans, data, and reports.**



*Figure 7: Test 2 Setup*

## SUMMARY

Sullivan and Triggs, LLP provided three new power bank devices (DUT-2, DUT-3, DUT-4) that matched the model of DUT-1. These new power bank devices were delivered the morning of 11/29/2021. The plaintiff's device, DUT-1, had been delivered via FedEx and was unopened. DUT-1 was opened on camera by Torus Engineering representative Zachary Gillan at roughly 10:40 AM (PT).

The DUTs were originally charging on the standard Apple iPhone 5 W (5 VDC, 1 Amp) provided charging blocks. To increase charging speed, 12 W (5 VDC, 2.4 Amp) charging blocks were purchased from Target and used to replace the original 5 W charging blocks.

After completion of Test 2 on 11/29/2021, the DUTs were left plugged in to the power supplies overnight in order to maintain charge before beginning Test 3 on 11/30/2021.

- The swapping of charging blocks does not affect test results of this or any other test performed, as Test 2 was used to verify operation and charging of only the DUTs themselves.
- Test 2 was performed only once, on 11/29/2021. The DUTs never received any supplemental charging (recharging) between cycles of Test 1 and Test 3.

Belkin_GR_0000022

Test 2 was completed when all four LEDs on each DUT were on with no blinking, noting that charging was complete, as shown in Figure 8.



*Figure 8: Test 2 Completion (4 stable LEDs on each DUT)*

Belkin_GR_0000023

Power Bank Testing
Test Results

Table 4 outlines Test 2 details, including: date, time, and DUT starting charge, while **Error! Reference source not found.** outlines the data files, their measurements, and their location.

*Table 4: Test 2 Log*

| DUT | Date | Start Time | Starting LED (Charge %) | End Time | Total Time |
|-----|------|-----------|------------------------|----------|-----------|
| 1 | | | 0 | 7:10:00 PM | 8.40 |
| 2 | | | 1 | 5:55:00 PM | 7.15 |
| 3 | 11/29/2021 | 10:46:00 AM | 1 | 5:55:00 PM | 7.15 |
| 4 | | | 0 | 7:10:00 PM | 8.40 |

Belkin_GR_0000024

Figure 9 depicts the power drawn by the DUTs from the wall power supplies while charging, as measured by the test circuit and Keysight Digital Multi-Meters.



*Figure 9: Test 2 DUT Charging Power Draw*

Belkin_GR_0000025

# TEST 3: IPHONE CHARGING WITH DUT

Test 3 measured the DUT performance when paired with an iPhone 7 device. Test 3 was the operation of the DUTs charging their respective iPhones. Test 3 was performed after Test 2. A cycle of Test 1 was completed before each cycle of Test 3.

**NOTE: The plaintiff's device corresponds to DUT-1 in all test plans, data, and reports.**



*Figure 10: Test 3 Setup*

## SUMMARY

There was a total of five Test 3 cycles performed. All four DUTs and iPhones were used in cycles 3-1, 3-2, and 3-3. DUT-1, DUT-3, and DUT-4 were then used in cycle 3-4, before just DUT-3 was used in cycle 3-5.

- Tests 3-1 and 3-2 were completed 11/30/2021.
- Tests 3-3, 3-4, and 3-5 were completed 12/1/2021. All DUTs were left unplugged (not charging) overnight between tests 3-2 and 3-3.

For all Test 3 cycles (excluding 3-5), the DUTs were paired with their respective iPhones, i.e. DUT-1 with iPhone-1, DUT-2 with iPhone-2, etc.

DUT-3 was the only DUT remaining after Test 3-4. With minimal battery remaining, it was determined to pair iPhone-4 with DUT-3 for Test 3-5. This was done to prevent having to complete another cycle of Test 1 (roughly 3 hours) knowing that minimal battery charge remained in DUT-3 (DUT-3 LED status had displayed 1 LED for nearly 1 hour).

