

Report No.: 170400387TWN-001
Date: May 03, 2017
Page 1 of 8

# TEST REPORT

| | |
|---|---|
| Applicant: | Belkin International Inc. |
| Address: | 12045 East Waterfront Drive, Playa Vista, CA 90094, USA |
| Product: | Rechargeable Li-ion Battery Pack |
| Model: | F7U020 |
| Trade Name: | belkin |
| Rating: | Input: 5Vdc, 2A<br>Output: 5Vdc, 2.4A (each port 2.4A max.) |
| Sample receipt date: | April 25, 2017 |
| Date of Performance of Test: | April 26, 2017 – April 27, 2017 |
| Organization performing the test: | Intertek Testing Services Taiwan Ltd.<br>5F, 423, Ruiguang Road, Neihu District, Taipei 114, Taiwan. |
| Testing Requirement: | CEC-400-2015-021, Table W-2: Standards for Small Battery Chargers Systems according to 10 CFR Section 430.23(aa) (Appendix Y to Subpart B of Part 430) |
| Conclusion: | From the results of our testing on the submitted sample(s), we are of the opinion that the submitted sample(s) **COMPLY WITH** CEC-400-2015-021 Table W-2 requirements for Small Battery Chargers Systems |

**Intertek Testing Services Taiwan Ltd.**

Prepared by:

*Hank Chou*

Hank Chou
Project Engineer

Prepared by:

*Jason Chen*

Jason Chen
Senior Engineer



Report No.: 170400387TWN-001
Date: May 03, 2017
Page 2 of 8

Remark:

1) The testing results relate only to the items tested.
2) The test report shall not be reproduced except in full, without written approval of the laboratory.
3) This test report only allows to be revised within three years from its original issued date unless a further updating to the standard or requirement is noticed.
4) When determining the test conclusion, the Measurement Uncertainty of test has been considered.
5) *Except where explicitly agreed in writing, all work and services performed by Intertek is subject to our standard Terms and Conditions which can be obtained at our website: http://www.intertek-twn.com/terms/ . Intertek's responsibility and liability are limited to the terms and conditions of the agreement.*

   *This report is made solely on the basis of your instructions and / or information and materials supplied by you and provide no warranty on the tested sample(s) be truly representative of the sample source. The report is not intended to be a recommendation for any particular course of action, you are responsible for acting as you see fit on the basis of the report results. Intertek is under no obligation to refer to or report upon any facts or circumstances which are outside the specific instructions received and accepts no responsibility to any parties whatsoever, following the issue of the report, for any matters arising outside the agreed scope of the works. This report does not discharge or release you from your legal obligations and duties to any other person. You are the only one authorized to permit copying or distribution of this report (and then only in its entirety). Any such third parties to whom this report may be circulated rely on the content of the report solely at their own risk.*

CONFIDENTIAL                                                                BELKIN_000031



Report No.: 170400387TWN-001
Date: May 03, 2017
Page 3 of 8

**General Technical Information:**

| | | |
|---|---|---|
| 1. | UUT manufacturer: | SHENZHEN DBK ELECTRONICS CO., LTD<br><br>1st-5th floor Building 1, Jinyuan company Longhua Industrial Park, the north of Longguan Rd Hualian Community, Longhua Town, 518109 Baoan District, Shenzhen, Guangdong, China |
| 2. | UUT model no. and serial no.: | F7U020 (serial no.: N/A) |
| 3. | Manufacturer and model number of battery charger | N/A |
| 4. | Manufacturer, model no. and serial no. of battery | DBK, 1166110 (serial no.: N/A) |
| 5. | Standard size or type of battery | Li-ion Battery |
| 6. | Number of batteries employed in the test | 2 |
| 7. | Battery chemistry | Li-ion Battery |
| 8. | Rated battery voltage (V) | 5 Vdc |
| 9. | Rated battery capacity (Ah or mAh) | 6070 mAh |
| 10. | Any information provided by the manufacturer regarding access to the battery, particular safety requirements, etc. | N/A |
| 11. | Whether the battery charger system is detachable, integral, swappable, or does not meet any of these definitions. | Integral |
| 12. | Whether the battery charger system includes a cradle. | No |
| 13. | Other functionality of battery charger | N/A |



Report No.: 170400387TWN-001
Date: May 03, 2017
Page 4 of 8

**Test Result:**

| | | Measured Value | Mean | UCL/1.05 | Represented Value |
|---|---|---|---|---|---|
| 1. | Duration of the charge and maintenance mode test, t cd (hrs) | 24 | - | | 24 |
| 2. | Battery discharge energy, Ebatt (Wh) | Sample A: 32.01<br>Sample B: 31.88 | 31.95 | | 31.95 |
| 3. | Battery maintenance mode power, Pm (W) | Sample A: 0.10<br>Sample B: 0.10 | 0.10 | | 0.10 |
| 4. | 24 hour charger and maintenance energy, E24 (Wh) | Sample A: 47.92<br>Sample B: 47.50 | 47.71 | | 47.71 |
| 5. | Standby mode power, Psb (W) | - | - | | - |
| 6. | No battery mode power (W) | - | - | | - |
| 7. | Off mode power, Poff (W) | - | - | | - |
| 8. | Unit Energy Consumption, UEC(kWh/yr) | Sample A: 0.73<br>Sample B: 0.72 | 0.73 | 0.75 | 0.75 |
| 9. | Ambient: | Temperature: 24 °C | | | |



Report No.: 170400387TWN-001
Date: May 03, 2017
Page 5 of 8

Small Charger Proposed Regulations:

| Performance Parameter | Standard |
|---|---|
| Maximum 24 hour charge and maintenance energy (Wh)<br><br>($E_b$ = capacity of all batteries in ports and N = number of charger ports) | For $E_b$ of 2.5 Wh or less:<br>$16 \times N$ |
| | For $E_b$ greater than 2.5 Wh and less than or equal to 100 Wh:<br>$12 \times N + 1.6 E_b$ |
| | For $E_b$ greater than 100 Wh and less than or equal to 1000 Wh:<br>$22 \times N + 1.5 E_b$ |
| | For $E_b$ greater than 1000 Wh:<br>$36.4 \times N + 1.486 E_b$ |
| Maintenance Mode Power and No Battery Mode Power (W)<br>($E_b$ = capacity of all batteries in ports and N = number of charger ports) | The sum of maintenance mode power and no battery mode power must be less than or equal to:<br><br>$1 \times N + 0.0021 \times E_b$ Watts |

CONFIDENTIAL     BELKIN_000034



Report No.: 170400387TWN-001
Date: May 03, 2017
Page 6 of 8

**Summary of test results:**

When tested at 5 Vdc:
    Total charger input energy is 47.71 **Wh**, less than 63.12 **Wh.**
    The sum of Maintenance Power and No Battery Power is 0.10 **W**, less than 1.07 **W.**

---

**The results only relate to the item tested**

---



Report No.: 170400387TWN-001
Date: May 03, 2017
Page 7 of 8

**Photos of the appliance:**

External view







Report No.: 170400387TWN-001
Date: May 03, 2017
Page 8 of 8

**Equipment List**

| Reg. No. | Equipment Name | Brand Name | Type / Model | Cal. Date | Next Cal. |
|---|---|---|---|---|---|
| RL024 | DC Power Source | Chroma | 62006P | - | - |
| EC0223 | Power Analyzer | N4L | PPA2530 | 2016/05/25 | 2017/05/24 |
| EC0315 | Battery Test Machine | GWINSTEK | GBT-2211 | 2016/10/18 | 2017/10/17 |