UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Dennis Gromov

Plaintiff,

v.

Case No.: 1:22−cv−06918
Honorable Franklin U. Valderrama

Belkin International, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 3, 2023:

MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's windy, 31−page motion to compel discovery responses (doc. #[36]) is denied without prejudice for failure to comply with Local Rule 7.1. If another Local Rule 37.2 conference might be helpful in narrowing the issues for judicial intervention, that is fine, but plaintiff also is encouraged to focus the arguments and to make them succinctly, in the event the motion is refiled. In refocusing, plaintiff may also wish to reconsider the value, from an advocacy standpoint, of filing nearly 2,000 pages of exhibits. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.