# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Dennis Gromov

                    Plaintiff,

v.

Belkin International, Inc.

                    Defendant.

Case No.: 1:22–cv–06918
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 18, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Defendant's contested motion for entry of a confidentiality order (doc. #[38]) is set for hearing at a 9 a.m. motion call on 8/23/23 in Courtroom 1838 of the Dirksen U.S. Courthouse. No further briefing is permitted at this time absent order of court, and the parties should be prepared to argue the motion at the hearing. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.