UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Dennis Gromov

                        Plaintiff,

v.                                              Case No.: 1:22−cv−06918
                                                Honorable Franklin U. Valderrama

Belkin International, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 23, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on defendant's contested motion for entry of a confidentiality order (doc. #[38]). For the reasons stated on the record, the motion is granted in part and denied in part. The parties are to modify the proposed order as discussed and directed to submit a revised order to the Court's proposed order email box at Proposed_Order_Fuentes@ilnd.uscourts.gov no later than noon on 8/29/23. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.