UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Dennis Gromov
                                Plaintiff,

v.                                              Case No.: 1:22−cv−06918
                                                   Honorable Franklin U. Valderrama

Belkin International, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 14, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On plaintiff's motion to compel (doc. #[43]), defendant's response is due by noon on 9/28/23 and should account for the additional document production defendant said, in the status report (doc. #[44]), will be complete in a few days. Plaintiff's reply is due by noon on 10/5/23. The status report also contained a request for a four−month extension of the 10/31/23 fact discovery cutoff. Any request for an extension will be taken up upon the resolution of the pending motion to compel. In the meantime, given that the fact discovery cut off is just over one month away, "rolling" document productions need to become "completed" productions. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.