**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Gromov v. Belkin International, Inc.

Case Number: 22-cv-6918

An appearance is hereby filed by the undersigned as attorney for:

Belkin International, Inc.

Attorney name (type or print): Katelyn VanDoorne

Firm: Baker & McKenzie LLP

Street address: 300 E. Randolph, Suite 5000

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6324694
(See item 3 in instructions)

Telephone Number: 3128613700

Email Address: Katelyn.VanDoorne@bakermckenzie.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 22, 2023

Attorney signature: S/ Katelyn VanDoorne
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023