IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>BELKIN INTERNATIONAL, INC., )<br><br>Defendant. ) | Case No. 1:22-cv-06918<br><br>Hon. Franklin U. Valderrama<br><br>Magistrate Judge Gabriel Fuentes |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM PURSUANT TO LOCAL RULE 83.17

PLEASE TAKE NOTICE that pursuant to Local Rule 83.17, the undersigned counsel submits the following substitution of counsel for Defendant Belkin International, Inc., which allows substitutions or additions of counsel without motion where both counsel are of the same firm. Patricia Mathy no longer represents Plaintiff and should hereby be withdrawn as counsel. Katelyn VanDoorne of Baker & McKenzie LLP has entered her appearance for Defendant Belkin International, Inc.

Dated: September 22, 2023

Respectfully submitted,

By: /s/ Katelyn VanDoorne
Katelyn VanDoorne
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-3700
katelyn.vandoorne@bakermckenzie.com

Edward Totino (admitted *pro hac vice*)
Nancy Nguyen Sims (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com

*Counsel for Defendant Belkin International, Inc.*