UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Dennis Gromov

        Plaintiff,

v.                Case No.: 1:22−cv−06918
                Honorable Franklin U. Valderrama

Belkin International, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 25, 2023:

  MINUTE entry before the Honorable Gabriel A. Fuentes: On defendant's motion for protective order (doc. #[49]), plaintiff's response is due by noon on 9/29/23, and defendant's reply is due by noon on 10/5/23. Until the Court rules on this motion, plaintiff is ordered not to effect service and/or not to obtain documents under the five third−party subpoenas in question. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.