# EXHIBIT A

| | |
|---|---|
| **From:** | VanDoorne, Katelyn |
| **Sent:** | Thursday, September 21, 2023 6:38 AM |
| **To:** | Bill Cash |
| **Cc:** | Totino, Edward; Sims, Nancy; Shapiro, Peter; bsilverman@fbfglaw.com; gblankinship@fbfglaw.com; jason@kazlg.com; swarrick@levinlaw.com; mschultz@levinlaw.com; ak@kazlg.com |
| **Subject:** | RE: Gromov v. Belkin (Case No. 22-cv-06918) - Letter re Third-Party Subpoenas |
| **Attachments:** | 2023-09-20 Belkin Letter to Gromov re Third-Party Subpoenas.pdf |

Bill,

I am reattaching the letter and copying the rest of your team. Apologies for not doing so in the first instance. Scott, Jason, Abbas, and team, please let us know if you are available today to discuss.

Best,
Katelyn

**Katelyn VanDoorne**
Associate, Litigation & Government Enforcement
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601 United States
Tel: +1 312 861 3700
Fax: +1 312 698 2878
Cell: +1 816 244 4709
katelyn.vandoorne@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

---

**From:** Bill Cash <bcash@levinlaw.com>
**Sent:** Wednesday, September 20, 2023 4:43 PM
**To:** VanDoorne, Katelyn <Katelyn.Vandoorne@bakermckenzie.com>
**Cc:** Totino, Edward <Edward.Totino@bakermckenzie.com>; Sims, Nancy <Nancy.Sims@bakermckenzie.com>; Shapiro, Peter <Peter.Shapiro@bakermckenzie.com>
**Subject:** [EXTERNAL] Re: Gromov v. Belkin (Case No. 22-cv-06918) - Letter re Third-Party Subpoenas

Hello,

I'm on a hiking trip off the grid and am not available to meet this week. However, I sent it to my colleagues and we'll read when I am back in signal.


Bill Cash III
Levin Papantonio Rafferty
Pensacola, Fla.
Direct: 850-435-7059
Mobile: 614-264-1342

**From:** VanDoorne, Katelyn <Katelyn.Vandoorne@bakermckenzie.com>
**Sent:** Wednesday, September 20, 2023 6:55:02 AM
**To:** Bill Cash <bcash@levinlaw.com>
**Cc:** Totino, Edward <Edward.Totino@bakermckenzie.com>; Sims, Nancy <Nancy.Sims@bakermckenzie.com>; Shapiro, Peter <Peter.Shapiro@bakermckenzie.com>
**Subject:** Gromov v. Belkin (Case No. 22-cv-06918) - Letter re Third-Party Subpoenas

**CAUTION:** This email message is **EXTERNAL.**

Bill,

Please see the attached correspondence on behalf of Belkin. Please provide dates and times this week which you are available to meet and confer regarding the issues raised in our correspondence.

Kind regards,
Katelyn

**Katelyn VanDoorne**
Associate, Litigation & Government Enforcement
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601 United States
Tel: +1 312 861 3700
Fax: +1 312 698 2878
Cell: +1 816 244 4709
katelyn.vandoorne@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.



Baker & McKenzie LLP

300 East Randolph Street, Suite 5000
Chicago, IL 60601
United States

Tel: +1 312 861 8000
Fax: +1 312 861 2899
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

\* Associated Firm
\*\* In cooperation with Trench, Rossi e Watanabe Advogados

September 20, 2023

VIA EMAIL

William Cash III
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
bcash@levinlaw.com

RE: ***Gromov v. Belkin International, Inc.***
U.S.D.C Northern District of Illinois, Case No. 22-cv-06918

Dear Bill:

We write regarding Plaintiff's document subpoenas (the "**Third-Party Subpoenas**") served on Amazon.com, Inc., Walmart Inc., Target Corporation, The ODP Corporation, and Best Buy Co., Inc., which request that these entities produced detailed sales information regarding sixty different power bank products, only 10 of which appear to be Belkin products.

Under Federal Rule of Civil Procedure 45, a party may obtain information from a non-party only if it is "relevant and proportional," and the subpoena "does not impose an undue burden." *See Craigville Tel. Co. v. T-Mobile United USA, Inc.*, 2022 U.S. Dist. LEXIS 226705, *2, citing Fed. R. Civ. P. 45(a)(1)(A)(iii), Fed R. Civ. P. 26(b)(1). "[N]on-party status is a significant factor to be considered in determining whether the burden imposed by a subpoena is undue because non-parties have a different set of expectations than parties . . . [w]hile parties to a lawsuit must accept the invasive nature of discovery, non-parties experience an unwanted burden." *Id.* at *3 (internal quotations and citation omitted).

The information sought in the Third-Party Subpoenas relating to any product other than the Belkin Pocket Power 10000 is irrelevant to the claims and defenses at issue in this lawsuit, and is not proportional to the needs of the case. *See Autotech Techs. Ltd. Partnership v. Automationdirect.com, Inc.*, 235 F.R.D. 435, 440 (N.D. Ill. 2006) ("The initial inquiry in enforcement of any discovery request is one of relevance."). Rather than wait for the Court to decide the threshold issue of whether he has standing, as set out in Belkin's motion to dismiss, Plaintiff issued the Third-Party Subpoenas seeking numerous categories of documents on products he did not purchase, and products Belkin does not sell. Even assuming Plaintiff has standing to sue over other Belkin power banks other than the Power Pocket 10000—and he does not—the exhaustive sales records Plaintiff seeks



regarding power banks sold by other sellers has no possible relevance to claims against Belkin. And further still, even if the requested records could somehow be deemed relevant, they are still overbroad. *See City of Rockford v. Mallinckrodt ARD, Inc.*, 2020 U.S. Dist. LEXIS 259038, *8-9 (N.D. Ill. May 27, 2020) ("[T]he Court has an independent duty to quash a subpoena as overbroad if it does not limit the documents requested to those relevant to the underlying action."). The alleged misrepresentation at issue concerns charging capacity as measured in mAh. Voluminous data regarding voltage, connector type, weight, etc. have no relevance to this case.

Pursuant to Local Rule 37.2, please provide dates and times this week which you are available to meet and confer regarding the issues outlined above.

Regards,

*/s/ Katelyn VanDoorne*

Katelyn VanDoorne

+1 312 861 3700
Katelyn.VanDoorne@bakermckenzie.com

CC: Edward Totino (Edward.Totino@bakermckenzie.com)
Nancy Sims (Nancy.Sims@bakermckenzie.com)
Peter Shapiro (Peter.Shapiro@bakermckenzie.com)