# EXHIBIT B

| | |
|---|---|
| **From:** | Bill Cash <bcash@levinlaw.com> |
| **Sent:** | Thursday, September 21, 2023 7:54 AM |
| **To:** | VanDoorne, Katelyn |
| **Cc:** | Totino, Edward; Sims, Nancy; Shapiro, Peter |
| **Subject:** | [EXTERNAL] Re: Gromov v. Belkin - request for deposition dates |

Hello,

Can I get a response to this email from a week ago? I want to set these depositions. Thank you.


Bill Cash III
Levin Papantonio Rafferty
Pensacola, Fla.
Direct: 850-435-7059
Mobile: 614-264-1342

**From:** Bill Cash <bcash@levinlaw.com>
**Sent:** Thursday, September 14, 2023 8:41:22 AM
**To:** VanDoorne, Katelyn <Katelyn.Vandoorne@bakermckenzie.com>
**Cc:** Totino, Edward <Edward.Totino@bakermckenzie.com>; Sims, Nancy <Nancy.Sims@bakermckenzie.com>; Shapiro, Peter <Peter.Shapiro@bakermckenzie.com>
**Subject:** Gromov v. Belkin - request for deposition dates

OK.

We are requesting the following depositions:

- Norbert Von Boode
- Jen Warren Wei
- Nick Kalra

Please provide us some dates during the first two weeks of October.

We are also going to ask for a 30(b)(6) deposition. However, as Belkin still hasn't concluded its document production, we are not able to do that yet. When will you finish the production?

**Bill Cash III**
*Of Counsel*
Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, & Mougey, P.A.
316 South Baylen Street, Suite 600, Pensacola, Florida 32502
Phone: 850-435-7059
www.levinlaw.com

**From:** VanDoorne, Katelyn <Katelyn.Vandoorne@bakermckenzie.com>
**Sent:** Thursday, September 14, 2023 9:25 AM
**To:** Bill Cash <bcash@levinlaw.com>
**Cc:** Totino, Edward <Edward.Totino@bakermckenzie.com>; Sims, Nancy <Nancy.Sims@bakermckenzie.com>; Shapiro, Peter <Peter.Shapiro@bakermckenzie.com>
**Subject:** RE: Gromov v. Belkin International, Inc. (1:22-cv-06918) - Joint Status Report

Bill,

We'll await your draft.

Thanks,
Katelyn

**Katelyn VanDoorne**
Associate, Litigation & Government Enforcement
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601 United States
Tel: +1 312 861 3700
Fax: +1 312 698 2878
Cell: +1 816 244 4709
katelyn.vandoorne@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

**From:** Bill Cash <bcash@levinlaw.com>
**Sent:** Thursday, September 14, 2023 9:18 AM
**To:** VanDoorne, Katelyn <Katelyn.Vandoorne@bakermckenzie.com>
**Cc:** Totino, Edward <Edward.Totino@bakermckenzie.com>; Sims, Nancy <Nancy.Sims@bakermckenzie.com>; Shapiro, Peter <Peter.Shapiro@bakermckenzie.com>; bsilverman@fbfglaw.com; gblankinship@fbfglaw.com; jason@kazlg.com; Scott Warrick <swarrick@levinlaw.com>; Matt Schultz <mschultz@levinlaw.com>; ak@kazlg.com
**Subject:** [EXTERNAL] RE: Gromov v. Belkin International, Inc. (1:22-cv-06918) - Joint Status Report

Hi Katelyn,

Welcome to the case. I'm your contact on this and am working on the same here. I will send you our draft as soon as possible.

**Bill Cash III**
*Of Counsel*
Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, & Mougey, P.A.
316 South Baylen Street, Suite 600, Pensacola, Florida 32502
Phone: 850-435-7059
www.levinlaw.com

**From:** VanDoorne, Katelyn <Katelyn.Vandoorne@bakermckenzie.com>
**Sent:** Thursday, September 14, 2023 9:15 AM
**To:** Bill Cash <bcash@levinlaw.com>
**Cc:** Totino, Edward <Edward.Totino@bakermckenzie.com>; Sims, Nancy <Nancy.Sims@bakermckenzie.com>; Shapiro, Peter <Peter.Shapiro@bakermckenzie.com>; bsilverman@fbfglaw.com; gblankinship@fbfglaw.com; jason@kazlg.com; Scott Warrick <swarrick@levinlaw.com>; Matt Schultz <mschultz@levinlaw.com>; ak@kazlg.com
**Subject:** Gromov v. Belkin International, Inc. (1:22-cv-06918) - Joint Status Report

**CAUTION:** This email message is **EXTERNAL.**

Counsel,

As you may know, Patricia Mathy is no longer with Baker McKenzie. I will be taking over this matter in her place, and I would appreciate if you could copy me, as well as my colleague Peter Shapiro (CC'd), on all correspondence going forward. Per Judge Fuentes' June 29 order, the parties have a joint written status report on discovery progress and settlement status due at 12:00 p.m. CT today. We can put a draft together and circulate later this morning.

Thanks,
Katelyn

**Katelyn VanDoorne**
Associate, Litigation & Government Enforcement
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601 United States
Tel: +1 312 861 3700
Fax: +1 312 698 2878
Cell: +1 816 244 4709
katelyn.vandoorne@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.