## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

                Plaintiff,

v.                                        Case No.: 1:22−cv−06918
                                                                            Honorable Franklin U. Valderrama

Belkin International, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 10, 2023:

        MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's motion to compel (doc. #[43]) is denied in part and granted in part, and defendant's motion for protective order (doc. #[49]) is denied, all for the reasons stated in the accompanying order. Enter Order. Compliance with the Order is directed as follows: (1) Interrogatory No. 2 is to be answered no later than 5 p.m. on 10/26/23; (2) the parties must confer as directed in the Order promptly after 10/26/23 so that they may file a joint written status report by noon on 11/2/23 on their progress on the product sampling issues and a timetable for defendant's further compliance with the Order; (3) fact discovery is extended at the parties' request (doc. #[44]) to 2/28/24 but is declared final; and (4) Rule 26(a)(2) reports are to be exchanged no later than 5 p.m. on 3/29/24, with all experts deposed no later than 4/29/24, the final closure date for all discovery in this matter. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.