UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Dennis Gromov
                        Plaintiff,

v.                                     Case No.: 1:22−cv−06918
                                                   Honorable Franklin U. Valderrama

Belkin International, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 2, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the parties' 26−page joint status report (doc. #[59]), the Court will conserve resources, see Fed. R. Civ. P. 1, by construing the report as a fully briefed and Local Rule 37.2−compliant motion to compel and/or for protective order on (1) defendant's revised response to Interrogatory No. 2; (2) representative sampling; (3) sales information; (4) discovery responses on the three issues noted on page 20 of the report; and (5) interrogatory nos. 18 and 19. The motion is taken under advisement. In the meantime, the 10/25/23 deadline for a renewed motion on deposition scheduling (doc. #[58]) has come and gone, so the Court presumes that such issue is now resolved through conferral. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.