**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Dennis Gromov

                       Plaintiff,

v.                                            Case No.: 1:22−cv−06918
                                                 Honorable Franklin U. Valderrama

Belkin International, Inc.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 8, 2023:

       MINUTE entry before the Honorable Gabriel A. Fuentes: The Court is in receipt of a filing by Defendant titled "Regarding the Court's October 10, 2023 Order and the Parties' November 2, 2023 Status Report Statement," [D.E. 61], which appears to be in response to the Court's order that it would consider the 11/2/23 status report as a fully briefed motion on outstanding discovery disputes. According to Defendant, a number of the issues raised in the status report have now been resolved or are otherwise "moot," and thus no longer need to be decided by Court, but Defendant does not indicate if its submission is agreed or opposed by Plaintiff. Therefore, Plaintiff may file a response by 5 p.m. on 11/9/23 indicating which, if any outstanding discovery disputes have been resolved by the parties. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.