UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Dennis Gromov

        Plaintiff,

v.                Case No.: 1:22−cv−06918
                 Honorable Franklin U. Valderrama

Belkin International, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 17, 2023:

   MINUTE entry before the Honorable Gabriel A. Fuentes: The Court resolves the parties' earlier joint motion (doc. #[59]) for judicial action on compliance with the Court's 10/10/23 Order (doc. #[56]) as set forth in the accompanying Order. Enter Order. A further joint status report on discovery status is due by noon on 12/14/23. The Court wishes all a joyous Thanksgiving holiday. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.