## Bill Cash

| | |
|---|---|
| **From:** | VanDoorne, Katelyn <Katelyn.Vandoorne@bakermckenzie.com> |
| **Sent:** | Monday, December 11, 2023 6:24 PM |
| **To:** | Bill Cash |
| **Cc:** | Totino, Edward; Sims, Nancy; Bradley Silverman (BSilverman@fbfglaw.com); Greg Blankinship (gblankinship@FBFGLaw.com); Jason Ibey; Scott Warrick; Matt Schultz; Abbas Kazerounian, Esq. (ak@kazlg.com) |
| **Subject:** | Gromov v. Belkin International, Inc. (1:22-cv-06918) |
| **Attachments:** | Belkin List of Power Bank SKUs and Descriptions.pdf |

**CAUTION:** This email message is **EXTERNAL.**

Bill,

Belkin is in the process of preparing a list of its power banks consistent with the Court's order dated November 17, 2023. While Belkin is still working diligently to compile the full list, in the interest of time we have attached a list which contains SKU numbers and SKU descriptions for the power banks Belkin has sold since January 1, 2018. We are happy to meet and confer should you feel that this list aids our discussions regarding a representative sampling. We will supplement this list soon with the balance of the information ordered by the Court.

Kind regards,
Katelyn

**Katelyn VanDoorne**
Associate, Litigation & Government Enforcement
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601 United States
Tel: +1 312 861 3700
Fax: +1 312 698 2878
Cell: +1 816 244 4709
katelyn.vandoorne@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.