## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

                  Plaintiff,

v.                                           Case No.: 1:22−cv−06918

                                                                   Honorable Franklin U. Valderrama

Belkin International, Inc.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 14, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the 11−page joint status report on discovery (doc. #[66]), the Court orders the parties to appear at 9:30 a.m. on 12/18/23 in Courtroom 1838 for a discovery status hearing at which discovery status may be addressed succinctly. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.