**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Dennis Gromov
                         Plaintiff,

v.                                              Case No.: 1:22−cv−06918
                                                   Honorable Franklin U. Valderrama

Belkin International, Inc.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 18, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Status hearing held on 12/18/2023. Plaintiff reports receiving defendant's discovery responses alleged to be incomplete. The parties are to confer on the pending discovery issues described during today's hearing. If necessary, a motion to compel is due by noon on 1/11/2024 and is not to be filed earlier. The parties may file a brief joint status report by noon on 1/11/24 in lieu of a motion if the discovery issues have been resolved. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.