# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-06918 |
| v. | ) ) Hon. Franklin U. Valderrama ) |
| BELKIN INTERNATIONAL, INC., | ) Magistrate Judge Gabriel A. Fuentes ) |
| Defendant. | ) ) |

### ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation On Expert Discovery.

**IT IS SO ORDERED.**

Dated: January 24, 2024

_____
Hon. Magistrate Judge Gabriel A. Fuentes