# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

        Plaintiff,

v.               Case No.: 1:22−cv−06918
                Honorable Franklin U. Valderrama

Belkin International, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2024:

   MINUTE entry before the Honorable Gabriel A. Fuentes: After reviewing the parties joint status report (doc. #[70]), which indicated that the parties anticipate being able to resolve their outstanding discovery disputes without need for court intervention, the next joint status report regarding the completion or near completion of discovery in advance of the 2/28/24 fact discovery cutoff, is due by noon on 2/15/24. If the parties are unable to resolve their differences, a motion to compel is due by noon on 2/15/24 in lieu of the joint status report. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.