# EXHIBIT C

Free 2-day shipping on orders of $125 or more ✕

belkin

Products / Chargers / Portable Chargers & Power Banks

Hide Filters

Sort by Featured

12 Results

false

Clear Filters

**Categories**

Chargers
**Portable Chargers & Power Banks**

**Capacity mAh**

- ☐ 10k+
- ☐ Below 10k

**Features**

- ☐ Gaming / Viewing Stand
- ☐ Hybrid Wall Charger + Power Bank
- ☐ Magnetic
- ☐ Multi-Port
- ☐ Portable
- ☐ Single Device
- ☐ USB-C Power Delivery
- ☐ Wireless Charging

**Cable connector**

**Color**

**Shop by Price**

**Device**

**Product Status**

New

(76)

**BoostCharge**

Magnetic Wireless Power Bank 5K + Stand

**$49.99 - $59.99**

Add to Cart

New

(15)

**BoostCharge Pro**

Fast Wireless Charger for Apple Watch + Power Bank 10K

**$99.99**

Add to Cart

(63)

**BoostCharge**

Magnetic Wireless Power Bank 2.5K

**$39.99**

Add to Cart

New

(28)

**BoostCharge**

Power Bank 20K

**$39.99**

Add to Cart

(77)

**BoostCharge**

Power Bank 10K

**$29.99**

Add to Cart

(41)

**BoostCharge**

USB-C PD Power Bank 10K + USB-C Cable

**$39.99**

Add to Cart



Free 2-day shipping on orders of $125 or more ✕

belkin



★★☆☆☆ (1)
**BoostCharge**
Power Bank 5K (12W USB-A port)
○
$24.99
View Details

★★★★★ (67)
**BoostCharge**
Magnetic Portable Wireless Charger 10K
●
$69.99  $59.99
Add to Cart

★★★★★ (11)
**BoostCharge**
Hybrid Wall Charger 25W + Power Bank 5K

$59.99
Add to Cart

★★★★★ (46)
**BoostCharge**
Power Bank 10K + Stand Play Series
●
$44.99
Add to Cart

New

☆☆☆☆☆ (0)
**BoostCharge**
3-Port Compact Power Bank 20K with PD 20W

$59.99
Add to Cart

★★★★☆ (54)
**BoostCharge**
Power Bank 5K With Lightning Connector
○
$39.99
View Details

# Portable Chargers and Power Banks FAQ

What is a power bank?                                                    +

Free 2-day shipping on orders of $125 or more     ✕

**belkin**

Are power banks allowed on planes?    +

Do portable chargers come charged?    +

How do I reset a powerbank?    +

How do portable chargers work?    +

How long do portable chargers last?    +

Can I take a power bank in carry on luggage?    +

Do you have to take out portable chargers for TSA?    +

How to recharge a portable charger or power bank?    +

Free 2-day shipping on orders of $125 or more

belkin

Sign Up/Sign In

MagSafe & Magnetic Accessories
Chargers
Docks & Hubs
Screen Protectors
Audio
Cables
Adapters
AirTag Accessories
Computer Accessories
Tablet & Phone Accessories

About Us
Contact Us
Newsroom
Blog
Careers
Sustainability
Why Shop Belkin
Where To Buy
Belkin Rewards

Support Center
Register Your Product
Product Recalls
Connected Equipment Warranty
Warranty Exchange
Shipping
Returns

**Partners**

Affiliates
Partner Advantage Program

Subscribe now and save on your next purchase.

Enter Em...

Subscribe now

Prefer to connect by text? Sign up here for those, too.

© Belkin 2024 | All Rights Reserved | **Legal & Privacy** | **Your Privacy Choices**

**United States**

