IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS GROMOV, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:22-cv-06918 |
| Plaintiff, | ) ) ) | Hon. Franklin U. Valderrama |
| v. | ) ) | Magistrate Judge Gabriel A. Fuentes |
| BELKIN INTERNATIONAL, INC., | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Plaintiff Dennis Gromov respectfully requests that the Court grant him leave to file under seal the spreadsheet annexed as Exhibit A to the Declaration of Bradley F. Silverman made in support of Plaintiff's motion to compel discovery. As good cause in support thereof, and as permitted by LR78.3, Plaintiff states as follows:

1. Attached as Exhibit A to the Declaration of Bradley F. Silverman is a spreadsheet containing information about Defendant's power bank models.

2. Defendant has designated information in this document as "Confidential" pursuant to the Confidentiality Order dated August 29, 2023 (ECF No. 42).

3. Accordingly, in an abundance of caution, Plaintiff is seeking leave to file the document under seal and has provisionally filed it under seal.

4. On February 14, 2024, counsel for Defendant was notified that Plaintiff would take such action.

**THEREFORE**, based on good cause shown, Plaintiff requests that it be permitted to file the document under seal. Alternatively, Plaintiff requests that the document remain provisionally under seal until Defendant has an opportunity to respond to this motion.

| | |
|---|---|
| Date: February 14, 2024 | Respectfully submitted, |
| | |
| | */s/ Bradley F. Silverman* |
| | D. Greg Blankinship (*pro hac vice*) |
| | gblankinship@fbfglaw.com |
| | Bradley F. Silverman (*pro hac vice*) |
| | bsilverman@fbfglaw.com |
| | **FINKELSTEIN, BLANKINSHIP,** |
| | **FREI-PEARSON & GARBER, LLP** |
| | 1 North Broadway, Suite 900 |
| | White Plains, NY 10601 |
| | Phone: 914-298-3290 |
| | |
| | Jason A. Ibey (Bar. No. 16691) |
| | jason@kazlg.com |
| | **KAZEROUNI LAW GROUP, APC** |
| | 321 N. Mall Drive, Suite R108 |
| | St. George, Utah 84790 |
| | Phone: 800-400-6808 |
| | |
| | Seyed Abbas Kazerounian (Ill. Bar No. 6316129) |
| | ak@kazlg.com |
| | **KAZEROUNI LAW GROUP, APC** |
| | 245 Fischer Avenue, Unit D1 |
| | Costa Mesa, CA 92626 |
| | Phone: 800-400-6808 |
| | |
| | William F. Cash III (Ill. Bar No. 6330856) |
| | bcash@levinlaw.com |
| | Matthew D. Schultz (*pro hac vice*) |
| | mschultz@levinlaw.com |
| | **LEVIN, PAPANTONIO, RAFFERTY,** |
| | **PROCTOR, BUCHANAN, O'BRIEN, BARR &** |
| | **MOUGEY, P.A.** |
| | 316 South Baylen Street, Suite 600 |
| | Pensacola, FL 32502 |
| | Phone: 850-435-7059 |
| | |
| | *Attorneys for Plaintiff Dennis Gromov* |