## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

                         Plaintiff,

v.                                               Case No.: 1:22−cv−06918
                                                        Honorable Franklin U. Valderrama

Belkin International, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 15, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On plaintiff's most recent motion to compel (doc. #[75]) and motion to extend discovery (doc. #[78]), defendant is ordered to file a consolidated response no later than noon on 2/22/24. No further briefing or hearing is ordered at this time. Plaintiff's motion to seal (doc. #[77]) is denied for failure to state a basis for sealing the exhibit in question under applicable Seventh Circuit law as set forth in the Court's Standing Order for Civil Cases, available on the Court's website. The Court will not seal a document filed publicly out of "an abundance of caution" simply because a party has designated it as confidential under a protective order. Moreover, the document (doc. #[76]) appears to be no more than a listing of product names, numbers and descriptions, with no trade secret information apparent. The exhibit in question (doc. #[76]) will nonetheless remain under seal provisionally to allow defendant, if it wishes, to move for its sealing no later than noon on 2/22/24. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.