# EXHIBIT 2

## STIPULATION REGARDING BATTERY INSPECTION

The parties, Lenore Miley and Belkin International, Inc., have agreed to the following procedures related to the inspection of Miley's power bank:

1. Transportation of the power bank will be by UPS or FedEx. No other means will be used.

2. Each step in the chain of custody will be documented using the form attached as Attachment A. Each person handling the power bank will complete this form, sign it, and send a copy to Miley's counsel.

3. The test will be conducted in accordance with the plan defined in Attachment C. No deviation from the test will be permitted.

4. Miley or the person preparing the power bank for shipping on Miley's behalf will video the packaging of the power bank including the sealed package with the address label visible. Belkin's expert will video the entire test, including to show the physical condition of the power bank upon opening the shipment and the sealing of the power bank in the return shipment. Both videos will be retained for possible consultation later in this proceeding.

5. At the conclusion of the test, the power bank will be returned to Miley's counsel. All original copies of the chain-of-custody forms will be physically maintained with the power bank for future use if needed.

6. Belkin's expert is conducting this test and has designed its parameters. Miley is producing her power bank for inspection. However, in producing the battery, Miley does not necessarily agree with the design of the test, does not necessarily agree that the test will be conducted correctly, and does not necessarily agree that any results would be admissible.

7. The parties agree that—as with any shipping—there is a small risk of damage or loss. This risk falls entirely on Belkin unless Miley or her agents are responsible for intentionally or recklessly causing the damage or loss in connection with the shipping process. In the event that the shipping company loses or damages the power bank, or in the event of any other shipping mishap, Belkin will not assert the fact that there has been damage or loss against Miley in any way. For example, if the power bank is lost during shipping, Belkin will not make an issue of Miley's inability to produce the power bank at trial. As another example, Belkin will not make an issue of its own inability to test the power bank.

8. The parties also agree that there is a risk that the testing could damage, degrade, or destroy the power bank; or the power bank could suffer other mishap (e.g., destroyed by fire at the laboratory). Belkin will not assert any such testing mishap was the fault of Miley and any resulting inability to conduct testing will not form the basis of any argument by Belkin adverse to Miley's claim . In the event of any such testing mishap, Miley will be permitted to argue that she was not able to further test the power bank.

9.  Each person who handles the power bank during testing will sign the personal injury waiver attached as Attachment B and will return it to Miley's counsel.

William F. Cash III
on behalf of
Lenore Miley

Sheldon Eisenberg (Ca. Bar No. 100626)
Gillian Kuhlmann (Ca. Bar No. 316241)
Nairi Shirinian (Ca. Bar No. 335909)
**SULLIVAN & TRIGGS, LLP**
Sullivan & Triggs, LLP
1230 Montana Avenue, Suite 201
Santa Monica, California 90403
Phone: 310-451-8300
Fax:    310-451-8303
Email: seisenberg@sullivantriggs.com
Email: gkuhlmann@sullivantriggs.com
Email: nshirinian@sullivantriggs.com

*Attorneys for Defendant Belkin International Inc.*

**ATTACHMENT A:**
**CHAIN OF CUSTODY FORM**

Use this form to document each change of custody of the power bank.

| | |
|---|---|
| Sending person | |
| Organization or firm | |
| Physical address | |
| Shipment means (e.g., FedEx 2-day) | |
| Tracking number | |
| Date and time tendered to shipper | |
| Signature of sending person | |
| Date and time of signature | |

| | |
|---|---|
| Receiving person | |
| Organization or firm | |
| Physical address | |
| Date and time shipper tendered package to receiving person | |
| Signature of receiving person | |
| Date and time of signature | |

Maintain the original copy of this form with the power bank. Send a copy to **bcash@levinlaw.com.**

**ATTACHMENT B:**
**PERSONAL INJURY WAIVER**

Each person who comes into physical contact with the power bank must sign this form before handling or testing it.

I, _____, am fully aware of the risks and hazards connected with the participation in this event: inspection of Miley's power bank, including physical injury, property damage, and death, and I hereby elect to voluntarily participate in this event, knowing that the associated physical activity may be hazardous to me and or my property. I voluntarily assume full responsibility for any risks or loss, property damage, or personal injury that may be sustained by me, or loss or damage to property owned by me, as a result of participation in this property inspection.

