# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

                         Plaintiff,

v.                                        Case No.: 1:22−cv−06918

                                              Honorable Franklin U. Valderrama

Belkin International, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

       MINUTE entry before the Honorable Gabriel A. Fuentes: Before us is Plaintiff's motion to compel discovery, (D.E. [75]), his motion for extension of time to complete discovery (D.E. [78]), Defendant's motion to compel (D.E. [80]), Plaintiff's response to Defendant's motion (D.E. [82]) and Defendant's response to Plaintiff's motions (D.E. [83]). Plaintiff's motion to compel is granted and Defendant's motion to compel is granted, both subject to the specific details and meet and confer requirements in the order. Enter Order. To that end, Defendant's motion for an amended confidentiality order is also granted, with the parties ordered to meet and confer on the proper scope of additions to the order. Plaintiff's motion for extension of time to complete discovery is denied for now, with the understanding that some extension past the current discovery cutoff will likely be needed in the future. As explained in the order, the next joint status report is due by noon on 3/14/2024. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.