# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:22-cv-06918 |
| v. ) ) | Hon. Franklin U. Valderrama |
| BELKIN INTERNATIONAL, INC., ) ) | Magistrate Judge Gabriel Fuentes |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM PURSUANT TO LOCAL RULE 83.17

PLEASE TAKE NOTICE that pursuant to Local Rule 83.17, the undersigned counsel submits the following substitution of counsel for Defendant Belkin International, Inc., which allows substitutions or additions of counsel without motion where both counsel are of the same firm. Katelyn VanDoorne no longer represents Plaintiff and should hereby be withdrawn as counsel. Laura Kelly of Baker & McKenzie LLP has entered her appearance for Defendant Belkin International, Inc.

Dated: March 15, 2024

Respectfully submitted,

By: */s/ Laura Kelly*
    Laura Kelly
    BAKER & MCKENZIE LLP
    300 East Randolph Street, Suite 5000
    Chicago, IL 60601
    Telephone: (312) 861-2510
    laura.kelly@bakermckenzie.com

    Edward Totino (admitted *pro hac vice*)
    Nancy Nguyen Sims (admitted *pro hac vice*)
    BAKER & MCKENZIE LLP
    10250 Constellation Blvd., Ste. 1850
    Los Angeles, CA 90067
    Telephone: (310) 210-4725
    edward.totino@bakermckenzie.com
    nancy.sims@bakermckenzie.com

    *Counsel for Defendant Belkin International, Inc.*