UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Dennis Gromov

Plaintiff,

v.  Case No.: 1:22−cv−06918
Honorable Franklin U. Valderrama

Belkin International, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 15, 2024:

MINUTE entry before the Honorable Gabriel A. Fuentes: The parties filed a joint status report on 3/14/24 (doc. #[88]) that raises several discovery progress issues, namely (1) whether and for how long to extend time for Belkin to comply with our discovery order of 2/28/24 (doc. #[85]); (2) when the depositions of three witnesses identified by Plaintiff may be scheduled in light of a possible extension of discovery deadlines; and (3) a protocol for Defendant's inspection of Plaintiff's cell phone. The Court will take up those issues (and any others any party wishes to present) by oral motion during a discovery progress status hearing at 9:30 a.m. on 3/22/24 in Courtroom 2266 of the Dirksen U.S. Courthouse. The parties are directed to confer forthwith about what they wish to raise by oral motion at this hearing, so that all parties may be prepared to argue without the necessity of written briefing. A joint status report, no longer than one single page, is due by noon on 3/21/24 simply listing (and not arguing) summarily the issues each party wishes to raise at the 3/22/24 hearing, at which the parties also should be prepared to argue the issues in defendant's contested motion for protective order (doc. #[86]). Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.