IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-06918 |
| v. | ) ) Hon. Franklin U. Valderrama |
| BELKIN INTERNATIONAL, INC., | ) ) Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) ) ) |

**JOINT STATUS REPORT**

The parties will raise the following issues at the March 22 status conference:

(1) Whether and for how long to extend time for Belkin to comply with the Court's February 28 order.

(2) Belkin's motion for a protective order (including the "attorney's eyes only" provision).

(3) The scope of the Court's February 28 order with respect to wireless devices and models at issue.

(4) Setting the depositions of Norbert Von Boode, Melody Tecson, and Belkin's 30(b)(6) designees.

(5) The protocol for Defendant's inspection of Plaintiff's cell phone and battery pack.

(6) Resetting the schedule for further deadlines, including fact and expert discovery, and expert reports.

Dated: March 21, 2024					Respectfully submitted,


							/s/ William F. Cash III
							William F. Cash III (Ill. Bar No. 6330856)
							bcash@levinlaw.com
							Matthew D. Schultz (*pro hac vice*)
							mschultz@levinlaw.com
							Scott Warrick (*pro hac vice*)
							swarrick@levinlaw.com
							**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
							316 South Baylen Street, Suite 600
							Pensacola, FL 32502
							Phone: 850-435-7059

							Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
							ak@kazlg.com
							**KAZEROUNI LAW GROUP, APC**
							245 Fischer Avenue, Unit D1
							Costa Mesa, CA 92626
							Phone: 800-400-6808

							Jason A. Ibey (Bar. No. 16691)
							jason@kazlg.com
							**KAZEROUNI LAW GROUP, APC**
							321 N. Mall Drive, Suite R108
							St. George, Utah 84790
							Phone: 800-400-6808

							D. Greg Blankinship (*pro hac vice*)
							gblankinship@fbfglaw.com
							Bradley F. Silverman (*pro hac vice*)
							bsilverman@fbfglaw.com
							**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
							1 North Broadway, Suite 900
							White Plains, NY 10601
							Phone: 914-298-3290

							*Attorneys for Plaintiff Dennis Gromov*

2

/s/ Laura A. Kelly
Laura A. Kelly
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
laura.kelly@bakermckenzie.com

Edward Totino (admitted *pro hac vice*)
Nancy Nguyen Sims (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com

*Counsel for Defendant Belkin International, Inc.*