# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

                        Plaintiff,

v.                                                  Case No.: 1:22−cv−06918

                                                          Honorable Franklin U. Valderrama

Belkin International, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Discovery progress status hearing held. For the reasons stated on the record, defendant's motion to modify protective order (doc. #[86]) is denied. If defendant wishes to file a renewed motion for AEO designation of specific materials being produced, defendant may do so after conferral. With regard to defendant's ongoing compliance with the Court's discovery order of 2/28/24 (doc. #[85]), the parties will confer and submit an agreed or contested motion concerning the contours and timing of a rolling production that the parties agreed in principle would be completed on 5/14/24. Defendant has undertaken to provide dates for the depositions of three witnesses identified by Plaintiff by 5/24/24, and that remains subject to any necessary motion practice. Defendant identified issues with the protocol for defendant's inspection or testing of plaintiff's cell phone, and the Court directed the parties to meet and confer regarding defendant's version of a proposed protocol so that an agreed or contested motion as to that protocol is filed on the docket by 5 p.m. on 3/29/24. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.