UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DENNIS GROMOV,** individually and on behalf of all others similarly situated, | Case No. 1:22-cv-6918 |
| Plaintiff, | |
| v. | Judge Valderrama |
| **BELKIN INTERNATIONAL, INC.,** | Magistrate Judge Fuentes |
| Defendant. | |

### GROMOV'S RESPONSE TO BELKIN'S MOTION (ECF No. 98)

Gromov supports Belkin's motion to give the parties an additional week to confer on Belkin's proposed inspection protocol for Gromov's cell phone.

Belkin has provided Gromov with **no** new information about the protocol since the hearing a week ago. If Belkin needs more time, that is fine with Gromov.

Gromov is filing this response because Belkin's motion contains false statements about Gromov. It is not true that Gromov did not respond to Belkin's communications about the motion. In fact, Gromov did e-mail Belkin some comments on a joint motion to extend the deadline to confer before Belkin filed what it did. It is not the first time Belkin has knowingly filed a document that misrepresents facts.

But Belkin's motion, which will give Belkin more time to explain its plans with respect to the inspection it wants, should be granted.

Respectfully submitted,

Date: March 28, 2024

/s/ William F. Cash III

William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
Scott Warrick (*pro hac vice*)
swarrick@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808

Jason A. Ibey (Bar. No. 16691)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808

D. Greg Blankinship (*pro hac vice*)
gblankinship@fbfglaw.com
Bradley F. Silverman (*pro hac vice*)
bsilverman@fbfglaw.com
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Phone: 914-298-3290

*Attorneys for Plaintiff Dennis Gromov*