# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

        Plaintiff,

v.               Case No.: 1:22−cv−06918
                  Honorable Franklin U. Valderrama

Belkin International, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 29, 2024:

  MINUTE entry before the Honorable Gabriel A. Fuentes: Defendant's unopposed motion (doc. #[98]) to extend the date for filing motions to compel concerning the inspection protocol to 4/5/24 is granted. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.