**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:22-cv-06918 |
| v. | ) ) | Hon. Franklin U. Valderrama |
| BELKIN INTERNATIONAL, INC., | ) ) | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) ) | |

**JOINT MOTION TO AMEND DISCOVERY SCHEDULE**

Plaintiff Dennis Gromov ("Plaintiff") and Defendant Belkin International, Inc. ("Belkin"), by and through their undersigned counsel, hereby jointly move the Court to amend the discovery schedule with respect to discovery dates based on the Court's February 28, 2024 Order and the parties' discussion with the Court at the March 22, 2024 status conference (*See* Dkt. Nos. 85, 95). Based on those proceedings and the parties' further discussions, the parties jointly request that the discovery schedule be amended as follows:

1.     **May 14, 2024**:  Belkin to complete its rolling production of documents and serve supplemental responses, as appropriate, to written discovery requests covered by the Court's February 28, 2024 Order.

2.     **May 24, 2024**:  Consistent with the Court's March 22 minute order, Belkin to provide by this date at least two alternative dates for the depositions of Norbert Von Boode, Melody Tecson, and Belkin's 30(b)(6) designees..

3.     **July 18, 2024**:  Fact discovery to close.

4.     **August 15, 2024**:  Opening expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) to be served.

5.      **September 12, 2024**:  Rebuttal expert reports, if any, to be served.

6.      **October 10, 2024**:  Expert discovery to be completed.

Dated:  March 29, 2024                              Respectfully submitted,

 /s/ Laura A. Kelly
Laura A. Kelly
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
laura.kelly@bakermckenzie.com

Edward Totino (admitted *pro hac vice*)
Nancy Nguyen Sims (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com

*Counsel for Defendant Belkin International, Inc.*

 /s/ William F. Cash III
William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
Scott Warrick (*pro hac vice*)
swarrick@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN, BARR
& MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

2

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808

Jason A. Ibey (Bar. No. 16691)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808

D. Greg Blankinship (*pro hac vice*)
gblankinship@fbfglaw.com
Bradley F. Silverman (*pro hac vice*)
bsilverman@fbfglaw.com
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Phone: 914-298-3290

*Attorneys for Plaintiff Dennis Gromov*