**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Dennis Gromov

                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:22−cv−06918
　　　　　　　　　　　　　　　　　　Honorable Franklin U. Valderrama

Belkin International, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 1, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The parties' joint motion to reset discovery deadlines (doc. #[101]) is granted as follows: (1) Belkin to complete its rolling production of documents and serve supplemental responses, as appropriate, to written discovery requests covered by the Court's February 28, 2024 Order no later than 5/14/24; (2) Belkin to provide by this date at least two alternative dates for the depositions of Norbert Von Boode, Melody Tecson, and Belkin#039;s 30(b)(6) designees no later than 5/24/24; (3) Fact discovery to close on 7/18/24; (4) Rule 26(a)(2) expert disclosure reports served no later than 8/15/24; (5) Rebuttal expert disclosures served no later than 9/12/24; and (6) expert discovery closes on 10/10/24. Further, the two "responses" (doc. #s [99], [102]) lobbing various charges and countercharges on an unopposed extension motion were of no utility and are stricken. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.