UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DENNIS GROMOV,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BELKIN INTERNATIONAL, INC.**,<br><br>Defendant. | Case No. 1:22-cv-6918<br><br>Judge Valderrama<br><br>Magistrate Judge Fuentes |

### JOINT MOTION REGARDING DEADLINE

The Court recently granted the parties' motion to set the deadline to file a motion regarding the inspection protocol of Gromov's phone. (ECF No. 100, Order setting deadline of April 5.)

The parties are continuing to confer, and would respectfully ask the Court to extend this deadline again—to April 12.

1

                                                      Respectfully submitted,

Date: April 3, 2024                        /s/ William F. Cash III

                                                      William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
Scott Warrick (*pro hac vice*)
swarrick@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808

Jason A. Ibey (Bar. No. 16691)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808

        D. Greg Blankinship (*pro hac vice*)
        gblankinship@fbfglaw.com
        Bradley F. Silverman (*pro hac vice*)
        bsilverman@fbfglaw.com
        **FINKELSTEIN, BLANKINSHIP,**
        **FREI-PEARSON & GARBER, LLP**
        1 North Broadway, Suite 900
        White Plains, NY 10601
        Phone: 914-298-3290

        *Attorneys for Plaintiff Dennis Gromov*