IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:22-cv-06918 |
| v. | ) ) | Hon. Franklin U. Valderrama |
| BELKIN INTERNATIONAL, INC., | ) ) | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) ) | |

**JOINT MOTION TO CONTINUE DEADLINE**

The Court previously set April 5 as the deadline to file a motion regarding the inspection of Plaintiff Dennis Gromov's mobile phone, which it continued to April 12 to accommodate the parties' ongoing efforts to meet and confer. (*See* Dkt. 100, 106). The parties have continued to meet and confer, but that process has been delayed due to a death in the family of one of the parties' counsel. Plaintiff and Defendant Belkin International, Inc. therefore jointly move the Court to continue the deadline to file a motion regarding the inspection to April 19.

Dated: April 11, 2024          Respectfully submitted,

<div style="margin-left: 2em;">

<u>*/s/ Laura A. Kelly*</u>
Laura A. Kelly
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
laura.kelly@bakermckenzie.com

Edward Totino (admitted *pro hac vice*)
Nancy Nguyen Sims (admitted *pro hac vice*)
Michael T. Boardman (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com
michael.boardman@bakermckenzie.com

*Counsel for Defendant Belkin International, Inc.*

</div>