# EXHIBIT 1

*Gromov v. Belkin International, Inc.*
Case No. 1:22-cv-06918
United States District Court, Northern District of Illinois

**Protocol for Testing of Plaintiff's Samsung Galaxy S6 Phone (the "Phone")**

**Chain of Custody**

1. Plaintiff shall close all open or active applications on the Phone that the operating system makes visible (*e.g.*, email, chats, other open apps), turn off wi-fi and power down the device.
2. Plaintiff shall put the Phone into a box and seal it, signing across the top of the box opening such that the signature will be torn when the box is unsealed.
3. Plaintiff shall then put the box containing the powered-down Phone inside a shipping container and seal that container.
4. Steps 1-3 shall be documented by video.
5. Plaintiff shall send the package to Belkin's counsel by overnight mail.
6. Following testing, Belkin will perform steps 2-5 to send the Phone back to Plaintiff.

**Preliminary Testing Process**

1. Power on the phone and allow its battery to fully discharge, until it cannot power up.
2. Connect a USB-C cable to the Phone (using an appropriate adapter to suit the phone's connection capability).
3. Connect the other end of the USB-C cable to a USC-C male-to-female breakout board (*e.g.*, [USB-C male to female breakout board - Search Shopping (bing.com)](#).)
4. Connect one end of a current probe to the breakout board and the other end to a data logger, model number Hioki MR6000-01; also connect a voltage probe to the breakout board and the other end to a data logger, model number Hioki MR6000-01. The current probe and voltage probe, together with the data logger, will record logged current and voltage during power transfers.
5. Connect a USB-C (or as appropriate, USB-A) cable between the Belkin power bank and the breakout board.
6. Charge Phone until it reads 100% battery life.
7. Repeat steps 1-6 as necessary, up to 3 times.
8. Repeat steps 1-7, but with step 1 modified such that the Phone is discharged to 20% battery life as displayed on the Phone before charging.