# EXHIBIT 2

Page 1

1     IN THE UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION
3  DENNIS GROMOV, individually  )
   and on behalf of all others  )
4  similarly situated,          )
                                )
5            Plaintiff,         )Case No. 1:22-cv-06918
                                )
6       vs.                     )
                                )
7  BELKIN INTERNATIONAL, INC.,  )
                                )
8            Defendant.         )
9
10       The videotaped deposition of DENNIS GROMOV,
11  called by the Defendant for examination taken
12  pursuant to the Federal Rules of Civil Procedure of
13  the United States District Courts pertaining to the
14  taking of depositions, taken before Valerie
15  Calabria, CSR, RPR, taken at 5550 North River Road,
16  Rosemont, Illinois, on November 8, 2023, at
17  9:58 a.m.
18
19
20
21
22
23
24

```
 1   APPEARANCES:
 2     LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN,
       O'BRIEN, BARR & MOUGEY, P.A.
 3     BY:  MR. WILLIAM F. CASH, III
            316 South Baylen Street, Suite 600
 4          Pensacola, Florida 32502
            850.435.7059
 5          bcash@levinlaw.com
 6                  appeared on behalf of the Plaintiff;
 7     BAKER McKENZIE LLP
       BY:  MS. NANCY NGUYEN SIMS
 8          10250 Constellation Boulevard, Suite 1850
            Los Angeles, California 90067
 9          310.201.4728
            nancy.sims@bakermckenzie.com
10
       BAKER McKENZIE LLP
11     BY:  MS. KATELYN VanDOORNE
            300 East Randolph Street, Suite 5000
12          Chicago, Illinois 60601
            312.861.8000
13          katelyn.vandoorne@bakermckenzie.com
14                  appeared on behalf of the Defendant.
15   ALSO PRESENT:
16     Barbara Patel, videographer
17
                        * * * * *
18
19
20
21
22
23
24   Reported By:  Valerie M. Calabria, CSR, RPR
     License No.:  084-003928
```

```
 1                        INDEX
 2   WITNESS                                  EXAMINATION
 3   DENNIS GROMOV
 4     BY MS. SIMS                                      5
 5
 6                  DEPOSITION EXHIBITS
 7   NUMBER/DESCRIPTION                        IDENTIFIED
 8   Gromov Deposition Exhibit
 9     Exhibit 1    GR 1230000004                      78
10     Exhibit 2    Complaint                         112
11     Exhibit 3    Interrogatory responses           114
12     Exhibit 4    Text messages                     124
13     Exhibit 5    LinkedIn profile                  129
14     Exhibit 6    Photographs                       133
15
16
17
18
19
20
21
22
23
24
```

Page 4

1  THE VIDEOGRAPHER: Good morning. We are going
2 on the video record at 9:58 a.m. on November 8th,
3 2023. Please note that the microphones are
4 sensitive and may pick up whispering and private
5 conversations. Please mute your phones at this
6 time. Audio and video recording will continue to
7 take place unless all parties agree to go off
8 record.
9  This is Media Unit 1 of the
10 video-recorded deposition of Dennis Gromov taken by
11 the counsel for the defendant in the matter of
12 Dennis Gromov, individually and on behalf of all
13 others similarly situated, vs. Belkin
14 International, Inc., filed in the United States
15 District Court for the Northern District of
16 Illinois, Case No. 1:22-cv-06918.
17  The location of the deposition is
18 Hilton Rosemont at 5550 North River Road in
19 Rosemont, Illinois. My name is Barbara Patel
20 representing Veritext, and I am the videographer.
21 The court reporter is Valerie Calabria from
22 Veritext. I am not authorized to administer an
23 oath, I am not related to any party in this action,
24 nor am I financially interested in the outcome.

1               If there are any objections to the
2  proceedings, please state them at the time of your
3  appearance.  Counsel, all present, and everyone,
4  including people attending remotely, will now state
5  their appearances and affiliations for the record,
6  beginning with the noticing attorney first.
7          MS. SIMS:  Nancy Sims from Baker McKenzie on
8  behalf of Belkin International.
9          MS. VanDOORNE:  Katelyn VanDoorne from Baker
10 McKenzie also on behalf of Belkin International.
11         MR. CASH:  I'm Bill Cash representing
12 Mr. Gromov.
13                  (Witness duly sworn.)
14                    DENNIS GROMOV,
15 called as a witness herein, having been first duly
16 sworn, was examined and testified as follows:
17                     EXAMINATION
18 BY MS. SIMS:
19     Q.   Hi, Mr. Gromov.  Good morning.
20     A.   Hi.
21     Q.   Thank you for being here today.  Can you
22 please state and spell your name for the record.
23     A.   Yeah.  Dennis Gromov, D-e-n-n-i-s,
24 G-r-o-m-o-v.

