# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

                        Plaintiff,

v.                                              Case No.: 1:22−cv−06918

                                                        Honorable Franklin U. Valderrama

Belkin International, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2024:

       MINUTE entry before the Honorable Gabriel A. Fuentes: The Court is in receipt of Defendant's motion for entry of an order re: testing of Plaintiff's Samsung Galaxy S6 Edge phone. [D.E. [109]] Plaintiff may file a response by 5 p.m. on 5/3/24; no reply being ordered at this time. The Court will rule by mail or ECF. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.