UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DENNIS GROMOV,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **BELKIN INTERNATIONAL, INC.**, <br><br> Defendant. | Case No. 1:22-cv-6918 <br><br><br> Judge Valderrama <br><br> Magistrate Judge Fuentes |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.17, the undersigned counsel respectfully seeks leave of Court for Scott Warrick to withdraw his appearance as counsel of record in this matter. Mr. Warrick is no longer an attorney at the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. Mr. Warrick's withdrawal will cause no delay, and Mr. Cash and the other attorneys of record at Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. will continue to represent Plaintiff Dennis Gromov as counsel of record in this matter.

Respectfully submitted,

Date: May 16, 2024

/s/ William F. Cash III

William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

*Attorneys for Plaintiff Dennis Gromov*