**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Dennis Gromov
                              Plaintiff,

v.                                              Case No.: 1:22−cv−06918
                                                Honorable Franklin U. Valderrama

Belkin International, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 17, 2024:

    MINUTE entry before the Honorable Gabriel A. Fuentes: Defendant's motion for entry of an order regarding testing of Plaintiff's Samsung Galaxy S6 Edge Phone (doc. #[109]) is granted. The parties are ordered to use Exh. 1 to Defendant's motion, as modified in the accompanying order, as the protocol for testing. By noon on 5/22/24 Defendant will provide Plaintiff with the name and credentials of the expert who will perform testing on Plaintiff's phone, and by noon on 5/28/24 Plaintiff will produce his phone to Defendant for such testing. Enter Order. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.