# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

                Plaintiff,

v.                                      Case No.: 1:22−cv−06918

                                             Honorable Franklin U. Valderrama

Belkin International, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

       MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants the Motion for Leave to Withdraw Appearance of Counsel [115]. Attorney Scott Warrick is withdrawn as counsel for Plaintiff Dennis Gromov. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.