UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DENNIS GROMOV,** individually and on behalf of all others similarly situated, Plaintiff, v. **BELKIN INTERNATIONAL, INC.**, Defendant. | Case No. 1:22-cv-6918 Judge Valderrama Magistrate Judge Fuentes |

### GROMOV'S STATUS REPORT

Gromov would like to provides the Court with a status report on discovery.

In the past few weeks, the parties have conferred and made strong progress on a stipulation that would govern further depositions in this action and in the California state case, *Miley v. Belkin*. This process took some time on each side. The parties will be submitting the final stipulation in the next few days.

Because of these negotiations, the parties agreed to defer taking those depositions. Thus, although today is the close of fact discovery under the Court's scheduling order, Gromov has not yet been able to take the depositions. Today, Belkin offered a new date (August 1) for one witness and is working on finding a date for the other.

Accordingly, the parties also have a written agreement to return to this Court with a joint motion requesting the Court to extend the deadlines for the close of fact discovery and other dates following it. Gromov would expect that to be filed in the next few days also, after Belkin and Gromov confer and agree on the deposition dates.

Respectfully submitted,

Date: July 18, 2024 /s/ William F. Cash III

William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808

Jason A. Ibey (Bar. No. 16691)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808

D. Greg Blankinship (*pro hac vice*)
gblankinship@fbfglaw.com
Bradley F. Silverman (*pro hac vice*)
bsilverman@fbfglaw.com
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Phone: 914-298-3290

*Attorneys for Plaintiff Dennis Gromov*