# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

                        Plaintiff,

v.                                               Case No.: 1:22−cv−06918
                                                      Honorable Franklin U. Valderrama

Belkin International, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: After reviewing Plaintiff's status report (doc. #[121]), which, although not styled as a joint status report, conveys that the parties are close to finalizing a stipulation governing further depositions in this case and that they also plan to file a joint motion for a short extension of fact discovery to take those depositions. At this time, the Court makes no adjustments to the discovery schedule and will address any motions and stipulations from the parties once they are filed. The next joint status report is due by 5 pm on 7/29/24 but will be vacated if the motion and stipulation are on file before then. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.