# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

                Plaintiff,

v.                                        Case No.: 1:22−cv−06918
                                            Honorable Franklin U. Valderrama

Belkin International, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The Court has reviewed the parties' joint motion to amend the scheduling order and their agreed stipulation to the process and procedures by which Plaintiffs would take additional depositions of Defendant's witnesses. (doc. # [123].) The Court commends the parties on coming to agreement on the depositions and grants the motion. The Court adopts the parties' amended discovery schedule: Close of fact discovery by 9/6/24; Rule 26(a)(2) expert disclosures by 11/8/24; rebuttal expert reports by 12/13/24; expert discovery closes by 1/29/25. A joint status report on discovery progress and settlement status is due at noon on 8/30/24, with the report to include the parties' views on whether additional discovery is warranted based on the completed depositions and whether the parties are interested in a settlement conference with the magistrate judge. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.