IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BELKIN INTERNATIONAL, INC., )<br>)<br>Defendant. )<br>) | Case No. 1:22-cv-06918<br><br>Hon. Franklin U. Valderrama<br><br>Magistrate Judge Gabriel A. Fuentes |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY
RE: BELKIN'S MOTION TO DISMISS**

Defendant Belkin International, Inc. hereby requests that the Court grant leave to file the recent decision by the Northern District of Illinois in *Sorkin v. Kroger*, No. 23 C 14916, 2024 WL 3673719 (N.D. Ill. Aug. 6, 2024) as supplemental authority in connection with Belkin's pending motion to dismiss (ECF No. 22). The Court's decision in *Sorkin* (attached hereto as Exhibit 1) applies Rule 12(b)(6) to a plaintiff's claim that product labeling is deceptive to consumers under the Illinois Consumer Fraud and Deceptive Business Practices Act. The motion to dismiss was fully briefed on March 22, 2023 but the Court has not yet issued a decision on it.

Dated: August 14, 2024            Respectfully submitted,

                                                  */s/ Michael T. Boardman*
Edward Totino (admitted *pro hac vice*)
Nancy Nguyen Sims (admitted *pro hac vice*)
Michael T. Boardman (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com
michael.boardman@bakermckenzie.com

Laura A. Kelly
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
laura.kelly@bakermckenzie.com

*Counsel for Defendant Belkin International, Inc.*