# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dennis Gromov

                Plaintiff,

v.                                        Case No.: 1:22−cv−06918

                                                     Honorable Franklin U. Valderrama

Belkin International, Inc.

                Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 20, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On Defendant's unopposed motion for an amended protective order permitting attorneys−eyes only designations for certain sales and pricing information (doc. #[120]), that motion is denied as moot now that discovery has closed. The Court regrets having overlooked this motion on the docket, and if any party has any issue calling for the form of relief sought in the motion, such party is free to bring it to the Court's attention now. Mailed notice. (lxk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.