# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Dennis Gromov

                Plaintiff,

v.                                                          Case No.: 1:22−cv−06918
                                                              Honorable Franklin U. Valderrama

Belkin International, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 18, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Before the Court is the parties' joint status report (doc. #[132]), which states that the final two fact depositions are now complete. Fact discovery is now closed, and no further fact discovery is now authorized. With respect to summary judgment and class certification schedules, the Court leaves those matters to resolve in the district court in consideration of the pending Rule 12 motion. With respect to expert discovery, the Court enters the dates proposed by the parties and orders that Rule 26(a)(2) expert disclosures are to be exchanged no later than 12/5/24, with all expert depositions and discovery completed on the final closure date of 1/29/25. The next joint status report on discovery progress and settlement status is due by noon on 12/12/24. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.