# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:22-cv-06918 |
| v. | ) Hon. Franklin U. Valderrama |
| BELKIN INTERNATIONAL, INC., | ) Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's October 18 Order (Dkt. 133), the parties submit the following joint status report.

The parties exchanged Rule 26(a)(2) disclosures on December 5, 2024. In the parties' joint status report which led to the Court's October 18 Order, counsel had requested an extension of the opening expert disclosure deadline, which the Court granted, but inadvertently omitted a request for a corresponding extension of the deadline to submit rebuttal reports. To accommodate expert deposition scheduling and the preparation of rebuttal reports, the parties respectfully request that the Court set February 20, 2025 as the deadline to serve rebuttal expert reports and extend the deadline to complete all expert discovery to March 14, 2025.

Regarding settlement prospects, the parties have been discussing potentially participating in a private mediation, but have not yet reached an agreement to do so.

Dated: December 12, 2024					Respectfully submitted,


    /s/ William F. Cash III
William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
Matthew D. Schultz (*pro hac vice*)
mschultz@levinlaw.com
Scott Warrick (*pro hac vice*)
swarrick@levinlaw.com
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808

Jason A. Ibey (Bar. No. 16691)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808

D. Greg Blankinship (*pro hac vice*)
gblankinship@fbfglaw.com
Bradley F. Silverman (*pro hac vice*)
bsilverman@fbfglaw.com
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Phone: 914-298-3290

*Attorneys for Plaintiff Dennis Gromov*

      /s/ Laura A. Kelly
Edward Totino (admitted *pro hac vice*)
Nancy Nguyen Sims (admitted *pro hac vice*)
Michael T. Boardman (admitted *pro hac vice*)
BAKER & MCKENZIE LLP
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com
michael.boardman@bakermckenzie.com

Laura A. Kelly
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
laura.kelly@bakermckenzie.com

*Counsel for Defendant Belkin International, Inc.*