# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Dennis Gromov

                Plaintiff,

v.                                             Case No.: 1:22−cv−06918

                                                   Honorable Franklin U. Valderrama

Belkin International, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Before the Court is the parties' joint status report (doc. #[134]) which the Court construes as a joint motion to set and extend expert discovery deadlines. That motion is granted. The parties have until 2/20/25 to serve rebuttal expert reports, and the deadline for completion of all expert discovery is hereby extended to 3/14/25. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.