**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Dennis Gromov
                          Plaintiff,

v.                                               Case No.: 1:22−cv−06918
                                                          Honorable Franklin U. Valderrama

Belkin International, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 31, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's Motion to Stay Pending Order on Motion to Dismiss (doc. # [137]) falling within the discovery supervision referral (doc. # [28]), the Court denies the stay motion without prejudice, but only because movant has not yet connected with defendant to determine if there is agreement or opposition. Plaintiff may renew the motion by refiling it as amended and including information about whether it is agreed or opposed. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.