## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Dennis Gromov

                        Plaintiff,

v.                                       Case No.: 1:22−cv−06918

                                               Honorable Franklin U. Valderrama

Belkin International, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On Plaintiff's Renewed Motion to Stay Pending Order on Motion to Dismiss (doc. # [139]), the motion is set for hearing at 10:30 a.m. on 2/6/25 in Courtroom 1342 of the Dirksen U.S. Courthouse. The parties should be prepared to argue the motion at that time. Counsel has leave to appear by phone upon advance notice to court staff. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.