**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Dennis Gromov
                           Plaintiff,

v.                                                        Case No.: 1:22−cv−06918
                                                            Honorable Franklin U. Valderrama

Belkin International, Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 6, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Telephonic status hearing held and hearing held on Plaintiff's Renewed Motion to Stay Pending Order on Motion to Dismiss (doc. #[139]). For the reasons stated on the record, including the Court's references to Jones v. City of Elkhart, 737 F.3d 1107 (7th Cir. 2013), and New England Carpenters Health & Welfare Fund v. Abbott Labs., No. 12 C 1662, 2013 WL 690613, at *2 (N.D. Ill. Feb. 20, 2013), the motion is denied. The parties represented that they will promptly file an agreed motion for adjustment of the current expert discovery schedule, and the Court will rule on that motion upon receipt. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.