### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:22-cv-06918 |
| v. | ) ) | Hon. Franklin U. Valderrama |
| BELKIN INTERNATIONAL, INC., | ) ) | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) ) | |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINES

Having considered the parties' joint motion to extend expert discovery deadlines and the discussion on the record at the February 6, 2025 hearing, and good cause being shown, the Court GRANTS the motion.

The remaining deadlines for expert discovery shall be extended as follows:

- Rebuttal expert report deadline: March 24, 2025
- Close of expert discovery: April 18, 2025.

IT IS SO ORDERED.

Dated: _____

Hon. Gabriel A. Fuentes
United States Magistrate Judge