# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Dennis Gromov

                      Plaintiff,

v.                                       Case No.: 1:22−cv−06918
                                          Honorable Franklin U. Valderrama

Belkin International, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 10, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The parties' joint motion to extend expert discovery deadlines (doc. #[143]) is granted for good cause shown, and the schedule is extended to require service of rebuttal expert reports no later than 5 p.m. on 3/24/25, with rebuttal and all other experts deposed by the final expert discovery cutoff date of 4/18/25. A further status report on discovery progress and settlement status is due at noon on 4/9/25. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.