# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dennis Gromov

         Plaintiff,

v.                 Case No.: 1:22−cv−06918

                Honorable Franklin U. Valderrama

Belkin International, Inc.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2025:

  MINUTE entry before the Honorable Gabriel A. Fuentes: With the motion to dismiss decided (doc. #[145]), with Belkin having filed its answer (doc. #[146]), and with expert discovery nearing its 4/18/25 conclusion, the parties kindly are requested to confer on the subject of whether they jointly wish to engage in a settlement conference with the magistrate judge, and to include in their 4/9/25 status report (or in an earlier status report if they wish) a statement of whether or not they wish to engage in a settlement conference with the magistrate judge. The Court's Standing Order for Settlement Conferences is available on the Court's website, but if the parties would like an opportunity to confer with the magistrate judge about settlement and conference procedures, the Court will make itself available for a pre−settlement telephonic conference at a time convenient to all and after 3/30/25; counsel should jointly notify the courtroom deputy if they would like to schedule such a conference. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.