**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Dennis Gromov

                Plaintiff,

v.

Belkin International, Inc.

                Defendant.

Case No.: 1:22–cv–06918
Honorable Franklin U. Valderrama

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

    MINUTE entry before the Honorable Gabriel A. Fuentes: In view of the proposed interlocutory appeal, the 4/9/25 status report is converted to a general status report on case management, discovery and settlement matters, and it is limited to three double–spaced pages. If any party desires a hearing, such party or parties should so indicate in the report. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.