# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dennis Gromov

                Plaintiff,

v.                                              Case No.: 1:22−cv−06918

                                                     Honorable Franklin U. Valderrama

Belkin International, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the status report (doc. #[151]) stating that the parties have reached a settlement in principle that will result in the dismissal of the complaint on finalization of a formal settlement agreement inter alia, all dates before the magistrate judge are vacated, and the referral is terminated. Judge Honorable Gabriel A. Fuentes no longer referred to the case. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.