## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dennis Gromov

      Plaintiff,

v.           Case No.: 1:22−cv−06918
           Honorable Franklin U. Valderrama

Belkin International, Inc.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2025:

   MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint status report [151] and Magistrate Judge Fuentes' minute entry terminating the referral [152]. By 06/10/2025, the parties shall file a stipulation of dismissal or a joint status report setting forth the progress of settlement. By 04/21/2025, the parties shall file a joint status report indicating whether the parties still intend to litigate Plaintiff's motion for interlocutory appeal [148]. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.