# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dennis Gromov

                                Plaintiff,

v.                                                   Case No.: 1:22−cv−06918

                                                                Honorable Franklin U. Valderrama

Belkin International, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint status report [154], in which the parties request that briefing on Plaintiff's motion for interlocutory appeal [XX] be stayed pending the finalization of settlement. The Court grants the parties' request and stays briefing on the motion. The briefing schedule set in [150] is stricken and will be reset, if necessary, at the appropriate time. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.