UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DENNIS GROMOV,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BELKIN INTERNATIONAL, INC.,**<br><br>Defendant. | Case No. 1:22-cv-6918<br><br>Judge Valderrama |

### GROMOV'S STATUS REPORT

Gromov is filing this status report unilaterally, but pursuant to the Court's order, ECF No. 153. (Belkin did not respond to Gromov's proposal for a joint status report today.)

Since the time of that order, the parties have reached an agreement in principle to resolve this action and a similar California state-court action, *Miley v. Belkin*. The parties are continuing to finalize the terms of a settlement contract. Gromov seeks another 30 days in which to continue to complete their agreement. Gromov asks the Court to preserve the status quo in this action and continue to stay all activity.

|  |  |
|---|---|
| Date: June 10, 2025 | Respectfully submitted,<br><br>/s/ William F. Cash III<br>William F. Cash III (Ill. Bar No. 6330856)<br>bcash@levinlaw.com<br>Matthew D. Schultz (*pro hac vice*)<br>mschultz@levinlaw.com<br>**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: 850-435-7059<br><br>Seyed Abbas Kazerounian (Ill. Bar No. 6316129)<br>ak@kazlg.com<br>**KAZEROUNI LAW GROUP, APC**<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br>Phone: 800-400-6808<br><br>Jason A. Ibey (Bar. No. 16691)<br>jason@kazlg.com<br>**KAZEROUNI LAW GROUP, APC**<br>321 N. Mall Drive, Suite R108<br>St. George, Utah 84790<br>Phone: 800-400-6808<br><br>D. Greg Blankinship (*pro hac vice*)<br>gblankinship@fbfglaw.com<br>Bradley F. Silverman (*pro hac vice*)<br>bsilverman@fbfglaw.com<br>**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**<br>1 North Broadway, Suite 900<br>White Plains, NY 10601<br>Phone: 914-298-3290<br><br>*Attorneys for Plaintiff Dennis Gromov* |