# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dennis Gromov
  Plaintiff,

v. Case No.: 1:22−cv−06918
  Honorable Franklin U. Valderrama

Belkin International, Inc.
  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2025:

    MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiff's status report [156], in which he requests another 30 days to allow the parties to finalize their settlement agreement. By 07/11/2025, the parties shall file a stipulation of dismissal or a joint status report explaining the delay. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.