IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BELKIN INTERNATIONAL, INC., <br><br> Defendant. | Case No. 1:22-cv-06918 <br><br> Hon. Franklin U. Valderrama <br><br> Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**

The parties now report on the status of this action, as ordered by the Court's minute entry (ECF No. 157). Since that entry, the parties have made further progress documenting their agreement, but are requesting that the action remain stayed for another 90 days to continue to finalize their settlement.

The parties held a mediation on April 1 in Los Angeles with a JAMS neutral in an attempt to resolve both the *Miley* California state-court action and this action, *Gromov*, here in the Northern District. The parties in each case are represented by the same lawyers. Over the following days, the parties crystallized a settlement in principle in each case.

*Miley* was a certified class action and notice had been given to the class. The terms of the settlement are more complex than those for Gromov's settlement, and the parties have been working on that agreement more intently. It has taken the parties longer than they expected to prepare the full *Miley* agreement. The *Miley* court now requires the parties to submit their proposed settlement by August 11. This has affected the parties' ability to complete the papers memorializing Gromov's settlement. Today, Belkin provided Gromov with a new draft of the settlement agreement.

1

Gromov would like to state that the basis for the current stay continues to include the remote possibility that he will have to push forward with an interlocutory appeal of the Court's decision on the motion to dismiss. He does not want to lose the ability to have his motion (ECF No. 148) heard and potentially granted by this Court. However, if the parties can agree on memorializing their settlement in principle in a final writing—which both sides have every intention of doing—then the motion need never be heard.

In conclusion, both parties respectfully seek another stay of 90 days.

Dated: July 11, 2025      Respectfully submitted,

/s/ William F. Cash III

William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808

Jason A. Ibey (Bar. No. 16691)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808

D. Greg Blankinship (*pro hac vice*)
gblankinship@fbfglaw.com
Bradley F. Silverman (*pro hac vice*)
bsilverman@fbfglaw.com
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Phone: 914-298-3290

*Attorneys for Plaintiff Dennis Gromov*


/s/ Nancy Nguyen Sims

Edward Totino (*admitted pro hac vice*)
Nancy Nguyen Sims (*admitted pro hac vice*)
Michael Boardman (*admitted pro hac vice*)
**BAKER & MCKENZIE LLP**
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com
michael.boardman@bakermckenzie.com

Laura A. Kelly
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
laura.kelly@bakermckenzie.com

*Counsel for Defendant Belkin International, Inc.*

3