## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Dennis Gromov

                 Plaintiff,

v.

Belkin International, Inc.

                 Defendant.

Case No.: 1:22–cv–06918
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2025:

       MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint status report [158] and grants the parties' request that this case be stayed for an additional 90 days to allow for the finalization of settlement in the instant case and a related California state–court action. By 10/14/2025, the parties shall file a stipulation of dismissal or a joint status report explaining the delay. Plaintiff's motion for interlocutory appeal [148] remains entered and continued. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.