IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:22-cv-06918 |
| v. | ) ) | Hon. Franklin U. Valderrama |
| BELKIN INTERNATIONAL, INC., | ) ) | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

The parties now respond to the Court's minute order of July 17 (ECF No. 159). In that order, the Court directed the parties to file a notice of dismissal or a joint report explaining the delay in finalizing a settlement in this case and a related case, *Miley v. Belkin*, which was filed first in California Superior Court by the same counsel. The parties have exchanged drafts of a settlement agreement in this matter. That document has not been finalized because, as previously reported, its terms will be informed by the California Superior Court's ruling on Plaintiff's motion to preliminarily approve the settlement in *Miley*. The parties have reached agreement on a settlement in principle in *Miley* and are finalizing the settlement documents, including a declaration from a third party settlement administrator, before filing the proposed settlement with the California Superior Court for approval. The Superior Court has set a non-appearance case review on October 15 to set a deadline for Plaintiff to file a motion to approve the settlement. The parties therefore respectfully request that the Court grant a further extension of time of 90 days to finalize a settlement in this matter and order that a dismissal or further status report be filed in this action on or before January 12, 2026.

1

Dated: October 14, 2025          Respectfully submitted,

*/s/ Michael Boardman*

Edward Totino (*admitted pro hac vice*)
Nancy Nguyen Sims (*admitted pro hac vice*)
Michael Boardman (*admitted pro hac vice*)
**BAKER & MCKENZIE LLP**
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com
michael.boardman@bakermckenzie.com

*Counsel for Defendant Belkin International, Inc.*

*/s/ William F. Cash III (with permission)*

William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808

Jason A. Ibey (Bar. No. 16691)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808

D. Greg Blankinship (*pro hac vice*)
gblankinship@fbfglaw.com
Bradley F. Silverman (*pro hac vice*)
bsilverman@fbfglaw.com
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Phone: 914-298-3290

*Attorneys for Plaintiff Dennis Gromov*