# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Dennis Gromov
                              Plaintiff,

v.                                             Case No.: 1:22−cv−06918
                                               Honorable Franklin U. Valderrama

Belkin International, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, October 19, 2025:

    MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint status report [160], which indicates that they are waiting for a settlement in a related case to be approved by the California Superior Court. As per the parties' request, by 01/13/2026, the parties shall file either a stipulation to dismiss or a joint status report indicating the status of settlement. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.