IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:22-cv-06918 |
| v. | )<br>) Hon. Franklin U. Valderrama |
| BELKIN INTERNATIONAL, INC., | )<br>) Magistrate Judge Gabriel A. Fuentes |
| Defendant. | )<br>) |

**JOINT STATUS REPORT**

The parties now respond to the Court's minute order of October 19, 2025 (ECF No. 161). In that order, the Court directed the parties to file either a stipulation to dismiss or a joint status report indicating the status of settlement.

As previously reported, the settlement agreement in this matter has not been finalized while preliminary settlement approval was pending in the related case, *Miley v. Belkin*, which was filed first in California Superior Court by the same counsel. As an update, the court in the *Miley* matter recently issued an order on December 10, 2025, granting preliminary settlement approval, and the parties are refocusing their efforts on finalizing the terms of the settlement in the present action.

The parties therefore respectfully request that the Court grant a further extension of time of 90 days to finalize a settlement in this matter and order that a dismissal or further status report be filed in this action on or before April 13, 2026.

Dated: January 13, 2026 Respectfully submitted,

/s/ Jason A. Ibey

Jason A. Ibey (Bar. No. 16691)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808

William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

D. Greg Blankinship (*pro hac vice*)
gblankinship@fbfglaw.com
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Phone: 914-298-3290

*Attorneys for Plaintiff, Dennis Gromov*

<u>/s/ Edward Totino</u>
Edward Totino (*admitted pro hac vice*)
Nancy Nguyen Sims (*admitted pro hac vice*)
Michael Boardman (*admitted pro hac vice*)
**BAKER & MCKENZIE LLP**
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com
michael.boardman@bakermckenzie.com
*Counsel for Defendant, Belkin International, Inc.*