UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Dennis Gromov
                        Plaintiff,

v.                                             Case No.: 1:22−cv−06918
                                                      Honorable Franklin U. Valderrama

Belkin International, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 14, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint status report [163]. The parties indicate that they have reached a settlement in principle, but that the settlement is pending as a settlement in a related case has not been finalized. The Court grants the parties' request that this case be stayed for an additional 90 days. By 4/17/2026, the parties shall file a stipulation of dismissal or a joint status report explaining the delay. Further, the Plaintiff's motion to certify for appeal [148] is terminated without prejudice and with leave to refile. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.