**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DENNIS GROMOV, individually and on behalf of all other similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:22-cv-06918 |
| v. | ) ) | Hon. Franklin U. Valderrama |
| BELKIN INTERNATIONAL, INC., | ) ) | Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

The parties now respond to the Court's minute order of January 14, 2026 (ECF No. 164). In that order, the Court directed the parties to file either a stipulation to dismiss or a joint status report indicating the status of settlement.

Since the parties' last joint status report, counsel have reached agreement on the form of a settlement agreement for this case, *Gromov v. Belkin,* and are in the process of discussing with their clients and then signing it. As previously reported, we have been attempting to resolve both *Gromov* and the related case, *Miley v. Belkin*, which was filed first in California Superior Court by the same counsel. As an update on Miley, the court in California will hold a final approval hearing in June 2026, and we expect the settlement to be finally approved.

The parties therefore respectfully request that the Court grant a further extension of time of 90 days to finalize a settlement in this matter and order that a dismissal or further status report be filed in this action on or before July 16, 2026.

1

Dated:  April 17, 2026       Respectfully submitted,


           /s/ William F. Cash III

William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
**LEVIN, PAPANTONIO, PROCTOR,
BUCHANAN, O'BRIEN, BARR & MOUGEY,
P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

Jason A. Ibey (Bar. No. 16691)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808

D. Greg Blankinship (*pro hac vice*)
gblankinship@fbfglaw.com
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Phone: 914-298-3290

*Attorneys for Plaintiff, Dennis Gromov*

2

Edward Totino (*admitted pro hac vice*)
Nancy Nguyen Sims (*admitted pro hac vice*)
Michael Boardman (*admitted pro hac vice*)
**BAKER & MCKENZIE LLP**
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com
michael.boardman@bakermckenzie.com

*Counsel for Defendant, Belkin International, Inc.*