**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

DENNIS GROMOV, individually and on
behalf of all other similarly situated,

    Plaintiff,

v.

BELKIN INTERNATIONAL, INC.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. 1:22-cv-06918

Hon. Franklin U. Valderrama

Magistrate Judge Gabriel A. Fuentes

## JOINT STATUS REPORT

The parties now respond to the Court's minute order of April 20, 2026 (ECF No. 166). In that order, the Court directed the parties to file either a stipulation to dismiss or a joint status report indicating the status of settlement. On July 10, 2026, the California Superior Court issued an order granting final approval of the settlement in the related case, *Miley v. Belkin*. With that case resolved, the parties expect to complete the settlement in this matter within 60 days and therefore request that the Court issue an order that a dismissal or further status report be filed in this action on or before September 16, 2026.

Dated: July 16, 2026

Respectfully submitted,

*/s/ William F. Cash III (with permission)*

William F. Cash III (Ill. Bar No. 6330856)
bcash@levinlaw.com
**LEVIN, PAPANTONIO, PROCTOR,
BUCHANAN, O'BRIEN, BARR & MOUGEY,
P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059

1

Jason A. Ibey (Bar. No. 16691)
jason@kazlg.com
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808

D. Greg Blankinship (*pro hac vice*)
gblankinship@fbfglaw.com
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Phone: 914-298-3290

*Attorneys for Plaintiff, Dennis Gromov*


/s/ Michael Boardman

Edward Totino (*admitted pro hac vice*)
Nancy Nguyen Sims (*admitted pro hac vice*)
Michael Boardman (*admitted pro hac vice*)
**BAKER & MCKENZIE LLP**
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Telephone: (310) 210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com
michael.boardman@bakermckenzie.com

*Counsel for Defendant, Belkin International, Inc.*

2