**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dennis Gromov

                        Plaintiff,

v.                                                    Case No.: 1:22–cv–06918
                                                      Honorable Franklin U. Valderrama

Belkin International, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2026:

        MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint status report [167]. The parties indicate that the California Superior Court has granted final approval of a settlement in a related case, which will allow the parties to move forward with settlement in the instant case. Accordingly, the Court grants the parties' request that this case be stayed for an additional 60 days. By 9/16/2026, the parties shall file a stipulation of dismissal or a joint status report explaining the delay. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.