**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **DENNIS GROMOV,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>*v.*<br><br>**BELKIN INTERNATIONAL, INC.**,<br><br>Defendant. | Case No. 1:22-cv-6918<br><br>Judge Valderrama<br><br>Magistrate Judge Fuentes |

**STIPULATION AND REQUEST TO DISMISS WITH PREJUDICE**

Pursuant to the stipulation of Plaintiff Dennis Gromov and Defendant Belkin International, Inc., the parties hereby request that the Court dismiss this action in its entirety, with prejudice, under Fed. R. Civ. P. 41(a)(1)(ii). The parties shall bear their own fees and costs.

Respectfully submitted,

Date: September 15, 2026

/s/ William F. Cash III

William F. Cash III (Ill. Bar No. 6330856)
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: 850-435-7059
bcash@levinlaw.com

Seyed Abbas Kazerounian (Ill. Bar No. 6316129)
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Phone: 800-400-6808
ak@kazlg.com

Jason A. Ibey (Bar. No. 16691)
**KAZEROUNI LAW GROUP, APC**
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Phone: 800-400-6808
jason@kazlg.com

D. Greg Blankinship (*pro hac vice*)
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
1 North Broadway, Suite 900
White Plains, NY 10601
Phone: 914-298-3290
gblankinship@fbfglaw.com

*Attorneys for Plaintiff Dennis Gromov*

/s/ Michael T. Boardman

Edward Totino (pro hac vice)
Nancy Nguyen Sims (pro hac vice)
Michael T. Boardman (pro hac vice)
**BAKER & MCKENZIE LLP**
10250 Constellation Blvd., Ste. 1850
Los Angeles, CA 90067
Phone: 310-210-4725
edward.totino@bakermckenzie.com
nancy.sims@bakermckenzie.com
michael.boardman@bakermckenzie.com

Laura A. Kelly
**BAKER & MCKENZIE LLP**
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
laura.kelly@bakermckenzie.com

*Counsel for Defendant*
*Belkin International, Inc.*