**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dennis Gromov
Plaintiff,
v.
Belkin International, Inc.
Defendant.

Case No.: 1:22−cv−06918
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2026:

MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' stipulation to dismiss [169]. Pursuant to the stipulation and under Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims are dismissed with prejudice. Each party to bear their own fees and costs. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). All pending motions and deadlines are stricken. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.