Belkin_GR_0000026

Power Bank Testing
Test Results

The DUTs performance, as noted below, are captured in Figure 11 and Figure 12, the average DUT performance while charging an iPhone 7 was 3.43 times (3.41 times from a dead state if Test 3-5 is excluded).

- DUT-2 was fully depleted in cycle 3-3, charging iPhone-2: 2.71 times.
- DUT-1 was fully depleted in cycle 3-4, charging iPhone-1: 3.15 times.
- DUT-4 was fully depleted in cycle 3-4, charging iPhone-4: 3.76 times.
- DUT-3 was fully depleted in cycle 3-5, charging iPhone-3/iPhone-4: 4.11 times.
  - Charging iPhone-3: 4 times
  - Charging iPhone-4: 0.11 times



*Figure 11: DUT Overall Charging Performance*



*Figure 12: DUT Charging Performance vs Test Cycle*

Belkin_GR_0000027

In USB charging, the power supply (DUT in this test) does not determine the power to be supplied, rather, the power draw is controlled by the receiving USB device (iPhone 7 in this test).  The power drawn by the iPhones was captured by the test circuit, and is displayed for each DUT below. The power draws show the standard decrease in power as the iPhone battery charge increases. The immediate power outages note the depletion of the DUT for the respective test cycle.



*Figure 13: DUT Supplied Power vs Test Cycles*

Belkin_GR_0000028

Power Bank Testing
Test Results

After completion of each cycle, a screenshot was collected from each iPhone's battery statistics in order to further verify charge and discharge times.



*Figure 14: iPhone-1 Charging Summary Screenshots*

Belkin_GR_0000029

Power Bank Testing
Test Results



*Figure 15: iPhone-2 Charging Summary Screenshots*

Belkin_GR_0000030

Power Bank Testing
Test Results



*Figure 16: iPhone-3 Charging Summary Screenshots*

Belkin_GR_0000031

Power Bank Testing
Test Results



*Figure 17: iPhone-4 Charging Summary Screenshots[3]*

---

[3] iPhone-4 was reset after DUT-4 was depleted during Test 3-4. In doing so, there was not sufficient data for the iPhone to track battery statistics for iPhone-4's charging during Test 3-5.

Belkin_GR_0000032

# APPENDIX A: LIST OF RELATED DOCUMENTS

| File | Description | Folder |
|------|-------------|--------|
| Power Bank Test Plan - S&T - v03 | Test plan | ~/Test Docs |
| Power Bank Test Sheet | Testing spreadsheet and log | ~/Test Docs |
| Power Bank Test Results - S&T | Test results and report | ~/Test Docs |
| - | Test 2 setup and operation photos | ~/Test Photos/Test 2 |
| - | Test 3 setup and operation photos | ~/Test Photos/Test 3 |
| - | iPhone-X screenshots | ~/Test Photos/Test 3/iPhone-X |
| - | Test-X data | ~/Test Data/Test-X |
| DMM_Data_Output | Data analysis script | ~/Test Data |
| - | Data analysis output figures | ~/Test Data/Outputs |

Belkin_GR_0000033

# APPENDIX B: TEST DEVICES

| Belkin Power Bank Device List (Updated) | | | |
|---|---|---|---|
| ID | Description | Model | Serial Number |
| 1 | Pocket Power 10K Power Bank | F7U020 1INP11/66/110 | 4218DO |
| 2 | | F7U020 1INP11/66/110 | 0819DO |
| 3 | | F7U020 INP11/66/110-1 | 4218DO |
| 4 | | F7U020 INP11/66/110-1 | 4518DO |

| Apple iPhone 7 Device List | | | | | |
|---|---|---|---|---|---|
| ID | Description | Model | Serial Number | SW Version | Stated Battery Health (11/22/20221) |
| 1 | Apple iPhone 7 | MNAJ2LL/A | F4GSDU5HHG71 | 14.8 | 100 |
| 2 | | MNAC2LL/A | DX4YGCVDHG6W | 14.5.1 | 98 |
| 3 | | MN8N2LL/A | C6KT82WJHG73 | 15.0.1 | 91 |
| 4 | | MNAC2LL/A | DX4YGE45HG6W | 14.5.1 | 85 |