I hereby on behalf of myself, heirs, successors, assigns, attorneys, agents, and all other persons who are now or may hereafter become entitled to assert claims derived from or on my behalf, release, waive, and discharge Miley and all of her attorneys and their firms, from any and all liability, claims, demands, actions and causes of action whatsoever arising out of or related to any loss, damage, or injury, that may be sustained by me, or to any property belonging to me, while participating in the inspection, or while on or upon the premises where the event is being conducted. I also agree to hold harmless and to indemnify Miley and all of her attorneys and their firms in the event anyone asserts any type of claim described above.

In signing this waiver, I acknowledge and represent that I have read the foregoing and understand it and sign it voluntarily.

Print name: _____

Sign: _____

Date: _____

Send the completed form to **bcash@levinlaw.com.**

Ex. C

# POWER BANK TESTING

## TEST PLAN

**PREPARED ON:**
**25 October 2021**

**PREPARED FOR:**
**Sullivan and Triggs, LLP**

**PREPARED BY:**
**Torus Engineering, LLC**
**Zachary Gillan**
**Zachary@TorusEngineering.com**
**(303) 204 - 3441**



# TABLE OF CONTENTS

Objective:.................................................................................................................................3

Test Overview .........................................................................................................................4

Test Hardware .........................................................................................................................4

Test Circuit ..............................................................................................................................5

Test 1: iPhone Battery Depletion ...........................................................................................6

    Setup ...................................................................................................................................6

    Process ................................................................................................................................6

Test 2: DUT Charging .............................................................................................................7

    Setup ...................................................................................................................................7

    Process ................................................................................................................................9

Test 3: iPhone Charging with DUT .......................................................................................12

    Setup .................................................................................................................................12

    Process ..............................................................................................................................14

## LIST OF TABLES

Table 1: Power Bank DUT Devices .................................................................................4
Table 2: Apple iPhone 7 Devices ..................................................................................4
Table 3: Test Equipment...............................................................................................4

## LIST OF FIGURES

Figure 1: Pocket Power 10K Power Bank (Portable Charger, Model F7U020) DUT ......................3
Figure 2: Test Circuit ................................................................................................5
Figure 3: DUT Charging Configuration ........................................................................8
Figure 4: DMM Timer/Logging Settings .....................................................................10
Figure 5: DMM Remote Control Settings ...................................................................11
Figure 6: iPhone Charging Configuration ...................................................................13
Figure 7: DMM Timer/Logging Settings .....................................................................15
Figure 8: DMM Remote Control Settings ...................................................................16

# OBJECTIVE:

The purpose of this document is to outline the test plan requested by Sullivan and Triggs, LLP for product testing of Belkin's Pocket Power 10K Power Bank (Model F7U020, Figure 1). It has been requested that the F7U020's charging capabilities in relation to Apple's iPhone 7 be tested.

This test plan does not include any compliance or certification testing.



*Figure 1: Pocket Power 10K Power Bank (Portable Charger, Model F7U020) DUT*

*Source: https://www.belkin.com/us/chargers/power-banks/pocket-power-10k-power-bank-portable-charger/p/p-f7u020/*

# TEST OVERVIEW

This test plan works to output the following:

- Number of charges and charging time available when the power banks are paired with various iPhone 7 devices.
- Electric power (voltage and current) delivered by the power bank to the iPhone 7 during charging.

The test is broken into three stages to ensure accurate data and measurements.

1. iPhone Battery Depletion: Ensure all iPhone 7 batteries are fully depleted.
2. DUT Charging: Ensure power banks (DUTs) are fully charged.
3. iPhone Charging with DUT: Measure DUT performance when paired with an iPhone 7.

# TEST HARDWARE

All Devices Under Test (DUT) information, Apple iPhone information, and supporting test equipment can be found respectively in Table 1, Table 2, and Table 3.