Page 20

```
 1   were in school?
 2        A.    Yes.
 3        Q.    Do you have any hobbies that involve
 4   electronics?
 5        A.    Like sports or like --
 6        Q.    You know, in any capacity.
 7        A.    Not really.
 8        Q.    Have you ever taken any courses on
 9   electronics, like outside of school, like, you
10   know, like the Apple Store will offer classes or
11   community college, anything like that?
12        A.    No.
13        Q.    Are you involved in any special interest
14   groups related to electronics, like any clubs?
15        A.    No.
16        Q.    What kind of a cell phone, mobile phone,
17   do you have now?
18        A.    I have the Samsung Galaxy Note 20 Ultra.
19        Q.    Is this the same phone that you had when
20   you purchased the battery pack that's at issue in
21   this lawsuit?
22        A.    No.
23        Q.    What was the phone that you had at that
24   time?
```

Page 21

```
 1          A.    It was a Samsung Galaxy S6 edge.
 2          Q.    When did you get the Note 20 Ultra?
 3          A.    I want to say, a rough estimate, maybe
 4   around 2021, I'd say.  I'm not -- yeah.  Yeah.
 5          Q.    That's okay.  So approximately 2021; is
 6   that fair?
 7          A.    It was either 2020 or 2021.  I don't
 8   remember exact just because it was, like, after the
 9   pandemic, my timeline during the, like, actual
10   pandemic, just sitting inside all the time, time
11   flew by really fast.
12          Q.    I think that's the case for everybody.
13          A.    Yeah.
14          Q.    I don't think you're alone in that.
15   Okay.  Fair enough.  So 2020 or 2021?
16          A.    Yes.
17          Q.    Okay.  Immediately before you got the
18   Note 20, were you still using the S6 edge?
19          A.    Yes.
20          Q.    Have you ever -- did you ever use the
21   Belkin power -- Belkin battery pack that's at
22   issue?  And we'll get into talking about that in a
23   little bit.  Did you ever use that battery pack to
24   charge the Note 20 Ultra?
```

Page 75

1      A.    Initially I was, but then -- and I don't
2 know if it's, like, the wiring or what, but it just
3 kind of stopped charging, like, everything.
4      Q.    So it just stopped working.  How long
5 after you got it?
6      A.    I want to say just, like, a couple
7 months.  I don't have an exact time frame, but a
8 couple months.
9      Q.    And how long after -- I believe you
10 previously testified that the Goal Zero does not
11 work with your current mobile phone, right?
12      A.    Mm-hmm.
13      Q.    Is that correct?
14      A.    That's correct.
15      Q.    So how long after you bought the Goal
16 Zero did you get your new cell phone?
17      ==A.    When did I get my new cell phone?  I==
18 ==think that was -- it was getting cold.  Maybe==
19 ==around 2021.  Maybe like sometime in 2021 near,==
20 ==like, the second half of the year because I do==
21 ==remember it was a little chillier out.  So...==
22      ==Q.    Okay.  So would it be fair to say, then,==
23 ==it was like over a year after you bought the Goal==
24 ==Zero and the Belkin Pocket Power?  And, again, not==

```
 1   trying to trick you; just trying --
 2        A.    Yeah.
 3        Q.    -- to get the timeline right.
 4        A.    Or maybe it was early in the year.
 5   Because it was, like, cold.  Maybe -- after I got
 6   that, I want to say maybe, like -- it could be in
 7   the range of like three to six months after I had
 8   the Goal Zero.  So I think it was like start of
 9   2021.  Because I do remember it being a little
10   chilly out, so I walked in with a jacket to buy it.
11   It was -- I think I got it at T-Mobile.  It's right
12   next to Qdoba in Vernon Hills.  I think it's a
13   T-Mobile.  But...
14        Q.    Okay.  So by the time you got your
15   current cell phone, the Note, the Goal Zero was
16   already broken?
17        A.    Yes.
18        Q.    Okay.  So you weren't using it, anyway,
19   by the time you got your new phone?
20        A.    No.
21        Q.    Okay.  And do you have any type of a
22   battery pack that you're using for your current
23   phone?
24        A.    No.
```

Page 139

1  STATE OF ILLINOIS )
                    )  SS:
2  COUNTY OF COOK   )
3          I, Valerie M. Calabria, CSR, RPR, do hereby
   certify that DENNIS GROMOV was duly sworn by me to
4  testify the whole truth, and that the foregoing
   deposition was recorded stenographically by me and
5  was reduced to computerized transcript under my
   direction, and that the said deposition constitutes
6  a true record of the testimony given by said
   witness.
7
           I further certify that the reading and
8  signing of the deposition was not waived, and that
   the deposition was submitted to Mr. William F.
9  Cash, III, plaintiff's counsel, for signature.
   Pursuant to Rule 30(e) of the Federal Rules of
10 Procedure, if deponent does not appear or read and
   sign the deposition within 30 days, the deposition
11 may be used as fully as though signed, and this
   certificate will then evidence such failure to
12 appear as the reason for signature not being
   obtained.
13
           I further certify that I am not a relative or
14 employee or attorney or counsel of any of the
   parties, or a relative or employee of such attorney
15 or counsel, or financially interested directly or
   indirectly in this action.
16
           IN WITNESS WHEREOF, I have hereunto set my
17 hand this 22nd day of November, A.D. 2023.
18
19
20         *Valerie Calabria*
21         Valerie M. Calabria, CSR, RPR
           Illinois CSR License 084-003928
22
23
24