| Digital Multi-Meter Device List | | | | | |
|---|---|---|---|---|---|
| ID | Description | Model | Serial Number | DUT Pairing | Measurement |
| 1 | Keysight Handheld DMM | U1233A | MY54490018 | 1 | Current (Vout) |
| 2 | | U1232A | MY61190016 | 1 | Voltage (Vusb) |
| 3 | | U1233A | MY54500023 | 2 | Current (Vout) |
| 4 | | U1232A | MY61160030 | 2 | Voltage (Vusb) |
| 5 | | U1233A | MY54500039 | 3 | Current (Vout) |
| 6 | | U1232A | MY61400033 | 3 | Voltage (Vusb) |
| 7 | | U1253B | MY54480036 | 4 | Current (Vout) |
| 8 | | U1233A | MY54490005 | 4 | Voltage (Vusb) |

Belkin_GR_0000034

# APPENDIX C: TEST DATA FILES

*Test 2 Data Log*

| DUT | Data Directory | Data Type | DMM S/N | Data File |
|---|---|---|---|---|
| 1 | (Test Root Folder)/Test 2 | Current | MY54490018 | U1233A_MY54490018_132827154541199657.xml |
| | | Voltage | MY61190016 | U1232A_MY61190016_132827154539943010.xml |
| 2 | | Current | MY54500023 | U1233A_MY54500023_132827154538676403.xml |
| | | Voltage | MY61160030 | U1232A_MY61160030_132827154537430500.xml |
| 3 | | Current | MY54500039 | U1233A_MY54500039_132827154535765990.xml |
| | | Voltage | MY61400033 | U1232A_MY61400033_132827154545208830.xml |
| 4 | | Current | MY54480036 | U1253B_MY54480036_132827154543942216.xml |
| | | Voltage | MY54490005 | U1233A_MY54490005_132827154542556052.xml |

*Test 3 Data Log*

| Data Directory | Data Type | DMM S/N | Data File | Notes |
|---|---|---|---|---|
| (Test Root Folder) /Test 3-1 | Current | MY54490018 | U1233A_MY54490018_132827820740259312.xml | |
| | Voltage | MY61190016 | U1232A_MY61190016_132827820739650956.xml | |
| | Current | MY54500023 | U1233A_MY54500023_132827820739092438.xml | |
| | Voltage | MY61160030 | U1232A_MY61160030_132827820737747946.xml | |
| | Current | MY54500039 | U1233A_MY54500039_132827820737219439.xml | |
| | Voltage | MY61400033 | U1232A_MY61400033_132827820736680805.xml | |
| | Current | MY54480036 | U1253B_MY54480036_132827820736072420.xml | |
| | Voltage | MY54490005 | U1233A_MY54490005_132827820735382222.xml | |
| (Test Root Folder) /Test 3-2 | Current | MY54490018 | U1233A_MY54490018_132828029995627495.xml | |
| | Voltage | MY61190016 | U1232A_MY61190016_132828029994629922.xml | |
| | Current | MY54500023 | U1233A_MY54500023_132828029993562915.xml | |
| | Voltage | MY61160030 | U1232A_MY61160030_132828029992625202.xml | |
| | Current | MY54500039 | U1233A_MY54500039_132828029991678059.xml | |
| | Voltage | MY61400033 | U1232A_MY61400033_132828029990700343.xml | |
| | Current | MY54480036 | U1253B_MY54480036_132828029988745575.xml | |
| | Voltage | MY54490005 | U1233A_MY54490005_132828029987309424.xml | |
| (Test Root Folder) /Test 3-3 | Current | MY54490018 | U1233A_MY54490018_132828575852713817.xml | |
| | Voltage | MY61190016 | U1232A_MY61190016_132828575851846139.xml | |
| | Current | MY54500023 | U1233A_MY54500023_132828575849833116.xml | |
| | Voltage | MY61160030 | U1232A_MY61160030_132828575849332647.xml | |
| | Current | MY54500039 | U1233A_MY54500039_132828575848875180.xml | |