*Table 1: Power Bank DUT Devices*

| Name | Description | Model | S/N |
|------|-------------|-------|-----|
| **DUT-1** | Belkin Power Bank (1) | F7U020 | |
| **DUT-2** | Belkin Power Bank (2) | F7U020 | |
| **DUT-3** | Belkin Power Bank (3) | F7U020 | |
| **DUT-4** | Belkin Power Bank (4) | F7U020 | |

*Table 2: Apple iPhone 7 Devices*

| Name | Description | Model | S/N |
|------|-------------|-------|-----|
| **iPhone-1** | Apple iPhone 7 (1) | | |
| **iPhone-2** | Apple iPhone 7 (2) | | |
| **iPhone-3** | Apple iPhone 7 (3) | | |
| **iPhone-4** | Apple iPhone 7 (4) | | |

*Table 3: Test Equipment*

| Description | Model | Qty | S/N(s) |
|-------------|-------|-----|--------|
| Keysight Digital Multi-Meter (DMM) | U1232A | 8 | |
| Keysight DMM IR-USB Cable | U1173B | 8 | |
| Allegro Microsystems Current Sensor Board | ASEK-70331EESA-2P5U3 | 4 | |

| Description | Model | Qty | S/N(s) |
|---|---|---|---|
| Acasis USB3.0 Hub (10 Ports) | ICP36-120-3000 | 1 | - |
| Keysight Handheld Meter Logger Software | Version 3.1.51130.01 | - | - |
| Engineering Laptop with Windows 10 OS | - | 1 | - |

# TEST CIRCUIT

The test circuit, depicted in Figure 2, operates to measure the delivered power to the iPhone 7 from the DUT with minimal power interruption.

The current drawn by the iPhone 7 is converted into a voltage reading through a Hall-effect sensor. Traditional resistive current measurement techniques measure a power drop across a resistor. Hall-effect sensors, however, work to measure current through a conductor using the induced magnetic fields, requiring no resistive measurement.

The current sensor selected (Allegro Microsystems ACS70331EESATR-2P5U3) has a typical primary conductor resistance of 1.1 mΩ, equating to a power draw of 6.336 mW at 2.4 A (about 0.05% of 12 W).



*Figure 2: Test Circuit*

# TEST 1: IPHONE BATTERY DEPLETION

Test 1 works to ensure that all iPhone batteries are depleted to the point that the phone automatically powers down and requests to be charged. This verifies that all phones will begin charging from the DUT in the same "dead" state and that the battery percentage read from the phone can be used to track charging performance.

## SETUP

No additional setup required.

## PROCESS

1. Record all data and notes as required by *Power Bank Test Sheet*.
2. Verify phone is disconnected from charging port.
3. Plug headphones into phone and set volume to maximum.
4. Set screen auto-off to never.
5. Set screen brightness to maximum.
6. Connect to local WiFi network and begin indefinite stream of YouTube movies.
   a. Explore -> Movies & Shows -> Free to Watch

# TEST 2: DUT CHARGING

Test 2 verifies that all DUTs are fully charged prior to beginning Test 3.

The DUTs do not need to be depleted before beginning Test 2.

## SETUP

*While the DUTs have LEDs available to display charging status, the LEDs only display battery status in respect to fourths (0-25%, 25-50%, 50-75%, 75-100%). In order to verify that all DUTs are fully charged, they must be connected to the test circuits as shown in*

Figure 3.



*Figure 3: DUT Charging Configuration*

## PROCESS

1. Record all data and notes as required by *Power Bank Test Sheet*.
2. Verify DUTs are disconnected from USB charging ports.
3. Verify test wiring is complete:
    a. USB power supplies to respective test circuit USB input.
    b. Test circuit voltage outputs to respective DMM inputs.
    c. USB hub is connected to PC

    **NOTE: Test circuit USB output is to remain DISCONNECTED.**

4. Verify DMM connections:
    a. Verify that all DMMs are powered on and disconnected from the USB hub.
    b. Set all DMMs physical rotary to the DC Voltage measurement position.
    c. Connect DMM-1 to the USB hub.
        i. Verify DMM connects to the logging SW.
        ii. Notate respective DMM ID and DMM serial number for later data identification.
        iii. Repeat for all remaining DMMs.
5. Verify that all DMMs are connected and can be controlled from the Keysight HHM Logger SW.

Power Bank Testing
Test Plan

a. Verify all DMM "Timer" settings match Figure 4 below. Select the "Save" button.



*Figure 4: DMM Timer/Logging Settings*

b.   Verify all DMM "Remote Control" settings match Figure 5 below.