Belkin_GR_0000035

Power Bank Testing
Test Results - Appendix D

| Data Directory | Data Type | DMM S/N | Data File | Notes |
|---|---|---|---|---|
| | **Voltage** | MY61400033 | U1232A_MY61400033_132828575848296719.xml | |
| | **Current** | MY54480036 | U1253B_MY54480036_132828575847789264.xml | Zero'd data until 7:49 AM (unplugged) |
| | **Voltage** | MY54490005 | U1233A_MY54490005_132828575847052912.xml | |
| (Test Root Folder) /Test 3-4 | **Current** | MY54490018 | U1233A_MY54490018_132828752666785375.xml | |
| | **Voltage** | MY61190016 | U1232A_MY61190016_132828752666396396.xml | |
| | **Current** | - | - | DUT-2 depleted on cycle 3 |
| | **Voltage** | - | - | |
| | **Current** | MY54500039 | U1233A_MY54500039_132828752665985017.xml | |
| | **Voltage** | MY61400033 | U1232A_MY61400033_132828752665555979.xml | |
| | **Current** | MY54480036 | U1253B_MY54480036_132828752665066781.xml | |
| | **Voltage** | MY54490005 | U1233A_MY54490005_132828752664488329.xml | |
| (Test Root Folder) /Test 3-5 | **Current** | - | - | DUT-1 depeleted on cycle 4 |
| | **Voltage** | - | - | |
| | **Current** | - | - | DUT-2 depleted on cycle 3 |
| | **Voltage** | - | - | |
| | **Current** | MY54500039 | U1233A_MY54500039_132828770094643795.xml | Started at 75% (86% - 75% = 11%) |
| | **Voltage** | MY61400033 | U1232A_MY61400033_132828770094055367.xml | |
| | **Current** | - | - | DUT-4 depleted on cycle 3 |
| | **Voltage** | - | - | |

Belkin_GR_0000036

# APPENDIX D: TEST NOTES

*Test 2 Notes*

| | Test 2 Notes (11/29) |
|---|---|
| 10:26:00 AM | Began charging initial DUTs, without DUT #1, no data collected |
| 10:40:00 AM | Began video recording |
| 10:40:00 AM | Opened DUT #1 FedEx packaging |
| 10:45:00 AM | Replaced DUTs #2-4 with new powerbanks delivered this morning |
| 10:45:00 AM | Verified DMM connections and settings, verified data log directory empty, began data acquisition and test. |
| 10:55:00 AM | DUT #4 charging circuit appears to be incorrect. |
| 10:57:00 AM | First tried swapping DUT #3 charging block with DUT #4 charging block. Issue not resolved. Determined to be interior to box. |
| 10:59:00 AM | Issue self resolved. Presume to be belkin powerbank calling for more power now that has more battery charge. (USB power draw controlled by charging device) |
| 2:26:00 PM | Received fast charging blocks from Target. Swapped 1 Amp chargers for fast 2.4 Amp chargers. |
| 7:10:00 PM | Charging completed. Data acquisition stopped. Powerbanks unplugged for end of data acquisition then replugged in to power for overnight. |
| 7:10:00 PM | Video recording stopped |