*Figure 5: DMM Remote Control Settings*

6.   Verify logging directory is empty of all data files.
7.   Begin testing for all DUTs.
    a.   In Keysight logging SW, select "Display multiple tiles in a grid" under "Layout View"
    b.   In Keysight logging SW, select "Start All Acquisitions" and verify that all devices have begun recording.
    c.   Connect all test circuit USB outputs to their respective DUTs and verify charging through flashing LEDs and increased voltages measured in logging SW.
8.   Monitor charging and data until charging is complete for each DUT.

**NOTE: Charging is complete when device power draw drops below 0.4 W. This equates to a current of 0.08 A at 5 V, and a current measurement voltage of 314 mV.**
**(250 mV zero offset + 64 mV)**

    a.   To minimize data corruption error, wait until all devices have completed charging.
    b.   Upon all DUTs charging completion:
        i.   Disconnect all DUTs from USB power.
        ii.  Select "Stop All Acquisitions" in Keysight logging SW.
9.   Verify logging data through SW GUI.
10.  Copy all data files to Test 2 folder directory.

# TEST 3: IPHONE CHARGING WITH DUT

Test 3 is used to measure the DUT performance when paired with an iPhone 7 device. Prior to beginning, ensure both Test 1 and Test 2 have been completed.

**NOTE: Test 2 is only to be completed prior to the first cycle of Test 3.**

## SETUP

While the iPhones have battery status available, the test circuit is used to record quantitative data on the power drawn by each phone. This enables more precise measurement and monitoring of the DUTs and their respective output power, as well as precise timing data regarding iPhone charging status. The test setup is shown in Figure 6.



*Figure 6: iPhone Charging Configuration*

## PROCESS

1. Record all data and notes as required by *Power Bank Test Sheet*.
2. Verify DUTs are disconnected from test circuit USB inputs.
3. Verify test wiring is complete:
   a. Test circuit USB outputs to respective iPhones.
   b. Test circuit voltage outputs to respective DMM inputs.
   c. USB hub is connected to PC

   **NOTE: Test circuit USB input is to remain DISCONNECTED.**

4. Verify DMM connections:

   **NOTE: This step can be skipped if DMMs remained connected from Test 2.**

   a. Verify that all DMMs are powered on and disconnected from the USB hub.
   b. Set all DMMs physical rotary to the DC Voltage measurement position.
   c. Connect DMM-1 to the USB hub.
      i. Verify DMM connects to the logging SW.
      ii. Notate respective DMM ID and DMM serial number for later data identification.
      iii. Repeat for all remaining DMMs.
5. Verify that all DMMs are connected and can be controlled from the Keysight HHM Logger SW.

a. Verify all DMM "Timer" settings match Figure 4 below. Select the "Save" button.



*Figure 7: DMM Timer/Logging Settings*

   b.  Verify all DMM "Remote Control" settings match Figure 5 below.



*Figure 8: DMM Remote Control Settings*

6.  Verify logging directory is empty of all data files.
7.  Begin testing for all DUTs.
   a.  In Keysight logging SW, select "Display multiple tiles in a grid" under "Layout View"
   b.  In Keysight logging SW, select "Start All Acquisitions" and verify that all devices have begun recording.
   c.  Connect all test circuit USB inputs to their respective DUTs and verify iPhone charging through power status and increased voltages measured in logging SW.
8.  Verify all iPhone settings when powered on.
   a.  Set all iPhones screen brightness to minimum.
   b.  Set all iPhones screen auto-off to 30 seconds.
   c.  Set all iPhones into airplane mode with Bluetooth and WiFi disabled.
9.  Monitor charging and data until charging is complete for each iPhone.

**NOTE: Charging is complete when device power draw drops below 0.4 W. This equates to a current of 0.08 A at 5 V, and a current measurement voltage of 314 mV.**
**(250 mV zero offset + 64 mV)**

**NOTE: To minimize data corruption error, wait until all devices have completed charging to stop acquisition.**

        a. Upon DUT/iPhone charging completion:

            i. Disconnect respective DUT from test circuit USB input.

        b. Upon all DUTs charging completion:

            i. Select "Stop All Acquisitions" in Keysight logging SW.

10. Verify logging data through SW GUI.

11. Copy all data files to Test 3 folder directory.

12. Ensure all data and notes are logged as required by *Power Bank Test Sheet*.

13. If the DUT has not depleted all battery charge, repeat Test 1 and Test 3 as necessary for each DUT.