*Test 3 Notes*

| | Test 3 Notes |
|---|---|
| **Test Notes - cycle 1 (11/30)** | |
| 10:05:00 AM | Video recording began. |
| 10:05:00 AM | Found U1253B battery low, swapped battery with new one. |
| 10:10:00 AM | Connected DMMs to laptop, verified connection and settings, verified data log directory empty |
| 10:18:00 AM | Test connections made, DMM acquisition began, DUTs connected, verified all iPhones charging |
| 10:18:00 AM | iPhone 3 placed into airplane mode. Wifi and Bluetooth off. |
| 10:22:00 AM | Verified remaining iPhones all in airplane mode. Wifi and Bluetooth off. |
| 12:41:00 PM | iPhone 1 fully charged. DUT 1 unplugged, screenshot captured. |
| 1:05:00 PM | iPhone 4 fully charged. DUT 4 unplugged, screenshot captured. |
| 1:30:00 PM | iPhone 2 fully charged. DUT 2 unplugged, screenshot captured. |
| 1:35:00 PM | iPhone 3 fully charged. DUT 3 unplugged, screenshot captured. |
| **Test Notes - cycle 2 (11/30)** | |
| 4:20:00 PM | Connected DMMs to laptop, verified connection and settings, verified data log directory empty |
| 4:20:00 PM | Test connections made, DMM acquisition began, DUTs connected, verified all iPhones charging |
| 4:34:00 PM | Verified all iPhones in airplane mode, Wifi and bluetooth off. |
| 6:35:00 PM | iPhone 1 fully charged. DUT 1 unplugged, screenshot captured. |
| 7:17:00 PM | iPhone 4 fully charged. DUT 4 unplugged, screenshot captured. |
| 7:22:00 PM | iPhone 3 fully charged. DUT 3 unplugged, screenshot captured. |
| 7:30:00 PM | iPhone 2 fully charged. DUT 2 unplugged, screenshot captured. |
| 7:30:00 PM | Video recording stopped. |
| **Test Notes - cycle 3 (12/1)** | |

Belkin_GR_0000037

Power Bank Testing
Test Results - Appendix D

| Test 3 Notes | |
|---|---|
| 7:30:00 AM | Started video recording |
| 7:30:00 AM | Found U1253B battery low, swapped battery with new one. |
| 7:35:00 AM | Connected DMMs to laptop, verified connection and settings, verified data log directory empty |
| 7:35:00 AM | Test connections made, DMM acquisition began, DUTs connected, verified all iPhones charging |
| 7:38:00 AM | Verified all iPhones in airplane mode, Wifi and bluetooth off. |
| 7:48:00 AM | Found U1253B was not re-connected after morning battery swap. Re-connected device. Measuring properly. Continue test without interruption. |
| 9:15:00 AM | DUT 2 powerbank depleted. iPhone 2 reached 71% battery capacity. |
| 10:00:00 AM | iPhone 1 fully charged. DUT 1 unplugged, screenshot captured. |
| 10:23:00 AM | iPhone 4 fully charged. DUT 4 unplugged, screenshot captured. |
| 10:40:00 AM | iPhone 3 fully charged. DUT 3 unplugged, screenshot captured. |
| Test Notes - cycle 4 (12/1) | |
| 12:21:00 PM | Connected DMMs to laptop, verified connection and settings, verified data log directory empty |
| 12:38:00 PM | Test connections made, DMM acquisition began, DUTs connected, verified all iPhones charging |
| 12:40:00 PM | Verified all iPhones in airplane mode, Wifi and bluetooth off. |
| 12:40:00 PM | DUT 2 not tested in this cycle (already depleted) |
| 12:56:00 PM | DUT 1 powerbank depleted. iPhone 1 reached 15% battery capacity. |
| 2:10:00 PM | DUT 4 powerbank depleted. iPhone 4 reached 76% battery capacity. |
| 3:30:00 PM | iPhone 3 fully charged. DUT 3 unplugged, screenshot captured. |
| Test Notes - cycle 5 (12/1) | |
| 3:41:00 PM | Connected DMMs to laptop, verified connection and settings, verified data log directory empty |
| 3:41:00 PM | Test connections made, DMM acquisition began, DUTs connected, verified all iPhones charging |
| 3:41:00 PM | Verified all iPhones in airplane mode, Wifi and bluetooth off. |
| 3:41:00 PM | DUT 3 paired with iPhone-4 for quick test, there is only 1 LED remaining. |
| 4:02:00 PM | DUT 3 powerbank depleted. iPhone 4 reached 86% battery capacity from 75%. |
| 4:04:00 PM | Video recording stopped. |

Belkin_GR_0000038